# EXHIBIT A

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

    I, Penny Harms, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On February 25, 2005, I caused to be served the **PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Culver V. Halliday*
*Stoll, Keenon, & Park, LLP*
*2650 AEGON Center*
*400 West Market*
*Louisville, KY 40202*

*Thomas G. Whalen Jr.*
*Stevens & Lee, P.C.*
*1105 North Market Street, 7th Floor*
*Wilmington, DE 19801*

*Cecily A. Dumas*
*Friedman Dumas & Springwater LLP*
*One Maritime Plaza*
*Suite 2475*
*San Francisco, CA 94111*

☑ (BY U.S. MAIL AND EMAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on February 25, 2005, at Los Angeles, California.

                                       /s/ Penny Harms
                                       Penny Harms