## AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           )SS
COUNTY OF NEW CASTLE       )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of March 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **NOTICE OF SERVICE OF PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS.**

Dated: March 9, 2005

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 9th day of March, 2005

_____
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

## SERVICE LIST

Inacom Civil Action No. 04-583 (GMS)
Lexmark International Inc. Service List
March 9, 2005
Document # 106340
**02 – Hand Delivery**
**02 – First Class Mail**


*Hand Delivery*
Thomas G. Whalen Jr.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

*Hand Delivery*
Derrek C. Abbott, Esqire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
Culver V. Halliday
Stoll, Keenon & Park LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202

*First Class Mail*
Cecily A Dumas, Esquire
Friedman Dumas & Springwater LLP
One Maritime Plaza
Suite 2475
San Francisco, CA 94111