UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>    Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>    Third-Party Defendant | Civil Action No. 04-CV-583 (GMS)<br><br><br>Related to Docket Nos. 25, 26, 29, and 32 |

## NOTICE OF COMPLETION OF BRIEFING

Defendant and Third-Party Plaintiff Lexmark International, Inc. ("**Lexmark**"), by and through its undersigned counsel, hereby notifies the Court that briefing on *Lexmark's Motion for the Court to Order a Trial by Jury* (Docket No. 25) (the "**Motion for Trial by Jury**") is complete. The briefs and other papers relating to the Motion for Trial by Jury, copies of which are attached hereto, are as follows:

1. *Lexmark's Motion for the Court to Order a Trial by Jury* (Docket No. 25);

2. *Opening Memorandum in Support of Lexmark's Motion for the Court to Order a Trial by Jury* (Docket No. 26);

3. *Plaintiff's Response to Motion for Miscellaneous Relief* (Docket No. 29); and

    4.    *Reply in Support of Lexmark's Motion for the Court to Order a Trial by Jury* (Docket No. 32).

Dated: March 16, 2005

Respectfully submitted,

/s/ Joseph Grey
_____
Joseph Grey (No. 2358)
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel:   (302) 425-3304
Fax:  (610) 371-8512
E-mail: tgw@stevenslee.com

and

Culver V. Halliday
Adam T. Goebel
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel:   (502) 568-9100
Fax:  (502) 568-5700

*Attorneys for Defendant and Third-Party Plaintiff Lexmark International, Inc.*