UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>Third-Party Defendant. | Civil Action No. 04-CV-583 (GMS) |

## LEXMARK'S MOTION FOR THE COURT TO ORDER A TRIAL BY JURY

Defendant and Third-Party Plaintiff Lexmark International, Inc. ("**Lexmark**"), pursuant to Rule 39(b) of the Federal Rules of Civil Procedure, moves the Court (the "**Motion**") to order a trial by jury of the issues raised by Plaintiff InaCom Corp. in its complaint against Lexmark, and of the issues raised by Lexmark in its third-party complaint against Third-Party Defendant Compaq Computer Corporation. A memorandum of law in support of the Motion is incorporated by reference.

DKT. NO. 25
DT. FILED 2/9/05

Dated: February 9, 2005

Respectfully submitted,

_____
Joseph Grey (No. 2358)
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel:   (302) 425-3304
Fax:   (610) 371-8512
E-mail: tgw@stevenslee.com

and

Culver V. Halliday
Adam T. Goebel
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel:   (502) 568-9100
Fax:   (502) 568-5700

*Attorneys for Defendant and Third-Party Plaintiff Lexmark International, Inc.*

## CERTIFICATION OF COUNSEL

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I hereby certify that counsel for the Lexmark International, Inc. has made a reasonable effort to reach agreement with opposing attorneys on the matters set forth in the motion, and has been unable to reach such agreement.

Dated: February 9, 2005

_____
Thomas G. Whalen, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>**Plaintiffs**<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>**Defendant and Third-Party Plaintiff**<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>**Third-Party Defendant** | Civil Action No. 04-CV-583 (GMS) |

### ORDER GRANTING LEXMARK'S MOTION FOR THE COURT TO ORDER A TRIAL BY JURY

Upon the motion of Defendant and Third-Party Plaintiff Lexmark International, Inc. ("**Lexmark**") for a trial by jury on all issues triable of right by jury, pursuant to Federal Rule of Civil Procedure 39(b), the Court being otherwise duly and sufficiently advised,

IT IS ORDERED THAT:

1. Lexmark's motion is granted.

Dated: _____, 2005.

The Honorable Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that on February 9, 2005, I caused true and correct copies of *Lexmark's Motion for the Court to Order a Trial by Jury* to be served upon the following counsel in the manner indicated below:

*Via Hand-Delivery:*
Laura Davis Jones
Sandra McLamb
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899

and

*Via Regular Mail:*
Andrew W. Caine
Jeffrey P. Nolan
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067

Counsel for Plaintiff
InaCom Corp.

*Via Hand-Delivery:*
William H. Sudell Jr.
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

and

*Via Regular Mail:*
Cecily Dumas
Derrick N. Hansen
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

Counsel for Third-Party Defendant
Compaq Computer Corporation

_____
Attorneys for Defendant and Third-Party
Plaintiff Lexmark International, Inc.

3

SL1 514512v1/04907.003