## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr. hereby certifies that on March 16, 2005 a true and correct copy of the foregoing *NOTICE OF COMPLETION OF BRIEFING* was served upon the following counsel of record, each via regular United States first class mail:

Laura Davis Jones, Esquire
Sandra McLamb, Esquire
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899

and

Andrew W. Caine, Esquire
Jeffrey P. Nolan, Esquire
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067

Counsel for Plaintiff
InaCom Corp.

William H. Sudell, Jr., Esquire
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

and

Cecily Dumas, Esquire
Derrick N. Hansen, Esquire
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

Counsel for Third-Party Defendant
Compaq Computer Corporation

_____
Thomas G. Whalen, Jr.
By [signature]