IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| In re INACOM CORP., *et al.*,[1] | Bankruptcy Case No. 00-2426 PJW |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS<br>(Original filed in this Action)<br>Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS<br><br>Adversary Case No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary Case No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>NEXTEL COMMUNICATIONS, INC., Defendant. | Civil Action No. 04-592 GMS<br><br>Adversary Case No. 02-03614 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-03960 PJW |

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>SIGMA DATA INC., Defendant. | Civil Action No. 04-601 GMS<br><br>Adversary Case No. 02-04441 PJW |

## NOTICE OF SERVICE OF
## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT
## TO FEDERAL RULES OF CIVIL PROCEDURE SECTION 25(A)(2)(a)

I, Sandra G. McLamb, hereby certify, that pursuant to the Certificate of Service, attached hereto as Exhibit A, a true and correct copy of the *Plaintiff's Disclosure Of Expert Witnesses Pursuant To Federal Rules Of Civil Procedure Section 25(A)(2)(a)* was served on May 3, 2004, on the individuals listed, and in the manner indicated on the service list included in Exhibit A.

Dated: May __, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

_/s/ Sandra D. McLamb_
Laura Davis Jones (Bar No. 2436)
Sandra McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors

42125-003\DOCS_DE:107746.1