UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>            Plaintiffs<br>      v.<br><br>TECH DATA CORP.<br><br>            Defendant | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al.<br><br>            Plaintiffs<br>      v.<br><br>DELL COMPUTER CORP.<br><br>            Defendant | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al.<br><br>            Plaintiffs<br>      v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>            Defendant | Civil Action No. 04-CV-583 (GMS) |

| |
|---|
| INACOM CORP., et al.<br><br>Plaintiffs<br>v.<br><br>INGRAM ENTERTAINMENT INC.<br><br>Defendant |

Civil Action No. 04-CV-593 (GMS)

### ORDER GRANTING DEFENDANTS' MOTION FOR THE COURT TO CONSOLIDATE FOR TRIAL, PURSUANT TO FRCP 42(a), FOUR ACTIONS PENDING ON THE COURT'S DOCKET

Upon the motion of Defendants Tech Data Corp., Dell Computer Corp., Lexmark International, Inc. and Ingram Entertainment Inc. (collectively "Defendants") to consolidate for trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the four actions referenced in the caption, the Court being duly and sufficiently advised,

IT IS ORDERED that Defendants' motion to consolidate is granted.

Dated: _____, 2005.

_____
Gregory M. Sleet, Judge
United States District Court
District of Delaware

X:\Bankruptcy\Lexmark - 4155\Inacom - 111997\ELP\Consolidation Order Draft.doc