UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>    Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>    Third-Party Defendant | Civil Action No. 04-CV-583 (GMS)<br><br>Related to Docket Nos. 36, 37, 38, 39, and 40 |

## NOTICE OF COMPLETION OF BRIEFING

Defendant and Third-Party Plaintiff Lexmark International, Inc. ("**Lexmark**"), by and through its undersigned counsel, hereby notifies the Court that briefing on *Defendant's Motion for the Court to Consolidate for Trial, Pursuant to FRCP 42(a), Four Actions Pending on the Court's Docket* (Docket No. 36) (the "**Motion to Consolidate**") is complete. The briefs and other papers relating to the Motion to Consolidate, copies of which are attached hereto, are as follows:

1. *Defendants' Motion for the Court to Consolidate for Trial, Pursuant to FRCP 42(a), Four Actions Pending on the Court's Docket* (Docket No. 36);

2. *Opening Memorandum in Support of Defendants' Motion for the Court to Consolidate for Trial, Pursuant to FRCP 42(a), Four Actions Pending on the Court's Docket* (Docket No. 37);

SL1 546650v1/04907.003

3.  *Plaintiff's Memorandum in Opposition to Defendants' Motion to Consolidate for Trial* (Docket No. 38);

4.  *Hewlett-Packard Company's Memorandum in Opposition to Defendants' Motion to Consolidate for Trial* (Docket No. 39) ; and

5.  *Consolidated Reply in Support of Defendants' Motion for the Court to Consolidate for Trial, Pursuant to FRCP 42(a), Four Actions Pending on the Court's Docket* (Docket No. 40).

Dated: June 6, 2005

Respectfully submitted,

/s/ *Thomas G. Whalen, Jr.*
Joseph Grey (No. 2358)
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel:   (302) 425-3304
Fax:   (610) 371-8512
E-mail: tgw@stevenslee.com

and

Culver V. Halliday
Adam T. Goebel
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel:   (502) 568-9100
Fax:   (502) 568-5700

*Attorneys for Defendant and Third-Party Plaintiff Lexmark International, Inc.*