IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INACOM CORP., et al.,<br>       Debtors. | Chapter 11<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., et al.,<br>       Plaintiff,<br>  v.<br>TECH DATA CORPORATION,<br>       Defendant. | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al.,<br>       Plaintiff,<br>  v.<br>DELL COMPUTER CORPORATION,<br>       Defendant. | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al.,<br>       Plaintiff,<br>  v.<br>LEXMARK INTERNATIONAL, INC.,<br>       Defendant. | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al.,<br>       Plaintiff,<br>  v.<br>INGRAM ENTERTAINMENT, INC.,<br>       Defendant. | Civil Action No. 04-CV-593 (GMS) |

**NOTICE OF SERVICE**

       I, Daniel B. Butz, hereby certify that on June 10, 2005, copies of the Hewlett-Packard Company's Supplemental Disclosures Pursuant To Rule 26(e) Of The Federal Rules Of Civil Procedure were served upon those parties identified on the attached service list in the manner indicated.

Dated: June 24, 2005

                                              MORRIS, NICHOLS, ARSHT & TUNNELL

                                              /s/ Daniel B. Butz
                                              MORRIS, NICHOLS, ARSHT & TUNNELL
                                              William H. Sudell, Jr. (No. 463)
                                              Derek C. Abbott (No. 3376)
                                              Daniel B. Butz (No. 4227)
                                              1201 N. Market Street
                                              Wilmington, DE  19899-1347
                                              (302) 658-9200

                                              - and -

                                              FRIEDMAN DUMAS & SPRINGWATER LLP
                                              Ellen A. Friedman
                                              Cecily A. Dumas
                                              Gail S. Greenwood
                                              Brandon C. Chaves
                                              One Maritime Plaza, Suite 2475
                                              San Francisco, CA  94111
                                              (415) 834-3800

                                              Attorneys for Third-Party Defendant
                                              Hewlett-Packard Company

471507