## CERTIFICATE OF SERVICE

I certify that the *Lexmark's Response To HP's Motion For A Separate Trial Of Lexmark's And Tech Data's Third-Party Complaints Against It* was served, on July 18, 2005, by mailing copies of the same by United States mail, first class postage prepaid, addressed for delivery to:

Laura Davis Jones
Sandra McLamb
Pachulski, Stang, Ziehl, Young,
 Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899

and

Andrew W. Caine
Jeffrey P. Nolan
Pachulski, Stang, Ziehl, Young,
 Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067

Counsel for Plaintiff
InaCom Corp.

William H. Sudell Jr.
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

and

Cecily Dumas
Derrick N. Hansen
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

Counsel for Third-Party Defendant
Compaq Computer Corporation

_____
Counsel for Defendant and Third-Party
Plaintiff Lexmark International, Inc.