UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>   Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>   Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>   Third-Party Defendant | Civil Action No. 04-CV-583 (GMS) |

## LEXMARK'S APPLICATION
## FOR A SETTLEMENT CONFERENCE

Defendant and Third-Party Plaintiff Lexmark International, Inc., pursuant to Rules 16.4(a) and 72.1(a) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and Rule 16(a)(5) and (c)(9) of the Federal Rules of Civil Procedure, submits this application for a settlement conference to be conducted by the Court or a magistrate judge of the Court with the attorneys and representatives of each of the parties in this action and the actions styled *InaCom Corp., et al. v. Tech Data Corp.*, Civil Action No. 04-CV-148 (GMS), *InaCom Corp., et al. v. Dell Computer Corp.*, Civil Action No. 04-CV-582 (GMS) and *InaCom Corp., et al. v.*

2

*Ingram Entertainment Inc.*, Civil Action No. 04-CV-593 (GMS) in attendance. A memorandum of law and proposed order are tendered with this application.

Dated: August 9, 2005

Respectfully submitted,

*/s/ Thomas G. Whalen, Jr.*
Joseph Grey (No. 2358)
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel: (302) 425-3307
Fax: (302) 654-5181

and

Culver V. Halliday
Emily L. Pagorski
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel: (502) 568-9100
Fax: (502) 568-5700

Attorneys for Defendant
Lexmark International, Inc.