3

## CERTIFICATION OF COUNSEL FOR LEXMARK

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I certify that counsel for Defendant Lexmark International, Inc. has made a reasonable effort to reach agreement with opposing attorneys on the matters set forth in the application, and has been unable to reach such agreement.

Dated: August 9, 2005

*/s/ Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr.
