**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

INACOM CORP., et al.

  **Plaintiffs**

**v.**

**LEXMARK INTERNATIONAL, INC.**

  **Defendant and Third-Party Plaintiff**   **Civil Action No. 04-CV-583 (GMS)**

**v.**

**COMPAQ COMPUTER CORPORATION**

  **Third-Party Defendant**

**ORDER GRANTING LEXMARK'S APPLICATION**
**FOR A SETTELMENT CONFERENCE**

  Upon the application of Defendant and Third-Party Plaintiff Lexmark International, Inc. for a settlement conference, pursuant to Rules 16.4(a) and 72.1(a) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and Rule 16(a)(5) and (c)(9) of the Federal Rules of Civil Procedure, the Court being duly and sufficiently advised,

  IT IS ORDERED as follows:

(1) Lexmark International Inc.'s application for a pretrial settlement conference is

   granted;

(2)  The attorneys and representatives of each of the parties in this action and the

actions styled *InaCom Corp., et al. v. Tech Data Corp.*, Civil Action No. 04-CV-

148 (GMS), *InaCom Corp., et al. v. Dell Computer Corp.*, Civil Action No. 04-

CV-582 (GMS) and *InaCom Corp., et al. v. Ingram Entertainment Inc.*, Civil

Action No. 04-CV-593 (GMS), shall appear for a settlement conference before

the Honorable _____ on _____, 2005

at _____ EST.


Dated: _____, 2005.


_____
Gregory M. Sleet, Judge
United States District Court
 District of Delaware


X:\Bankruptcy\Lexmark - 4155\Inacom - 111997\ELP\Settlement Order Draft.doc