# STOLL | KEENON | & | PARK | LLP

2650 AEGON CENTER | 400 WEST MARKET STREET | LOUISVILLE, KENTUCKY 40202-3377
(502) 568-9100 PHONE | (502) 568-5700 FAX | WWW.SKP.COM

May 13, 2005

**By Facsimile**
(310) 201-0760

Andrew W. Caine, Esq.
Pachulski, Stang, Ziehl,
  Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067

## InaCom Corp. Preference Claims

Dear Andy:

This letter will confirm that, as I have discussed recently with you and your partner, Jeffrey P. Nolan, Dell Computer Corp., Ingram Entertainment Inc., Lexmark International, Inc. and Tech Data Corp. (collectively "Defendants") propose that representatives of Defendants meet with representatives of InaCom Corp. ("InaCom") and Hewlett-Packard Company, and attempt to reach an agreement, with the assistance of a mediator, compromising the disputes between the parties relating to and arising from InaCom's filing of a voluntary bankruptcy petition. Defendants will appreciate your prompt response to their proposal.

Sincerely,

Culver V. Halliday

cc:  Cecily A. Dumas, Esq. (by U.S. mail)
     Earl M. Forte, Esq. (by U.S. mail)
     Jonathan P. Hersey, Esq. (by U.S. mail)
     Stephen C. Hunt, Esq. (by U.S. mail)
     G. James Landon, Esq. (by U.S. mail)
     Sabrina L. Streusand, Esq. (by U.S. mail)

X:\Bankruptcy\Lexmark - 4155\Inacom - 111997\CVH\05.13.05 Caine Ltr..doc

LEXINGTON | LOUISVILLE | FRANKFORT | HENDERSON