# STOLL | KEENON | & | PARK | LLP

2650 AEGON CENTER | 400 WEST MARKET STREET | LOUISVILLE, KENTUCKY 40202-3377
(502) 568-9100 PHONE | (502) 568-5700 FAX | WWW.SKP.COM

May 17, 2005

**By Facsimile**
**(415) 834-1044**

Cecily A. Dumas, Esq.
Friedman, Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

### InaCom Corp. Preference Claims

Dear Cecily:

  As you know, by letter to Andrew W. Caine, dated May 13, 2005, we confirmed the proposal of Dell Computer Corp., Ingram Entertainment Inc., Lexmark International, Inc. and Tech Data Corp. (collectively "Defendants") that representatives of Defendants meet with representatives of InaCom Corp. ("InaCom") and Hewlett-Packard Company ("HP"), and attempt to reach an agreement, with the assistance of a mediator, compromising the disputes between the parties relating to and arising from InaCom's filing of a voluntary bankruptcy petition. As you also know, today Mr. Caine advised us by e-mail that InaCom will participate in a mediation conference with Defendants.

  It is our understanding that HP is InaCom's largest unsecured creditor. HP is also a defendant to the third-party complaints filed against it by two of the Defendants. Under the circumstances, HP's participation in the proposed mediation conference would improve the possibility of resolving some and possibly all of the disputes between the parties relating to InaCom's bankruptcy. Please advise us whether HP will participate in the mediation conference proposed by Defendants.

Sincerely,

Culver V. Halliday

LEXINGTON | LOUISVILLE | FRANKFORT | HENDERSON

Cecily A. Dumas, Esq.
May 17, 2005
Page 2


cc:     Andrew W. Caine, Esq. (by U.S. mail)
        Earl M. Forte, Esq. (by U.S. mail)
        Jonathan P. Hersey, Esq. (by U.S. mail)
        Stephen C. Hunt, Esq. (by U.S. mail)
        G. James Landon, Esq. (by U.S. mail)
        Sabrina L. Streusand, Esq. (by U.S. mail)

X:\Bankruptcy\Lexmark - 4155\Inacom - 111997\CVH\05.17.05 Dumas Ltr..doc