# FRIEDMAN/DUMAS & /SPRINGWATER LLP

One Maritime Plaza
Suite 2475
San Francisco
California 94111

T 415.834.3800
F 415.834.1044

www.friedumspring.com

Cecily A. Dumas
cdumas@friedumspring.com
DD 415.834.3802

May 20, 2005

**BY FACSIMILE**

Culver V. Halliday, Esq.
Stoll Keenon & Park LLP
2650 Aegon Center
400 West Market Street
Louisville, KY 40202-3377

Re:  InaCom Corp. v. Lexmark International, Inc., CV-04-0583

Dear Culver:

We received your May 17, 2005 letter requesting the participation of Hewlett-Packard Company ("HP") in mediation with Inacom and the preference defendants. We believe that HP's status as a creditor of Inacom is not an appropriate basis for it to attend a mediation conference, as any decision on behalf of the creditors pertaining to settlement of the cases will be made by the Plan Administrator and the official committee of unsecured creditors after appropriate consideration of the merits and consultation with stakeholders.

We also believe that it would not be productive for HP to participate in mediation at this time as a third party defendant of two of the four preference defendants. We believe that the likelihood of HP's having contingent liability to either Lexmark or Tech Data appears to be remote, based on our evaluation of the evidence discovered to date.

Very truly yours,

Cecily A. Dumas

CAD
cc:  Andrew M. Caine (all via facsimile)
     Earl M. Forte
     Jonathan P. Hersey

{00193123.DOC v 1}

# FRIEDMAN/DUMAS
## & /SPRINGWATER LLP

Culver V. Halliday, Esq.
Page 2

    Stephen C. Hunt
    G. James Landon
    Sabrina L. Streusand
    Derek Abbott

{00193123.DOC v 1}