# FRIEDMAN/DUMAS & /SPRINGWATER LLP

One Maritime Plaza
Suite 2475
San Francisco
California 94111

T 415.834.3800
F 415.834.1044

www.friedumspring.com

Cecily A. Dumas
cdumas@friedumspring.com
DD 415.834.3802

July 27, 2005

**BY FACSIMILE ONLY**

Culver V. Halliday, Esq.
Stoll Keenon & Park LLP
2650 Aegon Center
400 West Market Street
Louisville, KY 40202-3377

Charles M. Tatelbaum, Esq.
Adorno & Yoss P.A.
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301

Re: Inacom Corp. v. Lexmark and Tech Data, and related Third Party Complaints against Hewlett-Packard Company

Gentlemen:

  We wanted to acknowledge receipt of the several letters sent by each of your offices inviting Hewlett-Packard Company to participate in a private mediation of the disputes between Inacom and your clients, on the one hand, and your clients' claims against HP, on the other hand.

  We understand from Inacom's counsel that the first attempt at mediation earlier this month was unsuccessful. You have advised that your clients are willing to give it another try in September.

  Although we have necessarily participated in certain of the discovery relating to Inacom's preference claims, HP has formed no independent view of the merit of the claims and defenses in the primary cases. HP therefore cannot make a meaningful contribution to a mediation discussion of the settlement value of those cases. We do believe, however, that HP has substantial factual and legal defenses to the reimbursement and indemnity claims asserted against it by your respective clients. For this reason, we think that the approach you seem to be taking to settlement, whereby your clients try to simply act as a

{00203122.DOC v 1}

# FRIEDMAN/DUMAS
## & /SPRINGWATER LLP

Culver V. Halliday, Esq.
Charles M. Tatelbaum, Esq.
July 27, 2005
Page 2

pass-through and demand that HP ultimately pay any settlement amount, is unrealistic and a waste of our time.

If you would like to discuss our concerns further or clarify your clients' positions, please do not hesitate to call me.

Very truly yours,

*Cecily*

Cecily A. Dumas

CAD/ods
cc: Andy Caine, Esq.
    Earl Forte, Esq.
    Derek Abbott, Esq.
    Anne M. Kennelly, Esq.

{00203122.DOC v 1}