UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>Plaintiffs<br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>Defendant | Civil Action No. 04-CV-583 (GMS) |

**NOTICE OF FILING OF DEFENDANT'S PROPOSED**
**SPECIAL INTERROGATORIES/ SPECIAL VERDICT**
**FORM AND PROPOSED JURY INSTRUCTIONS**

PLEASE TAKE NOTICE, that on August 15, 2005, the *Defendant's Proposed Special Interrogatories/ Special Vedict Form* and *Proposed Jury Instructions* were filed as Exhibits to this Notice with the United States District Court.

Dated: August 15, 2005

Respectfully submitted,

_____
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel: (302) 425-3304
Fax: (302) 654-5181
E-mail: tgw@stevenslee.com

SL1 564627v1/004907.00003

- and -

Culver V. Halliday
Emily L. Pagorski
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel: (502) 568-9100
Fax: (502) 568-5700

*Attorneys for Defendant*
*Lexmark International, Inc.*