UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>    Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br><br>    Third-Party Defendant | Civil Action No. 04-CV-583 (GMS) |

### LEXMARK'S MOTION IN LIMINE
### TO EXCLUDE TESTIMONY OF CHRIS ANDERSON

Defendant and Third-Party Plaintiff, Lexmark International, Inc. ("Lexmark") moves this Court for an order *in limine* excluding testimony of Chris Anderson ("Anderson").

1.  The initial deadline for fact discovery in this matter was January 28, 2005.

2.  With the Court's permission, the parties extended the deadline for fact discovery to March 31, 2005.

SL1 564669v1/004907.00003

3.  On June 10, 2005, Hewlett-Packard Company ("HP") served its Supplemental Disclosures Pursuant To Rule 26(e) Of The Federal Rules Of Civil Procedure. In this document, HP for the first time disclosed Chris Anderson as a "person with knowledge."

4.  HP's unexplained failure to identify Chris Anderson before the close of discovery cannot be sanctioned. If Mr. Anderson is permitted to testify, Lexmark will suffer substantial prejudice.

Dated: August 15, 2005

Respectfully submitted,

Thomas G. Whalen Jr. (No. 4034)
Joseph Grey (No. 2358)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel: (302) 425-3304
Fax: (302) 654-5181

and

Culver V. Halliday
Emily L. Pagorski
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel: (502) 568-9100
Fax: (502) 568-5700

*Attorneys for Defendant*
*Lexmark International, Inc.*

SL1 564669v1/004907.00003