## CERTIFICATION OF COUNSEL

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the undersigned hereby certifies that counsel for Lexmark International, Inc. have made a reasonable effort to reach agreement with counsel for Hewlett-Packard Company on the matters set forth in this Motion, and have been unable to reach such agreement.

Dated: August 15, 2005.

                                                                 Thomas G. Whalen, Jr.