# Exhibit A

## EXHIBIT A

| Pmt Date | Pmt Rcv'd | Pmt Clrd | Pmt Amt | Pmt No. | Pmt Vendor |
|---|---|---|---|---|---|
| 2/1/00 | 3/20/00 | 3/21/00 | $1,625,925.73 | 707395 | Lexmark International, Inc. |
| 2/8/00 | 3/20/00 | 3/29/00 | $1,011,613.63 | 709257 | Lexmark International, Inc. |
| 2/10/00 | 3/20/00 | 3/27/00 | $274,046.14 | 710288 | Lexmark International, Inc. |
| 4/5/00 | | | $642.99 | 719599 | Lexmark International, Inc. |
| 4/5/00 | | | $115,99 | 719600 | Lexmark International, Inc. |
| 3/15/00 | | 3/20/00 | $3,246.38 | 683675 | Lexmark International, Inc. |
| 3/20/00 | | | $429.56 | 684513 | Lexmark International, Inc. |
| 3/21/00 | | | $91.20 | 684854 | Lexmark International, Inc. |
| 3/22/00 | | | $671.42 | 685145 | Lexmark International, Inc. |
| 3/24/00 | | | $455.56 | 685694 | Lexmark International, Inc. |
| 3/27/00 | | | $930.22 | 686039 | Lexmark International, Inc. |
| 3/29/00 | | | $306.51 | 686603 | Lexmark International, Inc. |
| 3/30/00 | | | $109.00 | 686945 | Lexmark International, Inc. |
| 3/31/00 | | | $819.17 | 687230 | Lexmark International, Inc. |
| 4/3/00 | | | $461.34 | 687502 | Lexmark International, Inc. |
| 4/4/00 | | | $55.54 | 687703 | Lexmark International, Inc. |
| 4/5/00 | | | $162.46 | 687967 | Lexmark International, Inc. |
| 4/6/00 | | | $61.26 | 688175 | Lexmark International, Inc. |
| 4/7/00 | | | $232.66 | 688358 | Lexmark International, Inc. |
| 4/10/00 | | | $204.29 | 688574 | Lexmark International, Inc. |
| 4/12/00 | | | $476.47 | 689094 | Lexmark International, Inc. |
| 4/13/00 | | | $67.80 | 689303 | Lexmark International, Inc. |
| 4/13/00 | | | $51.80 | 689304 | Lexmark International, Inc. |
| 4/14/00 | | | $402.03 | 689472 | Lexmark International, Inc. |
| 4/17/00 | | | $241.15 | 689586 | Lexmark International, Inc. |
| 4/19/00 | | | $1,797.16 | 690046 | Lexmark International, Inc. |

| Pmt Date | Pmt Rcv'd | Pmt Clrd | Pmt Amt | Pmt No. | Pmt Vendor |
|---|---|---|---|---|---|
| 4/20/00 | | | $61.98 | 690480 | Lexmark International, Inc. |
| 4/21/00 | | | $245.86 | 690719 | Lexmark International, Inc. |
| 4/24/00 | | | $432.83 | 690980 | Lexmark International, Inc. |
| 4/25/00 | | | $249.48 | 691172 | Lexmark International, Inc. |
| 5/4/00 | | | $435.10 | 692918 | Lexmark International, Inc. |
| 5/5/00 | | | $269.28 | 693276 | Lexmark International, Inc. |
| 5/8/00 | | | $98.40 | 693662 | Lexmark International, Inc. |
| 5/9/00 | | | $247.56 | 693910 | Lexmark International, Inc. |
| 510/00 | | | $442.22 | 694249 | Lexmark International, Inc. |
| 5/12/00 | | | $172.05 | 694865 | Lexmark International, Inc. |
| 5/15/00 | | | $432.08 | 695103 | Lexmark International, Inc. |
| 5/16/00 | | | $953.28 | 695419 | Lexmark International, Inc. |
| 5/17/00 | | | $434.32 | 695671 | Lexmark International, Inc. |
| 39 checks | | **TOTAL** | $2,928,090.91 | | |