## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 15th day of August 2005, I caused a true and correct copy of the foregoing *Plaintiff's Motion In Limine To Exclude Cumulative Expert Testimony Re Insolvency* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

                                                */s/ Sandra G. McLamb*
                                           Sandra G. McLamb (Bar No. 4283)

**InaCom Corp. v. Lexmark International, Inc.**
Civil Action No. 04-583 GMS
Document No. 110818
03 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
(Counsel for Compaq Computer Corp- third-party defendant in action against Lexmark)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Lexmark International as third-party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel to Lexmark International, Inc.)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202