# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>    Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>    Third-Party Defendant | Civil Action No. 04-CV-583 (GMS) |

## LEXMARK'S EXPERT DISCLOSURE

Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), discloses to Plaintiff InaCom Corp. and Third-Party Defendant Compaq Computer Corporation the identity of the persons who may be used at trial to present expert testimony:

    1.    Richard A. Whalen
            Duff & Phelps LLC

            and

        Jason Fensterstock
        Sasco Hill Advisors, Inc.

The report of Mr. Whalen and Mr. Fensterstock required by Fed. R. Civ. P. 26(a)(2)(B) was delivered earlier today by the attorneys representing Dell Computer Corp. in the action styled *InaCom Corp., et al. v. Dell Computer Corp.*, Civil Action No. 04-CV-582 (GMS).

    2.    Kevin Sarkisian
        Lexmark International, Inc.

Mr. Sarkisian serves as Lexmark's Corporate Credit Manager. In his capacity as Corporate Credit Manager, Mr. Sarkisian's duties do not "regularly involve giving expert testimony" and as such he does not qualify as an "expert" under Fed.R.Civ.P. 26(a)(2)(B). Accordingly, no report is required of Mr. Sarkisian under Fed. R. Civ. P. 26(a)(2)(B).

Mr. Sarkisian's current business address is 740 New Circle Road, Lexington, Kentucky 40550. Additional information concerning Mr. Sarkisian may be found in the transcript of his February 9, 2005, deposition by InaCom Corp.

Dated: May 2, 2005

Respectfully submitted,

Joseph Grey (No. 2358)
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel:   (302) 425-3307
Fax:  (302) 654-5181

and

Culver V. Halliday
Adam T. Goebel
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel:   (502) 568-9100
Fax:  (502) 568-5700

Attorneys for Defendant
and Third-Party Plaintiff
Lexmark International, Inc.

## CERTIFICATE OF SERVICE

I certify that Lexmark's Expert Disclosure was served, on May 2, 2005, by mailing a copy by United States mail, first class postage prepaid, to the following: Andrew W. Caine and Jeffrey P. Nolan, Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067; Sandra McLamb, Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., 919 North Market Street, 16th Floor, Wilmington, Delaware 19899; Derek C. Abbott, Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19899-1347; Cecily Dumas and Gail Greenwood, Friedman Dumas & Springwater, LLP, One Maritime Plaza, Suite 2475, San Francisco, California 94111.

Culver V. Halliday

3