IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>Plaintiff,<br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary Case No. 02-3500 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW)<br><br>[MOTION IN LIMINE NO. 4 OF 4] |

## DECLARATION OF JEFFREY P. NOLAN
## IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF KEVIN SARKESIAN AT TIME OF TRIAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

I, Jeffrey P. Nolan, declare:

1.   The matters stated herein are based on my own personal knowledge, and if called, I could and would competently testify thereto.

2.   I am an attorney licensed to practice before all of the courts of the State of California and am admitted to practice pro hac vice in the United States Bankruptcy Court for the District of Delaware  I am of counsel to Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., attorneys for plaintiff Inacom Corporation. I make this declaration in support of Plaintiff's Motion In Limine To Exclude The Expert Testimony Of Kevin Sarkesian At Time Of Trial.

3.   Attached as Exhibit A is a true and correct copy of Lexmark's Expert Disclosure which was served on this law firm during the course of the litigation.

4.  Attached hereto as Exhibit B is a true and correct copy of excerpts from the Deposition of Kevin Sarkesian taken in the instant case by the undersigned on August 1, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2005, at Los Angeles, California.

_____
Jeffrey P. Nolan