## CERTIFICATE OF SERVICE

I, Gregory T. Donilon, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Reply In Support Of Its Motion *In Limine* To Exclude Evidence Related To Lexmark's Claim As A Third-Party Beneficiary** was caused to be made on August 22, 2005, in the manner indicated upon the parties identified on the attached service list.

Date: August 22, 2005

_____
Gregory T. Donilon (No. 4244)

479891