**Inacom Corp**
**Asset Purchase Schedules**
**Accounts Payable**
**As of February 12, 2000**

008820

|  | Amount Per Detail |
|---|---|
| Distribution Operations -trade a/p | 108,901 |
| Distribution Operations -po accrual | 95,465 |
| Reseller Division | 34 |
| BCE Division | 3,314 |
| Total | 207,714 |
| "Select/Delete" supplier on Dist/Ops Trade A/P | (947)  Supplier # 99999 - used to track fedwires already paid |
| Non-compaq major vendor a/p | (73,694)  HP, IBM, Dell, TOS |
| Lucent a/p | (8,882) |
| Total Adjustment | (83,523) |
| **Net Accounts Payable** | 124,191 |
| Deposits made to Compaq for inventory | (45,276) |
| Pre-payments made on Compaq | (980) |
| Total | (46,256) |
| **Total accounts payable per asset schedule** | 77,935 |



Δ BY HP #
WAS ACTUALLY
a Dr Balance

1,671
1,671
81,277

ICN 09129