1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re
INACOM CORP., et al.          Bankruptcy Case No. 00-2426 PJW

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, | Civil Action No. 04-148 GMS (Original filed in this Action) |
| Plaintiff, | Adversary Case No. 02-03496 PJW |
| v. | |
| TECH DATA CORP., | |
| Defendant. | |

*COPY*

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, | |
| Plaintiff, | Civil Action No. 04-582 GMS |
| v. | Adversary Case No. 02-03499 PJW |
| DELL COMPUTER CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, | |
| Plaintiff, | Civil Action No. 04-583 GMS |
| v. | Adversary Case No. 02-03500 PJW |
| LEXMARK INTERNATIONAL, INC., | |
| Defendant. | |

DEPOSITION OF RICHARD CHARLES OSHLO, JR.,
March 20, 2005

KATHRYN POWERS- CERTIFIED SHORTHAND REPORTER

PETERSEN COURT REPORTERS
515/243-6596

```
INACOM CORP., on behalf of      :
all affiliated Debtors,         :
                                :
            Plaintiff,          :  Civil Action No. 04-584 GMS
                                :
      v.                        :  Adversary Case No. 02-03501 PJW
                                :
RESILIEN, INC., et al.,         :
                                :
            Defendant.          :
                                :
_____:

INACOM CORP., on behalf of      :
all affiliated Debtors,         :
                                :
            Plaintiff,          :  Civil Action No. 04-593-GMS
                                :
      v.                        :  Adversary Case No. 02-03960 PJW
                                :
INGRAM ENTERTAINMENT, INC.,     :
Successor in interest to        :
NASHVILLE COMPUTER              :
LIQUIDATORS,                    :
                                :
            Defendant.          :
                                :
_____;

INACOM CORP., on behalf of      :
all affiliated Debtors,         :  Civil Action No. 04-601 GMS
                                :
            Plaintiff,          :  Adversary Case No. 02-04441 PJW
                                :
      v.                        :
                                :
SIGMA DATA, INC,                :
                                :
            Defendant.          :
                                :
```

DEPOSITION OF RICHARD CHARLES OSHLO, JR.,

taken by the Defendants before Kathryn Powers, Certified
Shorthand Reporter of the State of Iowa, at the Renaissance
Savery Hotel, Room 210, Des Moines, Iowa, commencing at
9:45 a.m., Sunday, March 20, 2005.

3

```
 1  APPEARANCES:

 2  For InaCom Corp.:            JEFFREY P. NOLAN, ESQ.
                                 Pachulski, Stang, Ziehl,
 3                                 Young, Jones & Weintraub, P.C.
                                 10100 Santa Monica Blvd.
 4                               Eleventh Floor
                                 Los Angeles, California 90067-4100
 5
     For Executive Sounding      EARL M. FORTE, ESQ.
 6   Board Associates, Inc.,     Blank & Rome, LLP
     Liquidating Agent of        One Logan Square
 7   InaCom Corp.:               18th and Cherry Streets
                                 Philadelphia, Pennsylvania  19103-6998
 8
     For Defendant Dell:         SABRINA L. STREUSAND, ESQ.
 9                               G. JAMES LANDON, ESQ.
                                 Hughes & Luce, LLP
10                               111 Congress Avenue, Suite 900
                                 Austin, Texas   78701
11
     For Defendant Tech          STEPHEN C. HUNT, ESQ.
12   Data:                       Adorno & Yoss
     (by telephone)              350 East Las Olas Blvd.
13                               Seventh Floor
                                 Fort Lauderdale, Florida   23301
14
     For Defendant Lexmark:      CULVER V. HALLIDAY, ESQ.
15                               Stoll, Keenon & Park, LLP
                                 2650 Aegon Center
16                               400 West Market St.
                                 Louisville, Kentucky 40202-3377
17
     For Defendant Ingram:       JONATHAN P. HERSEY, ESQ.
18   (by telephone)              Bingham McCutchen, LLP
                                 600 Anton Road, 18th Floor
19                               Costa Mesa, California   92626

20   For Third-Party             GAIL S. GREENWOOD, ESQ.
     Defendant Hewlett           Friedman, Dumas & Springwater, LLP
21   Packard, Successor in       One Maritime Plaza
     Interest to Compaq          Suite 2475
22   Computer:                   San Francisco, California   94111

23
     Also Present:               Jason Fensterstock
24   (by telephone)              Duff & Phelps

25
```

```
 1                        I N D E X

 2  WITNESS                                        PAGE

 3  Richard Charles Oshlo, Jr.

 4         Examination  By Ms. Streusand              6

 5         Examination by Mr. Halliday             132

 6         Examination by Mr. Hunt                 168

 7         Examination By Mr. Nolan                173

 8         Examination by Ms. Greenwood            210

 9         Examination by Mr. Nolan                211

10         Examination by Mr. Forte                231

11         Examination by Ms. Streusand            237

12         Examination by Mr. Halliday             242

13         Examination by Mr. Hunt                 249

14

15

16

17

18

19

20

21

22

23

24

25
```

