## **CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on this 26th day of August 2005, I caused a true and correct copy of the foregoing *Plaintiff's Opposition to Defendant's Joint Motion in Aid of Litigants' Rights Seeking Remedies for Plaintiff's Late Production of Certain Discovery Materials* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

Sandra G. McLamb (Bar No. 4283)

InaCom v. Lexmark Service List
Document No. 111166
Civil Action No. 04-583 GMS
01 – Hand Delivery
05 – First Class Mail


*Hand Delivery*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

*First Class Mail*
(Counsel for Compaq Computer Corp. and Custom Edge Inc., third-party defendants)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
(Counsel for Lexmark International, third-party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel to Lexmark International, Inc., defendant)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202