## CERTIFICATE OF SERVICE

Joseph Grey hereby certifies that, on August 29, 2005, true and correct copies of Lexmark's Response to InaCom Corporation's Motion In Limine to Exclude Evidence Regarding Defendant's Arguments Under 547(b)(2) and (5) were served upon the following counsel of record, each via regular United States first class mail, postage prepaid:

William H. Sudell, Jr. Esq.
Derek C. Abbott, Esq.
Morris, Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

and

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

*Counsel for Third-Party Defendant*
*Compaq Computer Corporation*

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young,
   Jones &Weintraub, P.C.
919 North Market St., 16th Floor
Wilmington, Delaware 19899

and

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young,
   Jones &Weintraub, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067

*Counsel for Plaintiff*
*InaCom Corp.*

  /s/ Joseph Grey
Joseph Grey

SL1 568026v1/004907.00003