IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al.,<br>　　　　　Debtors. | Chapter 11<br><br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., et al.,<br>　　　　　Plaintiff,<br><br>v.<br><br>TECH DATA CORPORATION,<br>　　　　　Defendant. | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al.,<br>　　　　　Plaintiff,<br><br>v.<br><br>DELL COMPUTER CORPORATION,<br>　　　　　Defendant. | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al.,<br>　　　　　Plaintiff,<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br>　　　　　Defendant. | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al.,<br>　　　　　Plaintiff,<br><br>v.<br><br>INGRAM ENTERTAINMENT, INC.,<br>　　　　　Defendant. | Civil Action No. 04-CV-593 (GMS) |

**ORDER GRANTING HEWLETT-PACKARD COMPANY'S MOTION FOR A
<u>SEPARATE TRIAL OF THE THIRD-PARTY CLAIMS</u>**

IT IS HEREBY ORDERED that Hewlett-Packard Company's motion, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, for a separate trial of the third-party claims brought by Lexmark International, Inc. and Tech Data Corporation is granted.

Dated: July 26, 2005

Gregory M. Sleet, Judge
United States District Court
District of Delaware

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

472923

2