# Inacom

# Supplemental Report

# By

# Sasco Hill Advisors, Inc.

# June 21, 2005

# Inacom – Supplemental Report

I. **Spreadsheet Correction– Working Capital Formula**
   - In its rebuttal report, Bridge pointed out an error in the working capital formula in our cash flow model. We have corrected for that error, reflected the correction in the attached revised Appendix B, and observe that after giving effect thereto, Inacom was solvent throughout the Period Reviewed.

II. **Non-Core Assets/Non-Core Liabilities**
   - In its rebuttal report, Bridge asserts that as of April 22, 2000 our report (i) overstated the balance of Non-Core Receivables of Inacom and (ii) did not take into account the Non-Core Liabilities of Inacom. If we adjust our analyses to reflect the Bridge points as provided in the attached revised Appendix B, our analyses nevertheless result in a finding that Inacom was solvent throughout the Period Reviewed.

III. **Conclusion**
   - Based upon the foregoing, our analyses indicate that Inacom was clearly solvent throughout the Period Reviewed with Aggregate Equity Value, on a Marketable Controlling Basis of between $44 million and $144 million.

This report respectfully submitted by:

*[signature]*

Jason F. Fensterstock
Sasco Hill Advisors, Inc.

2

Iusacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| VALUATION ASSUMPTIONS | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Stub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000¹ | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ASSUMPTIONS** | | | | | | | | | | | | | | | | |
| Products Sales Growth | NA | 24.6% | 0.4% | -15.5% | NA | NA | | | | | | | | | | |
| Services Sales Growth | NA | 46.4% | 17.1% | -6.1% | NA | NA | | | | | | | | | | |
| Total Sales Growth | NA | 26.7% | 2.3% | -14.3% | NA | NA | NA | NA | 10.0% | 10.0% | 7.5% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| | | | | | | | | | | | | | | | | |
| Products Gross Profit Margin | 7.5% | 7.3% | 6.7% | 4.3% | NA | NA | | | | | | | | | | |
| Services Gross Profit Margin | 40.4% | 41.2% | 39.5% | 31.4% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Total Gross Profit Margin | 10.0% | 11.0% | 10.5% | 8.0% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| | | | | | | | | | | | | | | | | |
| Operating Expenses / Sales | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 7.6% | 7.5% | 8.3% | 11.2% | NA | NA | 31.9% | 25.5% | 24.3% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| Restructuring Charges | 0.0% | 0.0% | 0.2% | 3.2% | NA | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses / Sales | 7.6% | 7.5% | 8.5% | 14.4% | NA | NA | 31.9% | 25.5% | 24.3% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| Expense Growth | NA | 24.2% | 15.5% | 46.1% | NM | NM | -75.2% | 31.5% | 4.8% | 3.0% | 7.5% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| | | | | | | | | | | | | | | | | |
| **WORKING CAPITAL INVESTMENT** | | | | | | | | | | | | | | | | |
| Receivables -- DSO | 19.8 | 13.7 | 21.6 | 36.1 | NM | NA | 71.6 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 |
| -- Receivables / revenue | 5.4% | 3.7% | 5.9% | 9.9% | NM | NA | 19.6% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% |
| Inventory turnover | 12.3x | 14.0x | 22.9x | 16.0x | NM | NA | 17.1x | 27.4x | 30.2x | 33.2x | 33.0x | 33.0x | 33.0x | 33.0x | 33.0x | 33.0x |
| -- Inventory / revenue | 7.3% | 6.4% | 3.9% | 5.8% | NM | NA | 3.9% | 2.4% | 2.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Other current assets / revenue | 0.1% | 0.2% | 0.4% | 1.8% | NM | NA | 2.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| AP - DPO | 31.2 | 24.9 | 22.0 | 43.0 | NM | NA | 46.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 |
| -- AP / revenue | 7.7% | 6.1% | 5.4% | 10.8% | NM | NA | 8.0% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% |
| Accrued expenses / revenue | 1.2% | 1.2% | 1.5% | 3.3% | NM | NA | 14.3% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% |
| | | | | | | | | | | | | | | | | |
| **FIXED CAPITAL INVESTMENT** | | | | | | | | | | | | | | | | |
| Capital expenditures | 26 | 51 | 40 | NA | NA | NA | 14 | 27 | 35 | 40 | 42 | 45 | 46 | 48 | 49 | 51 |
| -- % of revenues | 0.5% | 0.8% | 0.6% | NA | NA | NA | 2.2% | 2.5% | 2.5% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Depreciation and Amortization | 39 | 58 | 70 | 82 | NA | NA | 21 | 30 | 34 | 36 | 37 | 40 | 43 | 45 | 46 | 48 |
| -- Depr. / Prior yr. NFA | NA | 98.8% | 86.9% | NA | NA | NA | 28.9% | 45.2% | 53.5% | 58.3% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% |
| -- % of revenues | 0.7% | 0.9% | 1.1% | NA | NA | NA | 3.1% | 2.8% | 2.8% | 2.9% | 2.6% | 2.7% | 2.8% | 2.8% | 2.9% | 2.8% |
| | | | | | | | | | | | | | | | | |
| **IMPLIED RATIOS** | | | | | | | | | | | | | | | | |
| NOPAT / Invested Capital | 26.0% | 26.8% | 18.1% | -76.6% | NM | NM | -14.9% | 41.7% | 51.4% | 65.4% | 66.9% | 65.4% | 64.1% | 63.0% | 63.2% | 63.0% |
| Sales / Fixed Assets | 89.9x | 75.0x | 73.3x | 46.1x | NM | NM | 5.9x | 16.0x | 18.7x | 20.1x | 20.3x | 19.0x | 19.3x | 19.1x | 19.0x | 19.0x |
| Sales / Working Capital | 25.4x | 32.8x | 31.9x | 28.0x | NM | NM | 6.2x | 40.0x | 34.6x | 37.6x | 38.7x | 38.3x | 37.9x | 37.9x | 37.9x | 37.9x |

