MAY 2, 2005

# DUFF & PHELPS, LLC /

# SASCO HILL ADVISORS, INC.

# Inacom Corp.
## Valuation Analysis

The information contained herein is of a confidential nature and is intended for the exclusive use of the persons or firm to whom it is furnished by us. Reproduction, publication, or dissemination of portions hereof may not be made without prior approval of Duff & Phelps, LLC and Sasco Hill Advisors, Inc.

# Table of Contents

I. Executive Summary

II. Business and Financial Overview

III. Industry Overview

IV. Valuation Analysis

V. Benchmarking Analysis – Balance Sheet Review and Valuation

VI. Sources

VII. Compensation

### Appendices

A. Historical Financial Performance

B. Discounted Cash Flow Analysis

C. Comparable Company Analysis

D. Inacom Corp.'s Service Business and Comparable Company Descriptions

E. Benchmarking Study

F. March 25, 2000 and April 22, 2000 Inacom Corp. Balance Sheets

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

# I. *Executive Summary*

**Engagement Overview**

- Duff & Phelps, LLC and Sasco Hill Advisors, Inc. have been retained (a) by certain defendants in a preference avoidance litigation (the "Parties") brought by Inacom Corp. ("Inacom" or the "Company") which litigation seeks the return of certain payments (the "Payments") made to the Parties during March and April of 2000 and (b) to:

    (i) provide a business valuation of Inacom as of a date (the "Valuation Date") subsequent to the last date on which the payments were made by Inacom to the Parties;

    (ii) provide a fair valuation of the assets and liabilities of Inacom as of the Valuation Date, with a view to determining whether the value of Inacom's assets exceeded its liabilities as of the Valuation Date;

    (iii) determine whether the value of Inacom's assets exceeded its liabilities as of March 25, 2000; and

    (iv) determine whether the value of Inacom's assets exceeded its liabilities throughout the period from March 18, 2000 through and including the "Valuation Date" (the "Period Reviewed").

- We use the April 22, 2000 balance sheet of Inacom, which date has been chosen as the Valuation Date. The circumstances surrounding Inacom as of April 17, 2000 provide the bases for our analysis except that we have included all assets and liabilities as set forth on the April 22, 2000 balance sheet or reasonably estimable on April 22, 2000, and we have based our market analyses on information available as of April 22, 2000. Developments with respect to Inacom otherwise not known or reasonably foreseeable at April 17, 2000 (other than the income statement for the four-week period ending April 22, 2000 and certain issues related thereto) are not incorporated into this analysis.

- Previously, Duff & Phelps, LLC and Sasco Hill Advisors, Inc. were retained by the Parties, as consulting experts, to assist with their analyses regarding the strength of their solvency defense in the above referenced preference litigation.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

# I. *Executive Summary*

**Summary Conclusions**

❖ It is our opinion that the aggregate equity value of Inacom Corp. on April 22, 2000 was approximately $250 million.

|  | Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands) | | |
|---|---:|---:|---:|
| Enterprise Value Conclusion | $520,000 | $570,000 | $620,000 |
| Plus: Excess Cash | - | - | - |
| Plus: Non-operating Assets[1] | $120,000 | $120,000 | $120,000 |
| Less: Outstanding Debt[2] | (440,046) | (440,046) | (440,046) |
| Aggregate Equity Value on a Marketable, Controlling Basis | 199,954 | 249,954 | 299,954 |

[1] Non-operating assets as of April 22, 2000 include value of receivables related to business sold to Compaq.

[2] Outstanding debt as of April 22, 2000 includes: bank debt: $110 million; convertible debt: $195 million; adjustments to convertible debt: $16 million; overpayment received: $42 million; and, misdirected payments: $77 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

# I. *Executive Summary*

**Summary Conclusions (continued)**

- ❖ Based upon our valuation of the aggregate equity of Inacom on April 22, 2000 and the following, it is our opinion that the value of Inacom's assets exceeded its liabilities as of March 25, 2000:
  - As of March 25, 2000, Inacom's Current Assets of $553.1 million were $140.4 million higher than its Current Assets of $412.7 million as of April 22, 2000 and there was no material change in the long term assets of the Company during the period.
  - As of March 25, 2000, Inacom's Total Liabilities of $923.9 million were $135.5 million higher than its Total Liabilities (as adjusted) of $788.4 million as of April 22, 2000.
  - The stock prices of the companies reviewed in our comparable company analysis generally declined from March 25, 2000 to April 22, 2000 which decline effected a lower enterprise value for such companies as of April 22, 2000 as compared to the earlier date. This would suggest a higher comparable company valuation, assuming no other material changes, as of March 25, 2000.
  - The transaction analysis provided herein would be applicable to both dates.
- ❖ Based upon our valuation of the aggregate equity of Inacom on April 22, 2000, the foregoing opinion related to March 25, 2000, and the fact that nothing has come to our attention during the course of our review of materials related to the Period Reviewed that would lead us to a contrary view, it is our opinion that the value of Inacom's assets exceeded its liabilities throughout the Period Reviewed. It should be noted, however, that we have not been able to review any balance sheets or other financial statements for Inacom for any date or period during the Period Reviewed other than those for March 25, 2000 and April 22, 2000.

