## III. Industry Overview

**Increased IT Consulting Spending**

❖ Companies in most industries were shifting their focus towards the Internet in the period studied. With the Internet changing the way business was conducted, companies were increasingly turning to Information Technology services to gain a competitive advantage or simply to keep up with the competition.

- According to Dataquest, worldwide spending on Information Technology totaled $246.7 billion in 1998 and rose 17% to $288.8 billion in 1999.

- Growth was projected to continue at an annual pace of approximately 18% from 1999's projections of $288.8 billion, reaching $553.5 billion by 2003.



Information Technology Spending Worldwide
(millions of dollars)

Source: Dataquest

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

12

## III. Industry Overview

**Y2K**

- For several years prior to 2000, experts in the computer industry were largely preoccupied with addressing the Year 2000 (Y2K) problem.

  - The Y2K issue was a software problem: some computers read the year 2000 as 1900 because their interior software recognized only the last two digits of the year.

  - Most firms did not have the resources to address this problem and hired outside consultants and technicians to fix the problem.

- Gartner Group, a well-respected IT consulting firm, estimated that worldwide repair bills were in the $300 billion to $600 billion range. This figure only included repair costs. Software Productivity Research estimated total costs, including repair, damage, and litigation costs, to exceed $3.6 trillion between 1994 and 2005.

  - The biggest risk for computer services companies at the time came from Y2K related lawsuits.

  - Lloyd's of London estimated that such lawsuits would total more than $1 trillion in the United States alone.

## III. Industry Overview

**IT Industry Trends**

- **Back Office Automation** – Enterprise Resource Planning (ERP) refers to the high-end enterprise software applications that automate back-office business processes to help manage a corporation's day-to-day operations. The ERP software market and the ERP related service market, which help purchasers of ERP software with integration and training, were large and growing rapidly.

- **Front Office Focus** – This market included software that automates sales, marketing, call center, field service operations, and supply chain management. Again, the IT industry had capitalized on the service industry associated with this software.

- **Sophisticated Software** – Advancement in technology had brought with it more high-tech software that was sometimes too complicated for a normal business and employees to use. IT firms helped users to determine which software was best to use for their specific needs and trained them to use the software.

- **Systems Integration** – An increasing number of hardware and software firms were offering assistance in integrating their products with the client's network. This allowed these firms to gain a revenue stream over the life of their product, instead of only at the initial sale. As technology became more advanced, end users' reliance upon integration services continued to increase and the software and hardware providers capitalized on this trend.

Source: Standard & Poor's, "Industry Survey – Computers: Commercial Services, December 16, 1999"

## *IV. Valuation Analysis*

**Valuation Standard**

- ❖ We have defined fair market value as the price at which an asset would change hands between a willing buyer and a willing seller where the former is under no compulsion to buy and the latter is under no compulsion to sell, and both parties are able as well as willing to trade and are well informed about the asset and the market for such asset and, given the nature of the asset, a reasonable amount of time in which to effect such transaction.

- ❖ The fair market value of a specific security may be different depending on the investor group and the circumstances for which the fair market value is to be determined. The differences in the levels of value primarily reflect differences in the relative control rights and liquidity of the investment being valued. The following are typical levels of value.



**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

15

## IV. Valuation Analysis

**Valuation Standard (continued)**

- We have determined that as of the Valuation Date, Inacom was a going concern.

- A going concern control value reflects the economic value of owning control of a company. A strategic buyer will likely pay the highest value for a company because it may receive the benefit of financial and operational synergies such as increasing revenues, cross-selling opportunities, and leverage of overhead expenses. Premiums paid for companies due to such perceived benefits depend on the specifics of each potential buyer.

- A marketable minority interest value reflects the economic value of a marketable minority interest block of stock ("as publicly traded value").

- A non-marketable minority interest value reflects the application of discount for lack of marketability associated with owning a minority interest block of stock in an illiquid security or a private company without put rights.

- We have determined the fair market value of the aggregate equity on a controlling, marketable interest basis.

- For purposes of our analysis, we have assumed a change of control, and attributed no value to the Company's significant tax attributes, including Net Operating Loss Carry forwards ("NOLs"). Accordingly, the valuation excludes the related additional value.

## *IV. Valuation Analysis*

**Valuation Considerations**

- ❖ There are many factors that must be considered in the estimation of fair market value. These include:
    - The size and growth potential of the markets for the company's products or services;
    - The breadth of products or services offered, as well as the diversity and stability of the company's earnings base;
    - The cost and availability of equipment, labor, and other factors critical to the operation of the business;
    - The effect of government regulation on firm revenues, net income, and expenditure plans;
    - The quality and depth of management, including management's ability to maintain or improve the company's competitive position;
    - The quality and efficiency of facilities;
    - The firm's financial condition and ability to handle ongoing capital requirements;
    - The dividend-paying ability of the company; and
    - The overall condition of the economy, the industry, and the securities markets, including the general regard investors hold for the company's industry as an investment medium.

- ❖ In summary, estimation of fair market value is a matter of judgment, giving consideration to all relevant qualitative and quantitative factors. In the final analysis, all these factors relate to the company's underlying earnings and cash flow. Investors will discount or capitalize such earnings and cash flow at a rate that reflects the degree of risk or uncertainty in comparison with alternative investment opportunities.

