## IV. Valuation Analysis

**Discounted Cash Flow Analysis (continued)**

- In estimating the cost of debt, we assumed a debt-to-total-capitalization ratio of 15%, which was based on a review of the capital structures of the companies selected in our comparable company analysis and three industry categories (Computer Integrated Systems Design – SIC 7373; Computer Programming Services – SIC 7371; and Computer Programming, Data Processing, and Other Computer Services – SIC 737) from the "Cost of Capital 2000 Yearbook", published by Ibbotson Associates. A description of each of these companies is contained in Appendix D.

❖ Details of the the discounted cash flow analyses are shown in Appendix B.

## IV. Valuation Analysis

**Discounted Cash Flow Analysis: Enterprise Value Conclusions**

Inacom Corp.
Discounted Cash Flow Analysis
($ in millions)

| | | P2000[1] | P2001 | P2002 | P2003 | P2004 | P2005 | P2009 | CAGR[2] |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | | $663 | $1,089 | $1,198 | $1,318 | $1,417 | $1,487 | $1,674 | |
| *Growth* | | NA | NA | 10.0% | 10.0% | 7.5% | 5.0% | 3.0% | 12.3% |
| EBITDA | | 8 | 98 | 122 | 149 | 160 | 168 | 189 | |
| *EBITDA Margin* | | 1.2% | 9.0% | 10.2% | 11.3% | 11.3% | 11.3% | 11.3% | 8.6% |
| Earnings Before Interest and Taxes | | ($13) | $68 | $88 | $111 | $123 | $128 | $141 | |
| Taxes | 40.0% | 0 | 27 | 35 | 45 | 49 | 51 | 57 | |
| Net Operating Profit After Tax | | (13) | 41 | 53 | 67 | 74 | 77 | 85 | |
| Plus: Depreciation | | 21 | 30 | 34 | 38 | 37 | 40 | 48 | |
| Less: Capital Expenditures | | 14 | 27 | 35 | 40 | 42 | 45 | 51 | |
| Less: Increase (Decrease) in Working Capital | | (168) | 15 | 0 | 0 | 3 | 2 | 1 | |
| Free Cash Flow | | 162 | 29 | 52 | 64 | 66 | 70 | 80 | |
| Weighted Average Cost of Capital | | 15.5% | 14.5% | 13.5% | | | | | |
| **Enterprise Value** | | **$485** | **$528** | **$580** | | | | | |
| LTM Revenues[3] | | 816 | 816 | 816 | | | | | |
| *Implied Revenue Multiple* | | *0.59x* | *0.65x* | *0.71x* | | | | | |

[1] *Projected results for the period of April 23, 2000, to December 31, 2000.*

[2] *EBITDA CAGR based on eight-year growth from 2001 to 2009.*

[3] *LTM Revenues consist of service revenues for Inacom for the the fiscal year 1999. Amount based on unaudited financial statements for the 12-month period of January 1, 1999, to December 31, 1999.*

❖ The discounted cash flow analysis indicates an enterprise value range of $485 million to $580 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

## IV. Valuation Analysis

**Comparable Company Analysis**

- ❖ Comparable company analysis assesses the attractiveness of the subject company as an investment relative to a group of similar, publicly traded companies, and compares valuation ratios to the subject company based on this assessment and an analysis of the valuation ratios of the comparable group. Our qualitative and quantitative assessment of the subject company and the comparable group includes historical financial performance, expected future performance, and other investment considerations such as size and specific business risks.

- ❖ While it is very rare to find a public company that is exactly similar to the subject company, valuation practitioners can usually select a group, or several groups, of public companies that share similar business risks and opportunities. In fact, if two companies in two different industries have the same expected growth in earnings and the same risk profile, their valuation ratios may be very similar. Moreover, including companies that are not exactly similar to the subject company often highlights investment considerations that are manifested in the public market valuations.

- ❖ We identified eight public companies that are reasonably similar to Inacom Corp. in terms of business and markets.

- ❖ All of the comparable companies provide IT services, with limited sale of products. However, many of the comparables are larger (in terms of revenues) than Inacom.

- ❖ Details of the comparable company analysis are presented in Appendix C and Appendix D.

