# IV. Valuation Analysis

## Comparable Company Analysis: Valuation Conclusion

**Inacom Corp.**
**Comparable Company Analysis**
**as of April 22, 2000**
**($ in thousands)**

| | Guideline Company Multiples | | | Selected Multiple Range | | Inacom Performance | Implied Enterprise Value | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Range | Mean | Median | | | | Range | | | Midpoint |
| **Multiples Based on Enterprise Value:** | | | | | | | | | | |
| LTM Revenues [1] | 0.40x - 2.82x | 1.31x | 1.20x | 0.60x | - 0.80x | $816,000 | $489,600 | - | $652,800 | 571,200 |
| LTM Gross Profit [2] | 1.2x - 7.9x | 3.6x | 3.4x | 2.3x | - 2.8x | $256,224 | $576,504 | - | $704,616 | 640,560 |
| Projected EBITDA [3] | 4.7x - 14.9x | 10.5x | 10.7x | 6.5x | - 7.5x | $85,316 | $554,557 | - | $639,873 | 597,215 |
| | | | | | | | | | | |
| | | | | **Indicated Value Range:** | | | $550,000 | - | $650,000 | |

[1] *Service revenues for Inacom for the the fiscal year 1999. Amount based on unaudited financial statements for the 12 month period of January 1, 1999 to December 31, 1999.*
[2] *Service gross profit for Inacom for the the fiscal year 1999. Amount based on unaudited financial statements for the 12 month period of January 1, 1999 to December 31, 1999.*
[3] *Projected EBITDA for Inacom based on normalized EBITDA Analysis.*

❖ The comparable public company analysis indicates an enterprise value range of $550 million to $650 million.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**
34

## *IV. Valuation Analysis*

**Comparable Transactions Analysis**

- Comparable M&A transactions analysis assesses the attractiveness of the subject company as an acquisition relative to a group of similar companies that have recently been acquired, and compares valuation ratios to the subject company based on this assessment and an analysis of the valuation ratios of the M&A transactions.

- It is typically difficult to find a large number of M&A transactions involving companies that are sufficiently similar to the subject company in order to draw meaningful valuation conclusions.

- We identified 14 recent M&A transactions involving companies that were broadly similar to Inacom in terms of business and markets.

- Most of the comparable transactions involve companies that were not directly comparable to Inacom, primarily because the companies typically obtain 30% of their revenues from product (hardware and software) offerings and were significantly smaller than Inacom, in terms of revenue.

- The enterprise value indicated by the DCF analysis is supported by the M&A transactions analysis.

- Details of the comparable M&A transactions analysis are presented herein.

