## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**Fair Value Consolidated Balance Sheet as of April 22, 2000**

- ❖ In this section of the analysis, we present the following three balance sheets:

  - Consolidated Balance Sheet as of April 22, 2000, provided by the Company with the following adjustment:

    - Apportion accounts receivable between Inacom's ongoing business and the business sold to Compaq.

  - Consolidated Balance Sheet as of April 22, 2000, provided by the Company with changes made to debt and stockholders' equity, including the following adjustments:

    - Reclassified certain amounts owing to Compaq from Accounts Payable to Debt;
    - Increased the amount of the 6¾% Debt; and
    - Reduced book equity.

  - Fair Market Value Balance Sheet as of April 22, 2000.

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED BALANCE SHEET PROVIDED BY THE COMPANY
April 22, 2000
(In 000s)

| ASSETS | | | Common Size[1] | Median[2] | High[2] | Low[2] |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash and equivalents | | $21,697 | 2% | 14% | 55% | 5% |
| Accounts Receivable Related to Service Business | [3] | 153,900 | 16% | 39% | 50% | 24% |
| Accounts receivable related to business sold to Compaq | [3] | 171,046 | 18% | NA | NA | NA |
| Vendor receivables | | 17,091 | 2% | NA | NA | NA |
| Inventories | | 42,237 | 4% | 0% | 6% | 0% |
| Other | | 6,758 | 1% | 6% | 10% | 1% |
| Total current assets | | 412,729 | 43% | 56% | 88% | 48% |
| Property and equipment | | 72,894 | 8% | 9% | 22% | 5% |
| Intangible assets and deferred income taxes | | 443,704 | 46% | NA | NA | NA |
| Other assets, net of accumulated amortization | | 40,363 | 4% | NA | NA | NA |
| **Total Assets** | | $969,690 | 100% | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | | $229,416 | 24% | 7% | 18% | 3% |
| Other current liabilities | | 237,569 | 24% | 21% | 29% | 12% |
| Total current liabilities | | 466,985 | 48% | 35% | 48% | 17% |
| Other long-term liabilities | | 329 | 0% | 4% | 31% | 0% |
| Debt | | 110,000 | 11% | 6% | 30% | 0% |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust | | 195,446 | 20% | NA | NA | NA |
| Total stockholders' equity | | 196,930 | 20% | 48% | 82% | 29% |
| **Total Liabilities & Stockholders' Equity** | | $969,690 | 100% | | | |

**Footnotes**

(1) Represents the % of total assets or total liabilities/equity for Inacom

(2) Represents the median, high, and low % of total assets or total liabilities and equity for the group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million.

(3) Apportioned accounts receivable between Inacom's ongoing business and the business sold to Compaq.

Sources: Financial statement data is from the Inacom Corp. and Subsidiaries Condensed Consolidated Balance Sheet, document ICN 00484. The median, high, and low are from the benchmarking study of the comparable companies and the two industries (SIC: 7371 and 7373) from the Risk Management Association (RMA) Annual Statement Studies: 2000 - 2001.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

46

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**INACOM CORP. AND SUBSIDIARIES**
CONSOLIDATED BALANCE SHEET WITH ADJUSTMENTS TO DEBT & EQUITY
April 22, 2000
(In 000s)

| ASSETS | | Common Size[1] | Median[2] | High[2] | Low[2] |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and equivalents | | $21,697 | 2% | 14% | 55% | 5% |
| Accounts Receivable Related to Service Business [3] | 153,900 | 16% | 39% | 50% | 24% |
| Accounts receivable related to business sold to Compaq [3] | 171,046 | 18% | NA | NA | NA |
| Vendor receivables [3] | 17,091 | 2% | NA | NA | NA |
| Inventories | | 42,237 | 4% | 0% | 6% | 0% |
| Other | | 6,758 | 1% | 6% | 10% | 1% |
| Total current assets | | 412,729 | 43% | 56% | 88% | 48% |
| Property and equipment | | 72,894 | 8% | 9% | 22% | 5% |
| Intangible assets and deferred income taxes | | 443,704 | 46% | NA | NA | NA |
| Other assets, net of accumulated amortization | | 40,363 | 4% | NA | NA | NA |
| **Total Assets** | | $969,690 | 100% | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable [4] | | $110,416 | 11% | 7% | 18% | 3% |
| Other current liabilities | | 237,569 | 24% | 21% | 29% | 12% |
| Total current liabilities | | 347,985 | 36% | 35% | 48% | 17% |
| Other long-term liabilities | | 329 | 0% | 4% | 31% | 0% |
| Debt [4] | | 229,000 | 24% | 6% | 30% | 0% |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust [4] | 211,046 | 22% | NA | NA | NA |
| Total stockholders' equity [5] | | 181,330 | 19% | 48% | 82% | 29% |
| **Total Liabilities & Stockholders' Equity** | | $969,690 | 100% | | | |

