J. Fensterstock

2  thinking with Rich Whalen on issues, among others.

3       Q.    Did you personally perform any of the
4  tasks connected with the discounted cash flow
5  analysis?
6       A.    Yes.
7       Q.    What tasks were you involved with?
8       A.    Review of the discounted cash flow
9  analysis, review of the weighted average cost of
10 capital calculation, review of the Excel
11 spreadsheets, checking numbers, the way
12 professionals like I do, with back of the envelope
13 checks, to see that the numbers make sense from an
14 overall point of view, reviewing of the base data
15 to that data which was included in the Excel
16 spreadsheet that comprised the DCF analysis.
17      Q.    Did you, in the course of the tasks
18 you just described, review any of the source
19 documents?
20      A.    All of the source documents relative
21 to the discounted cash flow analysis, I located
22 through the discovery process, and provided to
23 Duff & Phelps personnel, and reviewed those
24 documents and the data in those documents for the
25 normal processes of review that one includes in a

*J. Fensterstock*

  M&A transactions list, once you identify the industry and SIC codes that you are looking for, and the time frame, it is a computer run out of databases, with standard information that is provided out of the those databases for -- that is used in investment banking circles and valuation circles, and therefore it is really a reporting of data and much less -- it is really reporting of data, requires less thorough analysis than the discounted cash flow analysis or the comparable company analysis.

  Q. Did you have any role in the comparable transaction analysis?

  A. Only to review it, and to make sure that the universe that was being focused on, relative to the Inacom service business, was the universe that I would have focused on.

  Q. Did you make any changes to that universe, through your review?

  A. Did not have to.

  Q. Who was primarily responsible for the comparable transaction analysis?

  A. The Duff & Phelps side of the equation.

1           *J. Fensterstock*

2      Q.   Was Mr. Whalen ultimately responsible
3   at Duff & Phelps for that analysis?
4      A.   Yes.
5      Q.   Do you intend, at trial, to offer
6   opinions with respect to all of the analyses in
7   the May 2 report?
8      A.   I suspect so, that's conjecture, since
9   I suspect you are going to capitulate before
10  trial.
11     Q.   Let me ask it a different way then,
12  and I always appreciate humor, believe me.
13     A.   Forgive me for that indulgence.
14     Q.   No forgiveness required. Assuming
15  this matter proceeds to trial, do you expect to
16  offer opinions with respect to all of these
17  analyses in the May 2nd report?
18     A.   Yes.
19     Q.   To your knowledge, does Mr. Whalen
20  hold any opinions with respect to the May 2
21  report?
22     A.   Yes.
23     Q.   Does he hold any opinions different
24  than yours?
25     A.   Not to my knowledge.