```
 1        A.    Yes.
 2        Q.    Okay.  And how long have you been
 3   corporate credit manager?
 4        A.    For four and a half years.
 5        Q.    So approximately 2001 to the present?
 6        A.    It was June of 2000 to the present.
 7        Q.    Prior to being corporate credit manager,
 8   what title did you hold with Lexmark?
 9        A.    I was the U.S. credit manager.
10        Q.    And how long were you U.S. credit manager?
11        A.    Approximately four years.
12        Q.    So, say, June 1996 to June 2000?
13        A.    Yes, sir.
14        Q.    And prior to being U.S. credit manager,
15   what title did you hold with Lexmark?
16        A.    Credit analyst.
17        Q.    And how long did you hold that position?
18        A.    Approximately four years.
19        Q.    1992 to 1996?
20        A.    That's correct.
21        Q.    Any position at Lexmark prior to credit
22   analyst?
23        A.    No, sir.
24        Q.    Prior to Lexmark, who was your employer?
25        A.    A company called Interspace Limited.
```

1   analysts were responsible for evaluating orders that
2   went into a credit pend status through our order entry
3   system. If an order -- if a customer were exceeding
4   their credit limit based on their open receivable and
5   any new orders that hadn't shipped plus any new orders
6   that were just placed, and/or if the customer were
7   25 percent delinquent on their total outstanding balance
8   at that time -- delinquent being defined as one day past
9   due, past their terms -- the order would go into a pend
10  status and the credit analyst would determine whether
11  the order should be shipped or not based on information
12  obtained from accounts receivable customer service rep,
13  which would include pending payments, payments in
14  process, the customer's financial -- or
15  creditworthiness, and any other factors that gave us a
16  determination of whether we were going to receive our
17  money -- Lexmark was going to receive its money, and
18  then the analyst would make a decision whether to
19  continue shipping to a customer.
20          Q.   Okay. And the credit analyst, what area
21  of Lexmark was that delineated into?
22          A.   This was for all U.S. sales, any customer
23  in the United States that we were going to sell to.
24          Q.   And as a credit analyst were you in the
25  accounting department?

1  policy, for the world, for Lexmark World.

2      Q.    But he's in a whole different department?

3      A.    Correct.

4      Q.    And would that still be how Lexmark is set
5  up today?

6      A.    That is correct.  And the other -- even
7  though there's a dotted line responsibility, as a credit
8  analyst I had no authority to establish a credit limit,
9  that all credit limits were signed off by the corporate
10 credit manager.

11     Q.    Okay.  So you made a recommendation?

12     A.    I made a recommendation, yes.

13     Q.    To the -- in the corporate finance to the
14 corporate manager?

15     A.    As a credit analyst, correct.

16     Q.    Tell me, if you could, what your job
17 duties and responsibilities would be as a U.S. credit
18 manager.  Maybe if you'd be as kind first just tell me
19 what group you're in and...

20     A.    Same group, order fulfillment.  And really
21 the only differences in responsibility between the
22 analyst and the manager is as the corporate -- as the
23 U.S. credit manager, I had authority to establish
24 limits, if I recall correctly, up to $1 million.

25     Q.    And when you were a credit analyst, did

1  would it be annual reviews were always within a period
2  of four months because of, you know, other things that
3  were going on in the company, or could they be spread
4  across the 12 months?
5      A.   They could be spread across the 12 months.
6      Q.   And you don't know when the annual review
7  was for Inacom?
8      A.   I do not recall, no.
9      Q.   What type of analysis would you do as part
10 of an annual review?
11     A.   We would look at financial statements, do
12 various ratio analysis, trend analysis, both on income
13 statement balance sheet and statement cash flows.  We
14 would look at how that customer was paying us according
15 to their terms and also gauge how they were paying other
16 vendors based on credit report that was typically pulled
17 through Dunn & Bradstreet.  And we would look at that
18 set of numbers and make a determination on credit limit.
19     Q.   And do you recall in 1999 as far as Inacom
20 relative to other customers of Lexmark where they fell
21 in the parameters of being a large customer or small
22 customer?
23     A.   They were a large customer.
24     Q.   Were they in the top five customers of
25 Lexmark?