1  there were issues with Inacom falling behind in making
2  payments to Lexmark?
3      A.   To my recollection, things started to
4  change for Inacom middle of 1999.  And I do recall some
5  conversations with Julian Gorman, who was the direct
6  account rep at that point for Inacom, that we had
7  noticed a change in payment patterns with Inacom and
8  were concerned, although not overly so.  And I do recall
9  Julian's response was -- and also what we were reading
10 in the press was that the Vanstar acquisition had an
11 adverse effect on their operations but they were
12 absorbing Vanstar and things were -- the projections
13 were things would be better.
14     Q.   And Julian Gorman, she was the account rep
15 in what department?
16     A.   Julian is a man.
17     Q.   I'm like 0 for 4 on these.  You guys have
18 got me scared to even ask any more when you mention new
19 spelling on things.
20     A.   Julian was on the sales team, and he would
21 have reported to a district sales manager.  Well, let me
22 take that back.  Julian was the district sales manager,
23 and he would have reported to Bob Kendrick.
24     Q.   Do you recall anything in any more
25 specifics other than a shift in --

1  A.  I would tell you that one of our first --
2  one of the things that first alerted us that there may
3  be something brewing was the fact that Inacom stopped
4  taking advantage of an early pay discount being offered
5  to them and started using their full net terms. And
6  that was -- I can't recall specifically, but that was
7  during the 1999 time frame.
8  Q.  And what's your recollection of what the
9  payment terms were for Inacom in 1999?
10 A.  We offered a three-quarters of a percent
11 discount, cash discount, if they paid us in 15 days or
12 net 45.
13 Q.  And what do you mean by net 45?
14 A.  That if you didn't pay us in 15 and take
15 advantage of the discount, your invoice was due in
16 45 days from invoice date.
17 Q.  And would that have -- those terms, were
18 those terms set by Inacom, if you know, or was it set by
19 Lexmark?
20 A.  They were set by Lexmark.
21 Q.  Do you know if Inacom had any other -- or
22 different invoice terms?
23 A.  No. They did not. They did not have
24 different -- those would be their invoice terms for all
25 their Lexmark purchases.

1  were a preference liability.
2      Q.   And by referring to preference, you're
3  referring to the timing of payments to see -- to
4  determine the timing of the payments and whether there's
5  exposure to Lexmark?
6      A.   Yes.
7      Q.   And would that be something that you would
8  perform or you'd have, you know, someone below you
9  perform so you could review the data?
10     A.   I would perform it.
11     Q.   And would you perform something like
12 Exhibit 1 after somebody filed for bankruptcy, or before
13 they filed for bankruptcy if you learn that they were
14 heading towards bankruptcy?
15     A.   I'd wait till they filed.
16     Q.   Do you recall preparing or having someone
17 prepare Exhibit 1 after you learned that Inacom filed
18 bankruptcy?
19     A.   Again, I'm not sure that I produced this,
20 but I do recall that I did do some analysis on Inacom
21 with regard to preference.
22     Q.   Okay.
23     A.   I'm sorry, I just don't remember if this
24 is my document or not.
25     Q.   At Lexmark in the 2000 time frame, was

```
 1        Q.      And have you been personally involved in
 2   preparing the corporate records and working with counsel
 3   on preference actions before this?
 4        A.      Yes.
 5        Q.      Are you generally familiar -- and I don't
 6   want to ask you a legal question, but are you generally
 7   familiar with some of the defenses that a company like
 8   Lexmark could assert to a preference claim, such as the
 9   payment was made in the ordinary course of business, or
10   there was a contemporaneous exchange of new value, that
11   sort of thing?
12        A.      Yes.
13        Q.      Have you done for this -- Inacom's claim
14   against Lexmark now, have you done an analysis of the
15   payments that Inacom claims were preference payments?
16        A.      Yes.
17        Q.      I don't have with me a copy of the entire
18   Complaint.  I have the Exhibit A to the Complaint, which
19   is the list that Inacom made of Lexmark's preference
20   period payments, but my copy is marked up with my
21   personal notes so perhaps I'm not going to use that as
22   an exhibit.  Let me go about this another way.  Did you
23   as part of your analysis conclude that any --
24              MR. HALLIDAY:  Wait a minute.  Wait.
25   We're not going to get into work product.
```

1  time.
2              THE WITNESS:  You're welcome.
3              MS. DUMAS:  And again, my apologies
4  for arriving late this morning.
5              THE WITNESS:  No problem.
6              MR. HALLIDAY:  Do you all want to take
7  a break, or would you like for me to bring Mr. Pinkston
8  on in?
9              MR. NOLAN:  I just have a couple more
10 questions for --
11             MR. HALLIDAY:  Excuse me.
12                    ---------------
13                      **RE-EXAMINATION**
14 **BY MR. NOLAN:**
15       Q.    Mr. Sarkisian, as a credit analyst or as
16 the U.S. credit manager, did any of your job duties ever
17 encompass analyzing or keeping apprised of what
18 Lexmark's competitors payment terms were?
19       A.    Yes.
20       Q.    And would that have been as a credit
21 analyst, or as a U.S. credit manager, or possibly as
22 both?
23       A.    Both.
24       Q.    In the 1999 time frame did you have an
25 idea or an appreciation of what your competitors were

1  setting as payment terms?
2      A.    We had an appreciation, yes.
3      Q.    And how would you come to that
4  appreciation?  What would you look at?
5      A.    We were members of a credit association,
6  and through that membership we have discussions with
7  other vendors.
8      Q.    Is there a name of that credit
9  association?
10     A.    It's called Riemer Credit Reporting
11 Services.
12     Q.    How do you spell that?
13     A.    It's R -- I think it's R-i-e-m-e-r.
14     Q.    And in the 1999 time frame did you -- what
15 was your understanding as to what your competitors'
16 payment terms were?
17     A.    I don't recall.
18     Q.    For the 2000 time frame do you recall what
19 you appreciated your competitors' payment terms were?
20     A.    I would say that we would compare
21 ourselves to other like vendors, and we felt that we
22 were competitive with other like vendors.
23     Q.    Okay.  And would this be for -- I think
24 you called it the business printer versus customer
25 consumer printer business?