```
 1   render at the time of trial?
 2       A.   Regarding?
 3       Q.   Regarding testimony in this case concerning
 4   industry standards in the reseller business, reseller
 5   distributor business.
 6       A.   I wouldn't say that I -- the only thing I
 7   would be offering would be what I know of the industry
 8   through my Lexmark relationship.
 9       Q.   Okay.
10       A.   I think I've -- I'm not sure that we covered
11   a lot of that in the first deposition, but I'm not sure
12   exactly how to answer the question.
13       Q.   Okay.  Well, I guess I can back that a
14   different way.  I just wanted to know, I mean, as you
15   sit here today, do you have -- do you have any opinion
16   contemplated that you're going to issue at the time of
17   trial concerning the standards of competitors of
18   Lexmark in the industry?
19       A.   I think in my first deposition, again we
20   talked about it briefly that through my knowledge,
21   everyone sets their own terms independently, or at
22   least they should be, according to the FTC.  And
23   although we do -- we are a member of a credit
24   association and we gather with other vendors to talk
25   about our customers, you know, we have to follow
```

```
 1    certain guidelines to prevent collusion.  But we do get
 2    a view of what the other vendors are offering to
 3    customers, especially vendors that are very much like
 4    us that are printer companies or have some -- at least
 5    some portion of other company sells printers.  But my
 6    knowledge would tell me that, you know, everyone does
 7    act independently and makes their own decisions
 8    regarding terms and what credit limits they're going to
 9    set and when they're going to become worried about a
10    customer and when they might invoke a stop shipment.
11         Q.    Okay.  The competitor -- you mentioned the
12    competitors of Lexmark in the -- in the printing
13    industry, correct?
14         A.    Uh-huh.
15         Q.    Okay.  Can you tell me who the competitors
16    are of Lexmark in the printing industry.
17         A.    Our main competitors are Hewlett Packard,
18    Canon, and Epson.
19         Q.    And anybody else?
20         A.    Well there's a few smaller groups.
21         Q.    Okay.
22         A.    Xerox, Kodak, Brother International.
23         Q.    Okay.
24         A.    Fuji Xerox, Samsung, Kyocera.  I think it's
25    K-y-o-c-e-r-a, let's see, [phonetic:  Kee-oh-seer-uh].
```