COPY

```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
                    CASE NO. 04-CV-583
```

## DEPOSITION OF KEVIN SARKISIAN

| | |
|---|---|
| INACOM CORP. on behalf of all affiliated debtors | PLAINTIFF |
| v. | |
| LEXMARK INTERNATIONAL, INC. | DEFENDANT |
| LEXMARK INTERNATIONAL, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC. | THIRD-PARTY DEFENDANTS |

The deposition of **KEVIN SARKISIAN** was taken on behalf of the plaintiff, Inacom Corporation, before Ann Hutchison, Registered Professional Reporter and Notary Public in and for the State of Kentucky at Large, at the law office of Stoll, Keenon & Park, 300 West Vine Street, Suite 2100, Lexington, Kentucky, on Wednesday, February 9, 2005, beginning at the hour of 9:48 a.m. Said deposition was taken pursuant to Rule 30 of the Federal Rules of Procedure and Rule 7030 of the Federal Bankruptcy Procedure.

**ACTION COURT REPORTERS**
184 North Mill Street
Lexington, Kentucky 40507
(859) 252-4004

```
 1                        APPEARANCES
 2

 3    COUNSEL FOR PLAINTIFF INACOM CORPORATION:

 4        Jeffrey P. Nolan
          Pachulski, Stang, Ziehl, Young & Jones
 5        10100 Santa Monica Boulevard, 11th Floor
          Los Angeles, California 90067-4100
 6

 7    COUNSEL FOR THIRD-PARTY DEFENDANT COMPAQ:

 8        Cecily A. Dumas
          Friedman, Dumas & Springwater, LLP
 9        One Maritime Plaza, Suite 2475
          San Francisco, California 94111
10

11    COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF
      LEXMARK INTERNATIONAL, INC.:
12
          Culver V. Halliday
13        Stoll, Keenon & Park, LLP
          2650 Aegon Center
14        400 West Market Street
          Louisville, Kentucky 40202-3377
15

16

17

18

19

20

21

22

23

24

25
```

1  would it be annual reviews were always within a period
2  of four months because of, you know, other things that
3  were going on in the company, or could they be spread
4  across the 12 months?
5      A.    They could be spread across the 12 months.
6      Q.    And you don't know when the annual review
7  was for Inacom?
8      A.    I do not recall, no.
9      Q.    What type of analysis would you do as part
10 of an annual review?
11     A.    We would look at financial statements, do
12 various ratio analysis, trend analysis, both on income
13 statement balance sheet and statement cash flows.  We
14 would look at how that customer was paying us according
15 to their terms and also gauge how they were paying other
16 vendors based on credit report that was typically pulled
17 through Dunn & Bradstreet.  And we would look at that
18 set of numbers and make a determination on credit limit.
19     Q.    And do you recall in 1999 as far as Inacom
20 relative to other customers of Lexmark where they fell
21 in the parameters of being a large customer or small
22 customer?
23     A.    They were a large customer.
24     Q.    Were they in the top five customers of
25 Lexmark?

```
 1        Q.    Okay.  Was that documentation that was put
 2  together referred to by a name?
 3        A.    Not in particular, other than credit
 4  review information, I guess you could say.
 5        Q.    How was the annual review of customers
 6  conducted?  Was it at a meeting?
 7        A.    We could pull queries out of our system to
 8  determine when the last review was done, and a date
 9  was -- is put into our system.  And then the analyst can
10  pull a monthly report to show them the reviews that are
11  due for that month, which would be the ones that were
12  done 12 months ago, or they might -- they would work --
13  in November they would want to be pulling that report to
14  know what was going to be due in December.  And then
15  based on that query, they would start performing the
16  reviews for December on December 1st.
17        Q.    Was the review, the actual review itself,
18  did it -- was it reflected in a written report?
19        A.    There is a cover sheet and then behind
20  that there's analysis, financial statement analysis, and
21  credit report, Dunn & Bradstreet credit report, and also
22  a payment history for Lexmark that our system generates.
23        Q.    And these are all collected in one place
24  for the annual review?
25        A.    Correct.
```