```
                                                           Page 1
 1              U.S. DISTRICT COURT
                DISTRICT OF DELAWARE
 2              CASE NO. 04-CV-583

 3  _____

 4          DEPOSITION OF KEVIN SARKISIAN

    _____
 5

    INACOM CORPORATION ON BEHALF OF
 6  ALL AFFILIATED DEBTORS                  PLAINTIFF
 7  v.
 8  LEXMARK INTERNATIONAL, INC.             DEFENDANT
 9  LEXMARK INTERNATIONAL, INC.             THIRD-PARTY
                                            PLAINTIFF
10  v.
11  COMPAQ COMPUTER CORP., ITY CORPORATION, THIRD-PARTY
    AND CUSTOM EDGE, INC.                   DEFENDANTS
12  _____
13       Pursuant to Notice, the deposition of KEVIN
14  SARKISIAN was taken on behalf of the Plaintiff before
15  Patricia A. Seckley, Court Reporter and Notary Public
16  in and for the State of Kentucky at Large, at the
17  offices of Stoll, Keenon & Park, 300 West Vine Street,
18  Suite 2100, Lexington, Kentucky on Monday, August 1,
19  2005, commencing at the hour of 10:00 a.m.
20       The deposition was taken for purposes of discovery
21  and for all other purposes permitted under all
22  applicable laws.
23  _____
24            ACTION COURT REPORTERS
                184 North Mill Street
25            Lexington, Kentucky  40507
```

```
                                                          Page 2
 1
 2                       APPEARANCES
 3   COUNSEL FOR PLAINTIFF:
 4
     Jeffrey P. Nolan
 5   PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C.
     1011 Santa Monica Boulevard
 6   11th Floor
     Los Angeles, California   90067-4100
 7
 8
     COUNSEL FOR DEFENDANT LEXMARK INTERNATIONAL, INC.:
 9
10   Culver V. Halliday
     STOLL KEENON & PARK
11   400 West Market Street, Suite 2650
     Louisville, Kentucky   40202-3377
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 17

```
 1   certain guidelines to prevent collusion.  But we do get
 2   a view of what the other vendors are offering to
 3   customers, especially vendors that are very much like
 4   us that are printer companies or have some -- at least
 5   some portion of other company sells printers.  But my
 6   knowledge would tell me that, you know, everyone does
 7   act independently and makes their own decisions
 8   regarding terms and what credit limits they're going to
 9   set and when they're going to become worried about a
10   customer and when they might invoke a stop shipment.
11        Q.   Okay.  The competitor -- you mentioned the
12   competitors of Lexmark in the -- in the printing
13   industry, correct?
14        A.   Uh-huh.
15        Q.   Okay.  Can you tell me who the competitors
16   are of Lexmark in the printing industry.
17        A.   Our main competitors are Hewlett Packard,
18   Canon, and Epson.
19        Q.   And anybody else?
20        A.   Well there's a few smaller groups.
21        Q.   Okay.
22        A.   Xerox, Kodak, Brother International.
23        Q.   Okay.
24        A.   Fuji Xerox, Samsung, Kyocera.  I think it's
25   K-y-o-c-e-r-a, let's see, [phonetic: Kee-oh-seer-uh].
```