## **CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on this 29th day of August 2005, I caused a true and correct copy of the foregoing *Plaintiff's Opposition to Motion to Exclude the Expert Testimony and Report of Dean Vomero* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

_____
Sandra G. McLamb (Bar No. 4283)

InaCom v. Lexmark Service List
Document No. 111166
Civil Action No. 04-583 GMS
01 – Hand Delivery
05 – First Class Mail

*Hand Delivery*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

*First Class Mail*
(Counsel for Compaq Computer Corp. and Custom Edge Inc., third-party defendants)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
(Counsel for Lexmark International, third-party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel to Lexmark International, Inc., defendant)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202