# Exhibit A



U.S. DISTRICT COURT
DISTRICT OF DELAWARE
CASE NO. 04-CV-583

---

**DEPOSITION OF KEVIN SARKISIAN**

---

| | |
|---|---|
| INACOM CORPORATION ON BEHALF OF ALL AFFILIATED DEBTORS | PLAINTIFF |
| v. | |
| LEXMARK INTERNATIONAL, INC. | DEFENDANT |
| LEXMARK INTERNATIONAL, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| COMPAQ COMPUTER CORP., ITY CORPORATION, AND CUSTOM EDGE, INC. | THIRD-PARTY DEFENDANTS |

---

Pursuant to Notice, the deposition of **KEVIN SARKISIAN** was taken on behalf of the Plaintiff before Patricia A. Seckley, Court Reporter and Notary Public in and for the State of Kentucky at Large, at the offices of Stoll, Keenon & Park, 300 West Vine Street, Suite 2100, Lexington, Kentucky on Monday, August 1, 2005, commencing at the hour of 10:00 a.m.

The deposition was taken for purposes of discovery and for all other purposes permitted under all applicable laws.

---

ACTION COURT REPORTERS
184 North Mill Street
Lexington, Kentucky  40507
859-252-4004

1

## APPEARANCES

**COUNSEL FOR PLAINTIFF:**

Jeffrey P. Nolan
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C.
1011 Santa Monica Boulevard
11th Floor
Los Angeles, California  90067-4100


**COUNSEL FOR DEFENDANT LEXMARK INTERNATIONAL, INC.:**

Culver V. Halliday
STOLL KEENON & PARK
400 West Market Street, Suite 2650
Louisville, Kentucky  40202-3377

1  do go to trial in this case, I certainly -- the reason
2  I come all the way back out here to Lexington is to
3  make sure I don't get surprised at time of trial. So
4  the deposition today I'd like to get your best
5  testimony. Or if you haven't done something and you
6  intend to do something, I'd certainly like to know
7  about that as well. Do you understand that?
8       A.   Yes.
9       Q.   Okay. In preparation for your deposition,
10 we sent out a request for information considered by
11 expert witnesses. Did you happen to have a chance to
12 see that?
13      A.   Yes, I did.
14      Q.   Do you have anything that might be
15 responsive to that document that you brought here
16 today?
17      A.   No, I do not.
18      Q.   Just to kind of touch on this fairly
19 quickly, Category 1 asks for any data or other
20 information considered by Mr. Sarkisian in forming any
21 expert opinion to be rendered at trial. And you do not
22 have any documents for that.
23      A.   No.
24           MR. NOLAN: You know, why don't I just
25 attach this as Exhibit A to the deposition. It might

1   you needed to get a message to a vendor or needed
2   information concerning a vendor, you would act through
3   your sales force.
4       A.   Yes.  Well, I would call them a customer as
5   opposed to a vendor.
6       Q.   Okay.
7       A.   But that typically would be the arrangement.
8   The sales group has the main communication with the
9   customer.
10      Q.   And when we talked previously, we termed --
11  what did we term the business of Lexmark?  Is it -- I
12  mean, as far as the retail sales of printers and
13  computer accessories?  Or go ahead and use your own
14  terminology.
15      A.   The --
16      Q.   Let me restate that.  What is the -- since
17  you've been at Lexmark as the U.S. credit manager, what
18  would you define the business of Lexmark as?
19      A.   To sell printing solutions.
20      Q.   And can you define just for me a little
21  better what you mean by the term printing solutions.
22      A.   Right.  It would be products that help meet
23  customers' needs as far as the printing of documents
24  and any other items used in that capacity.
25      Q.   So does Lexmark sell the software that goes

1  with the printers as well?
2      A.   Yes.  Yes.
3      Q.   So if I bought a printer, I might have some
4  software that would be compatible with my computer to
5  kind of coordinate or to actually allow the printer to
6  work with the software?
7      A.   Yes.  Yeah, we sell our own printer drivers,
8  as they're known.  And as well as on our business
9  printers, the ones that are typically sold to
10 companies, there might be management software, if you
11 have a fleet of printers that ties all the printers
12 together and goes out and looks at usage and determines
13 when supply items might need to be purchased.  It also
14 looks at, you know, how many documents a particular
15 person is printing.  So it's looking at the whole
16 environment to determine usage as well as recommend
17 supplies, purchases, and better ways to use the system
18 to save money.
19     Q.   Okay.  Does -- now, Lexmark, they don't
20 manufacture their own printers.  Do you buy your
21 printers from an outside source?
22     A.   We don't manufacture any of our actual
23 printers, no.  We do manufacture the supply components,
24 such as the print cartridge on an ink jet printer or
25 the toner cartridge on a laser printer.

