# Exhibit C



```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF DELAWARE
 2                 CASE NO. 04-CV-583
```

---

### DEPOSITION OF KEVIN SARKISIAN

---

| | |
|---|---|
| INACOM CORP. on behalf of all affiliated debtors | PLAINTIFF |
| v. | |
| LEXMARK INTERNATIONAL, INC. | DEFENDANT |
| LEXMARK INTERNATIONAL, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC. | THIRD-PARTY DEFENDANTS |

The deposition of **KEVIN SARKISIAN** was taken on behalf of the plaintiff, Inacom Corporation, before Ann Hutchison, Registered Professional Reporter and Notary Public in and for the State of Kentucky at Large, at the law office of Stoll, Keenon & Park, 300 West Vine Street, Suite 2100, Lexington, Kentucky, on Wednesday, February 9, 2005, beginning at the hour of 9:48 a.m. Said deposition was taken pursuant to Rule 30 of the Federal Rules of Procedure and Rule 7030 of the Federal Bankruptcy Procedure.

---

**ACTION COURT REPORTERS**
184 North Mill Street
Lexington, Kentucky 40507
(859) 252-4004

```
 1                        APPEARANCES
 2

 3    COUNSEL FOR PLAINTIFF INACOM CORPORATION:

 4        Jeffrey P. Nolan
          Pachulski, Stang, Ziehl, Young & Jones
 5        10100 Santa Monica Boulevard, 11th Floor
          Los Angeles, California 90067-4100
 6

 7    COUNSEL FOR THIRD-PARTY DEFENDANT COMPAQ:

 8        Cecily A. Dumas
          Friedman, Dumas & Springwater, LLP
 9        One Maritime Plaza, Suite 2475
          San Francisco, California 94111
10

11    COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF
      LEXMARK INTERNATIONAL, INC.:
12
          Culver V. Halliday
13        Stoll, Keenon & Park, LLP
          2650 Aegon Center
14        400 West Market Street
          Louisville, Kentucky 40202-3377
15

16

17

18

19

20

21

22

23

24

25
```

1    A.    That's correct.

2    Q.    Would that be the case for the business
3 printer business?

4    A.    Yes.

5    Q.    Were you aware if any of your competitors
6 were utilizing more stringent payment terms? And when I
7 say more stringent, I mean shorter payment terms like
8 net 15 or net 30 days?

9    A.    With Inacom or with all the --

10    Q.    With all other, you know, similarly
11 situated or sized companies as Inacom?

12    A.    I don't recall specifically, but typically
13 everyone's terms don't match up exactly. Some will be
14 more stringent, some will be more liberal.

15    Q.    In the 2000 time frame were you aware of
16 anyone in the business printer business setting terms at
17 net ten days?

18    A.    I don't recall.

19    Q.    How about net 15 days?

20    A.    I don't recall specifically.

21    Q.    As far as Lexmark is concerned, can you
22 tell me or do you have an appreciation as you sit here
23 today what percentage of your business printer customers
24 took advantage of the three-quarter percent discount net
25 15-day portion of your terms?

```
 1        A.     In what time period again?
 2        Q.     1999.
 3        A.     There were less than half.
 4        Q.     So less than half would pay quicker than
 5   15 days and get that discount?
 6        A.     Correct.
 7        Q.     Do you have an idea if it was more than a
 8   quarter, less than a half?
 9        A.     No, I do not.
10        Q.     How about for the 2000 time frame?  Do you
11   have an appreciation of how many of your customers in
12   the business printer business would take advantage of
13   the three-quarter percent discount, net 15-day term?
14        A.     I would say it was about the same.  Of
15   course, Inacom was out of the picture at that point
16   but... I don't recall if Custom Edge were taking
17   advantage of the discount.  I think they did but -- but
18   I would say it was an equivalent number.
19        Q.     And that would be less than half?
20        A.     Yes.
21        Q.     Any idea?  Would it be maybe more than a
22   single digit?  More than 10 percent?
23        A.     I can't recall specifically.
24        Q.     I mean, is that a significant fact to
25   Lexmark if someone pays quicker than 15 days as opposed
```