# Exhibit D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| In re: INACOM CORP., et al. | Bankruptcy Case No: 00-2426 (PJW) |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS <br> (Original filed in this Action) <br> Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS <br><br> Adversary No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS <br><br> Adversary No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS <br><br> Adversary Case No. 02-03960 PJW |

## REQUEST FOR INFORMATION CONSIDERED BY EXPERT WITNESS
### (Federal Rules of Civil Procedure 26(a)(2)(B)

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26(a)(2)(B)

and Federal Rules of Bankruptcy Procedure 7026, Plaintiff Inacom Corp. ("INACOM") hereby

requests the prompt delivery of the following with respect to expert opinions to be rendered by

Kevin Sarkesian of Lexmark International, Inc.:

NOTICE OF DEPOSITION

1



EXHIBIT <br> SARKSIAN <br> 8/1/05 A

1.    All data and other information considered by Mr. Sarkesian in forming any expert opinion to be rendered at trial.

2.    Any exhibits to be used to support Mr. Sarkesian's expert opinions;

3.    A list of all publications authored by the Mr. Sarkesian within the preceding ten years;

4.    A listing of any other cases in which the he has testified as an expert at trial or by deposition within the preceding four years.

5.    All notes or writings which Mr. Sarkesian generated in preparing any expert opinion.

All such information should be delivered to Jeffrey Nolan, Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067, on or before July 31, 2005, in order to permit sufficient time for preparation of the depositions of the Witness, currently scheduled for August 1, 2005.

Dated: July 21, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By: _____

Laura Davis Jones (Bar No. 2436)
Andrew Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Counsel for Plaintiff

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
CITY OF LOS ANGELES        )

I, Sally A. Miller, I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067.

On July 21, 2005, I caused to be served the Request for Information Considered by Expert Witness (Lexmark) in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY ELECTRONIC MAIL) I caused to be transmitted the above-described document by electronic mail (E-mail) to the address(es) as shown. (Service by E-Mail transmission is only to those parties on the attached Service List with email address(es) indicated.)

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on July 21, 2005, at Los Angeles, California.

_Sally A. Miller_
Sally A. Miller