# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **INACOM CORP., et al.** | |
| **Plaintiffs** | |
| **v.** | |
| **LEXMARK INTERNATIONAL, INC.** | |
| **Defendant and Third-Party Plaintiff** | |
| **v.** | |
| **COMPAQ COMPUTER CORPORATION** | **Civil Action No. 04-CV-583 (GMS)** |
| **Third-Party Defendant** | |

## LEXMARK'S REPLY IN SUPPORT OF ITS MOTION IN LIMIME TO EXCLUDE TESTIMONY OF CHRIS ANDERSON

On August 15, 2005 Lexmark International, Inc. ("Lexmark") filed its motion in limine to exclude the expert testimony of Chris Anderson ("Anderson"). On August 26, 2005 Hewlett-Packard ("HP") filed its response in opposition to Lexmark's Motion ("HP Response"). This is Lexmark's reply.

SL1 570061v1/004907.00003

**ARGUMENT**

In its response, HP argues that it disclosed Chris Anderson as a person with knowledge when it served its response to Tech Data's first set of interrogatories on January 24, 2005. HP also contends that Anderson was disclosed in two depositions that took place after the deadline for the close of fact discovery in this action. On June 10, 2005, HP served its Supplemental Disclosures Pursuant To Rule 26(e) Of The Federal Rules Of Civil Procedure. In this document, HP for the first time disclosed Chris Anderson as a "person with knowledge."

HP's response concedes that it did not timely disclose the identity of Anderson to Lexmark. It is irrelevant when HP disclosed Anderson's identity to Tech Data. Because HP did not timely disclose Anderson to Lexmark, Anderson should not be permitted to testify at trial. If Mr. Anderson is permitted to testify, Lexmark will suffer substantial prejudice.

Respectfully Submitted,

Thomas G. Whalen Jr. (No. 4034)
Joseph Grey (No. 2358)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel: (302) 425-3307
Fax: (302) 654-5181

and

2

SL1 570061v1/004907.00003

Culver V. Halliday
Emily L. Pagorski
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel:  (502) 568-9100
Fax:  (502) 568-5700

*Attorneys for Defendant*
*Lexmark International, Inc.*

SL1 570061v1/004907.00003