## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr. hereby certifies that on September 6, 2005 a true and correct copy of the foregoing was served upon the following counsel of record, each via regular United States first class mail:

| | |
|---|---|
| William H. Sudell, Jr. Esq.<br>Derek C. Abbott, Esq.<br>Morris, Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, Delaware 19899-1347<br><br>and<br><br>Cecily Dumas, Esq.<br>Friedman Dumas & Springwater, LLP<br>One Maritime Plaza, Suite 2475<br>San Francisco, California 94111<br><br>*Counsel for Third-Party Defendant*<br>*Compaq Computer Corporation* | Laura Davis Jones, Esq.<br>Sandra McLamb, Esq.<br>Pachulski, Stang, Ziehl, Young,<br>   Jones &Weintraub, P.C.<br>919 North Market St., 16th Floor<br>Wilmington, Delaware 19899<br><br>and<br><br>Andrew W. Caine, Esq.<br>Jeffrey P. Nolan, Esq.<br>Pachulski, Stang, Ziehl, Young,<br>   Jones &Weintraub, P.C.<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067<br><br>*Counsel for Plaintiff*<br>*InaCom Corp.* |

_____
Thomas G. Whalen, Jr.

4

SL1 570061v1/004907.00003