IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INACOM CORP., et al., <br><br>        Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated debtors, <br><br>        Plaintiff, <br><br> vs. <br><br> LEXMARK INTERNATIONAL, INC., <br><br>        Defendant. <br><br> LEXMARK INTERNATIONAL, INC., <br><br>        Third-Party Plaintiff, <br><br> vs. <br><br> COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC., <br><br>        Third-Party Defendants. | Civil Action No. 04-CV-583 (GMS) <br><br> Re: D.I. 81 |

**NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT BY HEWLETT-PACKARD COMPANY FOR JOINT PROPOSED PRETRIAL ORDER BETWEEN LEXMARK AND HEWLETT-PACKARD COMPANY**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

      PLEASE TAKE NOTICE that Hewlett-Packard Company has filed and served the attached Supplemental Exhibit for the Joint Proposed Final Pretrial Order Regarding Lexmark's Third-Party Claims Against Hewlett-Packard Company (D.I. 81).

{00206878.DOC v 1}

Dated: September 8, 2005
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *signature*
_____
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
One Maritime Plaza, Suite 2475
San Francisco, CA 94111
(415) 834-3800