# EXHIBIT A

# TAB 5

## HP'S EXHIBITS

| Exhibit No. | Date | Description | Objection | Admit |
|---|---|---|---|---|
| | 5/16/02 | Complaint for Avoidance and Recovery of Preferential Transfers filed by InaCom | | |
| | 12/12/02 | Third Party Complaint filed by Lexmark | | |
| | 1/8/03 | Answer of Compaq Computer Corporation and Custom Edge, Inc. to Third Party Complaint | | |
| | 1/4/00 | Asset Purchase Agreement Between Compaq Computer Corp. and InaCom Corp. and related schedules | | |
| | 1/31/00 | Email from Misty Atchison to Todd Pinkston | | |
| | 2/1/00 | Email from Misty Atchison to Todd Pinkston | | |
| | 2/3/00 | Email from Todd Pinkston to Bob Kendrick (Kendrick Depo. Exh. 1) | | |
| | 2/4/00 | Daily Record of Events of Todd Pinkston with handwritten notes (Pinkston Depo. Exh. 1) | | |
| | 2/11/00 | Accounts Payable Aging Report of InaCom | | |
| | 2/11/00 | Purchase Order Accrual Report of InaCom | | |
| | 2/15/00 | Letter to Dick Oslo [sic] from William Schuette (Kendrick Depo Exh. 2) | | |

|  | Date | Description |  |  |
|---|---|---|---|---|
|  | 2/16/00 | Letter to Misty Atchison from Bill Francis (Kendrick Depo. Exh. 3) |  |  |
|  | 3/12/03 | InaCom Payment History to Lexmark for the period from January 1, 1998 through December 31, 2000 |  |  |
|  | Undated | Request For Check Copies and InaCom Checks Payable to Lexmark between 2/1/00 and 4/5/00 (INA/LEX 0670-80) |  |  |
|  | 2/1/00 | Check no. 707395 in the amount of $1,625,925.73 from InaCom payable to Lexmark |  |  |
|  | 2/8/00 | Check no. 709257 in the amount of $1,011,613.63 from InaCom payable to Lexmark |  |  |
|  | 2/8/00 | Check no. 710288 in the amount of $274,046.14 from InaCom payable to Lexmark |  |  |
|  | 5/10/00 | List of Treasury Released Checks By Date (Oshlo Depo Exh. 10) |  |  |
|  | Undated | List of Compaq Checks paid to Lexmark between 2/22/00 and 3/30/00 (CQ 00734-748) |  |  |
|  | 2/5/01 | Letter to Lexmark/Bill Schuette from Ben Wells (Exh. C to Third-Party Complaint) |  |  |
|  | 2/25/03 | InaCom's Response to Lexmark's First Requests For Admissions |  |  |
|  | 2/25/03 | InaCom's Response to Lexmark's First Set of Interrogatories |  |  |
|  | 9/26/03 | Lexmark's Response to Compaq's First Set of Interrogatories |  |  |
|  | 9/26/03 | Lexmark's Response to Compaq's First Request for Production of Documents |  |  |

|  | 6//10/05 | HP's Supplemental Disclosures Pursuant to Rule 26(e) |  |  |
|---|---|---|---|---|
|  | 6/6/03 | Compaq's Responses to Lexmark's First Set of Interrogatories |  |  |
|  | 6/6/03 | Compaq's Responses to Lexmark's First Set of Requests for Production of Documents |  |  |