## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Supplemental Exhibit By Hewlett-Packard Company For Joint Proposed Pretrial Order Between Lexmark And Hewlett-Packard Company** was caused to be made on September 8, 2005, in the manner indicated upon the parties identified on the attached service list.

Date: September 8, 2005

_____
Daniel B. Butz (No. 4227)

482343