## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr. hereby certifies that on September 28, 2005 a true and correct copy of the foregoing was served upon the following counsel of record, each via regular United States first class mail:

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young,
    Jones &Weintraub, P.C.
919 North Market St., 16th Floor
Wilmington, Delaware 19899

and

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young,
    Jones &Weintraub, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067

*Attorneys for Plaintiff*
*InaCom Corp.*

William H. Sudell, Jr. Esq.
Derek C. Abbott, Esq.
Morris, Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

and

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

*Attorneys for Third-Party Defendant*
*Compaq Computer Corporation*

_____/s/ Thomas G. Whalen, Jr._____
Thomas G. Whalen, Jr.

4