UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>Plaintiffs<br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>Defendant | Civil Action No. 04-CV-583 (GMS) |

### NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS BY LEXMARK FOR THE [PROPOSED] PRETRIAL ORDER BETWEEN LEXMARK INTERNATIONAL, INC. AND INACOM CORP.

Defendant Lexmark International, Inc. ("Lexmark") gives notice that it has filed and served the attached Supplemental Exhibit List for the proposed final pretrial order between it and Plaintiff InaCom Corp., and states as follows:

1. InaCom and Lexmark tendered to the Court their proposed final pretrial order ("Pretrial Order") on August 15, 2005. (D.I. 81).

2. A list of exhibits that Lexmark intends to introduce at trial is attached to the Pretrial Order at Tab 3 ("Exhibit List").

3. Lexmark hereby gives notice that it is supplementing its Exhibit List to include certain documents that it reasonably anticipates using at trial on rebuttal. A list of these exhibits is attached as Exhibit A.

Dated: October 13, 2005

Respectfully submitted,

Stevens & Lee, P.C.

/s/ Thomas G. Whalen, Jr.
Joseph Grey (No. 2358)
Thomas G. Whalen Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel:  (302) 425-3304
Fax:  (302) 654-5181

and

Culver V. Halliday
Emily L. Pagorski
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel:  (502) 568-9100
Fax:  (502) 568-5700

Attorneys for Defendant and Third-Party Plaintiff Lexmark International, Inc.