# EXHIBIT A

## TAB 3

## **DEFENDANT'S EXHIBITS**

| Id. # | Doc. Date | Description | Reference |
|---|---|---|---|
| **D-315** | 09/26/05 | Memorandum Opinion and Order of the United States District Court for Nebraska in the action styled *Securities and Exchange Commission v. David C. Guenthner and Jay M. Samuelson*, 8:02CV10, | Document 163 |
| **D-316** | 09/26/05 | Judgment of the United States District Court for Nebraska in the action styled *Securities and Exchange Commission v. David C. Guenthner and Jay M. Samuelson*, 8:02CV10, | Document 164 |
| **D-317** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Targus, Inc., d/b/a Port.com*, Adv. No. 02-02191 | |
| **D-318** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Synnex Information Technologies, Inc.*, Adv. No. 02-02192 | |
| **D-319** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Sigma Data Systems, Inc.*, Adv. No. 02-2195 | |
| **D-320** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Nortel Networks Corporation*, Adv. No. 02-02196 | |
| **D-321** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Origin Micro, Inc.*, Adv. No. 02-02197 | |

| | | | |
|---|---|---|---|
| **D-322** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. MFP Financial Service, Ltd.*, Adv. No. 02-02198 | |
| **D-323** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. American Power Conversion Corporation*, Adv. No. 02-02199 | |
| **D-324** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Boston Computer Exchange Corporation*, Adv. No. 02-02200 | |
| **D-325** | 03/14/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Marsh USA Inc.*, Adv. No. 02-02201 | |
| **D-326** | 04/11/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Pinacor, Inc.*, Adv. No. 02-02479 | |
| **D-327** | 06/11/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Skadden, Arps, Slate, Meagher & Flom, LLP*, Adv. No. 02-04405 | |
| **D-328** | 06/11/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. McGrath, North, Mullin & Kratz, P.C.*, Adv. No. 02-04409 | |
| **D-329** | 06/13/02 | Complaint for Avoidance and Recovery of Preferential Transfers in the action styled *InaCom Corp. v. Xerox Corporation*, Adv. No. 02-04444 | |
| **D-330** | | Exhibits attached to complaints filed by InaCom Corp. for the Avoidance and Recovery of Preferential Transfers | |
| **D-331** | | InaCom Held Checks Analysis Demonstrative | |
| **D-332** | | InaCom Payment Analysis Demonstrative (by Lexmark) | |