IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>    Plaintiff,<br>v.<br>LEXMARK INTERNATIONAL, INC.,<br>    Defendant. | Civil Action No. 04-583 GMS<br>Adversary Case No. 02-3500 (PJW) |

## NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS

**PLEASE TAKE NOTICE** that Plaintiff Inacom Corp. ("Inacom") has submitted to the Court the following original deposition transcripts:

  Kevin Sarkisian – dated February 9, 2005
  Kevin Sarkisian – dated August 1, 2005
  Robert Kendrick – February 8, 2005
  Misty Atchison – February 10, 2005
  Todd Pinkston – February 9, 2005
  William Schuette – February 8, 2005

Dated: October 17, 2005  PACHULSKI, STANG, ZIEHL, YOUNG, JONES
             & WEINTRAUB P.C.

             _____
             Laura Davis Jones (DE Bar No. 2436)
             Andrew W. Caine (CA Bar No. 110345)
             Jeffrey P. Nolan (CA Bar No. 158923)
             Sandra G. M. Selzer (DE Bar No. 4283)
             919 North Market Street, 16th Floor
             Wilmington, Delaware 19899-8705 (Courier 19801)
             Telephone: (302) 652-4100
             Counsel for Plaintiff, INACOM CORP