IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>     Plaintiff,<br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>     Defendant. | Civil Action No. 04-583 (GMS)<br>Adv. Case No. 02-3500 (PJW) |
| LEXMARK INTERNATIONAL, INC.,<br><br>     Third-Party Plaintiff,<br>v.<br><br>COMPAQ COMPUTER CORPORATION, A DELAWARE CORPORATION, AND CUSTOM EDGE, INC., f/k/a ITY CORPORATION, A DELAWARE CORPORATION<br><br>     Third-Party Defendant. | |

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF COMPLAINT BY INACOM CORP., *et al.*
AGAINST LEXMARK INTERNATIONAL, INC. ONLY**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff InaCom Corp., *et al.*, on behalf of all affiliated debtors, and defendant Lexmark International, Inc. hereby stipulate to the voluntary dismissal with prejudice of Plaintiff's *Complaint for Avoidance and Recovery of Preferential Transfers* (Docket No. 1 in the

United States Bankruptcy Court for the District of Delaware, Adversary Case No. 02-3500) in the above-captioned adversary proceeding.

PLEASE TAKE FURTHER NOTICE that the third-party action entitled Lexmark International Inc. v. Compaq Computer Corporation, *et al.*, has not yet been resolved, and thus, the third-party complaint is not a subject of this notice and stipulation.

Dated: November 30, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

/s/ Laura Davis Jones

Laura Davis Jones (Bar No. 2436)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (Bar No. 110345)
Jeffrey P. Nolan (Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Debtor/Plaintiff

STEVENS & LEE, P.C.

/s/ Thomas Whalen

Thomas Whalen (Bar No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Facsimile: (302) 654-5181

Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202
Telephone: (502) 568-9100
Facsimile: (502) 568-5700

Counsel for Defendant and Third-Party Plaintiff, Lexmark International, Inc.