UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>　　Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>　　Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>　　Third-Party Defendant | Civil Action No. 04-CV-583 (GMS) |

**NOTICE OF SUPPLEMENT TO THE JOINT PROPOSED
FINAL PRETRIAL ORDER REGARDING LEXMARK'S DAMAGES**

　　Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), and Third-Party Defendant Hewlett-Packard Company ("HP"), filed the Joint Proposed Final Pretrial Order Regarding Lexmark's Third-Party Complaint Against Hewlett-Packard Company ("Pretrial Order") with the Court on August 15, 2005. Section V, paragraph 8, of the Pretrial Order provides as follows:

> **V.　Itemized Statement of Special Damages**
>
> 8.　The amount of principal damages for which HP will be liable to Lexmark will be equal to the amount of the damages for which Lexmark may be found liable to InaCom, together with pre-judgment interest, attorney's fees and costs. HP has filed a motion for the Court to hold a separate trial of the Third-Party

> Complaints filed against it by Tech Data and Lexmark after the trial of InaCom's complaints against Tech Data and Lexmark. At the conclusion of the first trial, Tech Data and Lexmark will know the amounts for which HP may be liable to Tech Data and Lexmark.

(D.I. 81, Pretrial Order at 8).

The Court's order that the trial of the third-party complaints against HP be held separately after the trial of the complaints filed by InaCom Corp. ("InaCom") was entered on September 1, 2005. (D.I. 98, Order at ¶ 3). The trial of InaCom's complaint against Lexmark began on October 17, 2005 and ended on October 19, 2005 when InaCom and Lexmark advised the Court that they had agreed to a settlement subject to certain conditions.[1] (D.I. Minute Entry). The attorneys for InaCom and Lexmark advised the Court that pursuant to the proposed settlement, Lexmark would pay InaCom $990,000 for a release of its claims against Lexmark.

The Mutual Settlement Agreement And Release ("Settlement Agreement") memorializing the terms of the agreement was executed by InaCom and Lexmark. The Settlement Agreement provides that

> Notwithstanding anything herein to the contrary, the claims alleged by Lexmark in the Action in its third-party complaint against Hewlett-Packard Company ("HP") are neither compromised, waived, released nor otherwise prejudiced as a result of the agreement reached by Lexmark and InaCom, and all claims alleged by Lexmark in the Action in its third-party complaint against HP are specifically reserved by Lexmark.

(Settlement Agreement, at ¶ 2). Pursuant to the Settlement Agreement, the Notice And Stipulation Of Voluntary Dismissal With Prejudice Of Complaint ("Notice Of Dismissal") was filed by InaCom and Lexmark with the Court on November 30, 2005. (D.I. 116, Notice Of Dismissal).

---

[1] The conditions were that (1) the unsecured creditors committee for InaCom's bankruptcy estate agree to the proposed settlement, and (2) HP not agree to take over the defense of the case and hold Lexmark harmless. By e-mail dated October 28, 2005, Lexmark advised HP of the proposed settlement and advised it that if it objected HP must agree to take over the defense of the case and hold Lexmark harmless. By e-mail also dated October 28, 2005, HP responded that it took "no position on the settlement."

The litigation with InaCom having concluded, Lexmark is now able to specify the principal amount of the damages it seeks to recover from HP. The principal amount of the damages is $990,000, the amount Lexmark advised HP of on October 28, 2005. Lexmark hereby supplements the Pretrial Order as it said it would therein by stating that the principal amount of the damages it seeks to recover from HP is $990,000. Lexmark also hereby supplements the Pretrial Order as it said it would therein by stating that the amount of the attorney fees and costs it incurred in the litigation and seeks to recover from HP is, as of November 30, 2005, $613,653.27 ($455,344.40 in attorney fees, and $158,308.87 in costs).[2] Lexmark cannot state the amount of the prejudgment interest it seeks to recover from HP as the amount will continue to accrue until a judgment is entered in favor of Lexmark on its third-party complaint against HP awarding Lexmark prejudgment interest.

---

[2] Lexmark reserves the right to supplement the amount of the attorney fees and costs it seeks as additional attorney fees and costs are incurred.

Respectfully submitted,

_/s/ Thomas G. Whalen Jr._
Thomas G. Whalen Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel: (302) 425-3307
Fax: (302) 654-5181

and

Culver V. Halliday
Emily L. Pagorski
Stoll Keenon Ogden PLLC
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel: (502) 568-9100
Fax: (502) 568-5700

Attorneys for Third Party Plaintiff,
Lexmark International, Inc.

Dated: January 30, 2006