## CERTIFICATE OF SERVICE

      Thomas G. Whalen, Jr. hereby certifies that, on January 30, 2006, a true and correct copy of the foregoing document was served upon the following attorneys of record, each via regular United States first class mail:

Cecily Dumas, Esq.  
Friedman Dumas & Springwater, LLP  
One Maritime Plaza, Suite 2475  
San Francisco, California 94111

William H. Sudell, Jr. Esq.  
Derek C. Abbott, Esq.  
Morris, Nichols Arsht & Tunnell  
1201 North Market Street  
Wilmington, Delaware 19899-1347

_____  
Thomas G. Whalen, Jr.

5

SL1 607433v1/004907.00003