IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated debtors,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>　　　　　Defendant.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC.,<br><br>　　　　　Third-Party Defendants. | Civil Action No. 04-CV-583 (GMS) |

**HEWLETT-PACKARD COMPANY'S REQUEST FOR JUDICIAL
<u>NOTICE OF LODGING OF ORIGINAL DEPOSITION TRANSCRIPTS</u>**

Defendant Hewlett-Packard Company ("HP"), by and through its attorneys, respectfully requests that this Court take judicial notice pursuant to Fed. R. Evid. 201 ("Rule 201") of the prior lodging by Plaintiff Inacom Corp. of the following original deposition transcripts: Robert Kendrick (February 8, 2005); Todd Pinkston (February 9, 2005); and William Schuette (February 8, 2005).

{00230210.DOC v 1}　　　　　　　　　　1

Rule 201 authorizes and directs a court to take judicial notice of any fact if requested by a party and supplied with the necessary information, provided the fact is not subject to reasonable dispute and is either (1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. *See* Rule 201(a), (b), (d), and (f). This authority allows the Court to take judicial that original deposition transcripts were lodged by Plaintiff Inacom Corp. in a bifurcated trial of this action on October 17, 2005 pursuant to the attached notice, which is publicly available through this Court.

Dated: February 16, 2006

        Wilmington, Delaware        MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/*
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
150 Spear Street, Suite 1600
San Francisco, CA 94105
(415) 834-3800