IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated debtors,<br><br>     Plaintiff,<br><br>vs.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>     Defendant.<br><br><br>LEXMARK INTERNATIONAL, INC.,<br><br>     Third-Party Plaintiff,<br><br>vs.<br><br>COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC.,<br><br>     Third-Party Defendants. | Civil Action No. 04-CV-583 (GMS) |

**HEWLETT-PACKARD COMPANY'S NOTICE OF
LODGING OF DEPOSITION TRANSCRIPT**

PLEASE TAKE NOTICE that Defendant Hewlett-Packard Company ("HP"), by and through its attorneys, has lodged with the Clerk of the Court the following certified deposition transcript: Richard Oshlo (March 20, 2005).

{00230223.DOC v 1}                                1

Dated: February 16, 2006

Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
150 Spear Street, Suite 1600
San Francisco, CA 94105
(415) 834-3800