# NUMBER 3

| | **Witness** | **Page/Line Designation** |
|---|---|---|
| 3. | Richard Oshlo (March 20, 2005) | 17:21 – 18:7<br>74:2 – 75:9<br>76:6 – 20<br>78:20 – 80:8<br>80:18 – 21 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re
INACOM CORP., et al.          Bankruptcy Case No. 00-2426 PJW

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECH DATA CORP.,<br><br>　　　　Defendant. | Civil Action No. 04-148 GMS<br>(Original filed in this Action)<br>Adversary Case No. 02-03496 PJW<br><br>COPY |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELL COMPUTER CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 04-582 GMS<br><br>Adversary Case No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary Case No. 02-03500 PJW |

DEPOSITION OF RICHARD CHARLES OSHLO, JR.,
March 20, 2005

KATHRYN POWERS- CERTIFIED SHORTHAND REPORTER

PETERSEN COURT REPORTERS
515/243-6596

```
INACOM CORP., on behalf of    :
all affiliated Debtors,       :
                              :
            Plaintiff,        :   Civil Action No. 04-584 GMS
                              :
    v.                        :   Adversary Case No. 02-03501 PJW
                              :
RESILIEN, INC., et al.,       :
                              :
            Defendant.        :
                              :
------------------------------
                              :
INACOM CORP., on behalf of    :
all affiliated Debtors,       :
                              :
            Plaintiff,        :   Civil Action No. 04-593-GMS
                              :
    v.                        :   Adversary Case No. 02-03960 PJW
                              :
INGRAM ENTERTAINMENT, INC.,   :
Successor in interest to      :
NASHVILLE COMPUTER            :
LIQUIDATORS,                  :
                              :
            Defendant.        :
                              :
------------------------------
                              :
INACOM CORP., on behalf of    :
all affiliated Debtors,       :   Civil Action No. 04-601 GMS
                              :
            Plaintiff,        :   Adversary Case No. 02-04441 PJW
                              :
    v.                        :
                              :
SIGMA DATA, INC,              :
                              :
            Defendant.        :
                              :
```

DEPOSITION OF RICHARD CHARLES OSHLO, JR.,

taken by the Defendants before Kathryn Powers, Certified Shorthand Reporter of the State of Iowa, at the Renaissance Savery Hotel, Room 210, Des Moines, Iowa, commencing at 9:45 a.m., Sunday, March 20, 2005.

```
                                                               3
 1   APPEARANCES:

 2   For InaCom Corp.:            JEFFREY P. NOLAN, ESQ.
                                  Pachulski, Stang, Ziehl,
 3                                 Young, Jones & Weintraub, P.C.
                                  10100 Santa Monica Blvd.
 4                                Eleventh Floor
                                  Los Angeles, California 90067-4100
 5
     For Executive Sounding       EARL M. FORTE, ESQ.
 6   Board Associates, Inc.,      Blank & Rome, LLP
     Liquidating Agent of         One Logan Square
 7   InaCom Corp.:                18th and Cherry Streets
                                  Philadelphia, Pennsylvania  19103-6998
 8
     For Defendant Dell:          SABRINA L. STREUSAND, ESQ.
 9                                G. JAMES LANDON, ESQ.
                                  Hughes & Luce, LLP
10                                111 Congress Avenue, Suite 900
                                  Austin, Texas  78701
11
     For Defendant Tech           STEPHEN C. HUNT, ESQ.
12   Data:                        Adorno & Yoss
     (by telephone)               350 East Las Olas Blvd.
13                                Seventh Floor
                                  Fort Lauderdale, Florida  23301
14
     For Defendant Lexmark:       CULVER V. HALLIDAY, ESQ.
15                                Stoll, Keenon & Park, LLP
                                  2650 Aegon Center
16                                400 West Market St.
                                  Louisville, Kentucky 40202-3377
17
     For Defendant Ingram:        JONATHAN P. HERSEY, ESQ.
18   (by telephone)               Bingham McCutchen, LLP
                                  600 Anton Road, 18th Floor
19                                Costa Mesa, California  92626

20   For Third-Party              GAIL S. GREENWOOD, ESQ.
     Defendant Hewlett            Friedman, Dumas & Springwater, LLP
21   Packard, Successor in        One Maritime Plaza
     Interest to Compaq           Suite 2475
22   Computer:                    San Francisco, California  94111

23
     Also Present:                Jason Fensterstock
24   (by telephone)               Duff & Phelps

25
```

