## CERTIFICATE OF SERVICE

I, Derek C. Abbott, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Designated Deposition Excerpts Pursuant to Joint Pretrial Order** was caused to be made on February 16, 2006, in the manner indicated upon the parties identified on the attached service list.

Date: February 16, 2006

_____
Derek C. Abbott (No. 3376)

507106

## SERVICE LIST

**VIA HAND DELIVERY**

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE  19801

Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE  19801

William J. Burnett, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801

Laura Davis Jones, Esquire
Sandra G. McLamb, Esquire
Pachulski, Stang, Ziehl, Young
 & Jones & Weintraub, P.C.
919 N. Market Street, Suite 1600
Wilmington, DE  19801

Thomas Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Elio Battista, Jr., Esquire
Alisa E. Moen, Esquire
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, De  19801
479915 (for 04-CV-583)

**VIA FIRST CLASS U.S. MAIL**

Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL  33301

Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX  78701

Culver V. Halliday, Esquire
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY  40202

John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626

Ellen A. Friedman, Esquire
Cecily A. Dumas, Esquire
Gail S. Greenwood, Esquire
Brandon C. Chaves, Esquire
Friedman Dumas & Springwater LLP
One Maritime Plaza, Suite 2475
San Francisco, CA  94111

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

Earl M. Forte, Esquire
Regina S. Kelbon, Esquire
One Logan Square
Philadelphia, PA  19103