# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:   (302) 425-3304
Email:    tgw@stevenslee.com
Direct Fax:   (610) 371-8512

March 9, 2006

*Via Hand Delivery*

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   *Lexmark International, Inc. v. Compaq Computer Corporation*, Civ. Action No. 04-583 (GMS);

Dear Judge Sleet:

We are co-counsel to third-party plaintiff, Lexmark International, Inc in the referenced matter. Pursuant to Your Honor's direction at the close of trial on February 16, 2006, the parties have agreed upon a briefing schedule for filing: (i) Findings of Fact and Conclusions of Law; (ii) Deposition Transcripts; and (iii) Deposition Designations. The agreed upon scheduling order is attached for Your Honor's convenience.

The parties would respectfully request that Your Honor enter the attached Agreed Order at your earliest convenience. Should Your Honor have any questions or concerns, we will make ourselves available.

Respectfully submitted,

STEVENS & LEE

Thomas G. Whalen, Jr.

A PROFESSIONAL CORPORATION

Philadelphia  •  Reading  •  Valley Forge  •  Lehigh Valley  •  Harrisburg  •  Lancaster
Scranton  •  Wilkes-Barre  •  Princeton  •  Cherry Hill  •  New York  •  Wilmington

SL1 617542v1/004907.00003

# STEVENS & LEE
## LAWYERS & CONSULTANTS

*Via Hand Delivery*
The Honorable Gregory M. Sleet
March 9, 2006
Page 2

cc:  Culver Halliday, Esquire
     Cecily Dumas, Esquire
     Derek Abbott, Esquire

SL1 617542v1/004907.00003