UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>**Plaintiffs**<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>**Defendant and Third-Party Plaintiff**<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>**Third-Party Defendant** | Civil Action No. 04-CV-583 (GMS) |

## AGREED SCHEDULING ORDER

This order having been agreed to and tendered to the Court by the remaining parties to the action, Third-Party Plaintiff Lexmark International, Inc. ("Lexmark") and Third-Party Defendant Compaq Computer Corp., now known as Hewlett-Packard Company ("HP"), the Court being duly and sufficiently advised,

IT IS ORDERED as follows:

1. **Proposed Findings of Fact and Conclusions of Law.** On February 16, 2006, the Court tried without a jury Lexmark's third-party complaint against HP. The parties shall file with the Court and serve electronically proposed findings of fact and conclusions of law, and any post-trial motions they believe appropriate, by 5:00 p.m. EST

{00233390.DOC v 2}

on March 31, 2006. The parties shall also on March 31, 2006, dispatch for next business day delivery by express mail carrier a courtesy copy of their proposed findings of fact and conclusions of law to the Court's chambers.

2.  **Deposition Transcripts.** The parties shall file with the Court the deposition transcripts of those persons whose testimony will be referenced in their proposed findings of fact and conclusions of law on or before March 15, 2006.

3.  **Deposition Designations.** On or before March 15, 2006, the parties shall file with the Court and serve designations of the excerpts of the deposition transcripts of those persons whose testimony will be referenced in their proposed findings of fact and conclusions of law. On or before March 23, 2006, the parties shall file with the Court and serve designations of the excerpts of the deposition transcripts of those persons whose testimony will be used to rebut testimony contained in the excerpts of the deposition designations filed and served on or before March 15, 2006.

 

                Honorable Gregory M. Sleet, Judge
                United States District Court for the
                District of Delaware