## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| LEXMARK INTERNATIONAL, INC. | : |
| | : |
| Defendant and Third-Party Plaintiff | : |
| | : |
| v. | : |
| | : |
| COMPAQ COMPUTER CORPORATION | : |
| | : |
| Third-Party Defendant | : |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), has submitted to the court the following original deposition transcript:

**Michael Zava, dated January 26, 2005**

                              Respectfully submitted,

                              STEVENS & LEE, P.C.

Dated: Wilmington, Delaware  
March 14, 2006

By: */s/ Thomas G. Whalen, Jr.*  
Joseph Grey (No. 2358)  
Thomas G. Whalen, Jr. (No. 4034)  
1105 North Market Street, 7th Floor  
Wilmington, Delaware 19801  
Tel: (302) 654-5180  
Fax: (302) 654-5181

-and-

Culver V. Halliday  
Emily L. Pagorski  
Stoll Keenon Ogden PLLC  
2650 AEGON Center  
400 West Market Street  
Louisville, Kentucky 40202-3377  
Tel: (502) 568-9100  
Fax: (502) 568-5700

Attorneys for Lexmark International, Inc.