Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CHAPTER 11 CASE NO. 00-2425 (PJW)
Jointly Administered Adv. No. 00-3495 (PJW)
Dist. Adv. No. 01-579 (BMS)

In Re:

INACOM CORP., et al.,

                    Debtors,
_____

INACOM CORP., on behalf of all
affiliated Debtors,
                    Plaintiff,
v.

TECH DATA CORPORATION,
                    Defendant.
_____

TECH DATA CORPORATION,

          Third-Party Plaintiff,
v.
COMPAQ COMPUTER CORPORATION, et al.,
          Third-Party Defendant.
_____


DEPOSITION
OF
MICHAEL ZAVA

350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida

Wednesday, January 26, 2005
9:14 a.m. - 4:14 p.m.

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

2

```
1                         APPEARANCES

2

3
     For the Plaintiff:

4
             JEFFREY P. NOLAN, ESQ.
5            Pachulski, Stang, Ziehl,
             Young & Jones, P.C.
6            10100 Santa Monica Boulevard
             11th Floor
7            Los Angeles, California 90067-6910
             (310) 277-6910
8

9    For the Defendant:

10           CHARLES M. TATELBAUM, ESQ.
             STEPHEN C. HUNT, ESQ.
11           Adorno & Yoss, P.A.
             350 East Las Olas Boulevard
12           Suite 1700
             Fort Lauderdale, Florida 33301
13           (954) 763-1200

14
     For the Third-Party Defendant Hewlett-Packard:
15
             CECILY A. DUMAS, ESQ.
16           Friedman, Dumas & Springwater, LLP
             One Maritime Plaza
17           Suite 2475
             San Francisco, California 94111
18           (415) 834-3800
19                       - - - - - -

20

                         I N D E X
21
     Witness              Direct    Cross    Redirect
22
     MICHAEL ZAVA           4         72       171
23

24

25
```

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

3

```
1              E X H I B I T    I N D E X

2      Deposition          Description          Page No.

3         1        Defendant's answer and
                   affirmative defenses              41
4
          2        Proof of claim re Inacom           59
5
          3        Person most knowledgeable
6                  notice served by Inacom            64

7         4        Customer profile                  107

8         5        Letter Bates 390-391              109

9         6        Letter from Guenther to Ward
                   2-11-00                           131
10
          7        Letter from Francis to Zava
11                 2-16-00                           131

12        8        First amended complaint for
                   avoidance and recovery of
13                 preferential transfers            173

14

15

16

17

18

19

20

21

22

23

24

25
```

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

4

1    THEREUPON:

2                    MICHAEL ZAVA,

3    a witness named in the notice heretofore filed,

4    having been first duly sworn, deposes and says as

5    follows:

6                    DIRECT EXAMINATION

7    BY MR. NOLAN:

8        Q.    Can you please state your full name for

9    the record?

10.      **A.    Michael Edward Zava.**

11       Q.    Can you please spell your last name for

12   the court reporter?

13       **A.    Z A V A.**

14       Q.    Mr. Zava, have you had your deposition

15   taken in the last two years?

16       **A.    No.**

17       Q.    What we are doing here today, I will just

18   explain you briefly.  What we are doing here today

19   is taking your deposition.  It is the same

20   deposition, meaning it is under an oath that you

21   would have if you were in a court of law as if you

22   were in front of a judge or a jury.  Do you

23   understand that?

24       **A.    Yes.**

25       Q.    My goal today is to take your best

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

5

1  testimony which is your most accurate, truthful

2  testimony and to have it put in a booklet form so at

3  another day if we go to trial we can use that

4  testimony at time of trial.  So for the purposes of

5  this deposition it is really important that all of

6  your responses be audible responses and use none of

7  the hand gestures that we normally use that we have

8  in regular conversation.  Do you understand that?

9      **A.    Yes.**

10     Q.    If at any time you don't understand any

11 question that I ask, I'd ask you to simply have me

12 restate it.  If you answer a question, I'm going to

13 assume that you understand it.  Is that fair?

