Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

21

1       **A.    Yes.**

2       Q.    Did you have interaction with Van Star in

3  the United States as part of your responsibilities

4  as vice president of credit?

5       **A.    Van Star was a customer under my watch.**

6       Q.    Do you recall who you dealt with at Van

7  Star?

8       **A.    I don't recall specifically dealing with**

9  **anyone at Van Star myself.  My directors probably**

10 **did.**

11      Q.    How about the name Inacom, do you recall

12 whether or not Inacom was a customer of Tech Data in

13 1999?

14      **A.    Yes.**

15      Q.    Did you have a contact at Inacom in that

16 time frame?

17      **A.    Personally, no.**

18      Q.    Similar response with Van Star, would

19 there have been an underling of yours that might

20 have had direct contact with Inacom?

21      **A.    A director would have had responsibility**

22 **for Inacom.**

23      Q.    How many directors were underneath you in

24 1999?

25      **A.    Four.**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

22

1      Q.   Can you tell me who those individuals were

2  if you recall?

3      A.   **Yes, Mike Ward, Ray Poulos.**

4           MR. TATELBAUM:  P O U --

5      A.   **P O U L O S, Scott Tillesen,**

6  **T I L L E S E N, and Carol Hemmingsen.**

7      Q.   Can you spell Ms. Hemmingsen's name?

8      A.   **H E M M I N G S E N, Hemmingsen.**

9      Q.   And these folks all had the title of

10 director?

11     A.   **Yes.**

12     Q.   Do you know in 1999 which one of those

13 individuals would have been assigned the Inacom

14 account?

15     A.   **Mike Ward.**

16     Q.   As you sit here today, do you have any

17 independent recollection, do you have any

18 recollection of any conversations you may have had

19 with someone at Inacom in 1999?

20     A.   **Recollections of conversations, phone**

21 **conversations or personal conversations?**

22     Q.   Yes, correct.

23     A.   **No.**

24     Q.   Did you review any documents in

25 preparation for your deposition today?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

23

1      A.    **Very few, but yes, some.**

2      Q.    Can you tell me what you looked at?

3      A.    **Couple of letters --**

4           MR. HUNT:  I'm going to object to

5      the extent that it is attorney work

6      product by us in culling documents for

7      Mr. Zava and I would instruct him only to

8      answer with respect to documents that he

9      independently removed from the file

10     himself to prepare for today.

11          MR. NOLAN:  I will make this

12     comment.  This is not a question so this

13     is one you get to sit out.

14     Q.    I am not going to ask for any recollection

15     of conversations you had with your attorneys prior

16     to this date but I am going to ask you, if you have

17     an ambiguity in your mind as to what you looked at

18     as to what was told to you, you can take a break if

19     you think that's appropriate or you can sidebar with

20     your lawyers.  The question, though, is I'd like to

21     know if you can tell me what documents that you

22     actually looked at, physically had and looked at in

23     preparation for your deposition today.

24     A.    **Specifically I looked at what we call**

25     **profile documents, I guess, but two letters I looked**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

24

1  at.

2      Q.   Can you recall what time frame they were,

3  were they dated?

4      A.   One was dated, well, they were both dated

5  February of 2000.

6      Q.   What did those letters have to do with,

7  were they specific to some topic?

8      A.   One was a letter from Mike Ward

9  summarizing a call or a conversation and one was a

10 letter from Compaq.

11     Q.   What did Mr. Ward's letter summarize?

12     A.   It summarized a conference call or seemed

13 to summarize a conference call.

14     Q.   What conference call, was it a particular

15 vendor or customer?

16     A.   With a customer.

17     Q.   What customer?

18     A.   Inacom.

19     Q.   Did you review that document today?

20     A.   I glanced at it today.

21     Q.   Any other documents that you looked at

22 today in preparation for your deposition?

23     A.   Today I looked at the document from Compaq

24 thereafter in February as well and again I glanced

25 at it.

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

25

1      Q.    And the letter from Compaq, do you recall

2   who that was authored by?

3      A.    Francis.

4      Q.    What was the topic of that letter?

5      A.    The topic was --

6           MR. HUNT:   I'm sorry, could you read

7      back the prior question?

8           MR. TATELBAUM:   Here.

9           (Pause.)

