Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

103

1    Q.    So he would be more knowledgeable than you

2    about --

3    **A.    He would be the hands-on administrator of**

4    **what we decided to do there.**

5    Q.    Is there anybody within Tech Data who

6    would be more knowledgeable to your understanding

7    than Mr. Ward about obtaining a guarantee?

8    **A.    No, that would be our responsibility.**

9    Q.    And if there was a guarantee required,

10   where would that guarantee be kept in Tech Data's

11   files, would it be kept in a Custom Edge customer

12   file or some other place?

13   **A.    It would be kept in a safe in the credit**

14   **area.**

15   Q.    The actual original guarantee?

16   **A.    Right.**

17   Q.    Would a copy of the guarantee be in the

18   customer file?

19   **A.    Normally, yes.**

20   Q.    Do you recall whether there was a customer

21   file established for Custom Edge?

22   **A.    Oh, yes.**

23   Q.    Is there still a  --

24   **A.    It would be H-P now.**

25   Q.    Do you recall, and there's no particular

1b5faba1-bb21-475d-af59-a8fabb1b5859

104

1  reason why you would; but do you happen to recall

2  that Compaq eventually rolled Custom Edge up into

3  Compaq Computer Corporation?

4      **A.    I don't recall that.**

5      Q.    Do you recall at some point that you were

6  no longer dealing with Custom Edge, but --

7      **A.    I believe the account today reads H-P.**

8      Q.    It is my understanding from my client that

9  Tech Data is a significant supplier to H-P.

10     **A.    Well, supplier to, yes, that's true.**

11 **There is a dual relationship.**

12     Q.    Is that your understanding as well?

13     **A.    Oh, yes.   The H-P account is handled as a**

14 **normal customer account in my world.**

15     Q.    Do you know how much Tech Data sells to

16 Hewlett-Packard?

17     **A.    No, I know it's sizable.**

18     Q.    Is sizable --

19     **A.    Millions.**

20     Q.    More than a hundred million a year?

21     **A.    I couldn't imagine it would be that much**

22 **but I would imagine it would be tens of millions.**

23     Q.    How about the relationship the other way

24 around?

25     **A.    Hundreds of millions.**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

105

1    Q.   Let me ask you to look at something that

2  was a document produced by Tech Data's lawyers to

3  us.  I don't think that this is the type of document

4  that you would be the primary person who can

5  interpret it for us.  I don't have extra copies.

6         MS. DUMAS:  Chuck, I will be happy

7    to mark it but my anticipation is I will

8    be using it more tomorrow with Mr. Ward.

9    Q.   It looks like a printout of some sort of

10 telephone log.  It is stamped with consecutive

11 numbering which we call in our business Bates

12 numbered 2325 through 2350.  Just to ask you, are

13 you familiar with or have you ever seen that kind of

14 log?

15        (Pause.)

16   A.   Yes.

17   Q.   Who maintains that sort of log?  Let me

18 back up.  I asked a bad question.

19        Is that a business record of Tech Data or

20 a copy of a business record of Tech Data?

21   A.   Yes.

22   Q.   Who maintains that kind of log?

23   A.   **This is what's known as a scratch pad**

24 **behind the customer's account.  We call it a profile**

25 **and it is system dated and system timed and stamped**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

106

1  **and unchangeable, just for the record and is a**

2  **record generally of activity or things that have**

3  **occurred on a customer's account.  Every account has**

4  **one of these behind it.**

5      Q.    Would you personally enter entries into

6  this profile?

7      **A.    Anyone in credit who had a conversation or**

8  **had an activity or something to do with that account**

9  **will enter it in here as a record to make a note**

10 **part of the record.**

11         MR. TATELBAUM:  But the question

12     was, would you do it?

13         THE WITNESS:  Can I do it, yes.  Can

14     anybody else who is in the credit

15     department do it that's associated with

16     the account, yes.

17     Q.    Is there somebody in the credit department

18 whose primary function it is to enter information

19 into the profile?

20     **A.    No.    It is an informal but convenient**

21 **method of recording things that have happened so**

22 **that the next person that looks at the account can**

23 **go see, well, such-and-such said such-and-such.**

24     Q.    Since you know what it is, I don't see any

25 harm with marking it in this deposition.

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

107

1          MS. DUMAS:  So I am going to ask the

2      reporter to mark that as Exhibit 4 to

3      your deposition with the request that I

4      get a copy of that back after we are

5      through.

