**no way of knowing. I would have to assume that this is correct.**

Q. Before the contemplated sale of the asset division of Inacom to Compaq, were you ever aware that Inacom was going to have to restate their earnings?

**A. No.**

Q. You were kind enough today earlier to talk about an accounts receivable aging report that you received every day?

**A. Yes.**

Q. Do you remember that testimony?

**A. Yes.**

Q. Am I correct that you would get a new accounts receivable aging report every day or would it be just a new one every week?

**A. I receive a general one every day covering all the categories, not specific and I receive one weekly with the top customers on it.**

Q. So the one that you receive daily, does that list the customers on it?

**A. No.**

Q. And the one you receive weekly does list the customers?

**A. Yes.**

1b5faba1-bb21-475d-af59-a8fabb1b5859

Q. Does it only list customers in excess of a certain dollar amount?

**A. Yes.**

Q. What's that threshhold?

**A. 50,000 accounts receivable outstanding.**

Q. Is that a computer-generated report?

**A. Yes.**

Q. Is it something that you have Inc. put in or something someone in your department might generate for you?

**A. No, it's systematic.**

Q. I just want to make sure I understand. Would you have any input in generating that report or would someone generate it for you?

**A. No, it comes automatically.**

Q. Was it Tech Data's custom and practice or do you know whether or not they maintain those aging reports?

**A. I think we do for a couple of years. I'm not certain how far back.**

Q. Earlier I talked to you about the proof of claim. I think it was Exhibit 1.

**A. Yes.**

Q. Did you make the decision to file the proof of claim or was it someone else at Tech Data?

1b5faba1-bb21-475d-af59-a8fabb1b5859

**A. Our advance debt recovery people made that decision to file the proof of claim.**

Q. Did you ask someone at the advance debt recovery unit to compile the data or would it be a different scenario where someone came and asked you to file the proof of claim?

**A. No, they compiled the proof of claim, I signed it.**

Q. Do you know how folks in the advance debt recovery unit became aware that Inacom had filed bankruptcy?

**A. I would imagine they received a notice or on line, Internet. I'm not sure exactly in this case.**

Q. Again, it would have been someone else other than yourself who would have had the initiative to file a proof of claim?

**A. Yes.**

Q. And then they would present those papers, that analysis to you to finalize or execute the proof of claim?

**A. Yes.**

Q. At any time did you ask that the data -- strike that.

Do you recall whether or not the proof of

1b5faba1-bb21-475d-af59-a8fabb1b5859

claim was brought to you in its final form or they brought analysis for you to review?

**A. It's always brought to me in final form.**

Q. So you didn't have any input in actual generation of the figures or the format for the figures?

**A. No.**

Q. When you received the proof of claim, did you ever communicate with anybody at Compaq or H-P concerning those sums?

**A. I did not, but again, to get to that point in time, our advance debt recovery people would have done some work on the account to try to determine what exactly to do in that instance and much of it, looking through here I notice much of it is deductions --**

MR. TATELBAUM: You are speculating. Don't speculate.

Q. Do you have any recollection sitting here today whether there were attachments such as debit memos attached to the proof of claim?

**A. No.**

Q. No recollection?

**A. No.**

Q. Prior to February 15, 2000, did you ever

1b5faba1-bb21-475d-af59-a8fabb1b5859

perform any type of an analysis to determine the financial abilities of -- strike that. Poor question.

Just prior to, which is in the year 2000 but prior to February 15, 2000, did you do any analysis at all to identify whether or not Inacom was meeting its debts?

**A. Inacom was reviewed every quarter by the ECC.**

Q. That's at an executive committee?

**A. Right.**

Q. Do you sit on the executive committee?

**A. Yes.**

Q. If January 1st is the beginning of a year even though it might not be the fiscal year, when would the first executive committee meeting be?

**A. There is a meeting every month but the customers are reviewed every 90 days and there's no specific 90-day cycle per se.**

Q. So it wouldn't be March 31st of every year?

**A. No, whenever the particular day fell, Qs are pulled, Ks are pulled, they are analyzed, the whole "shmere".**

Q. As you sit here today, do you have any

recollection of whether or not subsequent to January 1, 2000 but prior to the February 15, 2000 sale, whether or not the executive committee reviewed the financial ability of Inacom in that time frame?

**A. I don't have any recollection as to the last date reviewed but they would be current within their 90-day cycle.**

Q. In any of those executive committee meetings that you have attended and based upon your pulling a position with Tech Data, do you have any recollection of a discussion with regard to a particular customer holding checks?

**A. No.**

MR. NOLAN: I don't have any other questions, thank you.

MS. DUMAS: No more, thank you.

MR. TATELBAUM: We will read and sign.

(Thereupon, the deposition was concluded)

MICHAEL ZAVA

Sworn to and subscribed before me this day of ,

Notary Public in and for the State of Florida at Large.

CERTIFICATE OF NOTARY

STATE OF FLORIDA:
SS.
COUNTY OF DADE:

I, MAXYNE BURSKY a Shorthand Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that I reported in shorthand the deposition of MICHAEL ZAVA, a witness called by the debtors in the above-styled cause; that the witness was first duly sworn by me; that the reading and signing of the deposition were not waived by the witness; that the foregoing pages, numbered from 1 to 180, inclusive, constitute a true record.

I further certify that I am not an attorney or counsel of any of the parties, nor related to any of the parties, nor financially interested in the action.

WITNESS my Hand and Official Seal this 3rd day of February 2005.

MAXYNE BURSKY, RPR
Notary Public - State of Florida
My Commission No. DD 125128
Expires: July 17, 2006

