Inacom vs. Tech Data                  3/4/2005                    MIKE WARD

1

United States District Court
District of Delaware


In re: Inacom Corp. et al.,

        Debtors
Chapter 11
Bankruptcy Case
No. 00-2426(PJW)


Inacom Corp., et al,

        Plaintiffs

    -vs-
Civil Action
No.:  04-CV-148(GMS)

Tech Data Corporation,

        Defendant


Inacom Corp., et al.,
        Plaintiffs

    -vs-
Civil Action
No. 04-CV-582(GMS)

Dell Computer Corp.,

        Defendant


Inacom Corp., et al.,
        Plaintiffs

    -vs-
Civil Action
No. 04-CV-583(GMS)

Lexmark International, Inc.,
        Defendant

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                MIKE WARD

2

1   Inacom Corp., et al.,

2                    Plaintiffs

3          -vs-                   Civil Action
                                  No. 04-CV-584(GMS)
4   Resilien, Inc.,

5                    Defendant

6

7   Inacom Corp., et al.,

8                    Plaintiffs

9          -vs-                   Civil Action
                                  No. 04-CV-593(GMS)
10  Ingram Entertainment, Inc.,
                     Defendant
11

12

13

14                          March 4, 2005
                            9:20 a.m.
15

16

17          The deposition of Mike Ward, taken on

18      behalf of the Defendant Compaq, pursuant to

19      Notice of Taking Deposition, at the offices of

20      Downtown Reporting, 37 North Orange Avenue,

21      Suite 400, Orlando, Florida, before Lois H.

22      Simonds, Registered Professional Reporter and

23      Notary Public, in and for the State of Florida

24      at Large.

25

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                          MIKE WARD

3

1        APPEARANCES:

2

3            Andrew W. Caine, Esquire
             Pachulski, Stang, Ziehl, Young,
4        Jones & Weintraub, P.C.
             10100 Santa Monica Boulevard
5        11th Floor
             Los Angeles, California 90067

6
                 Representing Inacom Corp.
7

8

9            Stephen C. Hunt, Esquire
             Charles M. Tatelbaum, Esquire
             Adorno & Yoss
10       350 East Las Olas Boulevard
             Suite 1700
11       Fort Lauderdale, Florida  33301

12               Representing Tech Data Corporation.

13

14           Cecily Dumas, Esquire
             Friedman Dumas & Springwater, LLP
15       One Maritime Plaza, Suite 2475
             San Francisco, California  94111

16
                 Representing Compaq Computer
17       Corporation.

18                   *    *    *

19

20

21

22

23

24

25

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

4

```
 1                     TABLE OF CONTENTS
 2   Michael Ward
     March 4, 2005
 3
     Appearances                                          2
 4
     TESTIMONY OF Michael Ward
 5
         DIRECT EXAMINATION by Ms. Dumas                  5
 6
         AFTERNOON SESSION                               84
 7
         CROSS EXAMINATION by Mr. Caine                 118
 8
         REDIRECT EXAMINATION by Ms. Dumas              124
 9
     SUBSCRIPTION OF DEPONENT                            129
10
     CERTIFICATE OF REPORTER                             130
11
12                           EXHIBITS
13   Ward Exhibits
     For Identification:
14
     No.  1   telephone log                              85
15
16
                    S T I P U L A T I O N S
17        It is hereby stipulated and agreed by
     and between counsel present for the
18   respective parties and the deponent that the
     reading and signing of the deposition is
19   expressly reserved.  (end of stipulation)
                        *   *   *
20   Reporter's Key To Punctuation:
     --  At end of question or answer references
21       an interruption.
22   ... References a trail-off by the speaker.
         No testimony omitted.
23
     "Uh-huh"  references an affirmative sound.
24   "Unh-unh" references a negative sound.
25
```

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                MIKE WARD

5

```
 1            P R O C E E D I N G S

 2                 Michael Ward,

 3       having been first duly sworn by the reporter,

 4       thereupon testified upon his oath as follows:

 5                 DIRECT EXAMINATION

 6   by Ms. Dumas:

 7       Q.    Morning, sir.

 8       A.    Morning.

 9       Q.    Would you state your name for the record,

10   please?

11       A.    My name is Michael Joseph Ward.

12       Q.    What's your address?

13       A.    10128 Paradise Boulevard, Treasure Island,

14   Florida, 33706.

15       Q.    Thank you.  Mr. Ward, my name is Cecily

16   Dumas.  I'll be starting with the questions this

17   morning.  I represent Hewlett Packard Company.  And

18   for ease of reference, because my client Hewlett

19   Packard Company is the successor in interest to

20   Compaq, I'm going to refer to my client as Compaq in

21   the course of my questioning because that was the

22   company that was involved in the transactions we'll

23   be talking about; is that acceptable to you?

24       A.    Sure.

25       Q.    Have you ever had your deposition taken
```

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                          3/4/2005                          MIKE WARD

6

1    before?

