Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 1 of 19

Inacom vs. Tech Data                 3/4/2005                    MIKE WARD
                                                                        70

1  Tech Data receive a cross corporate guarantee from
2  Compaq on Custom Edge?
3       Q.   Right.
4       A.   No, we did not.
5       Q.   Never at any point?
6       A.   I don't recall that we ever did.
7       Q.   Was that a requirement of establishing a
8  credit line for Custom Edge?
9       A.   It didn't turn out to be a requirement.
10 It was a formal request, a routine request if you
11 will.
12      Q.   But as it turned out Tech Data was willing
13 to sell product to Custom Edge without a Compaq
14 guarantee?
15      A.   That's correct.
16      Q.   And why was that?
17      A.   Because of our relationship with Compaq as
18 a vendor.
19      Q.   The top of the next page, which is bates
20 numbered 2345, it's dated 3/16/00, 11:07 a.m., and
21 employee number and then the entry:  "We have
22 received a tax copy of the CCG" -- Does "CCG" stand
23 for cross corporate guarantee?
24      A.   Yes, it does.
25      Q.   -- "signed by Bill Francis, Compaq

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 2 of 19

Inacom vs. Tech Data                3/4/2005                MIKE WARD

71

```
 1  Director Corporate Finance.  MW has left voice mail
 2  with Bill requesting a corporate resolution as Tech
 3  Data had provided with its CCG guaranteeing Tech
 4  Data Product Marketing Inc.'s liability to Compaq."
 5          Have I correctly read that entry?
 6      A.  Let me read that again, because it is
 7  confusing.
 8      Q.  It is confusing.  Thank you.
 9      A.  Okay.  I'm going to answer the best I
10  can.  What's your question?
11      Q.  I don't have a question pending yet.  And
12  I'm going to ask you about kind of the entries
13  through the asterisked portion about three-quarters
14  of the way down.  So if you want to take an extra
15  minute and look at that.
16      A.  Okay.  Okay.
17      Q.  What's the subject of these entries on
18  March 16 through March 22?
19      A.  The subject is cross corporate guarantees
20  on behalf of Tech Data and on behalf of Compaq.
21      Q.  Did -- this appears to me, and I may be
22  reading this incorrectly, which is why I'm
23  asking.  --
24      A.  Uh-huh.
25      Q.  -- did Tech Data receive a guarantee from
```

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 3 of 19

Inacom vs. Tech Data                     3/4/2005                              MIKE WARD

72

```
 1  Compaq?
 2      A.   It appears from here that Tech Data
 3  received -- this is where it's confusing.  Tech Data
 4  was asked by Compaq to provide a cross corporate
 5  guarantee to Compaq on behalf of Tech Data's product
 6  marketing organization.
 7      Q.   And that's Tech Data Product Marketing,
 8  Inc. set forth --
 9      A.   Right.
10      Q.   -- in -- okay.
11      A.   Right.
12      Q.   And this refers to, all of these entries
13  refer to Tech Data's guarantee of Tech Data Product
14  Marketing, Inc.; is that right?
15      A.   No.  It's referring to two separate cross
16  corporate guarantees.
17      Q.   I guess what I'm driving at is did Compaq
18  deliver a corporate guarantee of the obligations of
19  Custom Edge to Tech Data?
20      A.   And that's where I say no, they did not.
21      Q.   Can you explain the entry that says:  "We
22  have received a fax copy of the CCG signed by Bill
23  Francis, Compaq, Director Corporate Finance.  Mike
24  Ward has left voice mail with Bill requesting a
25  corporate resolution as Tech Data had provided with
```

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 4 of 19

Inacom vs. Tech Data                3/4/2005                         MIKE WARD

73

```
 1  its cross corporate guarantee."
 2      A.   Yes.
 3      Q.   So did Mr. Francis send you a form of
 4  cross corporate guarantee without a corporate
 5  resolution of authority?
 6      A.   Okay.  This is where it's going to be
 7  taxing my memory.  There was a back-and-forth with
 8  the cross corporate guarantee between Tech Data and
 9  Compaq, again on behalf of Tech Data's product
10  marketing department.  From what I can glean from
11  these notes here, apparently Bill Francis signed
12  that as you would have to have two parties sign
13  one.  And the question here that I pose is:  Bill
14  Francis, do you have the authority to sign this on
15  Compaq's behalf.
16      Q.   Okay.  So these references were to Tech
17  Data's guarantee of the obligations of its own
18  subsidiary?
19      A.   As I understand these notes, yes.
20      Q.   Okay.  Thank you.  That's helpful.  I
21  think I misread them.
22      A.   Yes.
23      Q.   Would you then refer down to the
24  asterisked part if you will?  There is an entry on
25  March 22, 2000 at 17:10 --
```

