Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 1 of 15

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

89

     A.    Again, so that there would be a cleaner break going forward for invoices that Tech Data was presenting just on behalf of the Custom Edge dates from that time. Not unusual in situations like this.
     Q.    I should probably lay a little foundation for that. Had you, before this time period, been involved in other situations where customers of Tech Data were acquired by other companies or merged with other companies?
     A.    That's not an uncommon event.
     Q.    And you had personally seen this happen with respect to Tech Data's customers prior to this period of time?
     A.    Yeah, I can't--
         Mr. Hunt: Objection to form, just on what "this" is. If you can answer, go ahead.
     A.    I can't quote any specifics right now. I mean, I can't recall any specific accounts or customers right now, but again, in my years in the accounting profession it's not unusual or uncommon to create something like this.
     Q.    Would you turn to the third page of this exhibit? It's Bates marked 2353 and specifically to the entry on March 2, 2000 at 1642?

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 2 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD
                                                                          90

1   A.    Okay.
2   Q.    All right. And that is employee no. 4669,
3   which is not you, as I recall from this morning; is
4   that right?
5   A.    That's correct.
6   Q.    Do you know who this employee is who made
7   this entry?
8   A.    I'll need a minute to read this.
9         Okay. The tag line on this is Chris
10  Grisar, C-H-G.
11  Q.    How do you spell the last name?
12  A.    G-r-i-s-a-r.
13  Q.    Is that a man or a woman?
14  A.    That was a male.
15  Q.    Did he -- what was Mr. Grisar's position
16  with Tech Data?
17  A.    He was an account reconciliation
18  specialist.
19  Q.    Was he the account reconciliation
20  specialist responsible for the Inacom account at
21  that time?
22  A.    At that time, yes.
23  Q.    The entry reads, and correct me if I'm
24  employing the wrong shorthand, spoke with Tami. Do
25  you know who that refers to, Tami, T-a-m-i?

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 3 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD
                                                                         91

1      A.    I believe that was an accounts payable
2  specialist at Custom Edge.
3      Q.    You don't happen to know her last name?
4      A.    No.
5      Q.    Spoke with Tami.  She had no further
6  information on when the three treasury checks
7  totaling 4.4 million would be released.  Do you know
8  what that entry refers to?
9      A.    That could --
10           Mr. Tatelbaum:  Only if you know.
11     A.    No, I don't.  I don't specifically know.
12     Q.    Were you aware at the time of this entry,
13 March 2, 2000, that Inacom was holding three checks
14 payable to Tech Data totaling 4.4 million in its
15 treasury department?
16     A.    Again, this was that time period when it
17 was confusing as to what was going on.
18     Q.    Okay.  Were you aware of that?
19     A.    Was I aware of?
20     Q.    The fact that Inacom was holding three
21 checks in its treasury department.
22           Mr. Tatelbaum: Excuse me.  It doesn't say
23     holding three checks in the treasury
24     department.  The word holding is not in there.
25     You said that twice.

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 4 of 15

Inacom vs. Tech Data                3/4/2005                    MIKE WARD

92

```
 1            Ms. Dumas:  Yeah.  And I'm also not
 2       referring to the language.  I'm asking a
 3       question.
 4            Mr. Tatelbaum:  Okay.
 5  By Ms. Dumas:
 6       Q.   Mr. Ward, were you aware that this time
 7  frame, March 2, 2000, that Inacom was holding in its
 8  treasury department three checks payable to Tech
 9  Data totaling 4.4 million?
10            Mr. Tatelbaum:  Objection, it's presuming
11       a fact that there is no proof, no testimony
12       that anybody was holding anything.  It's an
13       improper question.
14            Ms. Dumas:  Duly noted.
15  By Ms. Dumas:
16       Q.   You can answer.
17       A.   Do I -- repeat the question.
18            Mr. Tatelbaum:  Ask the reporter to read
19       it back.
20       (The question appearing on page 91, line 7
21  through line 10 was read by the reporter.)
22            Mr. Tatelbaum:  Yes or no?
23       A.   No.
24  By Ms. Dumas:
25       Q.   At any time did you become aware that
```

