Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 1 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD
                                                                        104

1   Q. But isn't what I'm saying to you
2   consistent with your letter to Mr. Guenthner wherein
3   he expressed that Compaq was going to pay the
4   payables other than payables that had a check
5   written against them?
6   A. **Well, again, I'm going to say that the**
7   **Compaq letter from Bill Francis superseded that**
8   **one-way conversation that Dick Guenthner had with**
9   **Tech Data per the telephone call.**
10  Q. All right. And that letter you received
11  on February 16, 2000, correct?
12  A. **The one from Bill Francis.**
13  Q. Yet here in March 2000 after you got that
14  letter you were asking to follow-up on payment on --
15  you say it in a number of different ways, the 2.2
16  million portion of Compaq's funds still due, the
17  Compaq side of the receivable, the 2.2 million of
18  pre-invoices still open that Compaq had claimed
19  responsibility of; how do you explain that
20  distinction?
21       Mr. Hunt: Objection, argumentative, asked
22   and answered. Answer if you can.
23       Mr. Tatelbaum: You can answer, or if you
24   want to ask the reporter read it back again you
25   can.

Case 1:04-cv-00583-GMS    Document 128-7    Filed 03/14/2006    Page 2 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

105

    A.    Again, I want to refer to the point that there was a lot of confusion as to what was Custom Edge as opposed to pre-closing, post closing, who was in with Inacom, who was with Custom Edge now. And you can see from these notes that we were trying to get some sort of rhythm or routine drawn so we could understand what the payment schedules were going to be.

    Q.    Let's go on.

    A.    It was rather frustrating at that time.

    Q.    Thank you. Will you turn now to the next page, which is Bates marked 2355 at the bottom? Well, actually, from the bottom of 2354 there is an entry on March 14, 9:46 a.m. that trails over to the top of the following page. Again, it's an entry you made.

    Donna Platt, Cathy Schmalfeldt -- am I saying that right?

    A.    Yes.

    Q.    And who was she?

    A.    She was a Tech Data -- you know what? I don't recall who she was.

    Q.    Donna Platt, Kathy Schmalfelt left voice mail with John Frasca and Kevin Rose, re: 2.2 million of Compaq's responsibility on pre-closing

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 3 of 15

Inacom vs. Tech Data                3/4/2005                     MIKE WARD
                                                                      106

1  invoices.
2         Did you make that notation?
3  A.    Yes; 4816 is me.
4  Q.    And do you know who Mr. Rose was?
5  A.    I don't recall anymore who Mr. Rose was.
6  Q.    Do you recall what you were referring to
7  when you said: re: 2.2 million of Compaq's
8  responsibility on pre-closing invoices?
9  A.    Again, that goes back to my previous
10 answer that I, that I've given you to that question.
11 Q.    That you were confused?
12 A.    Yes.
13 Q.    Did you delegate to Mr. Grisar the
14 responsibility of tracking down the three treasury
15 checks for 4.5 million?
16        Mr. Tatelbaum: Objection, there's been no
17    proof that anybody -- 3.5 million or three
18    treasury checks were being tracked down. He
19    hasn't testified to that. In fact, he's
20    testified to the exact opposite.
21 Q.    You can answer.
22 A.    Mr. Grisar's responsibility, whether or
23 not I would tell him directly, was always to be in
24 contact daily with customers such as Compaq for
25 check information, as well as other customers that

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 4 of 15

Inacom vs. Tech Data                3/4/2005                         MIKE WARD
                                                                         107

```
 1  he was responsible for.
 2       Q.   Okay.  Did you -- my question was:  Did
 3  you specifically instruct him to follow-up on the
 4  three treasury checks 708391, 709697 and 710575 that
 5  were in Inacom's treasury department?
 6       A.   I don't recall that.
 7       Q.   Will you look at the entry Mr. Grisar made
 8  on March 14 at 14:39?  Spoke with Tami, said she is
 9  hopeful the three treasury checks, paren, 708391,
10  709697, 710575, end paren, for $4,555,370 will be
11  released this week but no promises.
12            Did you have any discussions with
13  Mr. Grisar about that notation?
14       A.   Again, given the fact that there was
15  literally millions of dollars involved in this
16  account, it's hard for me to say exactly what those
17  check numbers would have been paying or were
18  expected to pay.  Again, this was a multi million
19  dollar account and we could only pretty much have
20  conversations about one specific check or two or
21  three at a time given the sheer volume of this
22  business.
23       Q.   Is it fair to say it's not your
24  recollection that that notation reflects payments
25  that Tech Data was expecting from Inacom, not from
```