E X H I B I T S

| EXHIBITS | MARKED |
|---|---|
| 1 - InaCom Corp. Officer's Certificate | 37 |
| 2 - Third Amendment and Waiver | 41 |
| 3 - 8-K March 2000 | 44 |
| 4 - Borrowing Base/Non-Default Certificate February 26, 2000 | 51 |
| 5 - Fourth Amendment and Waiver | 56 |
| 6 - 2/16/00 Memo from Davis Polk | 65 |
| 7 - Borrowing Base/Non-DeFault Certificate March 25, 2000 | 68 |
| 8 - Borrowing Base Certificate 4/22/00 | 70 |
| 9 - Summary of Impact of disposed Assets and Operations | 72 |
| 10 - Treasury Released Checks by Date | 78 |
| 11 - Attachment E, Collateral Mang. Report | 80 |
| 12 - (This number was skipped in marking) | |
| 13 - 3/29/00 Ltr. to Bachner | 90 |
| 14 - 4/4/00 Memo to Tom from Dick | 93 |
| 15 - 3/24/00 Memo to Tom rom Dick | 102 |
| 16 - Board of Directors Minutes | 104 |
| 17 - Intercreditor Agreement | 104 |
| 18 - Separation and Sharing Agreement | 108 |
| 19 - Fifth Amendment and Waiver | 110 |
| 20 - Sixth Amendment and Waiver | 112 |
| 21 - Form Notice of Borrowing | 115 |
| 22 - March 2000 - Wires | 127 |
| 23 - 2/15/00 Ltr. to Oslo from Schuette | 161 |

1                    P R O C E E D I N G S
2            MS. STREUSAND:  Would you please swear
3    the witness.
4            ROBERT CHARLES OSHLO, JR.,
5    called as a witness by the Defendants, being first
6    duly sworn by the Certified Shorthand Reporter,
7    was examined and testified as follows:
8                       EXAMINATION
9    BY MS. STREUSAND:
10       Q.    Good morning, Mr. Oshlo.  We met just
11   briefly a moment ago.  Let me reintroduce myself.
12   I'm Sabrina Streusand.  Along with James Landon,
13   we represent Dell, Inc., in an adversary
14   proceeding brought by InaCom.
15            Can you please state your full name for
16   the record.
17       A.    Richard Charles Oshlo, Jr.
18       Q.    And your address, sir, please?
19       A.    3818 Lincoln Place Drive, Des Moines,
20   Iowa, 50312.
21       Q.    And have you had your deposition taken
22   before, sir?
23       A.    Yes.
24       Q.    How many times?
25       A.    Probably about five times.

Case 1:04-cv-00583-GMS    Document 89-6    Filed 08/26/2005    Page 7 of 7

130

1    A.    No.

2    Q.    Did you work on a proposed purchase of
3  business units with CompuCom and InaCom?

4    A.    The only thing I know about CompuCom is a
5  conversation I had with Tom Fitzpatrick, probably
6  the Wednesday, middle of the week, before we laid
7  off that Friday numerous employees.

8    Q.    That would have been June of 2000, sir?

9    A.    I forget when, but he told me that--and I
10 think a couple other individuals in the Omaha
11 finance office, that they had been trying to sell
12 something to CompuCom, and that it failed, and
13 that as of that Friday they were going to lay off
14 most of the employees of InaCom and an X number of
15 us would, you know, stay around until God knows
16 what.

17   Q.    And did you know any details with respect
18 to the transaction of CompuCom?

19   A.    No.  I just knew--that was the first I
20 heard of it, and that it had failed.

21   Q.    And I'm sorry, I know you've told me
22 this, but when did you leave InaCom?

23   A.    September 2000.

24   Q.    2000.  Several months after the
25 bankruptcy proceeding?

PETERSEN COURT REPORTERS
317 Sixth Avenue, Suite 606
Des Moines, IA 50309-4155
515/243-6596