¹ Projections for the period of April 22, 2000 to December 31, 2000

Inacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| INCOME STATEMENT[1] | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Sub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000[2] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - Products | 4,810 | 5,994 | 6,019 | 5,086 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales - Services | 507 | 742 | 869 | 816 | NA | NA | 663 | 1,009 | 1,198 | 1,318 | 1,417 | 1,487 | 1,532 | 1,570 | 1,625 | 1,674 |
| Total Sales | 5,317 | 6,736 | 6,888 | 5,903 | NA | NA | 663 | 1,009 | 1,198 | 1,318 | 1,417 | 1,487 | 1,532 | 1,570 | 1,625 | 1,674 |
| COGS - Products | 4,451 | 5,556 | 5,615 | 4,868 | NA | NA | | | | | | | | | | |
| COGS - Services | 302 | 436 | 526 | 560 | NA | NA | 443 | 713 | 785 | 863 | 928 | 974 | 1,003 | 1,034 | 1,065 | 1,096 |
| Total Cost of Goods Sold | 4,753 | 5,992 | 6,141 | 5,428 | NA | NA | 443 | 713 | 785 | 863 | 928 | 974 | 1,003 | 1,034 | 1,065 | 1,096 |
| Gross Profit - Products | 359 | 438 | 404 | 218 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit - Services | 205 | 306 | 343 | 256 | NA | NA | 219 | 296 | 413 | 455 | 489 | 513 | 529 | 544 | 561 | 578 |
| Total Gross Profit | 564 | 744 | 747 | 475 | NA | NA | 219 | 296 | 413 | 455 | 489 | 513 | 529 | 544 | 561 | 578 |
| Gross Profit Margin - Products | 7.5% | 7.3% | 6.7% | 4.3% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Gross Profit Margin - Services | 40.4% | 41.2% | 39.5% | 31.4% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Gross Profit Margin | 10.6% | 11.0% | 10.8% | 8.0% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Operating Expenses | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 406 | 505 | 571 | 663 | NA | NA | 211 | 278 | 291 | 306 | 329 | 345 | 355 | 366 | 377 | 388 |
| Restructuring Charges | 0 | 0 | 12 | 189 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Expenses | 406 | 505 | 583 | 852 | NA | NA | 211 | 278 | 291 | 306 | 329 | 345 | 355 | 366 | 377 | 388 |
| Depreciation and Amortization | 39 | 58 | 78 | 82 | NA | NA | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| EBITDA[3] | 158 | 239 | 176 | (188) | NA | NA | 8 | 98 | 122 | 149 | 160 | 168 | 173 | 178 | 184 | 189 |
| EBITDA Margin | 3.0% | 3.6% | 2.6% | -3.2% | NA | NA | 1.2% | 9.0% | 10.2% | 11.3% | 11.3% | 11.3% | 11.3% | 11.3% | 11.3% | 11.3% |
| EBIT[3] | 119 | 181 | 98 | (271) | NA | NA | (13) | 68 | 88 | 111 | 123 | 128 | 130 | 134 | 137 | 141 |
| EBIT Margin | 2.2% | 2.7% | 1.4% | -4.6% | NA | NA | -1.9% | 6.2% | 7.4% | 8.4% | 8.7% | 8.6% | 8.5% | 8.5% | 8.4% | 8.5% |
| Pro Forma Income Taxes | 48 | 72 | 39 | 0 | NA | NA | 0 | 27 | 35 | 45 | 49 | 51 | 52 | 54 | 55 | 57 |
| Net Operating Profit After Taxes | 71 | 109 | 59 | (271) | NA | NA | (13) | 41 | 53 | 67 | 74 | 77 | 78 | 80 | 82 | 85 |