## II. Business and Financial Overview

**Business Overview of Inacom Corp.**

- ❖ Established as a division of Valmont Industries, Inc. in 1982.
  - Completed an IPO in 1987 and changed its name to Inacom Corp. in 1991.
  - Inacom provided solutions to improve the productivity of its clients' information systems.

- ❖ Key elements of the Company's strategy were:
  - Leverage client relationships to continue expanding higher-margin services revenues.
  - Capitalize on client trends of outsourcing services.
  - Expand offerings and geographic coverage through strategic services.
  - Capitalize on the convergence of data and voice communication.

- ❖ The Company maintained its principal executive and administrative offices in Omaha, Nebraska.

Source: Inacom Corp. December 26, 1998 10-K

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

## II. Business and Financial Overview

**Product Overview**

- ❖ **Integrated Life Cycle Services** – helped clients optimize their information technology:
  - Technology Planning – involved assisting clients in designing and developing standardized technology platforms.
  - Technology Procurement – involved coordinating the technology purchase process, requisitioning technology products, processing, tracking and reporting on the status of orders, customizing hardware and software configurations, providing direct deployment to clients' desktops, and tracking shipments.
  - Technology Integration – provided services to assist clients in obtaining technology that achieves the clients' business goals.
  - Technology Support – provided ongoing support for distributed technology systems.
  - Technology Management – assessed the current state and future needs of clients' distributed technology network to maximize the value of each client's investment in its networked systems.

- ❖ **Technology Products**:
  - Desktops, laptops, servers, monitors, printers, operating systems software, phone systems, voice mail processing, data network equipment, multiple small office and home office offerings and maintenance.

Source: Inacom Corp. December 26, 1998 10-K

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

## II. Business and Financial Overview

**Sale of Distribution Business to Compaq**

- ❖ On February 15, 2000, Inacom completed the sale of certain assets of its product customization and logistics operations to Compaq Computer Corporation for $369.5 million in cash, subject to certain pre-closing adjustments.
- ❖ In connection with the sale, Compaq entered into multi-year contracts with Inacom, including:
    - Three-year, $420 million – 2000: $85 million; 2001: $140 million; 2002: $195 million — Sales, Service and Supply Agreement through December 2002 (approximately 14% of projected sales through 2002).
    - $55 million Subordinated Secured Revolving Credit maturing September 30, 2001, with EBITDA Covenant levels.
    - Separation and Sharing Agreement concerning technology infrastructure and administrative services, personnel, and assets over periods up to one year from closing.
- ❖ Post-transaction, Inacom intended to become a provider of IT services, with hardware and software product offerings accounting for an extremely small portion of revenues.

Source: Documents 00160 and 00161 (from Inacom 8-K dated March 2, 2000) and document 00753 (Services Supply and Sales Agreement dates as of February 2000 between Compaq Computer Corporation and Inacom)

## II. Business and Financial Overview

**INACOM CORP.**
**Historical Revenues (in millions) & Margins**

|  | Fiscal Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 1996 | 1997 | 1998 | 1999 | 3-yr CAGR* |
| Product Revenues | $4,810 | $5,994 | $6,019 | $5,086 | 2% |
| Service Revenues | 507 | 742 | 869 | 816 | 17% |
| Total Revenues | 5,317 | 6,736 | 6,888 | 5,902 | 4% |
| Product Gross Margin | 7.5% | 7.3% | 6.7% | 4.3% | 6% |
| Service Gross Margin | 40.4% | 42.0% | 39.5% | 31.4% | 38% |
| Total Gross Margin | 10.6% | 11.2% | 10.8% | 8.0% | 10% |

\* Gross Margins show three year averages
Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391

❖ Analysis of Revenues

- Prior to the sale to Compaq, 90% of Inacom's revenues were derived from products.

- During the historical period studied, service revenues grew faster than product revenues, reflecting the divergence of the two markets.

- As shown, Inacom's service gross margins far exceeded its product gross margins, which was normal for the Information Technology (IT) industry.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

## II. Business and Financial Overview



**Historical Service Business Gross Margins**

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391

- ❖ Analysis of quarterly service gross margins
  - ▪ As shown, service gross margins historically averaged approximately 40%.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

10

## II. Business and Financial Overview

**INACOM CORP.**
**Historical Profitability (in millions)**

|  | Fiscal Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 1996 | 1997 | 1998 | 1999 | 3-yr Average |
| EBITDA | $ 158 | $ 239 | $ 176 | $ (188) |  |
| EBITDA Margin | 2.6% | 3.3% | 2.1% | -7.8% | 0.1% |
| EBIT | $ 119 | $ 180 | $ 98 | $ (270) |  |
| EBIT Margin | 2.2% | 2.8% | 1.4% | -7.8% | -0.3% |

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391
Depreciation amount used for EBITDA calculation obtained from HL Document: 1251, pp. 111+.

- ❖ Margin Analysis
  - The table above includes historical data on Inacom's business, which includes both products and services. The company did not report EBITDA margins by business line (products and services).
  - EBITDA margins averaged 2.7% prior to 1999.
  - The Company's divestiture of its low margin products business was intended to (1) increase EBITDA margins to 9.0+% and (2) capture increased growth in service revenues per year of approximately 8% to 10%.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

11