## IV. Valuation Analysis

**Primary Valuation Methodologies**

- ❖ We performed several generally accepted financial, analytic, and comparative analyses, the results of which were considered as a whole. These analyses included:

- ❖ Discounted Cash Flow ("DCF") Analysis

  - Forecast reasonable estimates of revenues, earnings, working capital requirements, and capital expenditure needs.

  - Determine free cash flows ("FCFs") – cash available to invest in the business, service debt, or distribute to shareholders.

  - Determine continuing value – an estimation of the value of the business at the end of the projection period.

  - Discount FCFs and continuing value to the present using an appropriate weighted average cost of capital ("WACC").

  - Resulting value represents the enterprise value of the Company on a control basis. Projections reflect a cost structure that could be established and monetized by a control buyer.

  - Determine equity value by subtracting funded forms of non-equity capital, such as debt, adding non-operating assets, and making other appropriate adjustments to consider other non-operating items, such as contingent liabilities.

## IV. Valuation Analysis

**Primary Valuation Methodologies (continued)**

- Comparable Company Analysis
    - Assess the attractiveness of the Company as an investment relative to a group of similar, publicly traded companies.
    - Analyze publicly traded companies deemed comparable, in whole or in part, to the Company.
    - Compare size, growth, profitability margins, volatility, and business mix of the Company to the selected comparable companies.
    - Determine an appropriate range of valuation ratios for the Company based on our qualitative and quantitative assessment of the Company and the public companies.
    - Valuation multiples derived from publicly traded stocks are used in the comparable company analysis and reflect a marketable minority interest value. The multiples used in our analysis include an enterprise value multiple of the last 12 months' revenues, gross profit, and projected EBITDA.
    - An enterprise value multiple for the latest 12 months' gross profit was included. Inacom reported historical EBITDA on an aggregate basis for its two business lines – products and services. Inacom's historical financial statements do not provide historical EBITDA for its service business alone, which was the remaining business after the sale of certain assets of its product customization and logistics operations to Compaq Computer Corporation on February 15, 2000. The company did, however, report historical gross margins for its service and product businesses.

## IV. Valuation Analysis

**Primary Valuation Methodologies (continued)**

❖ Comparable Transactions Analysis

- Assess the attractiveness of the Company as an investment relative to recent acquisitions of similar companies.

- Compare size, growth, profitability margins, volatility, and business mix of the Company to the acquired companies.

- Determine an appropriate range of valuation ratios for the Company based on our qualitative and quantitative assessment of the Company and the acquired companies.

- Valuation multiples derived from M&A transactions reflect a control value.

## *IV. Valuation Analysis*

**Discounted Cash Flow Analysis**

❖ To estimate the value of the Company, we conducted a 10-year DCF analysis based on the Company's historical performance and revenue projections for 2000 through 2003, which were extrapolated to 2009.

❖ While Inacom reported historical gross margins for its service and product line businesses, it reported historical selling, general and administrative expenses on an aggregate basis. As a result, Inacom's financial statements do not provide a clear basis for projecting long-term EBITDA margins for its service business, which was the remaining business after the sale of certain assets of its product customization and logistics operations to Compaq Computer Corporation on February 15, 2000. In order to determine reasonable projections for long-term sustainable EBITDA margins, we analyzed historical gross margins for the service business, gross and EBITDA margins for the comparable companies, and gross and EBITDA margins for the projections provided by the Company. We determined gross margins of 33.1% in 2000 and 34.5% thereafter. We determined EBITDA margins of 1.2% in 2000, 9.0% in 2001, 10.2% in 2002, and 11.3% thereafter. We believe the Company's projections were reasonable based upon, among other items, its detailed SG&A cost reduction program, and our comparable company analysis.

❖ Historically, Inacom reported its working capital and capital expenditures accounts in the aggregate for both its product and service businesses. Accordingly, after the sale of the product business to Compaq, our analysis required estimation of these accounts as they applied to the remaining service business. Assumptions regarding working capital requirements and capital expenditures were based on reviewing financial information from our group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million, as well as the Company's projections.

## IV. Valuation Analysis

**Discounted Cash Flow Analysis (continued)**

- In the final year of the projections, we assume that the Company will continue to grow after-tax operating profit at a constant rate of 3%. The 3% was used beginning in the seventh year of the projections (2006). In addition, the new investment required to produce this growth is projected to earn a constant rate of return. These assumptions, combined with the discount rate assumption described below, produce a mathematical formula that estimates the "terminal value" of a company at the end of the projection period. This terminal value is equivalent to the present value of all cash flows after the projection period. This approach is conservative since the terminal value calculated in the DCF using the method just described results in an approximate value determined by using an EBITDA terminal multiple of 4x; this is significantly below the median and mean LTM EBITDA multiples of the comparable company group.

- Based on the yields available on financial instruments at the Valuation Date, the risk level of equity investments in general, and the specific operating risks associated with Inacom, it is our opinion that the appropriate weighted average cost of capital to use for the projected cash flows of Inacom was 14.5%. This weighted average cost of capital estimate assumes a debt-to-total-capitalization ratio of 15%, a cost of equity of approximately 16%, and an after-tax cost of debt capital of approximately 5%.

    - In estimating the cost of equity, we employed the capital asset pricing model (CAPM), with a further risk premium added to the cost of equity indicated by CAPM. In estimating the Company's cost of equity, we considered market data concerning the companies used in the comparable company analysis.