## IV. Valuation Analysis

**Comparable Company Analysis: Financial Performance**

**INACOM CORP.**
**COMPARABLE COMPANY ANALYSIS**
**April 22, 2000**

|  | Growth Rates | | | | | Margin Analysis | | | |
|---|---|---|---|---|---|---|---|---|---|
| Company (Ticker) | LTM Revenues | 3-yr. CAGR Revenues | LTM EBITDA | 3-yr. CAGR EBITDA | Long-term Proj. EPS | LTM Gross | 3-yr. Avg. Gross | LTM EBITDA | 3-yr. Avg. EBITDA |
| NCR Corporation (NCR) | -4.8% | -3.8% | 8.7% | -0.5% | 18.3% | 36.2% | 35.2% | 9.1% | 7.5% |
| Unisys Corporation (UIS) | -0.4 | 5.8 | -2.2 | 26.7 | 17.9 | 36.6 | 37.0 | 14.0 | 13.5 |
| CIBER, Inc. (CBR) | 6.6 | 34.5 | -7.4 | 69.4 | 19.5 | 36.3 | 34.4 | 13.0 | 13.2 |
| Computer Horizons Corp. (CHRZ) | 3.8 | 26.9 | -46.7 | 22.4 | 21.9 | 32.7 | 34.6 | 8.2 | 12.3 |
| Computer Task Group Inc. (CTG) | 0.9 | 8.9 | -6.8 | 16.9 | 14.0 | 34.0 | 32.2 | 8.9 | 9.0 |
| Keane Inc. (KEA) | -3.3 | 27.2 | -18.9 | 44.0 | 21.1 | 34.6 | 35.3 | 15.5 | 16.4 |
| Perot Systems Corp. (PER) | 14.8 | 23.9 | 9.2 | 25.4 | 24.0 | 25.9 | 25.6 | 11.0 | 10.7 |
| Computer Sciences Corp. (CSC) | 16.0 | 17.3 | 21.3 | 19.7 | 17.7 | 21.2 | 21.8 | 12.7 | 12.9 |
| Highest | 16.0% | 34.5% | 21.3% | 69.4% | 24.0% | 36.6% | 37.0% | 15.5% | 16.4% |
| Lowest | -4.8% | -3.8% | -46.7% | -0.5% | 14.0% | 21.2% | 21.8% | 8.2% | 7.5% |
| Mean | 4.2% | 17.6% | -5.4% | 28.0% | 19.3% | 32.2% | 32.0% | 11.5% | 11.9% |
| Median | 2.4% | 20.6% | -4.5% | 23.9% | 18.9% | 34.3% | 34.5% | 11.9% | 12.6% |

Source: Audited financial statements of each company.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

## IV. Valuation Analysis

**Comparable Company Analysis: Valuation Multiples**

**INACOM CORP.**
Comparable Company Analysis
April 22, 2000

| Company (Ticker) | Enterprise Value (in millions) | LTM Revenues (in millions) | LTM EBITDA | LTM Gross Profit | Projected EBITDA | LTM EBIT | Projected EBIT | LTM Revenues |
|---|---|---|---|---|---|---|---|---|
| NCR Corporation (NCR) | $3,759 | $6,196 | 5.6x | 1.4x | 4.7x | 15.4x | 10.1x | 0.50x |
| Unisys Corporation (UIS) | 7,392 | 7,391 | 7.6 | 2.9 | 6.6 | 8.9 | 7.6 | 1.07 |
| CIBER, Inc. (CBR) | 1,070 | 362 | 21.7 | 4.0 | 9.7 | 28.4 | 10.9 | 2.82 |
| Computer Horizons Corp. (CHRZ) | 402 | 535 | 9.4 | 2.3 | 13.9 | 10.7 | 17.1 | 0.76 |
| Computer Task Group Inc. (CTG) | 164 | 472 | 4.5 | 1.2 | 8.5 | 5.7 | 13.9 | 0.40 |
| Keane Inc. (KEA) | 1,530 | 1,041 | 8.7 | 3.9 | 14.9 | 10.8 | 22.5 | 1.34 |
| Perot Systems Corp. (PER) | 1,553 | 1,141 | 12.5 | 5.3 | 13.6 | 16.0 | 17.9 | 1.38 |
| Computer Sciences Corp. (CSC) | 13,533 | 6,795 | 17.2 | 7.9 | 11.8 | 31.7 | 17.1 | 2.18 |
| Highest | $13,533 | $7,391 | 21.7x | 7.9x | 14.9x | 31.7x | 22.5x | 2.82x |
| Lowest | $164 | $362 | 4.5x | 1.2x | 4.7x | 5.7x | 7.6x | 0.40x |
| Mean | $3,675 | $2,992 | 10.9x | 3.6x | 10.5x | 15.9x | 14.6x | 1.31x |
| Median | $1,542 | $1,091 | 9.0x | 3.4x | 10.7x | 13.1x | 15.5x | 1.20x |

Source: Audited financial statements of each company.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

## IV. Valuation Analysis

**Comparable Company Analysis: Control Premium**

- Because the implied comparable company multiples are based on a minority interest, we took into consideration a control premium in determining our selected multiple ranges.