# IV. Valuation Analysis

**INFORMATION TECHNOLOGY, M&A ACTIVITY**
*($ in millions)*

| Date Announced | Acquirer Name | Target Name | Target Business Description | Enterprise Value | Target Revenue | Target EBITDA | EBITDA Margin | EV / Sales | EV / EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/00 | Analysis International Corp. | Panurgy Inc. (Sequia Net.com, Inc.) | Provides strategic e-business solutions | $54.3 | $57.7 | $4.8 | 8.3% | 0.94x | 11.3x |
| 04/05/00 | Peregrine Systems, Inc. | Harbinger Corp. | Provides computer programming services | $746.1 | $155.5 | $22.2 | 14.2% | NM | NM |
| 03/16/00 | CACI International, Inc. | Century Technologies, Inc. | Provides IT services in the areas of networking, e-commerce, geospatial technologies, and software engineering | $7.7 | $23.7 | $2.5 | 10.5% | 0.32x | 3.1x |
| 03/02/00 | Interliant, Inc. | Soft Link Inc. | Provides implementation and management support to PeopleSoft customers | $26.8 | $32.4 | $6.0 | 18.5% | 0.83x | 4.5x |
| 03/02/00 | Eclipsys Corp. | Shared Medical Systems Corp. | Supplies information solutions to health providers | $1,948.7 | $1,179.4 | $163.4 | 13.9% | 1.65x | 11.9x |
| 03/01/00 | Perot Systems Corp. | Solutions Consulting Inc. | Provides enterprise and e-commerce solutions and information technology | $114.0 | $59.8 | $7.7 | 13.0% | 1.91x | 14.7x |
| 02/22/00 | SBC Communications Inc. | Sterling Commerce Inc. | Provides e-commerce products, services and solutions worldwide | $3,458.1 | $633.7 | $244.4 | 38.6% | NM | 14.2x |
| 01/28/00 | Leapnet Inc. | SPR Inc. | Provides information technology consulting and project based services | $51.1 | $70.0 | $24.5 | 35.0% | 0.73x | 2.1x |
| 12/28/99 | National Nephrology Associates | Renex Corp. | Develops, markets and supplies web emulation and host access software products | $61.5 | $46.4 | $6.0 | 12.9% | 1.32x | 10.3x |
| 09/20/99 | Computer Sciences Corp. | Nichols Research Corp. | Provides information processing, systems development and systems integration | $378.4 | $454.6 | $39.6 | 8.7% | 0.83x | 9.6x |
| 06/30/99 | Equant NV | TechForce Corp. | Provides network integration services | $70.0 | $52.3 | $4.6 | 8.8% | 1.34x | 15.1x |
| 06/21/99 | ADC Telecommunications, Inc. | Saville Systems PLC | Develops and customizes billing and customer care solutions and software for the telecommunications industry | $513.4 | $121.2 | $32.6 | 26.9% | NM | 15.7x |
| 02/08/99 | Computer Associates International Inc. | Computer Management Sciences Inc. | Provides information technology consulting and custom software | $389.7 | $85.5 | $19.5 | 22.8% | NM | NM |
| 12/04/98 | Matador Capital Management (Private group of investors) | BRC Holdings, Inc. | Provides information management, management consulting and data processing services | $185.6 | $121.4 | $18.0 | 14.9% | 1.53x | 10.3x |

Transactions: 14

Source: MergerStat LP via FactSet

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

36

## IV. Valuation Analysis

**Comparable Transactions Analysis: Valuation Conclusion**

Inacom Corp.
Transaction Analysis
as of April 22, 2000
($ in thousands)

| | Guideline M&A Transaction Multiples | | | Selected Multiple Range | Inacom Performance | Implied Enterprise Value | | |
|---|---|---|---|---|---|---|---|---|
| | Range | Mean | Median | | | Range | | Midpoint |
| **Multiples Based on Enterprise Value** | | | | | | | | |
| LTM Revenues[1] | 0.32x - 1.91x | 1.14x | 1.13x | 0.70x - 0.90x | $816,000 | $571,200 - | $734,400 | $652,800 |
| EBITDA[2] | 2.1x - 15.7x | 10.3x | 10.8x | 7.0x - 8.0x | $85,316 | $597,215 - | $682,531 | NA |
| | | | | | **Indicated Value Range:** | $600,000 - | $700,000 | |

[1] Service revenues for Inacom for the the fiscal year 1999. Amount based on unaudited financial statements for the 12 month period of January 1, 1999 to December 31, 1999.
[2] EBITDA for Inacom based on normalized EBITDA analysis.

❖ The transaction analysis indicates an enterprise value range of $600 million to $700 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.
37

# IV. Valuation Analysis

**Enterprise Value Conclusion**

❖ Our enterprise value conclusion for the Company is $520 million to $620 million.

**Inacom Corp.**
**Enterprise Value Conclusion**
**as of April 22, 2000**
**(in thousands)**

| Valuation Method | Indicated Enterprise Value of Inacom Corp. | | |
|---|---|---|---|
| Discounted Cash Flow Method Range | $480,000 | - | $580,000 |
| Comparable Company Method Range | $550,000 | - | $650,000 |
| Transaction Analysis Method Range | $600,000 | - | $700,000 |
| **Indicated Enterprise Value Range** | **$520,000** | **-** | **$620,000** |

❖ The three methods used indicate an enterprise value range of $520 million to $620 million. We have afforded greater weight to the discounted cash flow and comparable company methods.

## IV. Valuation Analysis

**Aggregate Equity Value**

- ❖ Aggregate equity value represents value on a controlling interest basis.