Sources: Financial statement data is from the Inacom Corp. and Subsidiaries Condensed Consolidated Balance Sheet, document ICN 00484. The median, high, and low are from the benchmarking study of the comparable companies and the two industries (SIC: 7371 and 7373) from the Risk Management Association (RMA) Annual Statement Studies: 2000 - 2001.

**Footnotes**

(1) Represents the % of total assets or total liabilities/equity for Inacom

(2) Represents the median, high, and low % of total assets or total liabilities and equity for the group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million.

(3) Apportioned accounts receivable between Inacom's ongoing business and the business sold to Compaq.

(4) Reclassified certain amounts owing to Compaq from Accounts Payable to Debt and increased the amount of the 6 ¾% debt.

(5) Reduced book equity for the same amount that was reclassified to debt.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

# V. Benchmarking Analysis - Balance Sheet Review and Valuation

**INACOM CORP. AND SUBSIDIARIES**
FAIR MARKET VALUE CONSOLIDATED BALANCE SHEET
April 22, 2000
(In 000s)

| ASSETS | | Common Size[1] | Median[2] | High[2] | Low[2] |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and equivalents | | $21,697 | 2% | 14% | 55% | 5% |
| Accounts Receivable Related to Service Business | 3 | 138,510 | 13% | 39% | 50% | 24% |
| Accounts receivable related to business sold to Compaq | 3 | 111,150 | 11% | NA | NA | NA |
| Vendor receivables | 4 | 8,550 | 1% | NA | NA | NA |
| Inventories | 5 | 42,237 | 4% | 0% | 6% | 0% |
| Other | | 6,758 | 1% | 6% | 10% | 1% |
| Total current assets | | 328,902 | 32% | 56% | 88% | 48% |
| Property and equipment | 6 | 72,894 | 7% | 9% | 22% | 5% |
| Intangible assets and deferred income taxes | 7 | 596,201 | 57% | NA | NA | NA |
| Other assets, net of accumulated amortization | | 40,363 | 4% | NA | NA | NA |
| **Total Assets** | | $1,038,360 | 100% | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable | 8 | $110,416 | 11% | 7% | 18% | 3% |
| Other current liabilities | 8 | 237,569 | 23% | 21% | 29% | 12% |
| Total current liabilities | | 347,985 | 34% | 35% | 48% | 17% |
| Other long-term liabilities | | 329 | 0% | 4% | 31% | 0% |
| Debt | 8 | 229,000 | 22% | 6% | 30% | 0% |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust | 8 | 211,046 | 20% | NA | NA | NA |
| Total stockholders' equity | 9 | 250,000 | 24% | 48% | 82% | 29% |
| Total Liabilities & Stockholders' Equity | | $1,038,360 | 100% | | | |

**Footnotes**

(1) Represents the % of total assets or total liabilities/equity for Inacom

(2) Represents the median, high, and low % of total assets or total liabilities and equity for the group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million.

See the following page for footnotes (3) to (9).

Sources: Financial statement data is from the Inacom Corp. and Subsidiaries Condensed Consolidated Balance Sheet, document ICN 00484. The median, high, and low are from the benchmarking study of the comparable companies and the two industries (SIC: 7371 and 7373) from the Risk Management Association (RMA) Annual Statement Studies: 2000 - 2001.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

### Fair Market Value Balance Sheet as of April 22, 2000

- ❖ On the prior two balance sheets, we have:
  - Apportioned Accounts Receivable between Inacom's ongoing business and the business sold to Compaq.
  - Reclassified certain amounts owing to Compaq from Accounts Payable to Debt and increased the amount of the 6¾% Debt.
  - Reduced book equity.