1  certain guidelines to prevent collusion. But we do get
2  a view of what the other vendors are offering to
3  customers, especially vendors that are very much like
4  us that are printer companies or have some -- at least
5  some portion of other company sells printers. But my
6  knowledge would tell me that, you know, everyone does
7  act independently and makes their own decisions
8  regarding terms and what credit limits they're going to
9  set and when they're going to become worried about a
10 customer and when they might invoke a stop shipment.
11      Q.    Okay. The competitor -- you mentioned the
12 competitors of Lexmark in the -- in the printing
13 industry, correct?
14      A.    Uh-huh.
15      Q.    Okay. Can you tell me who the competitors
16 are of Lexmark in the printing industry.
17      A.    Our main competitors are Hewlett Packard,
18 Canon, and Epson.
19      Q.    And anybody else?
20      A.    Well there's a few smaller groups.
21      Q.    Okay.
22      A.    Xerox, Kodak, Brother International.
23      Q.    Okay.
24      A.    Fuji Xerox, Samsung, Kyocera. I think it's
25 K-y-o-c-e-r-a, let's see, [phonetic: Kee-oh-seer-uh].

```
 1   I believe that's how it's called.  Then there's some
 2   other even smaller groups beyond that.  But the top
 3   four are really HP, Canon, Epson, and Lexmark.
 4        Q.   And do these -- are these competitors of
 5   Lexmark, are they all in just the printing business or
 6   do they have printer business and different other
 7   divisions that they're also involved in, like --
 8   something like software and hardware and, you know, PC
 9   cameras and things of that nature?
10        A.   I think Lexmark is the only pure printer
11   player in that whole group, one that only sells
12   printers, printing solutions.
13        Q.   Okay.
14        A.   And we also own all of our own research and
15   development.  We develop our own printing solutions.
16   We don't buy those from another company.  I think one
17   of the biggest examples would be of HP using Canon
18   engines for their laser printers.
19        Q.   Prior to being the U.S. credit manager, what
20   was your position at Lexmark?
21        A.   I was a credit analyst.
22        Q.   That's right.  And how long were you a
23   credit analyst?
24        A.   From 1992 until 1996, I believe about four
25   years.
```

```
 1      Q.    And when did you -- I'm sorry.  I hate to do
 2  this again, but when did you start with Lexmark?
 3      A.    In June of 1992.
 4      Q.    Previously, Mr. Sarkisian, I asked you about
 5  what Lexmark's competitors' payment terms were in 1999.
 6  Do you recall that testimony?
 7      A.    Vaguely.
 8      Q.    Okay.  Let me ask you again.  Do you know
 9  what any of your competitors that you were kind enough
10  to just mention, do you know what their payment terms
11  were in the 1999 time frame?
12      A.    For any customers or for Inacom or --
13      Q.    For any of their customers.
14      A.    I don't recall specifically in 1999.
15      Q.    Do you know whether or not any of those
16  competitors -- and I'll just put them all together --
17  not only the big, large competitors but the smaller
18  medium-sized ones that you mentioned like Xerox and
19  Kodak, do you know whether or not they set payment
20  terms based upon the size of the customer or as opposed
21  to how much the customer purchased from them?
22      A.    I do not.
23      Q.    And how did Lexmark set the terms for
24  customers such as Inacom?  Was it based upon the amount
25  of product that they purchased or based upon the size
```

1  Inacom was considered a distribution customer, like
2  Ingram Micro, like Tech Data, like the former MicroAge
3  and a couple of other guys.
4      Q.   And the terms that Lexmark utilized in the
5  1999 time frame, that was, if I remember correctly, net
6  15 days with a three-quarter percent discount and
7  otherwise net 45 days?
8      A.   Yes.  We refer to it as three-quarters of a
9  percent of a discount if they paid in 15 days or net
10 45.
11     Q.   And that was the same term in both the 1999
12 time frame as well as the 2000 time frame for
13 distributors such as Inacom?
14     A.   Yes.
15     Q.   Do you know what competitors of Lexmark such
16 as HP, Canon, or Epson's payment terms were in the 1999
17 time frame?
18     A.   I do not.
19     Q.   Do you know what they were in the 2000 time
20 frame?
21     A.   I do not.
22     Q.   How about in the 1998 time frame?
23     A.   I do not.  If I knew them, I don't recall.
24     Q.   Mr. Sarkisian, do you know what the payment
25 terms were that were issued by competitors on this

| | |
|---|---|
| 1 | A. No, I couldn't. |
| 2 | Q. Do you know whether or not any of Lexmark's |
| 3 | competitors had net 15 day terms? |
| 4 | A. I don't recall. |
| 5 | Q. Do you know whether or not any of Lexmark's |
| 6 | competitors, either the large tier or the smaller |
| 7 | tiers, had net 60 day terms? |
| 8 | A. I don't recall. |
| 9 | Q. Mr. Sarkisian, do you know if anyone had |
| 10 | terms that were longer than net 60 day in the printing |
| 11 | industry in the 1998 to 2000 time frame? |
| 12 | A. I don't recall. |
| 13 | Q. Did you ever have any knowledge or did you |
| 14 | perform any type of a study to determine what the |
| 15 | average interval was between the date an invoice was |
| 16 | issued and the date payment was received for |
| 17 | competitors of Lexmark? |
| 18 | A. No. You mean going to -- out and asking |
| 19 | them how their customers are paying them and then |
| 20 | putting it all together? |
| 21 | Q. Yeah. I'm trying to get -- |
| 22 | A. No. |
| 23 | Q. You testified in your prior deposition as to |
| 24 | what was considered a late payment. And I believe some |
| 25 | of the other individuals, when the sales force through |

```
 1    Lexmark testified as to what was considered a late
 2    payment.  Do you have any knowledge of what the
 3    competitors of Lexmark would term a late payment?
 4         A.    Other than discussing with other vendors, I
 5    don't have specific information.  Again, when we would
 6    meet in our credit meetings, our credit association
 7    meetings, you know, we would talk about past dues.  And
 8    certainly anybody would report an invoice being past
 9    due when it was beyond the terms that were offered.
10         Q.    Okay.
11         A.    That is, as I know, a universal reporting
12    mechanism.
13         Q.    Okay.  But you just don't know what their
14    terms were.
15         A.    I don't recall specifically.  Again, I may
16    have known if we talked with a particular vendor about
17    a particular customer.  But going back that far, I
18    don't recall specifically what -- what people were
19    offering Inacom and in general what they were offering
20    their other customers.  The amount of time that's gone
21    by has influenced that more than anything.
22         Q.    Did you ever perform any -- and this is not
23    recently but in the past -- have you ever performed any
24    type of statistical analysis as to any of the
25    competitors of Lexmark as to what they considered to be
```