1  Q.  --what role did you play there?
2  A.  An investment banker for tax exempt real
3  estate issuers.
4  Q.  Describe to me what you were doing as an
5  investment banker at that time.
6  A.  There was principally real estate
7  issuers, and I would go out and market the
8  services of GWR Investments in the kind of greater
9  Omaha area; identify potential clients and then
10 structure the bond offering or private placement,
11 since it was real estate, principally, for that
12 issuer.  They were small transactions.
13 Q.  And then what led you to InaCom in 1999?
14 A.  I had heard that InaCom was looking for--
15 their treasurer had left and heard that they were
16 looking for one and I thought that my capital
17 markets experience would fit their needs.
18 Q.  Did they contact you or did you contact
19 them?
20 A.  No, I contacted them.
21 Q.  And when did you join InaCom?
22 A.  January of 1997.
23 Q.  And what position did you join in?
24 A.  I joined as assistant treasurer.
25 Q.  And what was your role as assistant

1  treasurer?
2      A.   I was the acting treasurer, in effect,
3  because the treasurer had left six, eight months
4  before, and basically when I became treasurer,
5  your layer--my functions didn't really change
6  other than I probably had a higher signing
7  authority, technically.
8        MR. NOLAN:  Mr. Oshlo, make sure you let
9  counsel finish her question, if you can, or you're
10 going to hate to read the transcript.
11 BY MS. STREUSAND:
12     Q.   As the treasurer for InaCom, can you
13 describe your responsibilities?
14     A.   I oversaw the treasury department, which
15 at that time had the real estate leasing, the risk
16 management, the capital markets, floor planning
17 and banking arrangements, helped out with investor
18 relations--we didn't have an investor relations
19 person at that time--and worked in the capital
20 markets issue.
21     Q.   When you talk about the capital markets
22 issue, tell me what that means.
23     A.   I worked with Dave Guenthner, the CFO, in
24 terms of answering questions with investors; when
25 we had a--interviewed our financial advisors.

```
 1   BY MS. STREUSAND:
 2       Q.   Mr. Oshlo, are you aware of a practice of
 3   writing and then holding checks at InaCom for
 4   vendor payables?
 5       A.   Yes.
 6       Q.   And do you know for what time period this
 7   practice occurred?
 8       A.   Recollection is beginning sometime in
 9   late December of 1999 and through much of early to
10   mid-2000.
11       Q.   And you don't recall before '99 holding
12   checks for vendors?
13       A.   Before '99, no.
14       Q.   And you're speaking of December '99 or
15   the entire year of '99?
16       A.   No, December, you know, late '99.
17       Q.   And do you know how many vendor checks
18   were being held?
19            MS. GREENFIELD:  Objection as to time.
20       A.   No.  On some given day in 2000, for
21   instance, I could have had 200, 250 million
22   dollars of checks in my office.
23   BY MS. STREUSAND:
24       Q.   And why were they in your office, sir?
25       A.   Because we were in a liquidity crisis and
```

1  I had to make sure what was going out so that we
2  had the availability to pay for them.
3      Q.   Why would checks be written if there was
4  not funds to pay those checks?
5      A.   It had to do with accounts payable, and
6  I'm not an accounts payable expert, but they would
7  go ahead on a routine basis, cut the checks, you
8  know, pending release of the--pending release of
9  the check.
10     Q.   And you just said you were in a liquidity
11 crisis, sir?
12     A.   Yes.
13     Q.   We just went through a number of
14 borrowing base reports that showed substantial
15 availability.  Had you attempted to draw down on
16 the bank in order to pay those vendor payables?
17          MR. NOLAN:  Objection.  The question
18 lacks foundation.
19          MR. FORTE:  I'll join.
20     A.   Yes.  Borrowed down--for instance, in
21 January of 2000 we were within an hour of not
22 being able to make payroll because of the default
23 under the Nesbit Burns facility.  We didn't have
24 200, 300 million dollars availability at that time
25 under any of our facilities.