14     **A.    Correct, yes.**

15     Q.    The individual or Madam Court Reporter

16 sitting to your left is taking everything down today

17 in a booklet form.  You will have an opportunity to

18 review that testimony at a later date and to make

19 any changes to the deposition testimony that you

20 find are appropriate.

21         I'd like to caution you, though, today

22 before your deposition starts, to try to get your

23 most truthful or accurate testimony even though we

24 are dealing with some events that are significantly

25 old such that you don't make any alterations to the

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

6

1  deposition transcript.  That certainly is your

2  right, but I also would like to inform you if you

3  make substantive changes to your deposition

4  transcript, either myself or another lawyer involved

5  in the case can comment upon that at time of trial

6  to either reflect your poor recollection or your

7  credibility.

8         Do you understand that?

9      **A.    Yes.**

10     Q.    Is there any reason I can't get your best

11 testimony today?  Are you under any medication,

12 anything that might inhibit your ability to give

13 good testimony?

14     **A.    No, but I would like to break every hour,**

15 **I don't know how long this will go.  I do have a hip**

16 **replacement that sort of requires I move around**

17 **every 45 minutes or an hour.**

18     Q.    Okay.  That's fine.  Any time you want to

19 take a break, just ask me to take a break.  We are

20 not in a court so we have no pace that we have to

21 follow here.

22         Can you tell me who you are currently

23 employed with?

24     **A.    Tech Data Corporation.**

25     Q.    What's your position with Tech Data

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

7

1    Corporation?

2        A.    **I am vice president of credit and customer**

3    **services for the Americas.**

4        Q.    How long have you held that position?

5        A.    **Ten years.**

6        Q.    You said vice president of credit and

7    customer relations?

8        A.    **Customer services.**

9        Q.    Customer services of the Americas.

10           What location is your office that you are

11   currently, you have your desk located in?

12       A.    **5350 Tech Data Drive, Clearwater, Florida.**

13       Q.    Is there a zip?

14       A.    **I was trying to remember that.  It's on my**

15   **business card.  33760.**

16       Q.    Which reminds me, one admonition I didn't

17   give you.  I interrupted you which I shouldn't have

18   done.  To the extent you can, let me finish my

19   questions even though I am sure you are going to

20   anticipate what the questions will be and I will

21   give you the same courtesy.

22       A.    **Okay.**

23       Q.    Can you give me kind of a brief synopsis

24   what your duties and responsibilities are as vice

25   president of customer services?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

8

1      A.    Vice president of customer service, credit

2  and customer services.

3      Q.    Same order, credit and customer service.

4      A.    I'm responsible for overseeing the

5  issuance of credit and reconciliation for the US,

6  for Canada and to some degree for Latin America.

7  I'm also responsible for that in Canada.  Then I'm

8  also responsible in the US for our customer service

9  group.

10     Q.    What does customer service entail?

11     A.    Essentially it is a returns group where

12 customers will call in for approval to return

13 product.

14     Q.    As far as responsibility for overseeing

15 credit and collections, is that commonly referred to

16 as the accounts receivable department at Tech Data?

17     A.    Accounts receivable department generally

18 falls under accounting and cash application but it

19 is a responsibility for the accounts receivable

20 itself from a collection and credit standpoint.

21     Q.    I am going to refer to this title of the

22 vice president of credit and customer service, how

23 about vice president, credit and customer service,

24 is that fair?

25     A.    That's fair.

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

9

1    Q.    Okay.  So you currently hold this

2  position?

3    **A.    Yes.**

4    Q.   And you held this position about

5  approximately to 1995?

6    **A.    In 1995 I was promoted to vice president**

7  **of credit, the exact title would be vice president**

8  **of credit for the US.**

9    Q.    What position did you hold prior to VP of

10  credit in the US?

11    **A.    Director of credit for the US.**

12    Q.    Can you give me the approximate years that

13  you were director of credit in the US?