10     A.    The letter was outlining, the topic was

11  the purchase of Inacom and Compaq's assuming the

12  liabilities owed to us.

13     Q.    Before today did you review any documents

14  in preparation for your deposition?

15     A.    I did review some documents, yes.

16     Q.    Can you tell me what documents you

17  reviewed?

18     A.    Essentially the file, the customer file

19  documents, what would be in a normal file.

20     Q.    And that's the normal file at Tech Data?

21     A.    Yes.

22     Q.    What customer was that for?

23     A.    For Inacom.

24     Q.    Any other customer files besides that that

25  you reviewed?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

26

1    **A.    Besides Inacom?**

2    Q.    Was it just the Inacom file?

3    **A.    Just the Inacom.**

4    Q.    What was your reason for reviewing the

5    Inacom customer file in preparation for your

6    deposition?

7    **A.    It's been a while ago.  I do recall what**

8    **occurred but to refresh my memory, I guess.  Don't**

9    **say I guess, but to refresh my memory.**

10    Q.    How big was the customer file for Inacom?

11    **A.    Well, the files in total were sizable**

12    **obviously over the years with the subsequent events,**

13    **but the file itself contained things like 10-Qs,**

14    **10-Ks, things like that.**

15    Q.    Did you in reviewing the Inacom customer

16    file, did you limit yourself to any particular area

17    of the customer file?  If it was stacked full of

18    invoices, did you push those aside and kind of go to

19    the meat of that file?

20    **A.    To be honest with you, I felt that after**

21    **reviewing a few pages, it didn't seem worthwhile so**

22    **I didn't go much further.**

23    Q.    Do you recall what you looked at in the

24    customer file that might have given you any type of

25    recollection?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

27

1      A.     10-Qs, 10-Ks.

2      Q.     Any correspondence in the customer file at

3  Tech Data that you reviewed?

4      A.     **None other than the two letters that we**

5  **just discussed.**

6      Q.     Any other -- strike that.

7             Any other memos in the file that you would

8  have reviewed other than the memo from Mr. Ward?

9             MR. HUNT:  Object to form.

10            THE WITNESS:  I'm sorry?

11            MR. TATELBAUM:  It is an objection

12         to form.  You can answer the question if

13         you recall it.  If you don't, you can

14         read it.

15     A.     **No, I looked at the Dun & Bradstreet and**

16  **the 10-Qs and 10-Ks at that time.**

17     Q.     But as you sit here today, was there any

18  other memo from anybody else at Tech Data that might

19  summarize something that happened with Inacom that

20  was in the file that you reviewed?

21            MR. HUNT:  Object to form,

22         mischaracterizes the witness' prior

23         testimony regarding the memorandum.

24     A.     **I don't recall looking really at anything**

25  **other than the Qs, I was always interested in the Qs**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

28

1  and the D & B.

2       Q.    Can you tell me, what was your interest in

3  reviewing the 10-Qs and the 10-Ks in the Inacom

4  file?

5       **A.    To refresh me really on Inacom itself**

6  **which at the time was '98, '99 a sizable, meaningful**

7  **company, competitor, customer, et cetera.  Really I**

8  **had forgotten the size exactly so I was looking to**

9  **see exactly how big they were.**

10      Q.    If there was an issue in, say, the

11 1999-2000 time frame with a customer not paying or

12 not paying timely, would that typically come to your

13 attention through one of your underlings?

14      **A.    Depending on the size of the issue, yes.**

15      Q.    Would size of a company be something that

16 might independently without your director's

17 attention come to your attention, would be something

18 that you would be monitoring?

19      **A.    Without my director's attention?**

20      Q.    Right.

21      **A.    Normally they would all come through my**

22 **directors.  The segments are covered but I would be**

23 **involved if they are multi-million dollar issues,**

24 **obviously.**

25      Q.    By multi-million dollars, more than $1

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

29

1  million?

2      A.    **More than likely that would be a correct**

3  **assessment.**

4      Q.    As you sit here today, do you have any

5  independent recollection in 1999 of an issue

6  concerning the timeliness or payments made by Inacom

7  corporation?

8      A.    **Can you repeat that?**

9      Q.    Sure.  As you sit here today, do you have

10  any independent recollection of a series of events

11  that may have occurred in 1999 that you became aware

12  that Inacom Corporation was not paying or was paying

13  slowly on certain debts owed to Tech Data?