6      (Thereupon, customer profile was marked

7      as Deposition Exhibit 4 for

8      Identification.)

9  BY MS. DUMAS:

10     Q.   I am not going to ask you a lot of

11 questions about that because I don't have an extra

12 copy, but if I may look at your copy for a second,

13 there are a number of places in which there are the

14 letters MW and I'm making a guess by the fact that

15 Mike Ward was the director and MW is his initials

16 that that in fact is a reference to Mr. Ward by his

17 initials but I am not certain and I would appreciate

18 it if you could decipher that and see if that's what

19 you think MW stands for.

20         (Pause.)

21     **A.   That's what I would assume.  I am trying**

22 **to think if we had anyone else working on the**

23 **account of those initials, but I believe that would**

24 **be Mr. Ward's signature sort of.**

25     Q.   So if I wanted to look through that sort

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

108

1   of customer profile and see whether you had

2   personally made any entries, would I look for an MZ?

3       **A.    Yes.  MW has to be Mike Ward based on the**

4   **conversations.**

5       Q.    I'm happy to ask him tomorrow to confirm

6   that.  I just wanted to see whether you knew.  So

7   we'll find out for sure.

8           Are you the senior-most person at Tech

9   Data concerning credit who would be someone who

10  would enter into a customer profile?

11          MR. TATELBAUM:  When?

12          MS. DUMAS:  Thank you, Mr.

13      Tatelbaum.

14      Q.    In the time frame in which this log is

15  maintained, 1999 to mid-2000.

16      **A.    No.**

17      Q.    Who is senior to you in the Tech Data

18  organization?

19      **A.    In credit, Pat Connelly.**

20      Q.    Would the same convention follow if Mr.

21  Connelly had himself entered into the customer

22  profile, would it be PC?

23      **A.    Probably POC.**

24      Q.    More than one PC --

25      **A.    I just know that's the way he put his**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

109

1   **initials in.**

2        Q.    Anyone more senior than Mr. Connelly?

3        **A.    In credit, no.**

4        Q.    Outside the credit department, is there

5   anybody else in the Tech Data organization whose

6   function it would be to record communications about

7   Inacom into this sort of profile?

8        **A.    No.**

9        Q.    Let's move to these letters that you are

10  alluding to this morning.

11       MS. DUMAS:  I'm going to ask the

12       court reporter to mark as Exhibit Number

13       5 what I have called a two-page document

14       Bates stamped 390 and 391.

15       (Thereupon, letter Bates 390-391 was

16       marked as Deposition Exhibit 5 for

17       Identification.)

18       (Pause.)

19  BY MS. DUMAS:

20       Q.    While you are looking at that, and I want

21  to give you enough time to read it through, it

22  appears to be two different copies of the same

23  letter copied on different size so I included both

24  copies.  The top one is a bigger typeface so it is a

25  little bit easier to read, but the second one,

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

110

1  because it is smaller typeface, it fits everything

2  including some handwritten interlineations on it.

3  So take your time and let me know when you have had

4  enough time to finish reading the letter.

5          (Pause.)

6      Q.    Finished?

7      **A.    Yes.**

8      Q.    Before I ask you about that letter, let me

9  just ask you one more question.  When we were

10  talking about H-P's relationship with Tech Data, is

11  Tech Data, and I just want to make sure I get the

12  terminology right, is Tech Data a reseller of H-P

13  products?

14      **A.    Tech Data is a distributor of H-P**

15  **products.  What we do is distribute and sell to**

16  **resellers.**

17      Q.    Do you know whether Tech Data is one of

18  H-P's largest distributors?

19      **A.    I believe Tech Data is one of H-P's**

20  **largest distributors.**

21      Q.    Do you know if Tech Data is the largest

22  distributor for H-P?

23      **A.    Using the definition distributor, I would**

24  **say that Tech Data is either number one, number two**

25  **or number three, I don't know which one, one of the**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

111

1  **three top distributors worldwide.**

2           MS. DUMAS:  Off the record for a

3      minute.

4           (Discussion off the record.)

5           MS. DUMAS:  Back on the record.

6  BY MS. DUMAS:

7      Q.   If you look at the second page of what I

8  have marked as Exhibit 5, you can see more clearly

9  it is a letter on Tech Data letterhead dated

10 February 9, 2000.  It is addressed to Mr. David

11 Guenthner of Inacom from Michael J. Ward of Tech

12 Data with a cc to Mike Zava.  My first question for

13 you is, as you sit here today, do you recall having

14 received a copy of Mr. Ward's letter at or shortly

15 after February 9, 2000?