1b5faba1-bb21-475d-af59-a8fabb1b5859

WORD INDEX

A

**abandon** 64:14,15
**abilities** 178:2
**ability** 6:12 179:4
**able** 52:14
**abnormal** 152:12
**above-styled** 180:8
**Absolutely** 92:18 98:3 168:13
**accept** 81:24
**acceptable** 72:17
**accepted** 85:10 143:24 159:18 160:1,6,16,24
**accepting** 146:4
**access** 44:21 80:1
**accessory** 73:19
**account** 22:14 36:1,3 41:5 43:16 44:3 47:17 49:20,24 51:2 56:23 61:4,14,17 67:25 68:1 70:23 71:4 81:22 102:25 104:7,13,14 105:24 106:3,3,8,16,22 107:23 112:21 118:4 118:17 125:19 128:14 136:11,24 137:12,13,21 139:7,9 139:19,24 142:24 147:12,16,23 155:2,2 164:9 167:3 169:24 177:13
**accounting** 8:18 15:25 38:11,15,17 53:19,22 143:7,11,20,24 144:24
**accounts** 8:16,17,19 10:9 11:13,14 13:2,8 15:6,7 17:4,10,12 20:4,16 35:10,11,15 35:17,17,20,20,20,21 35:22 37:18 41:6,9 44:25 49:1 50:22 51:1 52:19 54:9,13 61:2 62:22 68:10 76:12 79:2 87:2,13 89:25 122:5 125:24 125:25 126:7 135:20 136:4 138:9,22 139:14 140:3,15,18 140:23 141:1,7,13,14 142:1,5,8,25 144:25 154:17 169:1 174:9 174:15 175:5
**accreditation** 16:9,11
**accreditations** 16:13 16:15
**accumulating** 18:25
**accumulations** 158:6
**accurate** 5:1,23 61:6,8 100:25 148:14 158:25 159:14
**accurately** 117:8 118:2
**accused** 165:6
**acknowledging** 129:6
**acquire** 99:4
**acquired** 72:10
**acquirer** 124:13
**acquiring** 33:18,20 96:10
**acquisition** 30:6 32:2 32:20 34:1,3 74:8 88:5 91:1 92:24 94:20 96:6,14 97:5 98:20,24 99:2 100:20 100:24 114:9 119:24 124:8 127:3 138:21 149:11 152:18 160:18
**acting** 168:14,17
**action** 72:7 180:17
**actions** 90:13
**activity** 106:2,8
**actual** 17:7 37:17 61:10 61:13 63:6 68:22 71:6 99:10 103:15 177:4
**ad** 14:5 52:11
**add** 83:12 84:21
**added** 9:23 58:9 76:15
**addition** 52:9
**additional** 102:4
**address** 50:17
**addressed** 111:10
**adjudged** 81:22
**adjustments** 132:6
**Administered** 1:3
**administrative** 90:4 112:24 123:21
**administratively** 150:8
**administrator** 103:3
**admonish** 20:10
**admonition** 7:16
**adopt** 81:12
**Adorno** 2:11
**Adv** 1:3,3
**advance** 176:1,3,9 177:12
**advanced** 46:23 47:3,4 48:2
**advice** 37:16
**advices** 38:13
**advise** 92:17
**advised** 30:11 33:6 64:13 90:2 116:23 125:18 126:13
**advising** 33:5 138:20 142:5
**affairs** 90:9
**affiliated** 1:8
**affirmative** 3:3 41:16 62:12 64:14,15
**afternoon** 72:1 100:6 143:10
**age** 57:25 60:11,20 61:4,7
**aged** 52:3 61:3
**agency** 55:4,5
**aggregate** 94:1 155:14
**aggregator** 93:18,20
**aggregators** 93:14 94:8
**aging** 48:18 50:9 51:6 52:2 58:10 61:11 62:19,20 142:5 143:1 174:9,15 175:17
**agings** 48:13,14
**ago** 9:18 26:7 115:14
**agree** 102:2 140:21
**agreed** 164:12
**agreeing** 117:12
**agreement** 17:11 87:6 87:11 161:5,7 170:4 170:8
**agreements** 84:4
**ahead** 18:13 44:8 65:13 65:14 79:16 144:20
**airplanes** 13:23
**al** 1:5,15
**allegedly** 53:24
**allow** 77:11
**alluding** 109:10
**alterations** 5:25
**ambiguity** 23:17 129:15
**ambiguous** 49:15
**amended** 3:12 58:21 64:21 172:19,21 173:2,9,16,18
**America** 8:6
**Americas** 7:3,9 9:17,17
**amount** 18:17 37:9 42:10 43:19,20 44:8 44:9 46:14 49:11 51:22,24 53:24 56:18 56:19 60:12 82:10 94:10 101:20 137:11 137:20 139:6,8,19,22 140:24 141:6,7,25 142:24 144:24 146:14,18,19,21 154:22 155:8,14,15 161:1 169:23 175:2
**amounted** 48:3
**amounts** 51:21 52:20 69:10,12 70:12,18 142:6 147:3,15 148:1 149:10 150:5 159:16 162:16,18 163:1,2 167:18
**analysis** 100:5 176:20 177:2 178:1,6
**analyzed** 178:23
**Angeles** 2:7
**announced** 89:9 92:24 94:20 119:7
**announcement** 88:15 88:16 89:19
**annual** 53:3 76:24
**answer** 3:3 5:12 18:11 23:8 27:12 40:23 41:15 50:14 54:5,17 58:21 59:2 66:19 77:8 116:10 142:10 142:14,18,19 143:7 143:21 145:3,6,8,14 146:3,16 147:17 148:3,14 151:3,6,11 151:16 152:3,9 158:25 159:14 160:14,15 164:5 166:10 167:22,25 168:9,11 170:9 173:17
**answered** 88:10 158:12 158:14,18 164:4
**answering** 112:12 154:11
**answers** 20:11 64:21 75:1 161:22
**anticipate** 7:20
**anticipated** 95:4
**anticipation** 105:7
**anybody** 27:18 37:12 56:7 96:14 103:5 106:14 109:5 125:1 146:8 148:7 149:8,9 165:8 177:9
**AP** 135:20 136:3
**apologize** 113:12 127:22 143:25 157:4 171:8
**apparently** 133:16
**APPEARANCES** 2:1
**appears** 45:1 109:22 130:23 132:25
**applicable** 16:16
**application** 8:18 32:3 32:23 37:11,17,19,21 37:22 38:12,16
**applications** 10:6 15:5 37:8
**apply** 37:16,19 61:15
**appreciate** 80:11 84:22 84:24 107:17 163:20
**appropriate** 5:20 23:19 48:19 49:14 132:6 155:20
**approval** 8:12
**approve** 87:19
**approximate** 9:12
**approximately** 9:5 19:7 19:25 20:14 121:19 123:15
**AR** 37:8
**area** 15:4 17:24 19:2 26:16 46:23,25,25 48:8,11,13 88:3 103:14 165:5,18
**areas** 55:19
**arm** 33:14,15
**arranged** 161:4
**arrangement** 161:4
**ascertain** 150:17 161:25
**aside** 26:18 50:5 133:5 133:6
**asked** 18:24 40:1 68:19 73:3 79:19 86:3 88:10 95:11 102:13 105:18 116:7 119:17 142:4 157:3 158:12 164:3 176:5
**asking** 41:6 51:12 59:5 72:8 73:1 75:21 77:9 83:10 89:3 92:10 137:5 141:19 153:25 162:1 169:10
**assessment** 29:3
**asset** 13:18,20 66:2,9 67:1,10 174:3
**assets** 17:12 116:24 124:13,17
**assign** 55:1,10
**assigned** 22:13 56:8
**assisted** 46:21
**associate** 15:23
**associated** 80:14,20 106:15
**Association** 16:14
**assume** 5:13 57:20 89:6 107:21 126:1,11 128:13,22 137:15 147:11 159:21,24 160:15 167:2,19 169:1,6 170:17 174:1