2         A.    No, I have not.

3         Q.    Did you have a chance to meet with your

4    counsel before the deposition to prepare?

5         A.    Yes, I did.

6         Q.    At the risk of belaboring what you may

7    have already been told, I'm going to describe to you

8    that by this procedure the court reporter to my

9    right is transcribing every word that's said in the

10   room, first my questions and then your answers.

11   Because she can only transcribe one person at a

12   time, you should try to wait until I've completely

13   finished a question before you answer, and I will

14   try to do you the same courtesy by waiting until you

15   finished your answer before I ask you another

16   question, okay?

17        A.    Understood.

18        Q.    Also because she's transcribing, you

19   should try to respond audibly as opposed to nod or

20   shake of the head or any other form of gesture,

21   understand?

22        A.    Understand.

23        Q.    The booklet will be -- the transcription

24   will be transcribed into a booklet form.  You'll be

25   given the opportunity to review that booklet and to

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                MIKE WARD

7

1  sign and certify it.  You're allowed to make changes

2  to the transcript as you see fit, but I should

3  caution you that any changes you make to the

4  substance of the testimony could be commented on by

5  my client or other parties to the litigation.  Do

6  you understand that?

7      **A.    I understand.**

8      Q.    Lastly, if at any point you want to a

9  break for any reason, want to talk to your counsel,

10 please just let me know.  This is -- you're in the

11 driver's seat here.

12     **A.    I understand.**

13     Q.    Are you represented here by Mr. Tatelbaum

14 and Mr. Hunt?

15     **A.    Yes, I am.**

16     Q.    Where are you currently employed, sir?

17     **A.    At Tech Data Corporation.**

18     Q.    And how long have you been employed by

19 Tech Data?

20     **A.    Almost nine years.**

21     Q.    So about 1995, '96?

22     **A.    I started April 15, 1996.**

23     Q.    What position did you start at at Tech

24 Data in 1996?

25     **A.    I started as a senior credit manager.**

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

8

1    Q.    And what's your current position?

2    **A.    I'm a director of credit.**

3    Q.    Tell me what are the general

4    responsibilities of a director of credit at Tech

5    Data Corporation.

6    **A.    Responsible, extension of credit to our**

7    **customers, and also ensuring that the accounts are**

8    **paying within time and within terms, making sure**

9    **items are reconciled and nothing ages out too, too**

10    **far past due.**

11    **Ms. Dumas:  Off the record.**

12    **(A discussion was held off the record.)**

13    **By Ms. Dumas:**

14    Q.    I'm going to ask you a little bit about

15    your background, both your educational background

16    and your employment prior to going to Tech Data.

17    Have you a college degree, sir?

18    **A.    Yes, I do.**

19    Q.    And where and when did you obtain that

20    degree?

21    **A.    I have a Bachelor of Science degree in**

22    **accounting from the University of South Florida,**

23    **Tampa, Florida.**

24    Q.    What year?

25    **A.    1984 -- 1983, December 1983.**

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                MIKE WARD

9

1      Q.   Any other formal educational degrees?

2      A.   I have a Bachelor of Arts degree from

3   LaSalle College, now LaSalle University, in business

4   management.

5      Q.   What year did you obtain that degree?

6      A.   That would be May of 1980.

7      Q.   In connection with your -- the two degrees

8   that you obtained, did you receive any further

9   formal training beyond these two degrees?

10      A.   I hold an active Florida CPA license, and

11   I also have a National Association of Credit

12   Management accreditation known as a Certified Credit

13   Executive.

14      Q.   What's the criteria for obtaining the

15   certification as a credit manager?

16      A.   Includes college, college degree, certain

17   courses as prescribed by the NACM, National

18   Association of Credit Management, a certain amount

19   of years as credit manager or in credit management,

20   things of that nature.

21           Mr. Tatelbaum:  And a test?

22      A.   Yes, and a test.

23      Q.   Because the people reading your testimony

24   may not have as specific sense of what you do as you

25   do, would you give me just a general description of

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                                    MIKE WARD

10

1   your understanding of what is credit management?