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 5 of 19

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

74

1      A.     Uh-huh.

2      Q.     -- By employee 4816.  Credit information.
3  And then it goes on to say: "Set line to 25 million
4  based on signed CCG in-house."

5      A.     Uh-huh.

6      Q.     "25 million line was contingent on this
7  CCG which we have received."

8             Now this is the HP director at that time
9  Custom Edge customer account.  Is the credit line of
10 25 million referred to in this note a new credit
11 line for Custom Edge?

12     A.     I believe that this credit line was set
13 for Compaq as a whole of which the lion's share was
14 to be given to Custom Edge or allocated for Custom
15 Edge, if you will.

16     Q.     Then it says "25 million line was
17 contingent on this CCG which we have received."
18            Wouldn't that be referring to a guarantee
19 that Compaq had delivered of Custom Edge's
20 obligations to Tech Data?

21     A.     Yes, I believe this is -- as this is
22 written, yes, that's what that would mean.

23     Q.     So does this refresh your recollection
24 that Tech Data asked for and obtained a guarantee by
25 Compaq of Custom Edge's obligations to Tech Data?

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 6 of 19

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD
75

1    A.   This helps refresh my memory in that there
2  was give and take back and forth on we want one from
3  you, you want one from us.  And apparently from this
4  here, as it's written in these ANM notes, I guess we
5  did receive from Custom Edge the guarantee -- I'm
6  sorry, from Compaq, the guarantee on Custom Edge as
7  it's written here.  Again, it was very confusing and
8  I'm doing the best I can.
9    Q.   No.  I appreciate that.  It is confusing.
10        Do you know whether or not there is a file
11 within Tech Data that would reflect a copy of the
12 cross corporate guarantee received by Compaq, if
13 there was a copy of it?
14   A.   Yes.  We would have that on file.
15   Q.   What file would it be in?
16   A.   We would put the original in a fireproof
17 cabinet and a copy would go in the customer's file.
18   Q.   And is that file designated by customer
19 name or account number, or if I wanted to ask Mr.
20 Tatelbaum for that file what would I call it?
21   A.   If you had the account number it could be
22 located by the account number.  If you had the name
23 we could locate it by the name.
24   Q.   The last part of that entry on March --
25 excuse me, there is a separate entry on March 22.

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 7 of 19

Inacom vs. Tech Data                        3/4/2005                        MIKE WARD

76

```
 1  Strike all that.
 2            The March 22, 2000 entry at 17:10, the
 3  last part of it reads:  "Bring to March ECC," and
 4  then there's some initials, MW.  And that's you,
 5  right?
 6       A.   That's me.
 7       Q.   What is the March ECC?
 8       A.   That would be our executive credit
 9  committee meeting, which is held once a month.
10       Q.   Was the executive credit committee -- who
11  was on the executive credit committee in March of
12  2000?
13       A.   That would have included, at that time,
14  Mike Zava, our CFO, our treasurer, our Senior V.P.
15  of Sales, other, other individuals that were invited
16  to the meeting, senior positions.
17       Q.   What was the function of the executive
18  credit committee?
19       A.   It meets monthly to review large customer
20  accounts that are scheduled for quarterly reviews,
21  to review the credit lines and make changes to them
22  as appropriate or maintain them as appropriate.
23       Q.   Was Inacom as a customer reviewed by the
24  executive credit committee?
25            Mr. Tatelbaum:  At what time?
```