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 5 of 15

Inacom vs. Tech Data                    3/4/2005                       MIKE WARD

93

1  Inacom was holding three checks totaling 4.4 million
2  in its treasury department?
3       A.   I can't answer that question.  And the
4  reason I can't answer that question is because at
5  that time it was not clear to me if Custom Edge was
6  Inacom or Inacom was Custom Edge or who was working
7  for who.
8       Q.   That's fair.  Then that's an answer.
9       A.   Yeah.
10      Q.   But there was no discussion, to your
11 recollection, within Tech Data of the three checks
12 totaling 4.4 million and when would they hit,
13 anything of that nature?
14      A.   I don't recall any such discussions.
15      Q.   It doesn't stand out in your mind as a
16 particular event that Tech Data was waiting
17 specifically for three checks totaling 4.4 million?
18      A.   No, not specifically, no.
19      Q.   Would you take a look at the entry on
20 March 3, 2000 at 10:50 a.m.?  And that was again by
21 Mr. Grisar?
22      A.   Uh-huh.
23      Q.   I take that back.  Was that an entry by
24 you at 10:50 a.m., 4816, employee 4816?
25      A.   I'm sorry.  You lost me.  Where are we at

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 6 of 15

Inacom vs. Tech Data                3/4/2005                     MIKE WARD

94

```
 1  now?
 2       Q.    May -- March 3 --
 3       A.    Okay.
 4       Q.    -- 2000, about halfway down the page,
 5  10:50 a.m.
 6       A.    Okay.
 7       Q.    And employee 4816.
 8       A.    Yes.  That's me, 4816.
 9       Q.    Okay.  So it says:  MW -- that's Mike Ward
10  -- spoke with Dick Oshlo.  Dick to review the
11  checklist and call Mike Ward back with information
12  for check release schedule today.
13            Did you have a discussion with Mr. Oshlo
14  on or about March 3 on that subject?
15       A.    According to those notes that's what it
16  says, Mike Ward spoke with Dick Oshlo, so I did have
17  a discussion with him.
18       Q.    Do you have any specific recollection, as
19  you sit here today, of conversations with Mr. Oshlo
20  about getting checks released from Inacom's
21  treasury?
22       A.    I had specific conversations with him.
23  However, from what I recall they were generally
24  inconclusive.
25       Q.    Inconclusive in what sense?
```

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 7 of 15

Inacom vs. Tech Data						3/4/2005						MIKE WARD

95

```
 1      A.    In that he would have to get back to me
 2  and let me know what was going to be forthcoming.
 3      Q.    Is it fair to say that he couldn't promise
 4  you when checks would be released when you called?
 5      A.    Yes, that's a fair statement.
 6      Q.    Toward the end of the page there is a
 7  notation on March 7, 2000, at 15:42, by employee
 8  4669, which I think we've established is Mr. Grisar,
 9  that states:  Tami will send E remits for the five
10  checks I noted above.  Said no news on the release
11  of these three treasury checks from last month.
12            In this time frame, March 7, 2000, did you
13  have any discussions with Mr. Grisar about the
14  release of the three treasury checks?
15      A.    I don't recall any specific discussions.
16  I'm sure I would have read the ANM notes here and
17  taken it for what they were written on.
18      Q.    And again, that doesn't spark your memory
19  about, specifically about three treasury checks that
20  Tech Data was waiting for?
21      A.    No.  No.
22      Q.    Would you turn to the next page, please?
23            Mr. Tatelbaum:  Say just for the record,
24      2354.
25            Ms. Dumas:  Thank you.
```

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 8 of 15

Inacom vs. Tech Data                3/4/2005                    MIKE WARD
                                                                      96

By Ms. Dumas:

Q. There is an entry on March 8, 2000 at 16:23 by employee 4816, which is you; is that correct?

A. Yes.

Q. The initials Mike Ward and then: Left voice mail with John Frasca Re: 2.2 million portion of Compaq funds still due on Inacom pre-closing balance.

Do you see that?

A. Yes.

Q. Ask John to update.

What are you referring to in that note?

A. **In that note I would have been asking John Frasca about check information due on the account 953001.**

Q. Was it your understanding that as of March 8, 2000 there was 2.2 million of Compaq funds still due on Inacom's pre-closing balance?