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 5 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

108

1  Compaq?
2          Mr. Tatelbaum: Objection. He didn't make
3      the notation.
4      Q.   You can answer.
5          Mr. Tatelbaum: You haven't asked him if
6      he was aware of that.
7      Q.   You can answer.
8          (The question appearing on page 106, line 24
9  through page 107, line 2 was read by the reporter.)
10     A.   It's fair to say that, yes.
11     Q.   All right. Let's look at your next entry
12 on March 15. This is just shy of a month after the
13 Bill Francis letter, at 14:59. Mike Ward spoke with
14 Elaine Vaag, check number 2002272, $97,393.41 being
15 sent regular mail to hot box today. This is for
16 Compaq's side of pre-closing Inacom invoices.
17         Did you write that on or about March 15?
18     A.   If that's what it says that I did, yes.
19     Q.   And what were you referring to when you
20 used the term "Compaq side of pre-closing Inacom
21 invoices?"
22     A.   Again, I don't know. I don't recall
23 because of the fact that there was so much different
24 transactions involved with Custom Edge, Compaq, our
25 regular customer, Inacom, trying to decide again who

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 6 of 15

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

109

1  was still working with Inacom, who was transferred
2  over to Custom Edge. So I'll refer back to my other
3  earlier answers on that question.
4      Q.  You have no idea why, as you sit here
5  today, you used the expression Compaq side of
6  pre-closing Inacom invoice?
7      A.  No, I don't recall at this time.
8      Q.  Is it possible that what you were
9  referring to is the fact that of the open and
10 outstanding Inacom invoices at the closing Compaq
11 assumed liability for some, and Inacom was going to
12 pay others?
13     A.  Again, I'm going back to the letter that
14 Bill Francis gave us that said that they were
15 assuming everything.
16         Ms. Dumas:  Move to strike the answer as
17     nonresponsive.
18         Mr. Tatelbaum:  Denied.
19 By Ms. Dumas:
20     Q.  Is it possible that what your notation
21 refers to is the fact that Compaq was going to
22 assume some of the pre-closing invoices and Inacom
23 was going to pay others?
24         Mr. Tatelbaum:  Objection, asked and
25     answered. You can answer it again.

Case 1:04-cv-00583-GMS    Document 128-7    Filed 03/14/2006    Page 7 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

110

```
 1        A.    Again, I don't recall at this time.
 2        Q.    The next entry is on March 16, 2000 at
 3   11:10.  Mike Ward spoke with Roger Richter.
 4              Who is Mr. Richter?
 5        A.    Mr. Roger Richter was the Vice president
 6   of Sales with Tech Data, outside sales with Tech
 7   Data, who had a relationship as the V.P. of sales
 8   with Inacom previously, and then Custom Edge.
 9        Q.    The notation reads:  Roger was provided an
10   update on the balance due on this account from the
11   Inacom and Compaq side who is meeting today with
12   Custom Edge, including John Frasca.  Mike Ward noted
13   to Roger that at this time 4.55 million was still
14   due from Inacom and 2.1 million was still due from
15   Compaq on the pre-closing invoices.
16              Did you make that notation?
17        A.    It says that I did, yes.
18        Q.    Do you have any recollection of what you
19   meant by that notation?
20        A.    Again, we're trying to account for the
21   pre-closing and post closing sales to Inacom and
22   Custom Edge.
23        Q.    And what was the purpose of your providing
24   this information to Mr. Richter?
25        A.    Roger Richter is the Vice President of
```