[1] Historical income statement amounts per Inacom Corp. 1996-1999 unaudited (restated) financial statements (ICN 00870, 00871, 05390, and 05391); historical depreciation and amortization amounts per HL Document 1231: PP 111-

[2] Projections for the period of April 22, 2000 to December 31, 2000

[3] Does not include restructuring charges

B - 2

Inacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| BALANCE SHEET | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Stub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000[1] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable[1] | 288 | 252 | 408 | 583 | 342 | 277 | 130 | 143 | 157 | 173 | 186 | 195 | 201 | 207 | 213 | 220 |
| Inventory | 307 | 429 | 268 | 340 | 42 | 42 | 26 | 26 | 26 | 26 | 28 | 30 | 30 | 31 | 32 | 33 |
| Other Current Assets | 6 | 14 | 25 | 106 | 7 | 7 | 16 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 |
| Total Current Assets | 601 | 695 | 700 | 1,029 | 391 | 326 | 172 | 174 | 188 | 204 | 219 | 230 | 237 | 244 | 252 | 259 |
| Accounts Payable | 407 | 410 | 369 | 640 | 229 | 110 | 57 | 35 | 39 | 42 | 46 | 48 | 49 | 51 | 52 | 54 |
| Accrued Liabilities | 64 | 80 | 104 | 193 | 238 | 238 | 95 | 105 | 115 | 126 | 136 | 143 | 147 | 151 | 156 | 161 |
| Total Current Liabilities | 471 | 490 | 474 | 834 | 467 | 348 | 152 | 140 | 154 | 169 | 181 | 191 | 196 | 202 | 208 | 214 |
| Net Working Capital | 210 | 205 | 227 | 195 | (76) | (22) | 20 | 35 | 35 | 35 | 38 | 40 | 41 | 42 | 44 | 45 |
| Net Fixed Assets | 59 | 90 | 98 | 158 | 73 | 73 | 66 | 63 | 64 | 67 | 73 | 78 | 81 | 84 | 87 | 90 |
| Invested Capital | 269 | 295 | 325 | 353 | (3) | 51 | 86 | 98 | 99 | 102 | 111 | 118 | 122 | 127 | 130 | 135 |

[1] Includes Vendor Receivables

B - 3

Inacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| DISCOUNTED CASH FLOW ANALYSIS | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Profit After Taxes | (13) | 41 | 53 | 67 | 74 | 77 | 78 | 80 | 82 | 85 |
| Plus: Depreciation Expense | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| Total Sources of Cash | 8 | 71 | 87 | 104 | 111 | 117 | 121 | 125 | 129 | 133 |
| Less: Change in Net Working Capital | 42 | 15 | 0 | 0 | 3 | 2 | 1 | 1 | 1 | 1 |
| Less: Capital Expenditures | 14 | 27 | 35 | 40 | 42 | 45 | 46 | 48 | 49 | 51 |
| Total Uses of Cash | 57 | 42 | 35 | 40 | 45 | 47 | 47 | 49 | 50 | 52 |
| Free Cash Flow | (48) | 29 | 52 | 64 | 66 | 70 | 74 | 76 | 79 | 80 |

| | | | |
|---|---|---|---|
| Discount Rate Range - Terminal Value | 15.50% | 14.50% | 13.50% |
| Discount Rate Range - Projected Cash Flows | 15.50% | 14.50% | 13.50% |
| Terminal Value in 2009 - Gordon Growth | 663 | 721 | 789 |
| Present Value of Terminal Value | 176 | 207 | 246 |
| Present Value of FYE 2000-2009 Cash Flows | 228 | 240 | 253 |
| Enterprise Value before net non-core assets | 404 | 447 | 499 |
| Cash collected from net non-core assets[1] | (4) | (4) | (4) |
| Enterprise Value | 401 | 444 | 495 |
| EV / 2000 Sales | NM | NM | NM |
| EV / LTM EBITDA | NM | NM | NM |
| EV / 2000 EBITDA | NM | NM | NM |
| Terminal Value / 2009 EBITDA | 3.5x | 3.8x | 4.2x |
| Terminal Value / 2009 NOPAT (Debt-free P/E) | 7.8x | 8.5x | 9.3x |
| Terminal Value / 2009 Revenues | 0.40x | 0.43x | 0.47x |

[1] Cash collected from non-core inventory, included in enterprise value before net non-core assets and excluded in enterprise value. It was determined that apportioning inventory would not have a material effect on our analysis. Allocation of PP&E excluded.

B - 4