- A "control premium", which is the inverse of a lack of control discount, results when the equity interests of a public company are acquired by a single investor at a price greater than the previous trading value. The acquirer is willing to pay more on a per-share basis for 100% of the company's stock than the previous trading price, which was established by transactions between minority investors, since such acquirer (unlike the minority investors) will have control of the various factors affecting the risk of and return on his or her investment.

- Two factors drive the size of the observed control premium: (1) the value of control and (2) the value of potential synergies between the target's and the acquirer's businesses. Therefore, the value of control is best measured in transactions that involve financial buyers, or, in other words, buyers who are making the acquisition of the target strictly for investment purposes and who do not expect to realize value from potential synergies.

- Mergerstat LP conducts an annual study that analyzes control premia by industry group and provides detailed information on each transaction. Each premium paid for control implies a related discount for lack of control. During 1999 there were 82 transactions with meaningful control premiums in the Computer Software, Supplies, and Service industry. The control premium for these 82 transactions was 57.6%.

Source: MergerStat LP, "MergerStat Review – 2004"

# *IV. Valuation Analysis*

## Comparable Company Analysis: Normalized EBITDA Calculation

- ❖ In order to obtain projected EBITDA for the next 12 months (April 23, 2000 to April 22, 2001) we calculated normalized EBITDA.

- ❖ Revenues were calculated using three different methods described below. A 9.0% EBITDA margin was applied to calculate normalized EBITDA using the revenues in each of the three methods. The median of the three methods was used as normalized EBITDA. The 9.0% EBITDA margin was determined based on a review of the Company's projections in 2001 and 2002. According to these projections, EBITDA margin was projected at 9.0% in 2001 and at 10.2% in 2002. In addition, we reviewed the Company's historical gross margins and detailed SG&A reduction program as well as the EBITDA margins for the comparable companies and industry. Based on these reviews, we found the Company's projections to be reasonable.

    - In the first method, the revenue calculation was set equal to the Company's fiscal year 1999 revenues for the service business, as reported in the Company's unaudited financial statements provided by the Company.

    - In the second method, the revenue calculation was set equal to the Company's projected next 12 months' revenues. To determine the revenues for the next 12 months', a daily amount of revenues for each projected quarter in 2000 and 2001, as provided by the Company, was calculated and multiplied by the number of days in each of the quarters for the period of April 23, 2000 to April 22, 2001.

    - In the third method, the revenue calculation was set equal to the sum of the Company's annualized revenues for the four week period ending April 22, 2000, as provided by the Company, and the contracted sales to Compaq in 2000 and 2001. It was assumed, based on the information provided, that the Company had not made any significant sales to Compaq prior to April 22, 2000. For contracted sales to Compaq in 2001, a daily rate was calculated and multiplied by the number of days from the period of January 1, 2001 to April 22, 2001.

    - The tables on the following slides set forth the results for the three methods.

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," document: ICN 00870 and the 2000 Monthly Income Statement for April 2000, document: ICN 07582

## IV. *Valuation Analysis*

**Comparable Company Analysis: Normalized EBITDA Calculation**

❖ The table below sets forth the calculated EBITDA for each of the three methods. Normalized EBITDA was determined to be the median.

| Inacom Corp. Projected Normalized EBITDA ($ in millions) | | | |
|---|---|---|---|
| Method | Revenues | EBITDA Margin[1] | EBITDA |
| 1 - Based on the Company's 1999 unaudited results | $816.0 | 9.00% | $73.4 |
| 2 - Based on the Company's Projections for the Next 12 Months (4/23/00 to 4/22/01) | 986.8 | 9.00% | $88.8 |
| 3 - Based on the results for the four weeks ending April 22, 2000 + Compaq Contract | 948.0 | 9.00% | $85.3 |
| Mean | $917 | 9.00% | $82.5 |
| Median | $948 | 9.00% | $85.3 |

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

30

## IV. Valuation Analysis

**Comparable Company Analysis: Normalized EBITDA Calculation**

❖ The table below sets forth the revenue calculations used to arrive at EBITDA for the first method.