- ❖ To arrive at aggregate equity value, we add excess cash and non-operating assets and subtract outstanding debt, including accrued interest.

|  | Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands) | | |
|---|---|---|---|
| Enterprise Value Conclusion | $520,000 | $570,000 | $620,000 |
| Plus: Excess Cash | - | - | - |
| Plus: Non-operating Assets[1] | $120,000 | $120,000 | $120,000 |
| Less: Outstanding Debt[2] | (440,046) | (440,046) | (440,046) |
| Aggregate Equity Value on a Marketable, Controlling Basis | 199,954 | 249,954 | 299,954 |

- ❖ We have determined aggregate equity value to be approximately $250 million, the midpoint of the values set forth in the table above.

---

[1] Non-operating assets as of April 22, 2000 include value of receivables related to business sold to Compaq.

[2] Outstanding debt as of April 22, 2000 includes: bank debt: $110 million; convertible debt: $195 million; adjustments to convertible debt: $16 million; overpayment received: $42 million; and, misdirected payments: $77 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

39

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**Overview**

- ❖ In connection with our review/valuation of Inacom's April 22, 2000 balance sheet, we have:
    - Studied balance sheets and income statements for the period reviewed of specific comparable companies as well as the industry in which Inacom operates;
    - Apportioned Inacom's receivables between those related to the business sold to Compaq and Inacom's remaining service business;
    - Estimated the collectability of Inacom's receivables;
    - Studied the amounts carried by Inacom as Inventory and Property Plant and Equipment ("PPE");
    - Compared the Inventory and PPE carrying amounts to the comparables and industry data;
    - Reviewed Inventory reports on Inacom's Inventory as of the relevant period during 2000;
    - Compared the current liability accounts carrying amounts to the comparables and industry data;
    - Reviewed the March and April 2000 current liabilities and long term liabilities of Inacom and made certain adjustments and additions thereto;
    - Determined the implied fair value of the equity of Inacom at April 22, 2000, based upon our analyses of the fair value of Inacom; and
    - Determined the implied value of Inacom's intangibles as of April 22, 2000.
- ❖ The foregoing analyses provided the basis for our determination of Inacom's balance sheet as of April 22, 2000 on a fair market value basis, i.e., the fair value amount of each balance sheet account on Inacom's balance sheet as of April 22, 2000, based upon the data specific to Inacom available to us as well as comparable company and industry benchmarking analyses.

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**Accounts Receivable/Vendor Receivable Analysis**

Accounts receivable, net of $324.9 million as shown on the April 22 Balance Sheet, which reflected a decline of $53.4 million from the balance on March 25, 2000, is divided into two segments: the balance related to the ongoing business of Inacom after the sale of the hardware business to Compaq; and the remaining amount related to the business sold to Compaq but excluded from the assets acquired by Compaq.

|  | Balance | % Collectable |
|---|---|---|
| A/R Related to Service Business: | $153.9 million est. | 90% |
| A/R Related to Business purchased by Compaq: | $171.0 million est. | 65% |
| | Total: $324.9 million | |

The balances attributable to the two businesses were estimated based upon (i) the [Arthur Anderson] analysis commencing with FTI 001054, (ii) analysis of the balance sheet projections provided by the Company which show receivables declining to $130 million by December 31, 2000, by which date all receivables related to the business sold to Compaq would have been collected, (iii) the March 25, 2000, aging analysis commencing with INACOM 023476 and (iv) the June 16, 2000, Trade Accounts Receivable Balance disclosed in the Disclosure Statement of $200.1 million.

The percent collectable for the Service Business balance and the balance related to the business sold to Compaq was estimated based upon (i) the [Arthur Anderson] analysis commencing with FTI 001054, and (ii) the June 16, 2000, Trade Accounts Receivable Balance disclosed in the Disclosure Statement of $200.1 million, (iii) the March 25, 2000, aging analysis commencing with INACOM 023476, and (iv) the receivables quality analysis set forth in a Memo from Kevin Edwards of Compaq to Mike Baker per CPQ/BG 0002848.

The Vendor Receivables shown on the April 22 Balance Sheet of $17.1 million, which reflected a decline of $23.3 million from the March 25 balance of $40.4 million, was estimated to be 50% recoverable. The decline from March 25 appears to have been collected because we found no evidence of a write-down during the period. Also, the Vendor Receivables were previously reduced by 34% by a charge in the fourth quarter of 1999 per INACOM [040067]. Also, see the Kevin Edwards Memo referenced above.