- ❖ On this balance sheet, we have determined a fair value for each account on the balance sheet as set forth in footnotes (3) to (9) below:
  - (3) Accounts receivable related to service business; Accounts receivable related to business sold to Compaq; Vendor receivables – see prior pages for bases of adjustment.
  - (4) Inventories – we have determined that, based upon available data, no material change to the book amount was required; see also comparable company and benchmarking analysis.
  - (5) Other – we have no basis on which to change the book amount, nor any reason to believe a change is indicated.
  - (6) Property, plant and equipment – we were not able to examine a detailed list and, accordingly, have determined that we have no basis on which to change the book amount; see also comparable company and benchmarking analyses.
  - (7) Intangible assets – the balance shown reflects the difference between (i) the sum of the indicated values of all other assets and (ii) the total of Liabilities and Stockholders' Equity.
  - (8) Accounts payable; Other current liabilities; Debt; Company-obligated mandatory redeemable convertible preferred securities of subsidiary trust – see prior pages for bases of adjustment.
  - (9) Total stockholders' equity – determined by subtracting from the value of the Company as set forth herein the sum of Debt and Company-obligated mandatory redeemable convertible preferred securities of subsidiary trust.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

49

## *VI. Sources*

**Inacom Document Review**

- ❖ Generally, all Documents produced by Inacom, Deutsche Bank, Goldman Sachs, Greenhill, Blackstone Group, and Houlihan Lokey in subject preference litigation and certain documents produced in litigation between Compaq and Inacom. Specifically referenced in this report:
    - Inacom Corp. December 26, 1996 - 1998 audited financial statements (1998 10-K)
    - March 25, 2000 and April 22, 2000 unaudited financial statements, documents: ICN 00479 and 00484 – 00487
    - "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391
    - 2000 Monthly Income Statements ICN 07578 – 07600
    - Inacom Corp's projected financial statements, document: HL 00133; HL 00170; HL document: 1251 PP: 111+
    - Documents 00160 and 00161 (from Inacom 8-K dated March 2, 2000) and document 00753 (Services Supply and Sales Agreement dates as of February 2000 between Compaq Computer Corporation and Inacom Corp)
    - Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to Joint Plan of Liquidation of Inacom Corp., et al.
    - Affidavit of Thomas J. Fitzgerald in Support of First Day Orders.
    - Inacom Bank Presentation dated April 27, 2000.
    - Memorandum from Deutsche Bank to Bank Group dated February 15, 2000, DE 002353 etc.
    - Email of John Dugan to Galen Meysenburg re Inventory Status Update Dated March 14, 2000, INACOM 033898.
    - Email of Nathan L. Murray to Scott Simmelink, etc. re March 2000 Monthly Management Report (A/R; Inventory) dated April 11, 2000, INACOM 023470.

## *VI. Sources*

**Inacom Document Review (continued):**

- Generally, all depositions taken in subject preference litigation.
- Standard & Poor's, "Industry Surveys – Computers: Commercial Services," December 16, 1999
- Inacom Corp. February 16, 2000 8-K (Inacom Corp. sale to Compaq)
- Comparable companies audited financial statements
- MergerStat LP, "MergerStat Review – 2004"
- Ibbotson Associates, "Cost of Capital 2004 Yearbook"
- The Risk Management Association (RMA), "Annual Statement Studies: 2000 – 2001"
- The Risk Management Association (RMA), "Annual Statement Studies: 1999 – 2000"

## VII. Compensation

- For study and preparation of this report: $110,000.
- Deposition, expert testimony and preparation:
    - Jason Fensterstock -- $500 per hour
    - Richard Whalen -- $500 per hour

This report respectfully submitted by;

_____  
Richard A. Whalen  
Duff & Phelps, LLC

_____  
Jason Fensterstock  
Sasco Hill Advisors, Inc.

# INACOM CORP. AND SUBSIDIARIES
## COMPARATIVE CONSOLIDATED STATEMENT OF INCOME - RESTATED
### Years Ended December 31, 1996 - 1999
(in 000s)

| | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Products | $3,086 | $6,019 | $5,994 | $4,810 |
| Services | 816 | 869 | 742 | 507 |
| | 5,903 | 6,887 | 6,735 | 5,317 |
| **Direct Costs** | | | | |
| Products | 4,868 | 5,615 | 5,556 | 4,451 |
| Services | 560 | 526 | 436 | 302 |
| | 5,428 | 6,140 | 5,991 | 4,753 |
| **Gross margin** | 475 | 747 | 744 | 564 |
| Selling general and administrative expenses | 663 | 571 | 505 | 406 |
| Restructuring charges | 189 | 12 | 0 | 0 |
| **EBITDA** | -188 | 176 | 239 | 158 |
| Depreciation and amortization(1) | 82 | 78 | 58 | 39 |
| **EBIT** | -270 | 98 | 180 | 119 |
| Interest expense | 49 | 67 | 60 | 35 |
| **Pretax income** | -319 | 31 | 120 | 85 |
| Income tax expense (benefit) | -181 | 24 | 46 | 32 |
| **Net income before distributions on preferred securities of trust** | -138 | 7 | 74 | 53 |
| Distributions on convertible preferred securities | 9 | 9 | 9 | 5 |
| **Net Income (loss)** | -$147 | -$2 | $65 | $48 |
| Common shares and equivalents outstanding Diluted | 45,400 | 43,900 | 43,000 | 40,000 |

1. Depreciation is from the HL document #1251, pp. 111+.

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED", documents: ICN 00870, 00871, ICN 05390, ICN 05391

A-1

INACOM CORP. AND SUBSIDIARIES
COMPARATIVE CONSOLIDATED MARGIN ANALYSIS - RESTATED
Years Ended December 31, 1996 - 1999

|  | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Products | 86% | 87% | 89% | 90% |
| Services | 14% | 13% | 11% | 10% |
|  | 100% | 100% | 100% | 100% |
| **Direct Costs** | | | | |
| Products | 82% | 82% | 82% | 84% |
| Services | 9% | 8% | 6% | 6% |
|  | 92% | 89% | 89% | 89% |
| Gross margin | 8% | 11% | 11% | 11% |
| Selling general and administrative expenses | 11% | 8% | 7% | 8% |
| Restructuring charges | 3% | 0% | 0% | 0% |
| Operating income | -5% | 1% | 3% | 2% |
| Interest expense | 1% | 1% | 1% | 1% |
| Pretax income | -5% | 0% | 2% | 2% |
| Income tax expense (benefit) | -3% | 0% | 1% | 1% |
| Net income before distributions on preferred securities of trust | -2% | 0% | 1% | 1% |
| Distributions on convertible preferred securities | 0% | 0% | 0% | 0% |
| Net Income (loss) | -2% | 0% | 1% | 1% |

A-2

**INACOM CORP. AND SUBSIDIARIES**
**COMPARATIVE CONSOLIDATED STATEMENT OF INCOME**
Years Ended December 31, 1996 - 1999
(In 000s)

| | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Products | $5,086 | $3,879 | $3,627 | $2,945 |
| Services | 816 | 379 | 270 | 157 |
| | 5,903 | 4,258 | 3,896 | 3,102 |
| **Direct Costs** | | | | |
| Products | 4,868 | 3,648 | 3,419 | 2,772 |
| Services | 560 | 229 | 148 | 90 |
| | 5,428 | 3,876 | 3,567 | 2,861 |
| Gross margin | 475 | 382 | 329 | 241 |
| Selling general and administrative expenses | 745 | 230 | 219 | 167 |
| Restructuring charges | 189 | 0 | 0 | 0 |
| EBITDA | -460 | 152 | 110 | 74 |
| Depreciation and amortization(1) | 82 | 46 | 31 | 22 |
| EBIT | -542 | 106 | 79 | 52 |
| Interest expense | 49 | 34 | 29 | 20 |
| Pretax income | -591 | 72 | 50 | 32 |
| Income tax expense (benefit) | -181 | 30 | 20 | 13 |
| Net income before distributions on preferred securities of trust | -410 | 43 | 29 | 19 |
| Distributions on convertible preferred securities | 9 | 0 | 0 | 0 |
| Net Income (loss) | -$419 | $43 | $29 | $19 |
| Common shares and equivalents outstanding | | | | |
| Diluted | 45,400 | 20,700 | 14,600 | 11,900 |

1. 1999 Depreciation is from HL document #1251, pg. 111+
Source: 1996 - 1998 audited financial statements and 1999 unaudited (restated) financial statements (document ICN 00870)

A - 3