BY MS. STREUSAND:

Q. And where are you getting the number 200 million from, sir?

A. Just my recollection of how many checks were being held.

Q. And did you keep reports of how many checks were being held?

A. There was an informal document so that I knew--first, a list prepared by payables that came with the checks so I knew what checks were in the boxes.

Q. And how did you determine when to release the checks?

A. When I felt we had the resources to release the checks and still keep the company functioning.

Q. So just kind of as the cash came in, if there was sufficient cash, you released the checks?

A. Yes.

Q. And do you know-- In terms of your reporting that came from the accounts payable people, do you know for what time period you had this reporting?

A. I don't recall now when it began because

1  over $400 million comes into InaCom, is there
2  still a liquidity crisis?
3          MR. NOLAN: I'll object to the
4  characterization of the question. Misstates prior
5  testimony and lacks foundation.
6          MR. FORTE: I'll join.
7      A.   We no longer had the direct business,
8  revenues were declining, and because Nesbit Burns
9  controlled the lock-boxes, had not yet rung off,
10 it was very tight.
11 BY MS. STREUSAND:
12     Q.   When did the Nesbit Burns facility get
13 paid off?
14     A.   I think the final AR was collected maybe,
15 I'm just guessing at this point, four to six weeks
16 after the Compaq sale.
17     Q.   And that facility then was completely
18 paid, correct?
19     A.   Yes.
20                      (Exhibit No. 10 was
21                      marked for identification.)
22     Q.   Mr. Oshlo, I've handed you what has been
23 marked as Exhibit No. 10 that says "Treasury
24 Released Checks by Date." Is that something that
25 your department prepared?

1     A.    My department, I think, and ultimately
2  with the help of Dave Lemon's department.
3  Sometime during this period of February, March,
4  people remaining in Omaha at InaCom, particularly
5  in the finance department, was shrinking
6  dramatically, and so the person who was doing my
7  cash management operation would have originally
8  worked on this.  He left, so generally my
9  department.
10    Q.    Well, it is dated on the bottom.  It
11 shows May 10, 2000.
12    A.    Yes.
13    Q.    What does that reference--is that the
14 date--
15    A.    I assume that was the date that this was
16 printed.
17    Q.    And are there other reports for other
18 time periods?
19    A.    Yes.  This would have been done on a
20 daily basis.
21    Q.    And starting when?
22    A.    Probably early 2000, or something similar
23 to this.
24    Q.    And the date released is the date the
25 check was actually released to the particular

1  vendor?
2      A.   Yes.
3      Q.   And the check date is the date that the
4  accounts payable person actually wrote the check?
5      A.   I believe so, yes.
6      Q.   And there are a number of vendors under
7  the vendor account, correct?
8      A.   Yes.
9      Q.   And do you know if this report was
10 written really just to track the checks that were
11 written but not sent out, and then you were then
12 stating when the checks would actually get sent
13 out to the various vendors?
14         MR. NOLAN:  Object to the form of the
15 question.
16     A.   Could you repeat that?
17 BY MS. STREUSAND:
18     Q.   Sure.  The purpose of this report is to
19 track when the checks were actually released by
20 InaCom?
21     A.   Yes.
22         MS. STREUSAND:  Would you mark this as
23 the next exhibit?
24                      (Exhibit No. 11 was
25                       marked for identification.)