14    **A.    1989 to 1995.**

15    Q.    From 1995 to what date were you VP of

16  credit for the US?

17    **A.    The Americas, the Americas became part of**

18  **that about a year ago, so I'd say until 2004,**

19  **January 2004.**

20    Q.    And after January 2004, some internal

21  change in Tech Data happened where you got a new

22  title but you had the same responsibilities?

23    **A.    They added the responsibility of Canada**

24  **which I did not have.**

25    Q.    As vice president of credit of the US from

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

10

1   '95 to 2004 can you tell me generally what your

2   responsibilities and duties were?

3      **A.    We have a sizable credit department.    It**

4   **has changed as large as 185 people down to today's**

5   **90 or so.    In that department, we receive credit**

6   **applications, review them, issue credit lines.    We**

7   **obviously make collection calls and collect and**

8   **resolve problems.**

9          **We handle the reconciliation of accounts**

10  **with disputes, pricing errors, et cetera, that type**

11  **of thing.**

12     Q.    Is there anyone else in the credit

13  department when you were vice president that was

14  above you that you reported to?

15     **A.    When I was vice president?**

16     Q.    Correct.

17     **A.    Until January of 2004, we had a senior**

18  **vice president of credit worldwide who I did report**

19  **to, yes.**

20     Q.    What was that individual's name?

21     **A.    Patrick Connelly.**

22     Q.    Can you spell his last name for me,

23  please?

24     **A.    C O N N E L L Y.**

25     Q.    What was Mr. Connelly's title, if you

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

11

1    know?

2        A.    I'm trying to remember the exact wording

3    of that.    He was a senior vice president of credit

4    worldwide, primarily focused on Europe.

5        Q.    So from -- strike that.

6            Maybe you can tell me if you could,

7    please, what your responsibilities and duties were

8    as director of credit of the US from 1989 to 1995.

9        A.    Essentially from '89 to '95 the director

10   of credit position was very much like what I do

11   today except on a smaller scale.    Still was the

12   responsibility for the issuance of credit, for the

13   collection of accounts, for the reconciliation of

14   accounts, for a smaller base at that time.

15       Q.    And was that smaller base limited to the

16   US?

17       A.    Yes.

18       Q.    And as director of credit in the US, did

19   you have an immediate supervisor that you responded

20   to or reported to?

21       A.    During that time period, '89 to '95,

22   actually three different ones at three different

23   times.

24       Q.    Okay.

25       A.    The first one being a gentleman by the

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

12

1    name of Tim Godwin.

2         Q.    Can I get the earliest first?

3         A.    The earliest first?

4         Q.    Yes.

5         A.    I started in 1985 if you want to go back

6    that far.

7         Q.    No, just 1989 to 1995.

8         A.    It was a gentleman by the name of Tim

9    Godwin and then about '91 to '94, Jeffrey Howells.

10        Q.    Do you know how to spell his last name?

11        A.    H O W E L L S.

12        Q.    So that's two.  Is there any other one?

13        A.    The third one is Patrick Connelly who

14   started in August of '94.

15        Q.    Prior to '89, can you tell me if you were

16   employed with Tech Data, what your title was?

17        A.    From '85 to '89 my title was national

18   credit manager.

19        Q.    I'm sorry, national credit?

20        A.    Manager.

21        Q.    And were your responsibilities similar to

22   that of director of credit of the US?

23        A.    Very similar except on a much smaller

24   scale.

25        Q.    And by smaller scale do you mean as far as

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

13

1    the scope of your responsibilities or --

2         **A.    Scope of our number of accounts,**

3    **outstanding receivables, size of a company.**

4         Q.    As national credit manager, were you in

5    charge of collections in the US?

6         **A.    Yes.**

7         Q.    Still involved in the reconciliation of

8    accounts?

9         **A.    Yes.**

10        Q.    What position did you hold if any prior to

11   1985?