14      A.    **You said 1999?**

15      Q.    Correct.

16      A.    **I do not recall any specific incidents of**

17  **what you just described with regard to Inacom.**

18      Q.    Do you have a recollection of the

19  relationship between Van Star and Inacom

20  Corporation?

21      A.    **My recollection is only to the point that**

22  **Inacom purchased Van Star.**

23      Q.    Do you recall when Inacom purchased Van

24  Star?

25      A.    **I don't recall the date.**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

30

1      Q.    Do you recall when you were at Tech Data,

2   that that fact, you became aware of it?

3      **A.    I do recall becoming aware of it.  Beyond**

4   **that, I don't recall much with regard to it.**

5      Q.    Nothing stands out in your mind concerning

6   that acquisition?

7      **A.    No.**

8      Q.    What's your first recollection of anything

9   that may have come to your attention with respect to

10  Inacom Corporation?

11     **A.    When we were advised that Compaq was**

12  **purchasing them.**

13     Q.    Prior to that event, any other

14  recollections of any kind?

15          MR. HUNT:  Object to form.

16     **A.    I am familiar with Inacom for a number of**

17  **years.  It was a large, very good customer.**

18     Q.    Poor question in my respect.

19          Prior to the event that you described of

20  Compaq purchasing Inacom, anything stand out in your

21  mind about Inacom other than normal business that

22  might have been transacted between Tech Data and

23  Inacom?

24     **A.    No.**

25     Q.    I am just looking for some type of events

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

31

1  that based upon the passage of time may have stood

2  out in your mind and come to your attention.

3      A.    **The only event that I recall that may have**

4  **fit that description would have been many years**

5  **prior when Inacomp and Valcom merged to form Inacom.**

6  **I remember that as a substantial event.**

7      Q.    Did you have any personal involvement from

8  Tech Data's point of view concerning that merger or

9  were you just simply aware of it?

10     A.    **Simply aware of it as a supplier.  I mean,**

11 **obviously it's my job to keep up with these things**

12 **as we may have had a credit line with Valcom and a**

13 **credit line with Inacomp so the credit lines**

14 **combined.**

15     Q.    When there was that, I'm not sure if you

16 used the term, did you use the term merger of Valcom

17 and Inacomp?

18     A.    **I may have used the term but I'm not**

19 **certain that's the correct term.**

20     Q.    I'm not necessarily concerned with merger.

21 If there's a better term you want to use.

22     A.    **It obviously could have been a purchase,**

23 **it could have been a merger.  Valcom and Inacomp**

24 **became Inacom.  I don't know how that happened.**

25     Q.    What would be the reaction in the credit

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

32

1  department at Tech Data when there was a merger or

2  an acquisition between Valcom and Inacomp, would

3  there be a new credit application that you would ask

4  the customer to fill out?

5        MR. HUNT:  Object to form.

6     **A.    Well, we would investigate whatever the**

7  **transaction might be and what the ultimate result**

8  **would be.**

9     Q.    When you say investigate, what do you mean

10 by that?

11    **A.    Speak with the customer, do research, that**

12 **kind of thing.**

13    Q.    What would be your concerns as far as

14 research?

15    **A.    The ultimate entity, resulting entity.  In**

16 **the case of Valcom and Inacomp, to the best of my**

17 **recollection they were equally sized organizations**

18 **at the time, both very large.**

19    Q.    Do you recall whether or not in the

20 Valcom-Inacomp purchase or acquisition whether or

21 not Tech Data required whatever the surviving entity

22 was, Tech Data required Inacom to execute a new

23 credit application with Tech Data?

24    **A.    I don't recall.**

25    Q.    How did you become aware that Compaq was

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

33

1  purchasing Inacom?

2      A.    My director informed me and also I believe

3  there was certain publicity or press releases or

4  whatever that we reviewed, but my firmest

5  recollection is with Mike Ward advising me of the

6  transaction going to occur, having been advised it

7  was going to occur.

8      Q.    What specifically was the transaction if

9  you recall?

10     A.    Compaq was purchasing Inacom, the majority

11 of.

12     Q.    When you say majority of, do you know what

13 they were purchasing?

14     A.    The distribution arm, the configuration

15 arm, I recall, the entity that we dealt with.