16     **A.   As we get older, memories get so tacky.**

17 **Until this was shown to me recently, I did not**

18 **recall the letter specifically.  I vaguely recall**

19 **the conference call but very little of it.**

20     Q.   Let's explore what you do remember.  The

21 first paragraph of the letter as best as I can

22 decipher it with the interlineations, the original

23 letter, and I have indicated for the record that

24 there is some handwriting that obscures some of the

25 words but the original typewritten letter, first

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

112

1  paragraph, "This letter is to summarize our

2  conference call yesterday which included the

3  following Inacom senior managers, Leon Kirkman,

4  senior vice president purchasing, John Frasca, vice

5  president purchasing, and Dick Oshlo, VP treasury,

6  Mike Zava, Tech Data VP US credit services and Donna

7  Platt, Tech Data territory sales manager were also

8  present on this call."

9          Do you see where I'm reading?

10     **A.    Yes.**

11     Q.    Is that the conference call to which you

12 referred when you were answering Mr. Nolan's

13 questions this morning?

14     **A.    Yes.**

15     Q.    What do you recall about what was

16 discussed on that conference call?

17     **A.    To the best of my recollection which is**

18 **very weak because of the time period here, I just**

19 **recall us discussing the terms of the purchase, the**

20 **time of the consummation, the establishment of the**

21 **account so that shipments would go uninterrupted to**

22 **the entity and things of that nature.  It seemed to**

23 **be as I recall a very general, informative,**

24 **administrative kind of call.**

25     Q.    Do you remember who initiated the call,

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                1/26/2005                    MICHAEL ZAVA

113

1   was it the Inacom people?

2       **A.    I don't remember who initiated it.   We**

3   **probably initiated the request that the call happen**

4   **but I don't remember if we, I don't recall if we**

5   **initiated it or they initiated it; either one.**

6       Q.    When you were on this conference call, did

7   you already know who Mr. Kirkman, Mr. Frasca or Mr.

8   Oshlo were?

9       **A.    I don't believe I had ever met or spoken**

10  **with those gentlemen although Dave Guenthner was**

11  **familiar to me.**

12      Q.    I apologize, I didn't mean to be

13  misleading, but it looks like from the context of

14  the letter that Mr. Guenthner also was on this call.

15      **A.    Yes.**

16      Q.    Is that your recollection?

17      **A.    Yes, in fact I really only recall speaking**

18  **with him.   I don't remember these other gentlemen, I**

19  **don't recall.**

20      Q.    Is it fair to say that Mr. Guenthner took

21  the lead in the call from the Inacom side of the

22  discussion?

23      **A.    I would say that's fair to say since also**

24  **the letter is directed to him.**

25      Q.    I don't want you to speculate but if you

1b5faba1-bb21-475d-af59-a8fabb1b5859

114

1   remember him talking more than the others.

2       **A.    I would say that's fair to say.**

3       Q.    How about on the Tech Data side of the

4   call, did any one of you or Ms. Platt or Mr. Ward

5   take the lead?

6       **A.    Well, Mr. Ward, that would be his job.**

7       Q.    Trying to place this in time, had Mr. Ward

8   already told you about the proposed Compaq

9   acquisition of Inacom's distribution business?

10      **A.    I would say yes.**

11      Q.    Did you ask Mr. Ward to summarize the

12  discussion after it occurred through writing this

13  letter?

14      **A.    It would be normal in any conference call**

15  **situation, we try to summarize the call thereafter.**

16      Q.    So that would be your ordinary practice?

17      **A.    Yes.**

18      Q.    Did you review a draft of the letter that

19  Mr. Ward prepared before it went out to Tech Data?

20      **A.    I have no recollection of that.**

21          MR. TATELBAUM:  Excuse me.

22      Q.    To Inacom, I misspoke.

23      **A.    I have no recollection of that.**

24      Q.    Would you have had a practice of reviewing

25  Mr. Ward's letters before he sent them out or was he

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                     1/26/2005                     MICHAEL ZAVA

115

1  authorized to prepare correspondence and send it out

2  and just copy you in the ordinary course?

3      **A.    He is authorized to send it out.**

4      Q.    What's your procedure, what was your

5  procedure in early 2000 with respect to reviewing

6  correspondence that you were copied on from other

7  individuals at Tech Data?

8      **A.    I don't know that there's any particular**

9  **procedure.  I would review it when I get it.**

10     Q.    So do you recall whether or not you

11 followed your ordinary procedure with regard to this

12 letter?