**assumed** 124:19,20 126:14 137:10,19 155:9 156:1 160:12 162:12,19 163:12 168:6,21 169:22
**assuming** 25:11 97:13 125:20 156:19 167:13
**assumption** 70:24 116:24 119:14 129:24 151:23 162:9 162:10
**assured** 136:5
**astute** 143:10
**attached** 172:25 177:21
**attachments** 177:20
**attempted** 157:22
**attempts** 70:11,18
**attended** 179:9
**attention** 28:13,17,17 28:19 30:9 31:2 56:20 93:10
**attorney** 23:5 165:22 180:15
**attorneys** 23:15
**attorney-client** 58:25 164:24
**audible** 5:6
**audited** 83:18
**August** 12:14
**authored** 25:2
**authority** 168:18
**authorization** 168:15
**authorized** 115:1,3
**automatically** 37:7 62:25 175:15
**available** 73:19 122:5,9
**avoidance** 3:12 172:21 173:3
**aware** 16:17 29:11 30:2 30:3 31:9,10 32:25 34:5,7,10,11,13,14 38:19,21 39:14 47:11 68:21 69:1,17 88:11 88:17 89:17 92:14 99:6,14 119:5,8 124:16 126:23 145:23 146:7,8 148:6 148:10 149:8,15 150:15 152:4,14 163:21 164:6 170:14 172:14 174:4 176:10
**a.m** 1:25

**B**

**B** 3:1 28:1 76:8
**BA** 15:15
**back** 12:5 20:2 25:7 34:18,22 52:15 54:25 74:24 78:13 79:4,19 80:10 90:4 94:2,4 97:22 98:20 105:18 107:4 111:5 127:17 132:19 141:21 143:19 157:12 165:12 168:22 169:15 175:20
**background** 73:2 80:3 84:7
**bad** 49:10,13,20,24 50:10,16 51:9 52:21 52:24 53:2,5,11,18 53:25 54:10,13,18,23 54:24 55:1,15,22 85:11 90:23 91:2 102:1 105:18 147:7 159:9
**balance** 64:18 139:25 147:4,6,23 155:1,21 163:6,11 166:21
**balances** 166:12
**ballpark** 122:19
**bank** 37:7 121:19 122:9
**bankruptcies** 42:13
**bankruptcy** 1:1 42:1 159:5 176:11
**banks** 16:23 17:3,9 84:3
**bank-like** 87:4
**base** 11:14,15
**based** 31:1 75:4,18 87:23 91:15 102:3 108:3 119:14 126:15 140:22 145:9 147:5 165:2 167:22 179:9
**bases** 44:18,21
**basic** 89:24
**Basically** 17:25 76:7
**basis** 53:3 57:6 81:24 83:25 85:2,7,9 90:9 139:21 148:19 149:14 161:25
**Bates** 3:8 105:11 109:14,15 130:22
**becoming** 30:3 38:21 100:2
**beginning** 178:14
**behalf** 1:8 61:25
**behavior** 50:1 101:7 137:7
**belief** 91:21 123:23
**beliefs** 116:22
**believe** 16:10 33:2 40:1 49:6 59:22 61:11 67:6,23 73:13 78:4 88:15 89:14 97:19 99:1 102:7 104:7 107:23 110:19 113:9 115:13,16 140:1 148:4 149:23 154:18 172:1
**believed** 115:20 135:5
**believes** 43:4
**bell** 171:22
**best** 4:25 6:10 20:9 32:16 75:4,6,21,24 76:9,23 88:20 100:23 111:21 112:17 123:7 135:3 142:15 145:4
**better** 19:10 20:18 31:21 52:14 77:6 91:22,25 142:22 165:18 170:12
**beyond** 30:3 70:24 85:22 141:18
**big** 19:5,23 26:10 28:9 77:25 152:7
**bigger** 35:9 109:24
**biggest** 94:5
**Bill** 169:19
**billing** 43:11 45:19 58:11
**billion** 77:15,18
**billions** 127:23
**bit** 18:23 39:9 49:10 61:11 80:4 81:15 85:22 88:8 93:3 100:22 109:25 170:11
**blah** 43:22,22,22,22,22 43:22
**BMS** 1:3
**boats** 13:23
**booklet** 5:2,17
**books** 138:10 139:15 139:24 140:10
**borrowing** 122:10
**bottom** 58:15
**bought** 124:9
**Boulevard** 1:22 2:6,11
**box** 37:4,6,8,14 38:7,8 150:19
**boxes** 36:24,25 94:3
**Bradstreet** 27:15 83:8
**break** 6:14,19,19 23:18 77:9,21 131:1,4 138:18
**brief** 7:23
**briefly** 4:18 13:25 17:23 88:5 172:17
**bring** 80:9,21
**bringing** 36:17
**broadened** 93:23
**brought** 87:17 97:9 177:1,2,3
**BS** 15:15,16
**building** 98:11
**BURSKY** 180:4,22
**business** 7:15 30:21 54:20 55:7,20,23 56:3 66:2,9,16 67:4 73:4 74:7,22 78:9,10 78:18 81:8,10 82:11 83:20 88:6,13 89:22 90:21 91:7 92:20 93:7 94:10,15,22,25 95:2,6,22,23 96:11 98:10,10 99:5,10,16 101:20 105:11,19,20 114:9 118:11 135:25 140:5 160:4,9
**buy** 88:12 89:22 90:22 94:15 96:9
**buys** 124:13
**Buy's** 76:10

**C**

**C** 2:10 10:24
**California** 2:7,17
**call** 8:12 16:5 19:9 23:24 24:9,12,13,14 35:16 50:25 66:25 67:2 83:8 93:21 105:11,24 111:19 112:2,8,11,16,24,25 113:3,6,14,21 114:4 114:14,15 116:17,23 117:6,7 118:3,3,7 120:14,22 121:4,12 122:17,20 123:17 126:21 127:1,11 129:2,6 130:7,12 132:5 135:13 136:17 145:4 149:20 163:5 164:11,15,16 172:2,9 172:13
**called** 72:16 94:8 99:2 109:13 136:22 149:22 150:1 151:24 152:1,4 153:17 164:10,14 180:8
**calling** 70:4 143:4 148:25 149:8,19 150:3,20 155:23,25 163:5 166:12
**calls** 10:7 58:25 123:5 127:8,12 150:25 155:19 156:8 163:22
**Canada** 8:6,7 9:23
**capability** 83:15
**capital** 18:23,25
**card** 7:15 81:20,21
**care** 123:25
**Carol** 22:6
**case** 1:2 6:5 32:16 42:13 58:22 88:7 159:5 176:14
**cases** 47:16 84:3,5
**cash** 8:18 17:19,21 18:1 18:3 19:1 37:8,11,17 37:19,21,22 38:11,16 69:18,19,20 85:12 120:18,22 121:5,8,12
**categorically** 50:15
**categories** 51:14 60:17 65:9,11 76:7,20 174:18
**categorization** 53:10
**categorizations** 43:9
**categorize** 44:21 54:9
**categorized** 50:11 52:5 53:24
**category** 51:19 52:6,7 61:8,9,23 65:12 66:4 66:7 67:8,15 68:4,9 70:9 71:5 76:10,21 78:7 85:13
**cause** 180:8
**causes** 129:24
**caution** 5:21
**cautioned** 74:24
**cc** 111:12
**CCE** 16:5
**CDW** 79:18
**Cecily** 2:15 71:19,20 72:5
**certain** 29:13 31:19 33:3 44:18 48:4,13 48:22,24 49:1 52:20 54:9 55:4 56:18,19 57:4 64:14 65:8,11 69:10 70:1,2 88:23 97:3 107:17 125:24 126:7 134:17 150:18 150:21 175:2,20
**certainly** 6:1 91:20 151:10
**CERTIFICATE** 180:1
**certification** 16:2
**certified** 16:1,6
**certify** 180:6,14
**cetera** 10:10 13:21 28:7 49:13 50:3 55:19 98:7 99:12