2       A.    The understanding that I have of credit

3   management is to know the financial strength of a

4   customer to determine if we are able to provide net

5   line or open account terms, with or without

6   security, the amount of credit that we would extend

7   within the normal business period of 30 days or so

8   to determine whether or not we could take those

9   risks, and then also to ensure that the customer is

10  in, is in agreement with those terms and behaves and

11  pays within those terms.

12      Q.    What sorts of information about a

13  prospective customer does a credit manager look at

14  to determine its financial strength?

15      A.    Usually we start with the customer's

16  financial statements, whether they be public

17  financial statements or their own private financial

18  statements, including balance sheet, income

19  statement, cash flows, notes of financial

20  statements, auditor's reports, any footnotes in the

21  financial statements.  Then we also look at trade

22  references as they are available, Dunn & Bradstreet

23  reports, things of that nature, other information in

24  the general media about a particular customer.

25      Q.    Do you know how to read a financial

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                      MIKE WARD

11

1  statement?

2       A.    Yes, I do.

3       Q.    Prior to joining Tech Data in April 1996,

4  -- Well, let me do it a different way.

5            There's two ways to do this.  I can work

6  backwards in time or forwards in time, but what I

7  want to cover is your employment from the time you

8  got your second degree in 1983, to 1996.  And maybe

9  I'll suggest that you start with right after you got

10 your accounting degree.

11      A.    Okay.  Right after I got my accounting

12 degree my first job in my profession was with Touche

13 Ross & Company, a certified public accounting firm

14 whose office was located in Tampa.  And I was with

15 them for about four years.

16      Q.    What was your position at Touche Ross?

17      A.    I left Touche Ross as a senior auditor.

18      Q.    What is an auditor, sir?

19      A.    Generally, we're hired by businesses to

20 come out and do an examination of their books or

21 review of their financial you know their financial

22 performance or compilations of the financial

23 performance.

24      Q.    With a view toward doing an audit report?

25      A.    For those engagements where they wanted an

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

12

1 audit, yes, our opinion.

2     Q.   When did you -- so that brings us up to

3 about 1987; is that correct?

4     A.   Maybe 1988.  And my next job after Touche

5 Ross was with a mutual fund company by the name of

6 Templeton Mutual Funds in St. Petersburg, Florida.

7     Q.   What was your position at Templeton?

8     A.   I was an accounting supervisor doing --

9 doing daily net asset valuations of the mutual fund

10 portfolios that I was responsible for.

11     Q.   What's a daily asset valuation?

12     A.   What it is, for example, if you have a

13 mutual fund and you look in the newspaper everyday

14 to see what the value of that fund is based on the

15 transactions in the market, the economy, New York

16 Stock Exchange, things of that nature, we would

17 determine the value of that fund everyday, which the

18 person would look in the newspaper and see what it

19 was worth per share.

20     Q.   Did that involve mathematical computations

21 or running a software program, how was that done?

22     A.   At that time it was all done manually and

23 it was simply just taking the average values of the

24 stocks and bonds and other financial instruments

25 within the portfolio, adding it all together,

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                MIKE WARD

13

1    dividing it up.  It wasn't anything very

2    complicated, believe it or not.

3        Q.   How long were you at Templeton?

4        A.   A year.

5        Q.   And what did you do next after you left

6    Templeton?

7        A.   I became the credit manager for the

8    St. Petersburg Times newspaper in St. Petersburg,

9    Florida.

10       Q.   How long did you hold that position?

11       A.   About seven years.

12       Q.   And my arithmetic is bad, so did you go to

13   Tech Data immediately from working for the

14   St. Petersburg times?

15       A.   Yes, I did.

16       Q.   When you started in 1996 at Tech Data as a

17   senior credit manager do you recall who your direct

18   supervisor was?

19       A.   Mike Zava.

20       Q.   And did he -- has he continued to be your

21   direct supervisor through the -- your period of

22   employment?

23       A.   Yes, he has.

24       Q.   And when you started in 1996 who did

25   Mr. Zava report to?

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                     3/4/2005                          MIKE WARD

14

1      **A.**    **He reported to Patrick Connelly.**

2      Q.    What's Mr. Connelly's position at Tech

3  Data, or was at that time?

4      **A.**    **His position was Vice President of**

5  **worldwide credit operations.**

6      Q.    When I asked you a few minutes ago to

7  describe generally what a credit manager does, was

8  that description you gave me consistent with what

9  you actually did at Tech Data as a credit manager?

10      **A.**    **Yes.**

11      Q.    Do you consider yourself to have

12  sufficient training to be generally familiar with

13  accounting principles?

14      **A.**    **Yes, I do.**

15      Q.    What's your understanding of what an

16  account payable is?