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 8 of 19

Inacom vs. Tech Data						3/4/2005						MIKE WARD

77

1  By Ms. Dumas:
2      Q.    Prior to the merger.
3      A.    Yes.  Inacom would have been reviewed on a
4  quarterly basis as were all our large accounts.
5      Q.    And did the executive credit committee
6  maintain notes or minutes or records of its
7  meetings?
8      A.    It only makes -- for each file that's
9  reviewed it has signatures and any remarks written
10 in the margins of a sign-off sheet.
11     Q.    Is a copy of the sign-off sheet placed in
12 the customer's account?
13     A.    In the customer's file, yes, it's
14 maintained.
15     Q.    I'm sorry, customer's file.
16           Was the new Custom Edge account or was the
17 newly transition Custom Edge account discussed at
18 the March Executive Credit Committee Meeting, to
19 your knowledge?
20     A.    Not to my specific knowledge, but in all
21 likelihood it was because of the activity that had
22 just occurred.
23     Q.    And again, if it was discussed, the sign-
24 off sheet and any comments would be -- a copy would
25 be placed in the Custom Edge customer account file;

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 9 of 19

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

78

```
 1  is that correct?
 2       A.   Custom Edge/Compaq file, yeah.
 3       Q.   During the period from say December 1999
 4  through March 2000, did the Executive Credit
 5  Committee Meeting meet once a month?
 6       A.   It would have been scheduled to meet once
 7  a month, however with the Christmas and New Years
 8  holidays it might have gotten -- there might have
 9  been two held in one month.  For example, maybe in
10  the very beginning of January and again in the end
11  of January, depending on the holiday schedule.
12       Q.   After the Compaq acquisition of the Inacom
13  configuration business was completed did your staff
14  continue to deal with the same people at Custom Edge
15  that they had dealt with at Compaq?
16            Mr. Hunt:  Objection to form.  And just
17       asking for clarification.  By completed do you
18       mean the closing date?
19       Q.   Want me to rephrase the question?
20       A.   Yeah, because I think I know what you
21  meant to say, but I don't think you said it the way
22  you wanted to.
23       Q.   Did -- perhaps a little foundation is in
24  order.
25            Do you recall that the -- let's refer --
```

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 10 of 19

Inacom vs. Tech Data                3/4/2005                          MIKE WARD

79

```
 1  this is probably the February 16 letter is the best
 2  way to do it.  Mr. Francis says in that letter:
 3  "Effective February 16 the wholly owned subsidiary
 4  of Compaq purchased certain assets of Inacom."
 5       A.   I'm sorry, I --
 6       Q.   I'm sorry, no. 7.
 7       A.   Okay, please --
 8       Q.   And I just -- I simply read the first
 9  sentence of the letter, "Effective February 16,
10  2000, the wholly owned subsidiary of Compaq
11  purchased certain assets of Inacom Corporation."
12            I'm referring you to that letter simply
13  for the reference to the February 16 date.  And my
14  question is:  When we started off this morning you
15  indicated that your financial analyst and/or account
16  reconciler would communicate with someone in the
17  accounts payable department of Inacom.  My question
18  is simply that after Custom Edge took over the
19  configuration business did your financial analyst
20  and/or account reconciler continue to communicate
21  with the same individuals who had gone to work for
22  Custom Edge?
23       A.   Yes.
24       Q.   Was there anything different about the way
25  the two companies interacted on a day-to-day basis
```

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 11 of 19

Inacom vs. Tech Data                3/4/2005                         MIKE WARD

80

```
 1  now that the entity was Custom Edge instead of
 2  Inacom?
 3      A.   There was -- you know, it was the same
 4  process, but there was always confusion as to who
 5  worked for Custom Edge now.  No.  Let me, let me --
 6  the people that worked for Inacom that we contacted
 7  were now Custom Edge employees.
 8      Q.   Your answer was better put than my
 9  question.  I appreciate that.
10      A.   Yes.
11      Q.   In that regard was there anyone who your
12  staff dealt with on a day-to-day basis that they
13  understood to have remained employed by Inacom as
14  opposed to moving over to Custom Edge?
15      A.   I understand your question.  And the
16  answer to that was it took us some time to decide
17  who was with Custom Edge now and who no longer was
18  -- or who was still with Inacom or released from
19  Inacom.  There was a transition period where we
20  weren't really certain and we were directed by
21  different folks who were giving us the best
22  information they could as they understood it at the
23  time.  There was confusion at that time period.
24      Q.   Did the confusion get sorted out at some
25  point?
```

Inacom vs. Tech Data								3/4/2005								MIKE WARD

81

1    A.    Yes.

2    Q.    How long did that take?

3    A.    **Well into March.**

4    Q.    End of March, beginning of March, mid-March?

6    A.    **Throughout the month of March.**

7    Q.    So there eventually came a time where the transition was completed, and from Tech Data's perspective, the operation ran more smoothly; is that a fair statement?