A. **That's as it's stated here in the notes. Other than that I have no memory of that.**

Q. But those -- that you wrote that note, correct?

A. **Yes, I wrote that.**

Q. And when you made notes in the ANM, you

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 9 of 15

Inacom vs. Tech Data                3/4/2005                      MIKE WARD

97

```
 1  tried to be as accurate as possible with respect to
 2  the subject matter, right?
 3      A.   Yes, I did.
 4      Q.   The next note is March 9, 2000, at 14:11.
 5  Again, it's your employee number.  And it says:
 6  Elaine Vaag, V-A-A-G, AP clerical, returned Mike
 7  Ward call in to John Frasca, per John Frasca's
 8  request concerning 2.2 million due from Compaq.
 9           Do you recall having had a conversation
10  with Ms. Vaag on or about March 9?
11      A.   Only to the extent that the ANM notes
12  indicate that I had that call.
13      Q.   Okay.  And do you know what you meant when
14  you said "per John Frasca's request concerning 2.2
15  million due from Compaq"?
16      A.   I'm gathering from these notes --
17           Mr. Tatelbaum:  -- speculate, don't
18      speculate.  If you remember, you remember.  If
19      you don't, you don't.
20      A.   Okay.  I don't.
21      Q.   Let's look at the entry on March 10 at
22  17:31.  Again, your employee number.  Mike Ward
23  spoke with Dick Oshlo, check number 708391,
24  $1,026,316.45 to be mailed on 3/13 or 3/14 to Tech
25  Data hot box.  No checks to be mailed after that --
```

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 10 of 15

Inacom vs. Tech Data                3/4/2005                          MIKE WARD
                                                                            98

```
 1  after that until week later.  Dick recommended Jay
 2  Samuelson as contact for funds due from Compaq for
 3  pre-closing dollars.  And then there's your
 4  initials.
 5              Did I read that correctly?
 6       A.     Yes.
 7       Q.     What does that refer to?
 8       A.     It refers to the fact that I spoke with
 9  Dick Oshlo, who gave me some specific check
10  information and then deferred all further questions
11  to Mr. Jay Samuelson.
12       Q.     As of this date, March 10, did you know
13  who Mr. Samuelson was?
14       A.     Yes.
15       Q.     Who was he?
16       A.     He was a finance manager for -- I had
17  known him to be with Inacom.
18       Q.     Was he in the accounts payable department
19  of Inacom, to your recollection?
20       A.     He was in a financial capacity at Inacom
21  of which accounts payable may have been part of it.
22       Q.     Had you spoken with him in his capacity in
23  the finance department of Inacom before March 2000?
24       A.     I believe I did.
25       Q.     Do you have any specific memory of any
```

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 11 of 15

Inacom vs. Tech Data                3/4/2005                MIKE WARD

99

1  conversations with Mr. Samuelson?
2      A.   I believe I spoke to him about some
3  invoices that needed to be reconciled.
4      Q.   Do you recall whether they were Inacom
5  invoices?
6      A.   Yes, I believe they were Inacom invoices.
7      Q.   What does this mean:  Dick recommended Jay
8  Samuelson as contact for funds due from Compaq for
9  pre-closing?
10     A.   Essentially, what that means is Dick Oshlo
11 didn't really want me calling him anymore.
12     Q.   Is it your recollection that there was --
13 strike that.
14          It was your testimony this morning that
15 Compaq had assumed the liabilities of Inacom to Tech
16 Data, correct?
17     A.   Yes.
18     Q.   Including invoices that had been submitted
19 by Tech Data before the closing, correct?
20     A.   Yes.
21     Q.   Is that what this is in reference to when
22 you say the status of the 2.2 million of pre-closing
23 invoices?
24     A.   Yes.
25     Q.   Do you know why you referenced the amount