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 8 of 15

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

111

1  Sales on that account, had an ongoing interest in
2  it.
3       Q.   Is the statement that you made in this
4  notation incorrect?
5       A.   I have no way of knowing it was
6  incorrect.  That's what I made at the time.
7       Q.   Do you believe, as you sit here today,
8  that it was incorrect?
9       A.   I believe at the time I made it I tried to
10 be as correct and accurate as I could be.
11      Q.   So where it says "Mike Ward noted to Roger
12 that at this time 4.55 million was still due from
13 Inacom and 2.1 million was still due from Compaq on
14 the pre-closing invoices," you attempted to be
15 correct, right?
16      A.   I attempted to be correct.
17      Q.   Okay.  Would you refer down to the bottom
18 of that page on March 17, 2000, St. Patrick's Day,
19 at 12:24, where you made the notation --
20           Mr. Tatelbaum:  Excuse me.  It's not his
21      number.
22      Q.   I apologize.  It's probably Mr. Grisar.
23 Let me just double-check.  Yes, it is.
24           All right.  Would you read the notation
25 where Mr. Grisar said:  Spoke with Tami, said three

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 9 of 15

Inacom vs. Tech Data                  3/4/2005                          MIKE WARD

112

1  treasury checks will probably be released, one per
2  week. So we will probably -- "prob" -- get check
3  709697, 1.335 million by month end, but check
4  710575, 2.194 million will likely be early April.
5          Did you discuss with Mr. Grisar on or
6  around March 17th this conversation he had with
7  Tami?
8       A.   **I don't recall having any detailed**
9  **conversation about that.**
10      Q.   Did you have any conversations at all with
11 Mr. Grisar about his efforts to get three treasury
12 checks totaling 4.5 million released from Inacom's
13 treasury department?
14      A.   **I don't recall.**
15      Q.   Were three checks in fact eventually
16 released from Inacom's treasury department and paid
17 to Tech Data?
18      A.   **I don't know about --**
19           Mr. Tatelbaum: Objection, if you --
20      A.   **Yeah, I don't know about that.**
21 By Ms. Dumas:
22      Q.   If that had occurred where would it be
23 reflected in Tech Data's records?
24           Mr. Tatelbaum: Objection. If what
25      occurred? They received it or it was

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 10 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

113

1    released?
2         Ms. Dumas:  Released.
3         Mr. Tatelbaum:  That's not what you said.
4    It's a compound question.  You said was it
5    released from treasury and did they receive it.
6         Ms. Dumas:  Good objection.  Thank you,
7    Mr. Tatelbaum.
8    By Ms. Dumas:
9         Q.  Did Tech Data eventually receive three
10   checks from Inacom in or around the end of March
11   2000 totaling 4.55 million dollars?
12        A.  **I couldn't recall any more than what's**
13   **documented here in the ANM notes.**
14        Q.  If it had been received by Tech Data where
15   would that be reflected in Tech Data's records?
16        A.  **It would be reflected in our cash**
17   **applications department and then later on, again, it**
18   **would be updated in these ANM notes by someone like**
19   **Mr. Grisar.**
20        Q.  If I can refer you back to the top of page
21   2355, that entry on March 14 at 14:39 by Mr. Grisar
22   where it says:  Spoke with Tami, said she is hopeful
23   the three treasury checks, paren, 708391, 709697 and
24   710575, end paren, for 4,555,370 will be released
25   this week.

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 11 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

114

                    Now would you -- and I simply referred
back to that because that contains the three check
numbers.  Will you now go to page 2356 and there is
an entry on March 22 at 9:15 and another one at
16:06 where Mr. -- excuse me, that reads Mr. -- The
first entry is Mr. Grisar's employee number,
received check 708391, hot box, $1,026,316.45.  And
then the next entry is employee 3577.
           Do you know who that is?
      A.   **That is Yvette Thompson and that's from
the initials that I know that.**
      Q.   T-h-o-m-p-s-o-n?
      A.   **T-h-o-m-p-s-o-n, yes.**
      Q.   And Ms. Thompson indicates:  Received
check number 2002576 at $1,050,466.79 and check
number 709697.  There's two references to the
receipt of the first of those -- excuse me, there is
a reference to the receipt of 708391, and 709697.
Two of the three checks referred to in Mr. Grisar's
earlier e-mail.
           And then on the top of page 2357 the very
first entry on March 27, 2000, at 15:40, that's an
entry that you made, spoke with Elaine Vaag, Inacom
treasury released check 710575 for $2,194,094.75.
This is the last check expected on pre-closing

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 12 of 15

Inacom vs. Tech Data          3/4/2005                MIKE WARD
                                                        115