---

**METHOD 1: Revenues based on the Company's 1999 Service Revenues ($ in millions)**

| | |
|---|---|
| 1999 - Actual Revenue Results | $816.0 [1] |

[1] Revenues obtained from the December 31, 1999, unaudited financial statements provided by the Company.

---

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," document: ICN 00870

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

31

## IV. Valuation Analysis

**Comparable Company Analysis: Normalized EBITDA Calculation**

❖ The table below sets forth the revenue calculations used to arrive at EBITDA for the second method.

**METHOD 2: Revenues based on the Company's 2000 and 2001 Projections ($ in millions)**

| Projections - 2000 | Revenue | | |
|---|---|---|---|
| Q1 | $103.0 | | |
| Q2 | 224.0 | Stub-Q2-00[1] | $169.8 |
| Q3 | 242.0 | Q3 - 00 | 242.0 |
| Q4 | 251.0 | Q4 - 00 | 251.0 |
| Total | $820.0 | | 662.8  (A) |

| Projections - 2001[3] | Revenue | | |
|---|---|---|---|
| Q1 | $259.2 | Q1 - 01 | 259.2 |
| Q2 | 267.7 | Stub-Q2-01[2] | 64.7 |
| Q3 | 276.4 | | 323.9  (B) |
| Q4 | 285.4 | | |
| Total | $1,088.7 | Total | $986.8  (A)+(B) |

[1] Revenue for the Stub Q2 - 00 calculated by determining the average revenue per day in the quarter, which is equal to $224 million divided by 91 days in the quarter and multiplying by the number of days from April 23 to June 30, 2000 (69 days).

[2] Revenue for the Stub Q2-01 period calculated by determining the average revenue per day in the quarter, which is equal to $276.4 million divided by 91 days in the quarter and multiplying this amount by the number of days from March 31, 2001 to April 23, 2001 (22 days).

[3] 2001 quarterly revenue projections determinined by calculating the implied quarterly growth rate from the Company's 4th quarter projections ($251 million) to the Company's 2001 full-year revenue projection ($1,089 million). The implied quarterly growth rate was calculated to be approximately 3.3% each quarter.

Source: Inacom Corp's projected financial statements, document: HL 00133; HL 00170; HL Document: 1251 PP: 1111+

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**
32

## IV. Valuation Analysis

**Comparable Company Analysis: Normalized EBITDA Calculation**

❖ The table below shows the revenue calculations used to arrive at EBITDA for the third method.

**METHOD 3: Based on the Company's results for the 4-week period ending 4/22/00 + Compaq Contracted Sales**
*($ in millions)*

| | | | |
|---|---|---|---|
| Annualized Revenues[1] | $819 | | |
| | | Revenues for the 4-week period ending 4/22/00 | $63.0 |
| Plus: 2000 Compaq Sales[2] | 85.0 | Contracted Sales to Compaq | |
| Plus: 2001 Compaq Sales[3] | 43.7 | 2000 | $85.0 |
| | | 2001 | $140.0 |
| Total Sales | $948.0 | | |

[1] Revenues for the four week period ending April 22, 2000 multiplied by 13 to get an annualized amount equal to $819.2 million.

[2] Contracted sales to Compaq in 2000 were equal to $85 million. A variety of documents reviewed indicate that, as of April 22, 2000, Compaq had not yet provided a significant amount of revenues pursuant to its contract with Inacom. Therefore, it is assumed in this analysis that Compaq would honor its contract from the period of 4/23/00 to 12/31/00.

[3] Contracted sales to Compaq in 2001 were equal to $140 million. Sales to Compaq for the period of January 1, 2001 to April 21, 2001 were calculated by calculating the average daily sales amount for 2001, which is equal to $140 million divided by 365 days, and multiplying this amount by the amount of days for the period of January 1, 2001 to April 21, 2001 (114 days).

Source: 2000 Monthly Income Statement for April 2000, document: ICN 07582; documents 00160 and 00161 (from Inacom 8-K dated March 2, 2000) and document 00753 (Services Supply and Sales Agreement dates as of February 2000 between Compaq Computer Corporation and Inacom Corp)

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**