Sources: ICN 00479, 00484, Company quarterly projections, Disclosure Statement, page 64, FTI 001054, INACOM 023476.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**Accounts Receivable/Vendor Receivable Analysis (continued)**

- ❖ The table below sets forth the balance sheet provided by the Company and the pro forma balance sheet (which includes our restatements previously described) for accounts receivable and vendor receivable as of April 22, 2000.

**Changes in Working Capital (Accounts Receivable) ($ in millions)**

|  | Per 4/22/00 Balance Sheet | % Collectible | Pro Forma Account Balance | Incr. / (Decr.) |
|---|---|---|---|---|
| Accounts Receivable Related to Service Business | $153.9 | 90% [1] | $138.5 | ($15.4) |
| Accounts Receivable Related to Business Sold to Compaq | $171.0 | 65% [1] | $111.2 | (59.9) |
| Total Accounts Receivable | $324.9 |  | $249.7 | ($75.2) |
| Vendor Receivable | $17.1 | 50% | $8.6 | ($8.6) |

[1] We have apportioned the aggregate accounts receivable balance reflected in the April 22, 2000 balance sheet as previously described

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

42

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**Accounts Payable and Debt Analysis**

Accounts payable of $229.4 million as shown on the April 22 Balance Sheet reflected a decline of $133.3 million from the $362.7 million balance on March 25, 2000. Other current liabilities of $237.6 million as shown on the April 22 Balance Sheet reflected an increase of $49.4 million from the $188.2 million March 25 balance. As the April 22 Balance Sheet appears to have been prepared on or about May 31, 2000 (see ICN 00484), it is assumed that the substantial part or all of the $77 million Compaq asserted it was owed as a result of certain "Misdirected Payments" as well as the $42 million overpayment made to Inacom at the closing on February 15, 2000, were included in current liabilities since Inacom management had acknowledged both the issues and the approximate amounts related to the Misdirected Payments and the overpayment at closing. It is noted that a small portion of the $77 million may have arisen after April 22, 2000. See DE 004411 contained in a presentation by Inacom to its banks on April 27, 2000.

As a result of the above analysis, Inacom's debt has been increased by $119 million at April 22 and its non-debt liabilities have been decreased by an equivalent amount.

In addition, Inacom's debt to the Trust which shows on the April 22 Balance Sheet at $195.4 million, may have been understated by $12.1 million. The principal claim shown on pages 21 and 100 of its Disclosure Statement appears to have been $207.5 million (see also T. Fitzpatrick Affidavit in Support of First Day Orders, p. 7). Finally, the interest payment due on April 1, 2000, of $3.5 million on the debt to the Trust was deferred pursuant to contractual right. Accordingly, consistent with our conservative approach, we have added the sum of $15.6 million to total debt at April 22. We chose not to offset this debt increase with a decrease to current liabilities; the deferred interest would have been a long term liability as would the additional debt to the Trust; it is unclear whether the deferred interest was included on the April 22, 2000, Balance Sheet.

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

### Accounts Payable and Debt Analysis (continued)

❖ The table below sets forth the balance sheet provided by the Company and the pro forma balance sheet (which includes our restatements previously described) for accounts payable and debt as of April 22, 2000.

**Changes in Working Capital (Account Payable and Debt) ($ in millions)**

|  | Per 4/22/00 Balance Sheet | Restatement | Pro Forma Account Balance | Incr. / (Decr.) |
|---|---|---|---|---|
| A/P - Service Business | $110.4 | $0.0 | $110.4 | $0.0 |
| A/P - Involuntary Liabilities to Compaq | 119.0 | (119.0) | 0.0 | (119.0) |
| Total A/P | $229.4 | ($119.0) | $110.4 | ($119.0) |

|  | Per 4/22/00 Balance Sheet | Restatement | Pro Forma Account Balance | Incr. / (Decr.) |
|---|---|---|---|---|
| Debt | $110.0 | $0.0 | $110.0 | $0.0 |
| Subordinated Debt | 195.4 | 12.1 | 207.5 | 12.1 |
| Accrued Interest on Debt | 0.0 | 3.5 | 3.5 | 3.5 |
| Involuntary Liabilities to Compaq | 0.0 | 119.0 | 119.0 | 119.0 |
| Total Debt | $305.4 | $134.6 | $440.0 | $134.6 |