V-10-00 07:36A

P.03

## TREASURY RELEASED CHECKS BY DATE

EXHIBIT 10
K9 3-20-05

| CK DATE | CK# | VENDER | DATE RELEASED | AMOUNT RELEASED | DAILY TOTALS RELEASED |
|---|---|---|---|---|---|
| 02/10/2000 | | Total Other Checks | 2/15 FAC | 584,000.00 | |
| 02/01/2000 | 707322 | Howard S. Wright Constr. | 02/15/2000 | 222,670.30 | |
| 01/04/2000 | 671277 | Kingston | 02/15/2000 | 511,332.15 | |
| 01/25/2000 | 705545 | NECX (US) | 02/15/2000 | 241,381.00 | |
| 01/18/2000 | 703232 | Viewsonic (US) | 02/15/2000 | 262,842.38 | 1,822,225.83 |
| 12/28/1999 | 669485 | Comdisco | 02/16/2000 | 400,000.00 | |
| 02/16/2000 | | Total Other Checks | 02/16 FAC | 609,000.00 | |
| 12/28/1999 | 669593 | Descision Support Systen | 02/16/2000 | 457,505.60 | |
| 01/04/2000 | 700279 | Lexmark | 02/16/2000 | 348,328.04 | |
| 12/28/1999 | 670267 | Network Alchemy | 02/16/2000 | 384,460.25 | |
| 12/28/1999 | 670325 | Nokia | 02/16/2000 | 1,109,007.94 | |
| 01/25/2000 | 705774 | Sigma Data | 02/16/2000 | 234,000.00 | |
| 01/04/2000 | 671535 | Xerox | 02/16/2000 | 489,522.50 | 4,031,824.33 |
| 02/01/2000 | | Total Other Checks | 2/10 2/17 | 1,000,000.00 | |
| 02/03/2000 | | Total Other Checks | 2/10 2/17 | 4,621,065.91 | |
| 01/18/2000 | 672151 | Cisco | 02/17/2000 | 247,720.69 | |
| 01/18/2000 | 703301 | Cisco | 02/17/2000 | 228,047.50 | |
| 01/18/2000 | 703858 | Tech Data | 02/17/2000 | 743,695.59 | |
| 01/20/2000 | 704594 | Tech Data | 02/17/2000 | 883,433.39 | |
| 01/11/2000 | 671948 | Toshiba | 02/17/2000 | 680,309.54 | |
| 01/13/2000 | 672122 | Toshiba | 02/17/2000 | 1,422,183.34 | |
| 01/20/2000 | 672239 | Toshiba | 02/17/2000 | 516,736.94 | |
| 01/18/2000 | 703879 | Toshiba | 02/17/2000 | 629,643.98 | |
| 02/10/2000 | 710615 | Toshiba | 02/17/2000 | 1,552,880.78 | |
| 01/13/2000 | | Total Other Checks | 02/17/2000 | 6,643,190.76 | |
| 01/18/2000 | | Total Other Checks | 02/17/2000 | 4,072,604.13 | |
| 01/25/2000 | | Total Other Checks | 02/17/2000 | 1,776,220.30 | |
| 01/27/2000 | | Total Other Checks | 02/17/2000 | 2,500,000.00 | 27,317,732.85 |
| 02/17/2000 | | Total Other Checks | 2/18 FAC | 287,000.00 | |
| 02/16/2000 | | Total Other Checks | 2/18 FAC | 790,003.75 | |
| 02/10/2000 | | Total Other Checks | 2/18 FAC | 3,505,242.85 | |
| 01/20/2000 | 704133 | Cisco | 02/18/2000 | 541,965.79 | |
| 01/25/2000 | 704886 | Cisco | 02/18/2000 | 267,166.01 | |
| 01/20/2000 | 704383 | Logicare | 02/18/2000 | 2,317,048.00 | |
| 01/27/2000 | 706535 | Logicare | 02/18/2000 | 659,282.00 | |
| 02/10/2000 | 710381 | Nokia Display | 02/18/2000 | 317,254.90 | 8,684,963.30 |
| 02/01/2000 | 707138 | Cisco | 02/21/2000 | 560,394.16 | |
| 02/03/2000 | 707931 | Cisco | 02/21/2000 | 357,421.55 | |
| 02/08/2000 | 708821 | Cisco | 02/21/2000 | 249,281.47 | |
| 02/10/2000 | 710020 | Cisco | 02/21/2000 | 364,564.63 | |
| 01/20/2000 | 704226 | EPSON (US) | 02/21/2000 | 222,029.97 | |
| 01/25/2000 | 705435 | Lucent V121444 | 02/21/2000 | 970,326.92 | 2,724,018.70 |
| 01/25/2000 | 705123 | Dell | 02/22/2000 | 583,784.07 | |
| 01/06/2000 | 706885 | Dell | 02/22/2000 | 1,662,112.12 | |
| 02/01/2000 | 707205 | Dell | 02/22/2000 | 1,147,985.18 | |
| 01/25/2000 | 705358 | Ingram | 02/22/2000 | 1,701,535.00 | |
| 01/27/2000 | 706480 | Ingram | 02/22/2000 | 1,701,186.97 | |
| 01/18/2000 | 703588 | Logicare | 02/22/2000 | 318,335.00 | |
| 02/03/2000 | 708179 | Lucent V121444 | 02/22/2000 | 230,561.40 | |
| 01/20/2000 | 704415 | Micron Govt (US) | 02/22/2000 | 205,386.00 | |
| 01/06/2000 | 671700 | Nashville Computer | 02/22/2000 | 496,040.00 | |
| 01/13/2000 | 672072 | Nashville Computer | 02/22/2000 | 311,100.00 | |
| 02/01/2000 | 707476 | Nashville Computer | 02/22/2000 | 331,570.00 | |
| 02/01/2000 | 707608 | Sigma Data | 02/22/2000 | 291,930.00 | |
| 01/25/2000 | 705891 | Tech Data | 02/22/2000 | 612,414.43 | |
| 01/27/2000 | 706788 | Tech Data | 02/22/2000 | 606,330.41 | 10,200,270.58 |