12        **A.    Not with Tech Data.**

13        Q.    Who were you employed with prior to Tech

14   Data?

15        **A.    '84 to '85 was Westinghouse Credit**

16   **Corporation.**

17        Q.    What was your position at Westinghouse?

18        **A.    I was a fixed asset credit manager.**

19        Q.    What was your position or responsibilities

20   as a fixed asset credit manager?

21        **A.    Preparation of documents, et cetera,**

22   **clearing of credit for the financing of things such**

23   **as airplanes, boats, leased portfolios, things of**

24   **that nature.**

25        Q.    Can you just tell me briefly what the, you

1b5faba1-bb21-475d-af59-a8fabb1b5859

14

1  left Westinghouse in '85.  Can you tell me how the

2  opportunity came to work for Tech Data?

3      **A.    Westinghouse closed 66 of their offices in**

4  **the United States.  That was one of them.  Actually**

5  **saw the ad for a credit person in the paper through**

6  **a headhunter.**

7      Q.    Prior to Westinghouse, who were you

8  employed with?

9      **A.    A company by the name of Master Lease**

10 **Corporation.**

11     Q.    What was your position with Master Lease

12 Corporation?

13     **A.    Regional credit manager.**

14     Q.    How long were you with Master Lease Corp.?

15     **A.    Only one year.**

16     Q.    1983 to '84?

17     **A.    Yes.**

18     Q.    Prior to Master Lease Corp.?

19     **A.    Jim Walter Corporation.**

20     Q.    What was your position at Jim Walter

21 Corporation?

22     **A.    National credit manager.**

23     Q.    What were the years or months that you

24 were employed with Jim Walter Corp.?

25     **A.    1975 to the Master Lease job, 1983 or so.**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

15

1    Q.    What were your duties as the national

2  credit manager with Jim Walter Corp.?

3    **A.    Very similar to what I described before in**

4  **the credit management area, to process the credit**

5  **applications, issue the credit lines, monitor the**

6  **credit lines, collect the accounts, reconcile the**

7  **accounts, very similar.**

8    Q.    Do you have an undergraduate degree?

9    **A.    Yes.**

10    Q.    Where is that from?

11    **A.    Virginia Tech.**

12    Q.    What year did you graduate from Virginia

13  Tech?

14    **A.    '69.**

15    Q.    Did you receive a BA or BS?

16    **A.    BS in management.**

17    Q.    Any subsequent schooling after your degree

18  from Virginia Tech?

19    **A.    Only specific to credit management.**

20    Q.    Any other degrees after Virginia Tech?

21    **A.    No.**

22    Q.    Any type of like a subdegree, I guess it

23  wouldn't be an associate degree.  Do you hold any

24  other license besides a motor vehicle license,

25  accounting license?

1b5faba1-bb21-475d-af59-a8fabb1b5859

1     A.    In the credit world there's a certified

2   credit executive certification which I do hold, yes.

3     Q.    What is the name of that, is there a

4   formal name for it?

5     A.    We call it the CCE, but that's it, the

6   certified credit executive, there is a qualifying

7   test for it.

8     Q.    What year did you receive that

9   accreditation?

10     A.    I believe the year was 1995.

11     Q.    Is that a national accreditation?

12     A.    Yes.

13     Q.    Any other accreditations?

14     A.    Through the NACM, National Association of

15   Credit Management, there are many accreditations

16   applicable specifically to credit management a lot

17   of people are not really aware of, not as well-known

18   as the CPA.

19     Q.    All of those are particular to the field

20   of credit management?

21     A.    Yes, yes, they are.

22     Q.    Mr. Zava, do you have any experience or

23   involvement with banks as far as refinancing debt,

24   requiring debt of a corporation?

25     A.    What type of experience would you mean?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

1    Q.   Either formally in your schooling or in

2 your practical experience with your employment with

3 Tech Data before, involvement with third-party banks

4 that want to refinance loans or securitize accounts

5 receivable or things of that nature.