16     Q.    As far as your responsibilities of vice

17 president of credit in the US, would you have any

18 duties with respect to Tech Data's acquiring product

19 from a customer or vendor?

20     A.    Tech Data acquiring product from a

21 customer or vendor?

22     Q.    Right.

23     A.    Would I have any responsibility?

24     Q.    Yes.

25     A.    In what way, actually participating in the

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

34

1    **acquisition of the product or something?**

2        Q.    In any way, participating in the

3    acquisition, the financing end of it, tracking it.

4        **A.    No.**

5        Q.    Are you aware whether or not Tech Data --

6    strike that.

7            Are you aware of whether or not Tech Data

8    in the 1999-2000 time frame ever purchased product

9    from Inacom?

10       **A.    I'm not aware of that.**

11       Q.    Are you aware if Tech Data in the

12   1999-2000 time frame purchased product from Compaq?

13       **A.    I am aware of that, yes.**

14       Q.    How are you aware of that?

15       **A.    Compaq was a major, is a major supplier of**

16   **product to Tech Data.**

17       Q.    Was Compaq a major supplier to Tech Data

18   back in 1999-2000?

19       **A.    Yes.**

20           MR. NOLAN:    Off the record.

21           (Recess.)

22           MR. NOLAN:    Back on the record.

23   BY MR. NOLAN:

24       Q.    Mr. Zava, are you familiar with the

25   terminology, first tier, second tier, third tier?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

35

1      **A.    With regard to distribution?**

2      Q.    Yes.

3      **A.    Yes.**

4      Q.    Would you have utilized that phraseology

5   as far as referring to any of the customers that you

6   monitored at Tech Data?

7      **A.    No.**

8      Q.    Did you track any, did you have any type

9   of terminology you used to track some of the bigger

10  accounts at Tech Data versus some of the smaller

11  accounts?

12     **A.    We have a segmentation of larger from**

13  **smaller, yes.**

14     Q.    Would you have any type of terminology you

15  would use to refer to your larger accounts as

16  opposed to smaller ones or would you call them

17  larger accounts, smaller accounts?

18     **A.    It changed over the years but the time**

19  **period we are talking about, there were national**

20  **accounts, retail accounts and small VAR accounts.**

21     Q.    So your national accounts would be your

22  largest accounts?

23     **A.    That was the criterion, large and not**

24  **retail.**

25     Q.    Was Inacom in 1999 or 2000 a national

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                     1/26/2005                       MICHAEL ZAVA

36

1  account or one of the other?

2      A.    Yes.

3      Q.    It was a national account?

4      A.    Yes.

5      Q.    If a check came in from a customer, would

6  it ever come across your desk?

7      A.    No.

8      Q.    So you never touched any checks that came

9  in -- strike that.  Poor question.

10         As an ordinary practice of your job duties

11 in 1999, you would not see checks that were received

12 from customers?

13     A.    No.

14     Q.    Would your directors see checks?

15     A.    Maybe.

16     Q.    Do you have any recollection in 1999 of a

17 director ever bringing you in a check from a

18 particular customer because an issue was raised?

19     A.    No.

20     Q.    If you could tell me, please, in the

21 1999-2000 time frame, who would receive a check from

22 a customer, being who at Tech Data would receive a

23 check from a customer?

24     A.    Our lock boxes.

25     Q.    How many lock boxes did you have in 1999?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

37

1    A.    I'm not sure, three, four, five.  It's

2  difficult to say.  It changes by year; multiple.

3    Q.    And the money, the check would actually

4  come into a lock box.  Who would pick it up from

5  Tech Data?

6    **A.    The check would come into a lock box and**

7  **be automatically deposited in our bank.  Then the**

8  **lock box would notify our AR cash applications**

9  **people of the check and the amount and who it is**

10 **from and what it is paying and then they would do**

11 **the cash application.**

12    Q.    So would anybody that was an employee of

13 Tech Data take such a check initially out of a lock

14 box in the 1999 time frame?

15    **A.    No, a reconciler would need that data on**

16 **the remittance advice in order to apply the check to**

17 **make the actual cash application.  On the larger**

18 **accounts our reconcilers would generally tell the**

19 **cash application people how to apply it.  Normally**

20 **we would get that on a spreadsheet from a customer.**

21    Q.    And the cash application people would be

22 cash application people at Tech Data?