13     **A.    I would believe that I did.  It's very**

14 **difficult to pick five years ago and look at that.**

15     Q.    I understand.  I have to ask the question

16 although I have no particular reason to believe that

17 you would.

18         If you had reviewed it when you received

19 your copy in accordance with the procedure, what

20 would you have done if anything if you believed that

21 the letter contained error or was inaccurate?

22     **A.    Depending on the circumstance, in this**

23 **particular circumstance I think we were, at least I**

24 **was pretty confident that this was a normal purchase**

25 **by a major vendor of a major customer and really had**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                 1/26/2005                    MICHAEL ZAVA

116

1    no reason to be overly zealous in review of specific

2    documentation.  So it's likely, it's very possible

3    the letter went out before I reviewed it.  I'm sure

4    it did, and I'm sure I reviewed it but not in the

5    same way that I would have reviewed a, what I

6    perceived as a threatening situation, so to speak.

7         Q.   I have asked you to reread the letter just

8    now.

9         A.   Yes.

10        Q.   I think you indicated in answer to Mr.

11   Nolan's questions that you had reviewed it to

12   refresh your recollection before your deposition.

13        A.   Yes.

14        Q.   As you read this letter today or recently,

15   is anything in the letter inaccurate with respect to

16   your recollection of what was actually discussed at

17   that conference call?

18        A.   Inaccurate as to what was actually

19   discussed, that's hard to respond to because I

20   really wish I had that kind of photographic memory

21   so I can recall exactly what was discussed.  I know

22   that what my beliefs were and what we were being

23   advised on the conference call specifically with

24   regard to a purchase, assumption of assets and

25   liabilities as relate to us is where I was and where

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

117

1   we were.

2          Some of the wording of the letter, reading

3   it at this juncture is a little curious.

4          Q.   Is there anything that you can point to

5   specifically where, looking at it today, you can

6   say, that isn't what was said at this call?

7          A.   I wish I could have recorded that call so

8   I could speak accurately but what was mentioned

9   before with regard to holding checks, there were

10  some check scenarios in here which was not my

11  understanding as it's related in this letter, and I

12  don't really recall agreeing to that or confirming

13  that or actually even hearing that but somehow it

14  came up.

15         But again, going through the letter,

16  according to what we were told was going to happen,

17  this is a conversation here and then subsequently I

18  think we received, that's the other letter I

19  received from Francis, was the letter that was more

20  important to me as far as what was going on with

21  this transaction.

22         Q.   Because it came directly from Compaq?

23         A.   Right.

24         Q.   Other than the fact that you don't recall

25  a discussion about Inacom holding checks, is there

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

118

1 anything else in the text of the letter that you

2 think doesn't accurately report what happened at the

3 call, the phone call as you recall it?

4     A.    **No, Compaq wanted to hold the same account**

5 **number.  Specifically, I can't really point anything**

6 **out.  It is a summary of our perception or Mike's**

7 **perception of the call.**

8     Q.    If you think of anything, feel free to

9 interrupt me.

10          Are you familiar with the term, shipping

11 hold in your business?

12     A.    **Yes.**

13     Q.    What does that mean?

14     A.    **That means we ship no product.**

15     Q.    Because of what reason?

16     A.    **It could be many reasons, it could be past**

17 **due on the account, it could be changes in**

18 **ownership, until we determine who owns what, who**

19 **takes the liabilities, usually past due or**

20 **unresolved past due dollars.**

21     Q.    Do you recall that Inacom was on shipping

22 hold from Tech Data?

23     A.    **When?**

24     Q.    In this time frame?

25     A.    **On February 9th?**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                        MICHAEL ZAVA

119

1     Q.    February 9, 2000.

2     **A.    I don't recall but it is possible that we**

3   **would have stopped it for a few days until we**

4   **determined what's going on.**

5     Q.    You are not aware that Inacom was already

6   on shipping hold before the Compaq transaction was

7   announced?

8     **A.    No, I'm not aware.**

9     Q.    Is it your recollection that if there was

10  a shipping hold, that Tech Data imposed, it was

11  because of the transaction as opposed to because

12  Inacom wasn't paying Tech Data?

13          MR. TATELBAUM:  Objection, it is

14      based on an assumption that is contrary

15      to his testimony.  If you are going to

16      ask a hypothetical, I ask you to ask it

17      as a hypothetical.  You asked him if

18      there was a shipping hold.  He testified

19      that there was one.