**CFO** 86:14,15 96:18
**chance** 58:20
**change** 9:21 39:9 152:3 152:9
**changed** 10:4 35:18
**changeover** 81:2
**changes** 5:19 6:3 37:2 118:17 132:22
**CHAPTER** 1:2
**character** 83:15
**characterize** 79:3 82:19 84:14
**charge** 13:5 102:25
**charged** 43:5
**charges** 95:20
**CHARLES** 2:10
**check** 36:5,17,21,23 37:3,6,9,13,16,25 38:2,6,22,25 39:12 39:24 43:19 44:17 61:15,15,20 117:10 128:15,23 141:11,12 141:24 144:2 167:4 167:14 169:2 170:18
**checked** 58:9
**checking** 173:25
**checks** 36:8,11,14 39:6 39:17,21 68:15,18,19 68:22,23 69:5 71:6,8 85:10 117:9,25 123:8 123:11,12 124:4 125:23 126:7,9,10 128:16 142:7 144:6 144:10,18 145:19,24 146:2,9 150:18,22 152:7 155:13,24 161:5,10 162:17 163:25 164:20 166:4 166:12 167:12 168:4 168:4,20,22 169:7 170:5 171:3,6 173:23 179:12
**Chuck** 17:17 58:16 105:6 131:10
**circumstance** 87:18 115:22,23
**circumstances** 50:6 52:23 85:6,19 92:15 93:11
**claim** 3:4 41:25 42:8,10 42:12 43:7 46:9,16 46:22,24 49:5 58:4 59:11 60:8 159:4 175:22,25 176:2,6,7 176:17,21 177:1,8,21
**clarification** 98:25
**clear** 39:19 70:22 76:13 120:8 147:6 155:20 163:6 166:12
**clearing** 13:22 147:22
**clearly** 111:8
**Clearwater** 7:12
**client** 104:8
**close** 128:8 165:22
**closed** 14:3 89:7,13 100:24,25
**closing** 89:10 120:17 122:6 123:13 128:14 128:20 129:7 142:6 142:21 148:21 149:23 150:17 151:20,22 157:5 162:16 163:1,24 164:2 166:5,7,21 167:3 169:2 170:5,18 171:3,6
**CM** 46:3
**coconut** 137:9
**COD** 64:1 85:4,7,8,8 85:10
**coin** 55:25
**collect** 10:7 15:6 53:1 54:24,25 55:2,11 56:9 70:18 147:2,15 148:1 149:9 150:5 155:13 157:22 158:9 158:17,18,20,22 162:16 163:1,11 167:18
**collectible** 49:2
**collecting** 70:12 158:11
**collection** 8:20 10:7 11:13 55:3,5 149:15 159:9
**collections** 8:15 13:5 68:11 148:8
**collection/proof** 46:24
**colloquy** 64:11
**column** 42:16 45:1 56:7 57:15 60:11,20 62:19 62:21 63:2
**columns** 51:21
**combined** 31:14 74:12
**come** 17:9 18:2 28:12 28:17,21 30:9 31:2 36:6 37:4,6 44:4 52:19 53:17 54:8 56:19 75:10 82:7 92:16,19 162:14,24
**comes** 61:15 141:7 175:15
**comfortable** 102:9
**coming** 62:24 83:2 129:18 173:10
**comment** 6:5;23:12 163:4 169:16
**commentary** 146:20
**comments** 91:10 132:12 167:6
**Commission** 180:23
**committee** 86:13,14,21 86:24 87:1,18 101:18 153:3,8 178:10,12,16 179:3,8
**committee's** 87:24
**commonly** 8:15
**communicate** 147:6 177:9
**communicated** 127:17 133:20
**communicating** 70:5 81:6 90:17 134:8
**communication** 54:21 66:20 130:7,10 134:10,13 147:22 148:11
**communications** 40:9 59:1 65:21 66:7,13 109:6 134:15 147:20 155:6,12
**communicator** 127:16
**Comp** 76:10 79:17
**companies** 55:20,21 70:2 93:24 98:12 124:9
**company** 13:3 14:9 18:25 20:24 28:7,15 39:16,22 54:20 55:2 55:22 72:6,11,17 74:17,21 83:6 84:6 85:10 86:11 93:3 96:9,14 102:5,13 124:14 140:18,24 141:1,10 143:9 154:21
**Compaq** 1:15 24:10,23 25:1 30:11,20 32:25 33:10 34:12,15,17 38:19 39:12 40:25 66:3,10,17 67:2,2,10 70:21 72:9,10 74:4,5 74:7,9,12,16,17 75:7 75:11 76:1 79:20,22 79:24 88:5,11,22 89:21 90:2,17,21 91:6,17,22,25 92:6 92:23 93:5,22 94:20 96:9 97:5 98:8,9,14 98:16,18 99:2,13,21 100:8,8,12,15 102:5 102:8,13 104:2,3 114:8 117:22 118:4 119:6 120:19 123:20 123:25 124:25 125:3 125:9,11,19,25 126:4 126:11,17 127:3 128:13,22 129:19 131:9 133:17 134:2,7 134:10,20 135:18,20 135:24 136:4,6 137:15 138:6,21 142:4,6 145:23 146:8 146:11 147:11,19,21 148:2,5,13,16,20,23 149:17 150:7 151:19 151:21 152:11,15 153:8 155:8 156:10 158:10 160:12,19 161:3,9,20,23 162:7 163:8,9,12 164:12,13 164:17,18 165:3 166:6,17 167:2,13,19 168:5,21,25 169:5 170:3,17 174:4 177:9
**Compaq's** 25:11 164:8
**Compaq/Custom** 150:13,24 151:1 152:2 161:2 162:11
**Compaq/H-P** 158:10
**compared** 52:13
**competitive** 98:14
**competitor** 28:7
**compile** 176:4
**compiled** 176:7
**complaint** 3:12 58:22 64:16,21 172:19,21 172:25 173:2,9,16,18
**complete** 162:14
**completely** 49:22 50:16 93:6
**compound** 77:11 164:4
**computer** 1:15 72:9 73:6,16,21 74:4 99:21 100:15 104:3 153:8
**computers** 73:24 98:11
**computer-generated** 175:6
**concerned** 31:20 56:24 56:24 57:7 63:22 133:25
**concerning** 29:6 30:5 31:8 65:11,22 66:3,6 66:8,16 67:9,16 68:10 69:17 70:11 71:8 108:9 177:10
**concerns** 32:13
**concluded** 179:19
**conclusion** 53:9,18 54:14
**condition** 81:23 153:11
**conditions** 137:13
**conduct** 100:4
**conducted** 40:10
**confer** 86:5
**conference** 24:12,13,14 66:25 111:19 112:2 112:11,16 113:6 114:14 116:17,23 120:22 121:4,12 122:17,20 123:5 126:21 127:1 129:2,6 132:4 135:13 136:17 172:2,9,13
**confident** 115:24
**configuration** 33:14 88:12 96:10 98:9 160:9
**confirm** 108:5 162:6
**confirmation** 125:2 129:1 133:2 134:2 135:4 172:5
**confirmed** 124:24
**confirming** 117:12 121:25
**confusing** 147:8
**conglomeration** 76:12
**conjunction** 80:18
**connection** 72:6 100:2 137:9 160:3 167:10 169:21
**Connelly** 10:21 12:13 108:19,21 109:2
**Connelly's** 10:25
**consecutive** 105:10
**consensus** 87:3
**consequence** 90:20
**consideration** 40:22
**considered** 76:1 138:14
**consistent** 87:13 135:8 135:22 169:4,9
**consistently** 79:1,6
**consolidations** 97:17
**constitute** 180:12
**consummated** 129:8
**consummation** 112:20
**contact** 21:15,20 75:13 133:18 136:12 137:1 164:6,7 168:18,19
**contacted** 40:3,6
**contacting** 150:16 167:11
**contained** 26:13 115:21
**contemplated** 174:3
**context** 113:13