17      **A.**    **An account payable, from my understanding,**

18  **is what a company owes to another business or**

19  **individual in the normal course of business for**

20  **purchasing services or products.**

21      Q.    And is the account payable reflected in

22  the books and records of the company that owes the

23  money?

24      **A.**    **Generally, the accounts payable is on the**

25  **balance sheet of the company.**

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

15

1       Q.    I'm going to ask you now to focus on the

2   time frame of late 1999, early 2000, and in

3   particular on the events surrounding Tech Data's

4   customer Inacom and the acquisition of certain

5   assets of Inacom by Compaq computer corporation.

6           First, let me ask you were you, in the end

7   of 1999, say December 1999, were you still a senior

8   credit manager with Tech Data?

9       **A.    Yes, I was.**

10      Q.    And were you responsible for supervising

11  personnel in connection with the Inacom account at

12  Tech Data?

13      **A.    Yes, I was.**

14      Q.    Who reported to you, who had direct

15  responsibility for monitoring credit for the Inacom

16  account?

17      **A.    I don't remember the individual's name**

18  **anymore, but it would be a financial analyst.  And**

19  **generally, we had financial analysts and an account**

20  **reconciler that would have responsibility specific**

21  **to Inacom and other accounts as assigned to them.**

22      Q.    At this time frame, late 1999, was Inacom

23  a major customer of Tech Data?

24      **A.    It was one of our larger customers, as I**

25  **handled the larger customer accounts.**

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                    MIKE WARD

16

1      Q.    Was it in the top five customers of Tech

2 Data?

3      A.    I don't recall it being in the top five.

4      Q.    Top 15?

5      A.    Maybe the top 25 or 50.  I really couldn't

6 rank them.

7      Q.    And at that time what was Mr. Zava's

8 position, late 1999?

9      A.    I believe he was and still is the Vice

10 President of credit.  At that time he was the Vice

11 President of U.S. credit operations.

12     Q.    Tell me what you recall in connection with

13 first learning about -- Well, strike that.

14          What's your recollection of whether Inacom

15 was a good customer for Tech Data in the sense of

16 your function, timely payment of invoices, good

17 customer credit, et cetera?

18     A.    Inacom was not unlike any other of our

19 larger customers at that time.  They generally had

20 to be prompted or communicated with to ensure that

21 the account was kept current and within its credit

22 lines established by Tech Data.

23     Q.    Who would have been the contact people on

24 the Tech Data side and the Inacom side on a

25 day-to-day basis in connection with this process?

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

17

1      A.    On a day-to-day basis there would probably

2   be daily communications between the financial

3   analyst and the account reconciler.

4      Q.    And then on the Inacom side of the

5   equation who would they have talked to at Inacom?

6      A.    They would have talked to the accounts

7   payable manager or accounts payable clerk, their

8   counterparts.

9      Q.    And were there criteria for when the

10   financial analyst or account reconciler should bring

11   a problem situation to your attention?

12      A.    Yes.    There is an escalation process.    If

13   it was something that required an escalation to a

14   higher level of management then it would be that

15   process in place.

16      Q.    What was the escalation process?

17      A.    They may not be able to get through to the

18   person that they needed to talk to, maybe phone

19   calls weren't returned or maybe someone was sick or

20   unavailable, or maybe there was an issue that wasn't

21   within their authority and they would bring it up

22   to, for example, my level.

23      Q.    Do you recall in late 1999 Inacom having

24   had payment problems?

25      A.    I don't recall payment problems as such,

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

18

1  but I do recall they would be bumping into their

2  credit line or beginning to extend beyond the normal

3  30-day terms and it would require a call to, you

4  know, prompt them along, find out check information.

5      Q.   What was Inacom's credit limit with Tech

6  Data?

7      A.    It was generally somewhere between 10 and

8  15 million dollars, depending on their business

9  activity with us.

10     Q.   I'm going to show you a document that I

11 had marked at Mr. Zava's deposition which was taken

12 back in January, Exhibit No. 4.

13         Ms. Dumas:  And I apologize I only brought

14     one extra copy.  I suppose it's more important

15     that you have it than Andy.

16         Mr. Tatelbaum:  I don't know if Andy needs

17     to look at it.  He probably has it memorized.

18         Ms. Dumas:  We can also take a break and

19     make an extra copy if you'd like.

20         Mr. Caine:  Go ahead.

21 By Ms. Dumas:

22     Q.   Sir, what is this document?

23     A.    This looks like a copy of our ANM notes,

24 which are system notes.