11    A.    Yes.

12    Q.    As you sit here today, after that transition time had been completed do you have any specific recollection of any individuals that remained at Inacom as opposed to becoming employees of Custom Edge?

17    A.    **That remained with Inacom?**

18    Q.    That remained with Inacom, correct.

19    A.    **I can't recall at that time.**

20    Q.    After you had that conversation with Bill Francis in which you requested the letter -- and I probably asked you this -- did you have any further communications with Mr. Francis during this transition period?

25    A.    **Okay. Again, going back, I don't recall**

Case 1:04-cv-00583-GMS   Document 128-5   Filed 03/14/2006   Page 13 of 19

Inacom vs. Tech Data                    3/4/2005                        MIKE WARD

82

```
 1  that I requested the letter other than to direct
 2  where he wanted to send the letter.  Again, I think
 3  I did have conversations with Bill Francis as
 4  relates to the cross corporate guarantee that you
 5  and I discussed a few moments ago -- cross corporate
 6  guarantees as you and I discussed a few moments ago.
 7        Q.   Did eventually all of the Inacom -- strike
 8  that.
 9             Eventually did all of Tech Data's
10  receivables from Inacom get paid?
11        A.   No.
12        Q.   Do you recall what amount remained unpaid?
13        A.   An amount that comes to mind immediately
14  was somewhere just less than a million dollars that
15  were reconciliation items, items that were being
16  disputed.
17        Q.   What do you mean when you refer to the
18  term reconciliation items?
19        A.   In the normal course of business between
20  any large companies there's of course many, many
21  invoices that are sent.  And the normal course of
22  business there is pricing discrepancies,
23  over-shipments, short shipments, freight charges,
24  anything of that nature that a customer may dispute
25  as not being owed or payable.
```

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 14 of 19

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

83

1  Q. And that's in the normal course of the
2  relationship between a vendor such as Tech Data and
3  its customers?
4  **A. In just about every customer we have**
5  **there's disputes.**
6  Q. Not unique to the relationship between
7  Tech Data and Inacom?
8  **A. Not unique at all.**
9  Ms. Dumas: Off the record.
10 (The deposition was recessed at 11:57 a.m., to
11 be resumed at 12:30 p.m.)
12                    *   *   *

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 15 of 19

Inacom vs. Tech Data                3/4/2005                MIKE WARD

84

```
 1                AFTERNOON   SESSION
 2      (The deposition was resumed at 12:52 p.m.)
 3            CONTINUED DIRECT EXAMINATION
 4  by Ms. Dumas:
 5      Q.    Mr. Ward, would you pick up Exhibit 4
 6  again which is the big pack?  You got it.  And I've
 7  just got one or two questions for you back on this.
 8  And that is, in it there is a reference to Tech Data
 9  requesting a corporate resolution from Compaq that
10  Mr. Francis was authorized to execute a corporate
11  guarantee back on that page 2345 that we were --
12      A.    Yes.
13      Q.    -- reviewing.  Are you with me on that?
14      A.    Yes.
15      Q.    All right.  My question is:  When
16  Mr. Francis sent you the February 16 letter did you
17  request a confirmation, corporate authorization that
18  Mr. Francis was authorized to deliver this letter?
19      A.    No, I did not.
20      Q.    And why not?
21      A.    Because of the letterhead and the title on
22  the letter I had assumed that that was sufficient.
23      Q.    Isn't the reason that you didn't ask for a
24  corporate authorization because this was a comfort
25  letter not a guarantee?
```