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 12 of 15

Inacom vs. Tech Data            3/4/2005                    MIKE WARD

100

```
 1  2.2 million?
 2       A.    Not at this particular time, I don't
 3  recall.
 4       Q.    Do you think you did at the time?
 5       A.    That I knew at the time?
 6       Q.    (Nods head up and down.)
 7       A.    Yes, at the time I probably knew what that
 8  referenced.
 9       Q.    Okay.  The next entry is on the 13th of
10  March at 10:25 a.m., again by you:  Left voice mail
11  with Jay Samuelson per Dick Oshlo's recommendation
12  to discuss with Jay the status of the 2.2 million of
13  pre-closing invoices still open that Compaq had
14  claimed responsibility of.
15             What you were referring to there?
16       A.    In this particular ANM note it's clear to
17  me that I was calling about 2.2 million dollars that
18  Compaq was going to pay on behalf of Inacom.
19       Q.    Do you know why you were asking for 2.2
20  million dollars?
21       A.    I can only speculate at this time.
22       Q.    Isn't it the reason that you were only
23  asking for 2.2 million is because that was the
24  balance that Compaq had assumed?
25       A.    No, that's not true.
```

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 13 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

101

1  Q.    How do you know that?

2  A.    Because I don't recall any specific amount
3  that Compaq had ever said they would assume and
4  limited themselves to that.

5  Q.    And that's what you believed at the time?

6  A.    That's what I believed all along.

7  Q.    How do you explain the statement: 2.2
8  million in pre-closing invoices still open that
9  Compaq had claimed responsibility of?

10 A.    Again, I would be speculating on that
11 exact number since I can't recall for sure at this
12 point what that is.

13 Q.    Okay. I don't want you to speculate.
14       What did you mean by the words "claimed
15 responsibility of?"

16 A.    Which would have been assumed based on the
17 letter from Bill Francis that was presented to Tech
18 Data.

19 Q.    So your interpretation, as you sit here
20 today, of the note you made, which was almost five
21 years ago, is that Compaq had claimed responsibility
22 of all the receivables, you were just asking about
23 2.2 million; is that fair?

24 A.    All the payments to Tech Data. And at
25 that time we would have been focused on 2.2 million

Case 1:04-cv-00583-GMS   Document 128-6   Filed 03/14/2006   Page 14 of 15

Inacom vs. Tech Data          3/4/2005                    MIKE WARD
                                                              102

```
 1  of that.
 2       Q.    All right.  Would you go down to the entry
 3  on March 13, at 17:27?
 4       A.    Yes.
 5       Q.    Mike Ward left voice mail with Dick Oshlo
 6  where verification that check number 708391 for
 7  $1,026,316.45 has been sent.  Mike Ward spoke with
 8  Wendy Barenson for same verification.
 9             Who is Wendy Barenson?
10       A.    As I recall, Wendy Barenson was an
11  original Inacom employee who was in an accounts
12  payable supervisory or management position.
13       Q.    Did you speak with Ms. Barenson?
14       A.    On occasion I did speak with Ms. Barenson.
15       Q.    Did you speak with her on this topic to
16  verify that this check number 708391 for a little
17  over one million had been sent?
18       A.    It says here that I did speak with her
19  about that.
20       Q.    But you have no recollection of having
21  spoken with her?
22       A.    Not any specific telephone call.
23       Q.    Okay.  It goes on to say:  However, no
24  confirmation has been received.  Also, left voice
25  mail with Jay Samuelson for update on Compaq's side
```

Case 1:04-cv-00583-GMS    Document 128-6    Filed 03/14/2006    Page 15 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD
                                                                        103

```
 1  of receivable 2.2 million.
 2          Do you see that?
 3       A.   Yes.
 4       Q.   What were you referring to there?
 5       A.   Again, I was referring to the time period
 6  where we were trying to tie down exactly who was it
 7  we were supposed to be speaking to to address these
 8  open payables.
 9       Q.   What did you mean by the term "Compaq side
10  of receivable?"
11       A.   The receivables that Compaq had assumed on
12  behalf of Inacom.
13       Q.   What did you mean by Compaq side of
14  receivable 2.2 million?
15       A.   I don't recall at that time.
16       Q.   Mr. Ward, isn't it the case that what
17  really happened was that Tech Data was expecting to
18  collect 4.4 or 4.5 million from cashing checks of
19  Inacom's and that the pre-closing invoices that
20  Compaq was responsible for was 2.2 million?
21       A.   Again, there was no specific numbers that
22  Compaq ever told us that we -- that they would be
23  responsible for other than all, all trade payables
24  and liabilities as it's outlined in that letter from
25  Bill Francis.
```