1  invoices. Check to arrive at hot box 3/28.
2         Did you make that entry?
3      A.  Yes, I did.
4      Q.  What did you mean when you said this is
5  the last check expected on pre-closing invoices?
6      A.  Again, trying to account for the balances,
7  the invoices that were open, this would have been a
8  notation to try to keep it clear for us whether it
9  was post closing or pre-closing or in-between.
10     Q.  Isn't what you meant by this, this is the
11 last check expected from Inacom on pre-closing
12 invoices?
13     A.  Well, again, I was trying to decide who
14 was responsible for paying those checks, which was
15 Compaq.
16     Q.  In this you're confirming that the last of
17 these three checks has been received; isn't that
18 right?
19     A.  That's what I stated here in the ANM
20 notes.
21     Q.  Does this refresh your recollection that
22 check numbers 708391, 709697 and 710575 were, in
23 fact, for 4.55 -- $4,555,370 were actually received
24 by Tech Data by the end of March 2000?
25     A.  As it says here in the record, yes.

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 13 of 15

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

116

1    Q.   And Tech Data accepted payment of those
2  checks, correct?
3    A.   Well, they were received into our bank
4  lock boxes.
5    Q.   Did Tech Data apply those to outstanding
6  Inacom invoices?
7    A.   They would have been applied as directed
8  by the individual responsible on the other side as
9  to what invoices would be paid.  In other words,
10 when Tech Data receives funds from a customer there
11 is typically a remittance invoice that accompanies
12 that to show exactly which invoices or how much on
13 invoices to be paid by those funds.
14   Q.   To the best of your recollection, did Tech
15 Data apply those payments in accordance with the
16 remittance invoice received from Inacom?
17   A.   To the best of my knowledge we would have
18 done that, yes.
19   Q.   Why did Tech Data accept payment from
20 Inacom?
21   A.   At that point in time we just wanted to be
22 paid for the product that was owed to us and we had
23 no particular concern where the funds would be
24 coming from.
25   Q.   So even though you thought that Compaq had

Case 1:04-cv-00583-GMS   Document 128-7   Filed 03/14/2006   Page 14 of 15

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD

117

1  assumed those liabilities you accepted the money
2  from Inacom?
3       A.   It didn't matter to us where the funds
4  came from.  The funds may have originated from
5  Compaq for all we know or any other source.  As long
6  as we were getting paid for the product that we had
7  supplied to Inacom in the past, or Custom Edge, or
8  Compaq, it made no difference to us.
9       Q.   Did anybody at Inacom, before it filed
10 bankruptcy, contact you and say we sent you those
11 checks in error and we'd like them back?
12      A.   No.
13      Q.   You testified earlier that ultimately
14 Inacom ended up owing Tech Data the sum of a little
15 less than a million; is that right?
16      A.   They were disputed invoices and the amount
17 of less than a million was mostly disputed invoices
18 that Inacom felt they did not owe, even if they had
19 remained in business without any involvement with
20 Compaq.
21      Q.   Did Tech Data ever make demand on Compaq
22 to pay those amounts?
23      A.   In the terms of a formal demand letter?
24      Q.   In any sense of the word.
25      A.   In the sense that I understand it in your

Case 1:04-cv-00583-GMS    Document 128-7    Filed 03/14/2006    Page 15 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

118

1  question, it would be a formal demand for payment.
2      Q.   Okay.  Let me rephrase my question then.
3      A.   Yes, please.
4      Q.   Did -- strike that.  Do you know what the
5  sum was with any more particularity than less than a
6  million?
7      A.   The number $969,000 comes to mind.
8      Q.   Did Tech Data ever ask Compaq to pay it,
9  the $969,000?
10     A.   I don't know.
11         Ms. Dumas:  Thank you.  I have no further
12 questions for you.
13         Mr. Tatelbaum:  Can we take a couple
14 minutes break before you start?
15         Mr. Caine:  Sure.
16     (A recess was taken from 1:45 to 1:54 p.m.)
17                      *  *  *  *
18                   Cross Examination
19 By Mr. Caine:
20     Q.   Good afternoon, Mr. Ward.
21     A.   Good afternoon.
22     Q.   I represent Inacom.  And I just have a few
23 questions for you.
24         There has been some questioning this
25 morning about the $900,000 or so in disputed