PLAINTIFF'S EXHIBIT 7-D 4-11-05 KF

05/10/2000          1          CONFIDENTIAL
FTI 000752

May-10-00 07:37A

P.04

## TREASURY RELEASED CHECKS BY DATE

| CK DATE | CK# | VENDER | DATE RELEASED | AMOUNT RELEASED | DAILY TOTALS RELEASED |
|---|---|---|---|---|---|
| 02/08/2000 | | Total Other Checks | 2/23 FAC | 2,800,000.00 | |
| 01/27/2000 | 706308 | Dell | 02/23/2000 | 676,597.64 | |
| 01/06/2000 | 700791 | Kingston | 02/23/2000 | 769,161.04 | |
| 01/11/2000 | 701704 | Lexmark | 02/23/2000 | 597,703.07 | |
| 01/13/2000 | 672106 | Sony | 02/23/2000 | 306,151.96 | |
| 02/01/2000 | 707668 | Tech Data | 02/23/2000 | 1,278,162.14 | 6,427,775.85 |
| 02/03/2000 | 707986 | DELL | 02/25/2000 | 1,954,178.51 | |
| 02/08/2000 | 708947 | DELL | 02/25/2000 | 783,005.67 | |
| 01/18/2000 | 703561 | Kingston | 02/25/2000 | 323,838.30 | |
| 01/13/2000 | 702744 | Lexmark | 02/25/2000 | 1,267,200.06 | |
| 01/06/2000 | 671684 | Lucent V104560 | 02/25/2000 | 415,513.22 | |
| 01/18/2000 | 703601 | Lucent V121444 | 02/25/2000 | 522,270.35 | |
| 01/20/2000 | 704432 | Nashville Computer | 02/25/2000 | 352,280.00 | |
| 01/25/2000 | 705539 | Nashville Computer | 02/25/2000 | 248,785.00 | |
| 01/20/2000 | 704596 | Technology Express | 02/25/2000 | 156,000.00 | |
| 01/20/2000 | 704597 | Technology Express | 02/25/2000 | 156,000.00 | |
| 02/17/2000 | | Total Other Checks | 02/25/2000 | 1,471,960.27 | 7,651,041.38 |
| 01/06/2000 | 671685 | Mac Mall Inc | 03/07/2000 | 518,915.00 | |
| 01/13/2000 | 671978 | Apple | 03/07/2000 | 299,698.00 | |
| 01/18/2000 | 703580 | Lexmark | 03/07/2000 | 936,336.56 | |
| 01/27/2000 | 706144 | ASAP Software | 03/07/2000 | 224,806.00 | |
| 01/27/2000 | 706610 | Nexus | 03/07/2000 | 314,054.00 | |
| 02/03/2000 | 708166 | Logicare | 03/07/2000 | 389,340.00 | |
| 02/22/2000 | 710099 | Dell | 03/07/2000 | 793,387.26 | |
| 02/22/2000 | | Total Other Checks | 03/07/2000 | 798,010.55 | |
| 03/06/2000 | | Total Other Checks | 03/07/00 FAC | 930,729.53 | 5,205,276.90 |
| 01/13/2000 | 672136 | Xerox | 03/08/2000 | 472,540.00 | |
| 01/13/2000 | 703097 | Weston | 03/08/2000 | 274,271.99 | |
| 01/18/2000 | 672155 | Data General | 03/08/2000 | 572,502.99 | |
| 01/18/2000 | 703602 | Lucent V104560 | 03/08/2000 | 390,175.85 | |
| 01/18/2000 | 672188 | Sony | 03/08/2000 | 206,646.23 | |
| 01/20/2000 | 704070 | Viewsonic | 03/08/2000 | 295,480.45 | |
| 02/24/2000 | | Total Other Checks | 03/08/2000 | 844,405.86 | |
| 02/28/2000 | 713193 | Dell | 03/08/2000 | 510,336.91 | 3,565,360.28 |
| 01/13/2000 | 715563 | MFP Tech | 03/10/2000 | 216,364.00 | |
| 01/18/2000 | 715564 | Technology Express | 03/10/2000 | 858,770.00 | |
| 02/28/2000 | | Total Other Checks | 03/10/2000 | 1,075,530.99 | |
| 03/01/2000 | 713582 | Dell | 03/10/2000 | 1,073,411.79 | |
| 03/07/2000 | 715203 | Great West Life | 03/10/2000 | 252,486.47 | |
| 03/07/2000 | 715432 | Reliastar Life Ins | 03/10/2000 | 237,042.04 | |
| 03/07/2000 | 715444 | Sales Resouces Inc | 03/10/2000 | 228,118.87 | 3,941,724.16 |
| 01/18/2000 | 703184 | American Power | 03/13/2000 | 236,290.78 | |
| 01/25/2000 | 705064 | CompuCom | 03/13/2000 | 275,477.15 | |
| 01/18/2000 | 703269 | Bozell | 03/13/2000 | 200,000.00 | |
| 02/22/2000 | 712019 | Dell | 03/13/2000 | 3,770,871.97 | |
| 02/01/2000 | 707358 | Ingram | 03/13/2000 | 902,095.70 | |
| 01/27/2000 | 706514 | Kingston | 03/13/2000 | 179,777.52 | |
| 01/27/2000 | 706594 | Nashville Computer | 03/13/2000 | 234,987.00 | |
| 01/20/2000 | 704568 | Sony | 03/13/2000 | 256,357.82 | |
| 03/01/2000 | | Total Other Checks | 03/13/2000 | 794,229.36 | |
| 03/06/2000 | | Total Other Checks | 03/13/2000 | 746,006.81 | 7,596,094.11 |
| 01/27/2000 | 706617 | Nortel | 03/17/2000 | 224,944.54 | |
| 03/07/2000 | | Total Other Checks | 03/17/2000 | 750,935.90 | |
| 02/01/2000 | 706975 | Aqua Systems | 03/17/2000 | 214,423.00 | |
| 01/27/2000 | 706270 | Computer Associates | 03/17/2000 | 268,408.78 | |
| 11/23/2000 | 705117 | DCT | 03/17/2000 | 769,725.33 | |