6    **A.   No, not really, only from a perimeter type**

7 **of thing, no actual involvement.**

8    Q.   I am talking of kind of the larger Wall

9 Street banks that come in and offer to securitize

10 your accounts receivable and give you a line of

11 credit or something like a floor agreement for no

12 accounts receivable or more purchasing assets.

13    **A.   Our treasury guy would be, I'm not**

14 **involved in that.**

15    Q.   Who is the finance and treasury person at

16 Tech Data?

17    **A.   Chuck Danowitz.**

18    Q.   Do your duties at Tech Data at all involve

19 cash management?

20    **A.   Only from the standpoint of DSO, day's**

21 **sales outstanding.  My contribution to cash days is**

22 **our DSO.**

23    Q.   Can you just tell me briefly what your

24 contribution is in that area?

25    **A.   Basically how fast we turn our receivables**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

18

1    is a part of the cash day's formula, included with

2    days payable, things of that nature is how we come

3    down with that cash day's figure but I am only

4    responsible for the turning of the receivables.

5        Q.    What did DSO stand for?

6        A.    Day's sales outstanding.

7        Q.    So it might be a gross oversimplification

8    but your focus is to try to generate that DSO

9    figure, would that be correct?

10           MR. HUNT:  Object to form, but you

11       can answer.

12           THE WITNESS:  What?

13           MR. TATELBAUM:  Go ahead.

14       A.    Part of my responsibility obviously is to

15   turn our receivables as fast as we can, yes.

16       Q.    Then you turn whatever that figure is or

17   whatever that amount is per day, you turn that over

18   to someone else, would that be correct?

19       A.    I don't quite understand.

20       Q.    Poor question.

21           At Tech Data, did you in any of your

22   positions ever have any responsibility with respect

23   to the capital markets?  This might be a little bit

24   related to the question I asked you previously, but

25   as far as accumulating capital that the company

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

19

1    might utilize for its cash management obligations,

2    did you have any responsibility in that area?

3         A.    No.

4         Q.    When you were director of credit for the

5    US, the 1989 to 1995 time frame, how big was the

6    department that you worked at in Tech Data?

7         A.    In 1989 it was approximately 20 to 25

8    credit employees.

9         Q.    Can I call this the credit department or

10   is there a better title?

11        A.    At that juncture it was totally the credit

12   department.

13        Q.    And these 20 to 25 individuals, would they

14   have been underneath your supervision?

15        A.    Yes.

16        Q.    They would report to you?

17        A.    Yes, not all direct but the supervisors

18   and managers.

19        Q.    Do you remember what month you started --

20   strike that.

21             As VP of credit of the US in the 1995 to

22   2004 time frame, as far as, say, between 1995 and

23   the year 2000, how big was the credit department?

24        A.    In 1995 the credit department was

25   approximately 125 people.  It rose to around 175 or

1b5faba1-bb21-475d-af59-a8fabb1b5859

20

1  80 around 1998.  We did go all the way up to 2004 on

2  that, back down to about 95.

3      Q.    For the time frame of 1999, can you give

4  me an idea of how many accounts you would be

5  overseeing?

6      A.    1999?

7      Q.    Yes, and this is as VP of credit in the

8  US.

9      A.    Between 27 and 35,000, to my best guess.

10         MR. HUNT:  I just admonish the

11     witness not to guess at any answers.  If

12     you remember, say you remember.  If you

13     don't, you don't.

14     A.    Excuse me.  Approximately 27 to 35,000.

15     Q.    That's actually 27 to 35,000 separate

16  vendors or accounts?

17     A.    Customers.

18     Q.    Customers, that's a better name.

19         And would that have been all of the

20  customers of Tech Data in the United States or did

21  you have a specific segment?

22     A.    That would be all the customers in the

23  United States.

24     Q.    Do you recall a company by the name of Van

25  Star?

1b5faba1-bb21-475d-af59-a8fabb1b5859