23    **A.    Yes.**

24    Q.    If there was correspondence that came in

25 with a check from Tech Data -- strike that.

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

38

1      If there was correspondence that came in

2  with a check in the 1999 time frame, what would

3  happen to that correspondence as far as internally

4  at Tech Data?

5      **A.    What was supposed to happen would be that**

6  **the correspondence would be separated from the check**

7  **at the lock box and the correspondence would be sent**

8  **to Tech Data from the lock box.**

9      Q.    Who at Tech Data would receive the

10  correspondence?

11     **A.    Normally the accounting or the cash**

12  **application people because the correspondence would**

13  **normally be remittance advices.**

14     Q.    In the 1999-2000 time frame, those folks

15  were in the accounting department?

16     **A.    The cash application people, yes, work in**

17  **the accounting department.**

18     Q.    At or around the time that you became

19  aware that, I think your words, you said Compaq was

20  purchasing a majority of Inacom, do you have a

21  recollection of ever becoming aware of any

22  correspondence that came with a check --

23     **A.    Correspondence?**

24     Q.    Correspondence, yes, that came with a

25  check sent to Tech Data?

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

39

1      A.    No.

2      Q.    Just so I make sure you understand the

3  question, do you have any recollection as you sit

4  here today in the 1999-2000 time frame that

5  correspondence was being sent from Inacom with

6  respect to checks being mailed to Tech Data?

7      A.    No.

8      Q.    Same question but I am just going to

9  change it a little bit.  In the 1999-2000 time

10  frame, as you sit here today, do you have any

11  recollection of correspondence ever being received

12  by Tech Data with a check from Compaq?

13      A.    No.

14      Q.    In the 1999-2000 time frame, are you aware

15  of any correspondence that may have been forwarded

16  from a company by the name of Custom Edge with

17  checks as forwarded to Tech Data?

18      A.    **Could you repeat that?  Let me make sure**

19  **I've got that clear.**

20      Q.    In the 1999-2000 time frame, do you have

21  an independent recollection of checks being

22  forwarded to Tech Data from a company by the name of

23  Custom Edge that included correspondence with the

24  check?

25      A.    No.

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

40

1      Q.   I believe I may have asked you this

2   question, but did you have any individual who you

3   contacted in the 1999 or 2000 time frame from

4   Inacom?

5      **A.   Did I have --**

6      Q.   That you contacted or corresponded with at

7   Inacom.

8      **A.   No.**

9      Q.   So your communications with Inacom would

10  have been conducted in 1999 or 2000 by one of your

11  directors or somebody below them?

12     **A.   Yes.**

13     Q.   In 1999, do you have any recollection of

14  Inacom falling behind as far as payments owed to

15  Tech Data?

16     **A.   No.**

17     Q.   In 2000, do you have any recollection of

18  Inacom falling behind in payments made to Tech Data?

19     **A.   In 2000?**

20     Q.   Yes, in the year 2000.

21     **A.   I don't recall ever having that as a**

22  **consideration after the purchase, okay, so I would**

23  **not -- no, the answer to your question is no.  The**

24  **situation was different.**

25     Q.   So prior to the purchase by Compaq of a

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

41

1   majority of Inacom, you don't have any recollection

2   of Inacom ever falling behind in payments owed to

3   Tech Data?

4      **A.    Let me specify that.  No more than would**

5   **be normal for any account that size.  You know, life**

6   **is not perfect when you are asking these accounts to**

7   **pay within, our terms are net 30 days.  Nobody pays**

8   **in net 30 days.**

9      **Accounts of this stature generally paid in**

10  **those days in the 40-some day range and I have no**

11  **recollection of them paying worse than the norm.**

12     Q.    I am going to show you a document.

13     MR. NOLAN:  Let's mark this as

14     Exhibit 1 to this deposition.

15     (Thereupon, defendant's answer and

16     affirmative defenses was marked as

17     Deposition Exhibit 1 for Identification.)

18  BY MR. NOLAN:

19     Q.    Why don't you take your time and look at

20  Exhibit 1.

21     MR. HUNT:  Is there a particular

22     portion you would like him to review?

23     Q.    The first question after you have looked

24  over the page is, is that your signature.  I want to

25  represent to you that this was a proof of claim that

1b5faba1-bb21-475d-af59-a8fabb1b5859