20          MS. DUMAS:  It must be the

21      transcription.

22    Q.    If there was a shipping hold, was it your

23  understanding that it would have been imposed by

24  Tech Data as a result of the acquisition as opposed

25  to imposed by Tech Data because Inacom wasn't paying

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

120

1   you?

2       **A.    That would be my understanding but that**

3   **doesn't mean Inacom may never have been on shipping**

4   **hold for slow pay or maybe deduction for something**

5   **that we didn't disagree dramatically with.  Let me**

6   **say it was not normal.  Normally Inacom was not**

7   **placed on shipping hold for past due payment.**

8       Q.    So just to make sure it is clear, you do

9   not recall Inacom being on shipping hold by Tech

10  Data as a result of the fact in this time frame,

11  February 2000, that Inacom was past due in its

12  payments to Tech Data?

13      **A.    No, I don't recall that.**

14      Q.    Was there any discussion in the call

15  about -- let me strike that.

16          It says here in the second paragraph about

17  halfway down, and I will quote,  "Upon closing

18  Inacom will receive 370 million in cash from

19  Compaq," do you see where I read that?

20      **A.    Yes.**

21      Q.    Was there any discussion during the

22  conference call about the fact that this was a cash

23  sale?

24      **A.    Well, actually our role is to determine**

25  **the creditworthiness of --**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

121

1           MR. TATELBAUM:  Excuse me, listen to

2       what her question was.  The question was,

3       was there any discussion during the

4       conference call about the fact that this

5       was a cash sale.

6       **A.    I don't recall that.**

7       Q.    Was there any discussion about how the

8   cash proceeds that Inacom received from the sale

9   would be used to pay Inacom's various creditors?

10      **A.    Can you repeat that?**

11      Q.    Sure.  Was there any discussion in that

12  conference call about how the cash proceeds of the

13  sale would be used by Inacom to pay Inacom's various

14  creditors?

15      **A.    I don't recall that.**

16      Q.    So you don't have any independent

17  recollection as you sit here today of the, for

18  example, the subject in the next sentence,

19  "Approximately 162 million of outstanding bank debt,

20  25 million of revolving line of credit and 52

21  million due IBMCC will be required to be paid out of

22  these proceeds," you don't recall any discussion

23  about that?

24      **A.    I'm sure there was discussion as he is**

25  **confirming it here.  I personally don't recall**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

122

1    **specifically these items.**

2        Q.    Do you recall any discussion about the

3    topic of the next sentence,  "According to Inacom,

4    about 137 million of a revolver secured by Inacom's

5    accounts receivable will be available after the

6    closing"?

7        **A.    No.**

8        Q.    How about the next sentence,  "There will

9    also be 225 million available from Deutsche Bank for

10   borrowing"?

11       **A.    Specifically I do not recall, I do not**

12   **recall it.**

13       Q.    Do you recall in a general sense any

14   discussion about Inacom paying its debts with the

15   proceeds of this sale?

16       **A.    No.**

17       Q.    How long did this conference call last?

18       **A.    Again, I do not recall that.  I don't.**

19       Q.    Can you give me a ballpark estimate?

20       **A.    It would be normal for a conference call**

21   **of this sort to last about an hour.**

22       Q.    Do you remember whether or not this was

23   about an hour?

24       **A.    No, I don't.**

25       Q.    Could it have been as short as five

1b5faba1-bb21-475d-af59-a8fabb1b5859

123

1  minutes?

2       A.    Could have been.

3       Q.    Could it have been two hours?

4       A.    Could have been.  We have a lot of such

5  conference calls.

6       Q.    Fair enough.

7            Let me read the third paragraph as best I

8  can decipher it.  "In the meantime, all checks

9  payable to all Inacom's vendors at this time are

10 being held in Inacom's treasury Department.  This

11 includes five checks totalling 4.9 million today

12 payable to Tech Data.  No checks will be released by

13 Inacom until at least six weeks after the closing.

14 Inacom's total payables to Tech Data are

15 approximately 15 million as of this letter."

16           Do you remember the Inacom representatives

17 on this call telling you that?

18      A.    I do not specifically remember that

19 because essentially my understanding was that this

20 was a purchase by Compaq so we were discussing

21 details of administrative stuff that relates, I'm

22 sure it was mentioned and I'm sure that because of

23 my belief of the transaction operating the way it

24 did, I likely did not make serious note of this,

25 didn't really care where the money came from, Compaq

1b5faba1-bb21-475d-af59-a8fabb1b5859