**continue** 147:2,15,25
**continued** 149:16
**continuing** 95:19
**contradictory** 54:16
**contrary** 119:14
**contribution** 17:21,24
**convenient** 106:20
**convention** 108:20
**conversation** 5:8 24:9 75:17,19,19 89:6,24 90:5 96:22 97:3,4 102:6 106:7 117:17 128:2 132:22 145:17 145:21 163:9
**conversations** 22:18,20 22:21,21 23:15 90:7 96:13,16 108:4 125:10 127:19 133:16 134:19,22,24 153:24 165:3 166:3 166:11,18,22 167:6
**cooperation** 54:22
**copied** 109:23 115:6 131:10 132:9
**copies** 105:5 109:22,24
**copy** 45:19 59:23 103:17 105:20 107:4 107:12,12 111:14 115:2,19 131:11,13 153:20 154:5 172:18
**corner** 57:19
**Corp** 1:5,8 14:14,18,24 15:2 153:8
**corporate** 98:24 102:14
**corporation** 1:10,12,15 6:24 7:1 13:16 14:10 14:12,19,21 16:24 29:7,12,20 30:10 65:7,22 72:9 73:4 74:4 99:22 100:16 104:3 129:9
**correct** 5:14 10:16 18:9 18:18 22:22 29:2,15 31:19 45:6 47:25 53:19 54:11 57:20 60:13 62:9 63:19 64:2 67:20 68:17 73:10,21,25 76:15,18 76:19 77:19 82:17,22 92:8 97:25 99:25 126:24 130:3 138:13 141:8,9 142:2,8 147:13 150:2 153:20 156:16 158:19 174:2 174:14
**corrected** 149:20,24
**corrections** 51:24
**correctly** 62:5 66:19 86:18
**correctness** 58:9
**corresponded** 40:6
**correspondence** 27:2 37:24 38:1,3,6,7,10 38:12,22,23,24 39:5 39:11,15,23 66:15 69:1 115:1,6
**counsel** 64:12,12 77:11 84:22 98:22 180:15
**COUNTY** 180:3
**couple** 23:3 42:16 171:10 175:19
**course** 49:22 52:22 115:2 147:5 150:4
**court** 1:1 4:12,21 5:15 6:20 109:12 151:12 172:20
**courtesy** 7:21
**cover** 62:14
**covered** 28:22
**covering** 57:13 174:17
**CPA** 16:18 143:17
**created** 154:18,20
**creating** 47:1
**creation** 99:14
**credibility** 6:7
**credit** 7:2,6 8:1,3,5,15 8:20,22,23 9:7,8,10 9:11,13,16,25 10:3,5 10:6,12,18 11:3,8,10 11:12,18 12:18,19,22 13:4,15,18,20,22 14:5,13,22 15:2,4,4,5 15:6,19 16:1,2,6,15 16:16,20 17:11 19:4 19:8,9,11,21,23,24 20:7 21:4 31:12,13 31:13,25 32:3,23 33:17 42:5 44:1 46:5 46:8,13 48:5 52:3 61:10 62:13,13,15,24 80:3,14,21 81:7,9,10 81:17,19,20,20,21,21 81:23,25 82:2,5,9 83:3,4,10,13,24 84:5 84:12 85:8 86:3,7,10 86:12,13,19,21,24 87:1,16,17,23 91:7 91:12,14,18,22 92:4 92:11 100:14 101:3 101:13,18 103:13 106:7,14,17 108:9,19 109:3,4 112:6 121:20 148:7 150:10 152:17 152:20 153:2,3,8,9 153:12 154:24 156:20 159:23,23,24
**creditors** 121:9,14
**credits** 44:4,5
**creditworthiness** 92:15 100:5,15 120:25
**creditworthy** 82:21 87:25 136:7
**credit-wise** 85:11
**crisis** 70:7
**criterion** 35:23
**Cross** 2:21
**crossed** 128:18,19
**CROSS-EXAMINA...** 72:3
**culling** 23:6
**curious** 117:3
**current** 51:10,15 52:16 56:2 61:4 82:1 90:9 179:6
**currently** 6:22 7:11 9:1 55:8
**custom** 39:16,23 67:3 72:20 99:3,3,12,15 99:17,24 100:2,7,14 101:4,13 102:3,3,14 103:11,21 104:2,6 135:19,24 136:10 137:10,19 138:21 147:19 149:16 150:1 150:4 152:6,17 153:1 153:10,15 154:16,18 154:25 155:2,7,25 156:9,10,18 159:19 160:7 162:18 163:2 169:22 175:16
**customary** 47:8
**customer** 3:7 7:2,7,8,9 7:25 8:1,2,3,8,10,22 8:23 21:5,12 24:15 24:16,17 25:18,22,24 26:5,10,15,17,24 27:2 28:7,11 30:17 32:4,11 33:19,21 36:5,18,22,23 37:20 42:21,25 43:4,6,10 43:15,17 44:13 47:13 47:15,19 48:10 50:18 53:11 56:2,11,23 57:8,13 61:19 62:11 63:11,15,17 73:8 76:4,7,17 78:1,6,11 78:23 79:1,6,7 80:15 82:1,5,8,9,20,24 83:1 83:25 84:10 85:2,7 86:18 87:15,15,24 88:24 91:18,19,22 92:1,2,3,5,6,13 99:11 99:24 100:3 103:11 103:18,20 104:14 107:6 108:1,10,21 115:25 125:15 136:7 138:15 150:24 153:13,20 154:9,12 154:13,21 156:6 179:12
**customers** 8:12 20:17 20:18,20,22 35:5 36:12 44:7,19,24 50:1 52:16,17 55:6 57:11 69:23 78:16 80:17,19 84:16 85:14 94:6 174:19,21,24 175:1 178:18
**customer's** 44:2 45:3 53:25 105:24 106:3
**cut** 124:4 125:24 141:24
**cutting** 144:6
**cycle** 49:10 178:19 179:7