25     Q.   When you say "our" you mean Tech Data?

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                3/4/2005                                MIKE WARD

19

1       A.    Tech Data, yes.

2       Q.    What's -- A and M?

3       A.    ANM is a screen conversation within our

4   mainframe IBM/TCS system.  It allows us to just

5   enter notes so that we can recall different

6   conversations or refer back to events.

7       Q.    Are you saying A and?

8       A.    A, a-n-d; N Nancy; M Mary notes.  That's

9   how I know them as.  That's how our department knows

10  them as.

11      Q.    Was there a process in place for

12  maintaining the ANM --

13      A.    Notes?

14      Q.    -- notes?

15      A.    At that time, as it is today and it has

16  been all along, is when a Tech Data staffer or

17  employee in credit has a conversation or any sort of

18  activity with the account they may update the ANM

19  notes for other people to see in order that, you

20  know, there is no duplication of effort or to keep

21  track of what activity has entailed.

22      Q.    Were they supposed to make an entry in the

23  ANM notes every time they had a communication on

24  that account?

25      A.    Pretty much, depending on the, you know,

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data    3/4/2005    MIKE WARD

20

1 **how important the conversation was, but I mean if it**

2 **was -- Yeah, they were supposed to do that.  Again,**

3 **depending on how critical the exchange of**

4 **information was.**

5 Q.   I'm just going to ask you to help me

6 decipher, because some of it is -- appears to be in

7 shorthand and I want to make sure I understand what

8 I'm reading when I look at it.

9 So just by way of example, can I ask you

10 to look at the first page, and I don't know, maybe

11 about 15 lines down there is an entry on 11/2/99

12 that says it's at 10:34.  Is that like November 2,

13 1999 at 10:34 a.m.?

14 **A.    Yes.**

15 Q.   Okay.  There's actually several entries on

16 that date and that time.  So let me just -- well,

17 actually, is this all part of one entry that kind of

18 -- let's start with the first one.  So, it says

19 11/2/99 10:34 and then there is a number 4816; what

20 does that refer to?

21 **A.    The date is November 2, 1999, 10:34 a.m.,**

22 **employee number 4816, which is my employee number.**

23 Q.   Okay.  The next --

24 Mr. Hunt:  May we go off the record a

25 second?

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

21

1          Ms. Dumas:   Sure.

2      (A discussion was held off the record.)

3  By Ms. Dumas:

4      Q.   So you're employee 4816; is that correct?

5      **A.    Yes.**

6      Q.   And how would I read that entry on

7  11/2/1999 at 10:34 a.m.?  It appears to scroll down

8  several lines.  Is that all one entry?

9      **A.    Yes.**

10     Q.   And just by way of example so I make sure

11 I'm understanding how this system works, will you

12 read the text of the entry that·was entered on

13 November 2, 1999 at 10:34 a.m.?

14     **A.    Okay.  It says -- and again I'm**

15 **translating the shorthand.  Mike Ward spoke with**

16 **Wendy Barenson, AP manager.  Wendy said -- something**

17 **-- 34 mailed 11/1 as was check 649146.  Mike Ward**

18 **left voice mail message with Roger Richter to**

19 **discuss past due and over line status, status of**

20 **Inacom.  Asked Roger to consider calling CFO David**

21 **Guenthner.  Per MW conversation with Wendy Barenson**

22 **above she was unaware that any special effort was to**

23 **be focused on paying Tech Data from David**

24 **Guenthner's October meeting with Roger Richter.  And**

25 **MW is my sign off.**

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

22

1      Q.    Thank you for doing that.  That clarifies

2   that.  So the MW's I see scattered throughout would

3   refer to entries you made in this, correct?

4      **A.    If it's just MW as you see here, yes.**

5      Q.    And for example, LVMW up above that would

6   be leave message with?

7      **A.    Left voice mail message with.**

8      Q.    Okay.  All right.  You can put this

9   aside.  I'm going to ask you some more general

10  questions before I return to it.

11          When did you first become aware, Mr. Ward,

12  that Compaq was going to buy --

13          What did you first become aware of in

14  connection with Inacom selling certain of its assets

15  or businesses?

16     **A.    I don't understand the question.**

17     Q.    Do you -- as you sit here today, are you

18  aware that in early 2000 Inacom sold a portion of

19  its business to Compaq Computer Corporation?

20     **A.    Yes, I am.**

21     Q.    When did you first become aware of that?

22     **A.    That they sold it or that they were**

23  **contemplating selling it?**

24     Q.    What's the first knowledge you had in

25  relation to that topic at all?

14b8e511-fd2d-4d6c-9ced-8e3b6dfe206e