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 16 of 19

Inacom vs. Tech Data						3/4/2005						MIKE WARD

85

```
 1           Mr. Tatelbaum:  Objection.  You can
 2      answer.
 3      A.   We saw that as an assumption of the debts
 4 of Inacom.
 5      Q.   So you did not see it as a guarantee?
 6      A.   We saw it as an assumption.
 7      Q.   In your usage of the words is an
 8 assumption of the liabilities different than a
 9 guarantee of the liabilities?
10      A.   Yes, there's a slight difference.
11      Q.   What is that difference?
12      A.   In this instance here they had assumed
13 taking over the debts for them as opposed to
14 guaranteeing yet remaining separate from the entity
15 that they would be guaranteeing for.
16      Q.   All right.  You can put that aside.
17           Ms. Dumas:  I'm going to ask the reporter
18      to mark Exhibit 1 to Mr. Ward's deposition.
19      (The document was marked for identification as
20 Ward Exhibit No. 1.)
21 By Ms. Dumas:
22      Q.   Would you take whatever time you need
23 to --
24      A.   Back on the record?
25      Q.   We're back on the record.
```

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 17 of 19

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

86

        A.    Okay.  And what is this you would like me
to look at?
        Q.    Just this document to see if you can
identify it.
        A.    All the pages here or just in general?
        Q.    In general what it is.
        A.    Okay.
        Q.    Is this a Tech Data business record?
        A.    It appears to be, yes.
        Q.    And what is it?
        A.    Again, this is the ANM notes, that system
that I referred to earlier in my deposition.
        Q.    Same protocol would apply that once an
entry is made in it it can't be changed; is that
correct?
        A.    That's correct.
        Q.    This one on the second line has customer
1147688 Inacom.  The one that we referred to earlier
had a customer 953001, and I believe you testified
earlier that that was originally Custom Edge --
originally Inacom and then Custom Edge, then HP
Direct.  So my question is:  For what purpose was a
new customer number created for Inacom?
        A.    Okay.  This was at the direction of --
this was a result of the acquisition of Inacom,

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 18 of 19

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

87

1  which became Custom Edge by Compaq.  These
2  particular -- this account was established to move
3  over invoices such as disputed invoices or other
4  invoices to properly account for those from the new
5  business being done with Custom Edge.
6       Q.    So when you say "move over disputed
7  invoices" these would have been invoices submitted
8  by Tech Data to Inacom before the closing?
9       A.    Yes.
10      Q.    So is it fair to say that the purpose of
11 this was to wind down and wrap up the Inacom
12 account?
13      A.    Purpose of this was to reconcile ongoing
14 disputes and other invoices to just have a --
15 reflect a better accounting or cutoff period, if you
16 will, from the closing time.
17      Q.    Is this the account that eventually
18 reflected the amounts remaining outstanding that you
19 referred to earlier as a result of that
20 reconciliation process?
21      A.    Well, all the accounts have reconciliation
22 going on with them.  So I'm going to ask you to
23 repeat your question.
24      Q.    I will.  I'll try to make it better.
25            You testified earlier I think, that there

Case 1:04-cv-00583-GMS    Document 128-5    Filed 03/14/2006    Page 19 of 19

Inacom vs. Tech Data                3/4/2005                    MIKE WARD

88

1  -- and correct me if I'm wrong, that there was a
2  process of reconciliation between Inacom and Tech
3  Data, the result of which there was an outstanding
4  amount owing Tech Data by Inacom that was never
5  paid.
6       A.   I think you're referring back to the
7  amount of what I called less than a million dollars
8  that we were reconciling through, which Inacom had
9  disputed all along, even in spite of the closing or
10 regardless of the closing.
11      Q.   Thank you. That is what I was referring
12 to.
13           And my question then, simply trying to
14 understand this, was this account created for the
15 purpose of completing that reconciliation process?
16      A.   Yeah, that was one of the reasons why.
17 Again, it was to have a cutoff period and, two, give
18 a better accounting going forward due to this
19 acquisition closing process.
20      Q.   Why did you need a cutoff period?
21      A.   Actually, I believe Compaq wanted it.
22      Q.   How did you learn that?
23      A.   I think we were instructed by Compaq.
24      Q.   Did they tell you why they wanted you to
25 do a cutoff period?