05/10/2000

2

CONFIDENTIAL
FTI 000753

May-10-00 07:37A                                                                                      P.05

## TREASURY RELEASED CHECKS BY DATE

| CK DATE | CK# | VENDER | DATE RELEASED | AMOUNT RELEASED | DAILY TOTALS RELEASED |
|---|---|---|---|---|---|
| 03/13/2000 | 715707 | Dell | 03/17/2000 | 1,515,938.54 | |
| 01/11/2000 | 701544 | GE Capital | 03/17/2000 | 329,697.32 | |
| 02/01/2000 | 707385 | Kingston | 03/17/2000 | 434,637.79 | |
| 02/01/2000 | 707395 | Lexmark | 03/17/2000 | 1,625,925.73 | |
| 01/20/2000 | 704394 | Mannesmann Domatic | 03/17/2000 | 539,752.24 | |
| 01/11/2000 | 701772 | McGrath North | 03/17/2000 | 217,576.82 | |
| 01/18/2000 | 703638 | MFP Tech | 03/17/2000 | 251,505.00 | |
| 02/03/2000 | 708215 | Nashville Computer | 03/17/2000 | 243,760.00 | |
| 01/20/2000 | 704490 | Pinacor | 03/17/2000 | 444,489.91 | |
| 01/27/2000 | 706735 | Sigma Data | 03/17/2000 | 357,989.80 | |
| 01/25/2000 | 705789 | Sony | 03/17/2000 | 694,674.83 | |
| 01/27/2000 | 706748 | Sony | 03/17/2000 | 615,189.99 | |
| 02/03/2000 | 708391 | Tech Data | 03/17/2000 | 1,026,316.45 | |
| 03/13/2000 | | Total Other Checks | 03/17/2000 | 612,090.65 | 11,137,982.62 |
| 02/24/2000 | 712805 | Dell | 03/21/2000 | 4,561,559.51 | |
| 02/03/2000 | 708122 | Ingram | 03/21/2000 | 2,041,366.25 | |
| 02/03/2000 | 708151 | Kingston | 03/21/2000 | 343,545.90 | |
| 02/08/2000 | 709257 | Lexmark | 03/21/2000 | 1,011,613.63 | |
| 02/08/2000 | 709265 | Logicare | 03/21/2000 | 305,525.00 | |
| 02/08/2000 | 709278 | Lucent v337572 | 03/21/2000 | 362,798.78 | |
| 02/08/2000 | 709379 | Nashville Computer | 03/21/2000 | 460,445.00 | |
| 02/03/2000 | 708273 | PCEC | 03/21/2000 | 268,268.00 | |
| 02/10/2000 | 710450 | Pocono Mt School | 03/21/2000 | 389,784.38 | |
| 02/01/2000 | 707550 | Port Computers | 03/21/2000 | 223,898.60 | |
| 02/10/2000 | 710566 | Synnex | 03/21/2000 | 696,773.79 | |
| 02/08/2000 | 709697 | Tech Data | 03/21/2000 | 1,334,959.01 | |
| 03/15/2000 | | Total Other Checks | 03/21/2000 | 673,354.73 | 12,673,892.58 |