D

**D** 2:20 3:1 28:1
**DADE** 180:3
**daily** 52:4 174:20
**dangerous** 85:9 165:5
**Danowitz** 17:17
**data** 1:10,12 6:24,25 7:12 8:16 9:21 12:16 13:12,14 14:2 17:3 17:16,18 18:21 19:6 20:20 21:12 25:20 27:3,18 29:13 30:1 30:22 32:1,21,22,23 33:20 34:5,7,11,16 34:17 35:6,10 36:22 37:5,13,15,22,25 38:4,8,9,25 39:6,12 39:17,22 40:15,18 41:3 43:14,18 44:7,9 44:18,21 45:25 47:10 48:25 50:11 51:18,24 52:15,21 53:6,7,12 53:16,23 54:9,12,14 55:6,9 56:7 58:21 61:19 62:1,6,10,17 63:15,18,23 64:13 67:4,14,17 68:13,23 69:6,10,13,23 70:6 71:7,9,12 73:4,5,8,11 73:17,20,23 74:2,5 74:10,13,18 75:7 76:2,5,6,18,24 77:24 78:11,16,18,23 79:7 79:23,23 80:15 83:5 83:17 84:10,16 91:1 91:4 94:10 99:11,18 99:25 100:3 101:24 102:2,12,15 103:5 104:9,15 105:19,20 108:9,17 109:5 110:10,11,12,14,17 110:19,21,24 111:9 111:12 112:6,7 114:3 114:19 115:7 118:22 119:10,12,24,25 120:10,12 123:12,14 125:19,19 126:8 129:9,12,22 134:4,10 135:15 136:5 137:22 138:2,5,9 139:10,15 140:11 141:10,20 143:14,23 144:4 146:12 147:2,3,12,15 147:25 149:16 152:18 153:10 154:15 155:8 156:19 158:22 159:4,18 160:1,6,16,24 163:25 164:1,19 170:4,5,16 171:5 173:20,22 175:25 176:4,23 179:10
**Data's** 31:8 33:18 57:24 61:12 79:20 103:10 105:2 125:14 140:15 144:1 150:19 156:6,12 169:5 175:16
**date** 5:18 9:15 23:16 29:25 58:2,4,6,7,8,12 58:15 61:13,14,16 62:15,16,20 63:2,3,6 63:8,10,10,12,13 81:3 88:15 89:17,19 132:23 142:21 147:1 147:14 173:11 179:6
**dated** 24:3,4,4 63:14 105:25 111:9 131:8 132:9 133:7 172:15
**Dave** 113:10 127:4 130:12 132:25
**David** 111:10 130:2
**day** 5:3 18:17 41:10 48:15 50:19 61:16 63:14 174:10,15,17 178:22 179:22 180:19
**days** 17:21 18:2 41:7,8 41:10 47:21,24 49:11