| 02/03/2000 | 707849 | Aqua Systems | 03/23/2000 | 347,206.00 | |
| 01/25/2000 | 704923 | Boston Computer | 03/23/2000 | 642,750.00 | |
| 03/06/2000 | 714106 | Capital One Service | 03/23/2000 | 778,298.92 | |
| 02/08/2000 | 709184 | Ingram | 03/23/2000 | 935,287.01 | |
| 02/10/2000 | 710243 | Ingram | 03/23/2000 | 1,423,234.18 | |
| 02/08/2000 | 709229 | Kingston | 03/23/2000 | 307,766.96 | |
| 02/10/2000 | 710288 | Lexmark | 03/23/2000 | 274,046.14 | |
| 02/10/2000 | 710304 | Lucent V121444 | 03/23/2000 | 892,479.50 | |
| 02/22/2000 | 712237 | Lucent V111500 | 03/23/2000 | 253,419.10 | |
| 01/18/2000 | 715563 | MFP Tech | 03/23/2000 | 216,364.00 | |
| 01/27/2000 | 706571 | MFP Tech | 03/23/2000 | 502,000.00 | |
| 02/10/2000 | 710410 | Origin Micro | 03/23/2000 | 425,038.00 | |
| 01/18/2000 | 715564 | Technology Express | 03/23/2000 | 858,770.00 | |
| 03/20/2000 | | Total Other Checks | 03/23/2000 | 365,948.10 | 8,222,607.91 |
| 02/10/2000 | 710294 | Logicare | 03/27/2000 | 286,900.00 | |
| 03/07/2000 | 715295 | Lucent V121444 | 03/27/2000 | 358,569.32 | |
| 02/10/2000 | 710368 | Nashville Computer | 03/27/2000 | 392,616.00 | |
| 02/10/2000 | 710575 | Tech Data | 03/27/2000 | 2,194,094.75 | |
| 03/22/2000 | | Total Other Checks | 03/27/2000 | 968,737.86 | 4,200,917.93 |
| 02/08/2000 | 712239 | Lucent V104560 | 03/29/2000 | 1,263,900.21 | |
| 03/27/2000 | | Total Other Checks | 03/29/2000 | 901,091.89 | 2,164,992.10 |
| 03/07/2000 | 715234 | IBM | 03/31/2000 | 629,380.85 | |
| 03/29/2000 | 718450 | Lucent V121444 | 03/31/2000 | 612,925.95 | |
| 03/29/2000 | | Total Other Checks | 03/31/2000 | 957,862.69 | 2,200,169.49 |
| 03/22/2000 | 717398 | Lucent V121444 | 04/03/2000 | 2,884,069.15 | 2,884,069.15 |
| 03/15/2000 | 715993 | Allogis Group | 04/04/2000 | 836,870.16 | |
| 03/07/2000 | 715459 | Skadden Arps | 04/04/2000 | 309,684.00 | |
| 04/03/2000 | | Total Other Checks | 04/04/2000 | 680,723.89 | 1,827,278.05 |
| 03/15/2000 | 716462 | Zaprne | 04/10/2000 | 230,000.00 | 230,000.00 |