50:20 51:4,8 52:10 52:25 55:12 57:3,16 57:21,22,23,25 60:12 87:3 94:2 119:3 128:17 166:25 178:18
**day's** 17:20 18:1,3,6
**day-to-day** 49:25
**DD** 180:23
**deal** 85:20 149:12
**dealing** 5:24 21:8 104:6 150:12
**dealt** 21:6 33:15
**Dear** 132:2
**debit** 42:19,20 43:13,16 43:17,22,23 45:3,10 47:12 48:5 51:23 52:2 61:3,13 62:25 177:20
**debits** 44:5 45:6 61:2
**debt** 16:23,24 46:23 47:3,4 48:2 49:10,13 49:21,24 50:11,16 52:21,24 53:2,5,11 53:18,25 54:10,13,18 54:19,23,24 55:1,16 55:22 121:19 159:9 161:3 176:1,3,9 177:12
**debtors** 1:6,8 180:8
**debts** 29:13 122:14 178:7
**decided** 103:4
**decipher** 107:18 111:22 123:8
**decision** 86:25 88:23 102:7,11 175:24 176:2
**decisionmaking** 80:22
**declaration** 165:23
**deduct** 44:20
**deducting** 43:11 55:21
**deduction** 42:21,25 44:2 45:5 62:2,3,7 120:4
**deductions** 44:22 50:3 55:15 57:10 158:6 177:16
**Defendant** 1:11,16 2:9 2:14
**defendant's** 3:3 41:15
**Defense** 64:16
**defenses** 3:3 41:16 64:14,16
**define** 100:10
**definitely** 83:17
**definition** 81:11,12 110:23
**definitions** 49:3
**degree** 8:6 15:8,17,23 50:2 52:2,5 67:6 76:9
**degrees** 15:20
**DELAWARE** 1:1
**delinquent** 129:22
**delivered** 146:23 150:18 156:17 160:3
**delivery** 85:12
**Dell's** 98:10,14,15
**demand** 159:15
**department** 8:16,17 10:3,5,13 19:6,9,12 19:23,24 32:1 38:15 38:17 43:25 55:9,13 106:15,17 109:4 123:10 148:7 155:16 166:8 175:9
**departments** 44:23
**depend** 83:1
**depending** 28:14 56:21 56:22 63:17 115:22 153:4
**deposes** 4:4
**deposited** 37:7
**deposition** 1:19 3:2 4:14,19,20 5:5,19,22 6:1,3 22:25 23:23 24:22 25:14 26:6 41:14,17 59:12,24 60:4 65:1,6 81:16 106:25 107:3,7 109:16 116:12 131:18,21 132:15 135:23 154:8 173:4 173:10 179:19 180:7 180:10
**described** 15:3 29:17 30:19 90:6
**describing** 140:22
**description** 3:2 31:4 125:8
**desire** 98:9
**desired** 47:14,20,22
**desk** 7:11 36:6
**detail** 44:17 45:20 52:8 88:8
**detailed** 165:23
**details** 73:12 123:21 128:1
**determination** 62:6,10 62:16 82:25 87:24
**determine** 48:12 52:12 118:18 120:24 127:13 177:13 178:1
**determined** 49:11 119:4
**Deutsche** 122:9
**Dick** 112:5
**dictionary** 93:21
**difference** 65:17 139:16 140:2
**different** 11:22,22 40:24 43:9 49:3,10 49:23 50:16 52:13 55:24 57:9 65:18 109:22,23 124:10 139:23 176:5
**differently** 61:5 68:21 156:24 157:1
**difficult** 37:2 115:14 125:6 127:25 143:6 147:17
**difficulties** 69:18 92:11
**diligence** 100:10
**direct** 2:21 4:6 19:17 21:20 140:14
**directed** 113:24 136:11 137:1 150:7,25 161:23 163:5 164:11 164:13
**directing** 151:19 162:7
**direction** 97:22 151:1 151:21 152:11,15 162:2
**directly** 56:19 98:11 99:13,22 117:22 134:10 147:16 148:1 148:8 170:16
**director** 9:11,13 11:8,9 11:18 12:22 19:4 21:21 22:10 33:2 36:17 48:21 67:23,24 68:1 71:13 88:17 97:15 102:24 107:15
**directors** 21:9,23 28:22 36:14 40:11 48:19 56:15,25
**director's** 28:16,19
**disagree** 46:14 120:5 140:21
**disagreeing** 43:10
**disagreement** 87:7
**disclosed** 169:12
**discovery** 49:18
**discrepancy** 43:3 48:4 61:24
**discuss** 90:9 166:14
**discussed** 27:5 87:5 101:10 112:16 116:16,19,21 127:11 128:7,13,22 129:1,3 153:2 167:2 168:25 169:14
**discussing** 59:6 72:12 112:19 123:20 167:11
**discussion** 64:9 79:15 111:4 113:22 114:12 117:25 120:14,21 121:3,7,11,22,24 122:2,14 124:7 169:11 179:11
**discussions** 100:18 101:2 130:11 135:13
**dispute** 49:4 99:1
**disputed** 158:1 159:11
**disputes** 10:10 70:24 158:6
**Dist** 1:3
**distinction** 125:23
**distinctions** 124:15
**distinguish** 154:22
**distress** 93:11 139:2
**distribute** 110:15
**distribution** 33:14 35:1 66:2,9,16 88:12 92:20 96:10 99:5 114:9 160:4,9,12
**distributor** 73:5 76:5 98:17 110:14,22,23
**distributors** 110:18,20 111:1
**DISTRICT** 1:1
**division** 66:9 67:1,5 174:4
**divulging** 164:23
**DM** 42:17 45:9
**doc** 45:2
**document** 24:19,23 41:12 42:16 44:15 47:1 58:7,8,13 59:6 59:16,18,20 60:2,3 105:2,3 109:13
**documentation** 116:2
**documents** 13:21 22:24 23:6,8,21,25 24:21 25:13,15,16,19 46:16 60:17,21 68:5
**doing** 4:17,18 55:19 56:3 57:12 72:15 94:18 148:16 151:20 163:16 165:19 167:18 168:3
**dollar** 28:23 48:4 50:21 56:19 62:7 80:20 101:13 146:18 175:2
**dollars** 28:25 58:11 61:18 83:11,17 101:17 118:20 152:24 157:9 159:9 159:10 161:1
**dollar-wise** 79:24
**Donna** 112:6
**door** 143:19 164:25
**dozen** 78:20,21 161:22
**draft** 114:18
**dramatically** 120:5
**drawer** 166:7
**drawing** 95:17
**drawn** 125:23
**Drive** 7:12
**driving** 142:20
**DSO** 17:20,22 18:5,8
**DT** 63:3
**dual** 104:11
**due** 48:13,14,18 50:8 51:6,15 61:3 81:22 100:9 118:17,19,20 120:7,11 121:21 129:15 138:21 147:3
**duly** 4:4 180:9
**Dumas** 2:15,16 71:22 72:4,5,19,22,25 98:3 98:5 99:8 105:6 107:1,9 108:12 109:11,19 111:2,5,6 119:20 131:2,4,15,24 141:21 143:18,25 145:11,16 151:3,7,10 151:15,18 165:8,12 167:24 179:16
**Dun** 27:15 83:7
**duties** 7:24 10:2 11:7 15:1 17:18 33:18 36:10 67:13
**duty** 55:10 56:8

**E**

**E** 2:20 3:1,1 10:24 12:11 22:6,6,8,8
**earlier** 73:7 97:23 100:6 135:23 136:5 137:14 147:9 154:11 172:2 174:8 175:21
**earliest** 12:2,3
**early** 69:16 80:5 95:6 96:2,5 115:5
**earnings** 174:6
**easier** 109:25 130:15
**East** 1:22 2:11
**ECC** 178:9
**Edge** 39:16,23 67:3 72:21 99:3,3,12,15 99:18,24 100:2,7,14 101:4,13 102:3 103:11,21 104:2,6