05/10/2000                                                3                                                CONFIDENTIAL
                                                                                                          FTI 000754

May-10-00 07:37A

P.06

## TREASURY RELEASED CHECKS BY DATE

| CK DATE | CK# | VENDER | DATE RELEASED | AMOUNT RELEASED | DAILY TOTALS RELEASED |
|---|---|---|---|---|---|
| 04/17/2000 | | Total Other Checks | 04/20/2000 | 724,438.10 | 724,438.10 |
| | | GRAND TOTAL | | 135,435,656.20 | 135,435,656.20 |

05/10/2000　　　　　　　　4

CONFIDENTIAL
FTI 000765

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| Debtors. | |
| INACOM CORP., on behalf of all affiliated debtors, | Civil Action No. 04-CV-583 (GMS) |
| Plaintiff, | |
| vs. | |
| LEXMARK INTERNATIONAL, INC., | |
| Defendant. | |
| LEXMARK INTERNATIONAL, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC., | |
| Third-Party Defendants. | |

**HEWLETT-PACKARD COMPANY'S DESIGNATED DEPOSITION
EXCERPTS PURSUANT TO JOINT PRETRIAL ORDER**

In accordance with the Joint Proposed Final Pretrial Order, and as evidence for use at trial, third-party defendant Hewlett-Packard Company ("HP") submits deposition excerpts from the following witnesses:

1. Robert Kendrick (February 15, 2005)
2. Todd Pinkston (February 15, 2005)

{00229623.DOC v 1}                    1

3. Richard Oshlo (March 20, 2005)

4. William Schuette (February 15, 2005)

Dated: February ___, 2006

    Wilmington, Delaware      MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
150 Spear Street, Suite 1600
San Francisco, CA 94105
(415) 834-3800