135:19,24 136:10 137:10,19 138:22 147:19 149:17 150:1 150:4,13,24 151:1 152:2,6,17 153:10,15 154:16,19,25 155:2,7 155:25 156:9,10,18 159:19 160:7 161:2 162:11,18 169:22
**Edge's** 102:3,14 153:2
**Edge/Compaq** 163:2
**educated** 78:19
**education** 67:7 150:11
**Edward** 4:10
**efforts** 148:6 149:15 166:3
**eight** 43:7,7 157:18,20 157:22 159:7
**either** 6:4,6 17:1 62:7 79:17 81:1 86:4 110:24 113:5 130:14 158:24
**Electronics** 93:25
**emphasis** 158:8
**employed** 6:23 12:16 13:13 14:8,24 147:19 152:1,5 163:7,7
**employee** 37:12 136:18 147:21 151:25 163:10
**employees** 19:8 71:14 152:1
**employment** 17:2
**ended** 129:6 163:7
**engaged** 95:6
**entail** 8:10
**enter** 106:5,9,18 108:10
**entered** 108:21
**entire** 157:2
**entirely** 144:22
**entities** 98:24
**entitled** 75:3
**entity** 32:15,15,21 33:15 66:17 72:16 74:12 102:10 112:22 148:22,22 151:25 154:23 159:22,22 160:11 163:11,18
**entries** 106:5 108:2
**entry** 42:22 63:5
**equally** 32:17 49:6
**equipment** 73:21,25
**equity** 82:12 83:14
**equivalent** 63:1
**error** 45:7 46:9 115:21
**errors** 10:10
**ESQ** 2:4,10,10,15
**essentially** 8:11 11:9 25:18 88:22 100:17 123:19 148:22
**establish** 86:6,19 152:17
**established** 81:25 103:21
**establishing** 80:13,16 82:4 100:13 101:3
**establishment** 112:20
**estimate** 75:4,6 122:19
**estimated** 82:10 88:25 89:5,23
**et** 1:5,15 10:10 13:21 28:7 49:12 50:3 55:19 98:7 99:12
**Europe** 11:4
**event** 30:13,19 31:3,6
**events** 5:24 26:12 29:10 30:25 80:7
**eventually** 104:2 157:15
**everybody** 76:12
**evidence** 170:7
**evidenced** 146:12
**exact** 9:7 11:2 89:17 101:9
**exactly** 28:8,9 47:6 61:6 78:14 81:3 116:21 129:17 147:17 156:25 176:13 177:14
**examination** 4:6 165:18 171:12
**example** 85:4 87:21 121:18
**exception** 169:6
**exceptions** 51:5
**excess** 57:25 78:13,17 175:1
**excuse** 20:14 51:11 58:1 114:21 121:1 146:24 151:5
**execute** 32:22 153:9 176:20
**executive** 16:2,6 86:12 86:13,21,24 87:1,17 87:23 101:18 153:2,7 178:10,12,16 179:3,8
**executives** 75:17,20 96:8
**exercise** 87:20
**exhibit** 41:14,17,20 57:15 59:10,12,23,24 59:25 60:7 62:21 64:20,22 65:1,3,4,5 107:2,7 109:12,16 111:8 131:5,7,18,21 133:5,5 136:16 159:2 171:14 172:7,18,24 173:5,9,16,20,24 175:22
**existing** 74:3 151:2
**expect** 54:15
**expected** 92:6
**experience** 16:22,25 17:2 82:12
**experienced** 97:15
**expert** 93:19
**Expires** 180:24
**explain** 4:18 81:15,18 93:17 140:7 150:6 161:16
**explained** 66:13
**explaining** 86:18
**explanation** 43:2,24 77:5 165:23
**explore** 111:20
**exposure** 81:24 87:25 88:1
**extend** 83:24
**extended** 85:18 153:9
**extent** 7:18 23:5 56:21 58:24 65:9 80:9
**extra** 105:5 107:11 131:12
**extremely** 68:24 85:19

**F**

**facetiously** 101:6
**facilitate** 99:1
**fact** 30:2 50:5,24 54:12 65:18 66:21 89:4,21 90:14,16 100:19,25 107:14,16 113:17 117:24 120:10,22 121:4 146:4 160:23 163:14 167:21,23
**factors** 82:19
**facts** 68:4
**faint** 124:3
**fair** 5:13 8:24,25 89:5 95:5 100:13 101:12 113:20,23 114:2 123:6 135:8
**fall** 76:21
**falling** 40:14,18 41:2
**falls** 8:18
**familiar** 30:16 34:24 68:14 69:1 83:20 84:6 94:17,24 95:1 95:16 105:13 113:11 118:10 124:14
**far** 8:14 12:6,25 16:23 18:25 19:22 32:13 33:16 35:5 38:3 40:14 45:16 47:13 48:10 55:1 57:2 63:5 63:22 68:4 69:19 92:2 95:14 117:20 134:9 175:20
**fast** 17:25 18:15
**fastest** 98:21
**fault** 49:7,7
**favored** 84:9
**February** 24:5,24 67:11 89:14,16 100:24 101:1 111:10 111:15 118:25 119:1 120:11 127:1 129:13 130:8 131:6,8 132:4 132:5,9,14,19 133:3 133:8,9 138:4,10 139:22 144:5 146:24 147:1,10,25 148:8 149:2,9,23 150:17 157:6 159:20 160:2,7 163:23 166:25 167:1 169:12,19 171:15,23 171:25 172:8,10,14 172:15 177:25 178:5 179:2 180:19
**feedback** 86:10 172:5
**feel** 118:8
**feeling** 91:25
**fell** 178:22
**felt** 26:20 92:1,2 102:8 136:5
**field** 16:19
**figure** 18:3,9,16 43:24 80:20
**figured** 93:15
**figures** 177:5,6
**figuring** 82:20
**file** 23:9 25:18,18,19,20 26:2,5,10,13,16,17 26:19,24 27:2,7,20 28:4 84:4 103:12,18 103:21 125:15 153:13,20 154:1,4,6 154:9,12,13,16,18,20 175:24 176:2,6,17
**filed** 4:3 42:1,12 159:5 176:10
**files** 25:24 26:11 87:4 87:13 103:11
**filing** 42:8 125:14
**filing/type** 46:25
**fill** 32:4 73:2 100:22
**final** 177:1,3
**finalize** 176:20
**finance** 17:15 81:17
**financial** 78:4 81:23 83:5,17 139:2 178:2 179:4
**financially** 86:23 180:16
**financing** 13:22 34:3
**find** 5:20 65:9 84:7 108:7
**finding** 53:12
**fine** 6:18 99:9 165:4
**finish** 7:18 110:4
**Finished** 110:6
**firmest** 33:4
**first** 3:12 4:4 11:25 12:2,3 30:8 34:25 41:23 58:19,21 64:21 71:23 88:11 111:12 111:21,25 132:1 134:9,13 135:17 172:18,21 173:2,9,16 173:18 178:16 180:9
**fiscal** 76:25 77:1,10,12 77:14,17,25 78:11,17 78:22 79:8,21,24 84:11,18 85:14 86:9 94:9 178:15
**fit** 31:4
**fits** 110:1
**five** 37:1 74:20 79:5 101:8 115:14 122:25 123:11
**fixed** 13:18,20 49:17
**floor** 2:6 17:11 94:3
**Florida** 1:23 2:12 7:12 179:24 180:2,5,23
**flow** 69:18,19,21 82:2
**focus** 18:8 77:25 80:3,4 139:5
**focused** 11:4
**focusing** 79:21
**folks** 22:9 38:14 176:9
**follow** 6:21 49:16 97:10 108:20 137:5 164:19
**followed** 115:11
**following** 46:3 64:15 112:3 166:21
**follows** 4:5
**followup** 171:11 172:9
**foregoing** 180:11
**forget** 84:21
**forgotten** 28:8
**form** 5:2,17 18:10 27:9 27:12,21 30:15 31:5 32:5 43:13 50:13 51:12 54:2 60:15