Case 1:04-cv-00583-GMS   Document 128-8   Filed 03/14/2006   Page 1 of 15

Inacom vs. Tech Data                        3/4/2005                              MIKE WARD
                                                                                        119

```
 1  invoices for which Tech Data filed a proof of claim
 2  in the Inacom bankruptcy.
 3              Did you have any involvement in the
 4  preparation of that proof of claim?
 5       A.   I may have signed off as one of the
 6  authorization signers for it, that would be what I
 7  would limit it to.
 8       Q.   Do you recall reviewing the material or
 9  data in the claim before it was filed?
10       A.   No.  That's done by our ADR Department,
11  our Advance Debt Recovery Department and it's pretty
12  much a formality for me to sign off.  Having known
13  that they were bankrupt I simply authorized it to
14  continue the process.
15       Q.   These reconciling issues or invoice
16  disputes that made up the claim, in what period of
17  time in the normal course are they generally
18  resolved?
19       A.   Some are resolved rather quickly.  Others
20  can go on for a year, a year and a half, two years,
21  depending on the complexity of the issue involved
22  and the reconciliation issues.
23       Q.   In the general sense in Tech Data is it
24  less likely that you'll collect those disputed
25  invoices as time goes on and on?
```

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 2 of 15

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

120

1    A.    Yes, in a general business sense it is
2 less likely that they would be collected.
3    Q.    Moving to another subject, when you had
4 telephone conversations with anyone at Inacom or
5 Custom Edge or Compaq about their accounts, would
6 you note them in the ANM system?
7    A.    Yes. And I tried to do that.
8    Q.    Do you recall any written communications
9 with anyone at Inacom?
10   A.    Yes, we did have some e-mails go back and
11 forth between us.
12   Q.    Can you identify any individuals with whom
13 you exchanged e-mails?
14   A.    I can identify, i believe John Frasca, I
15 may have sent some to Nancy Pearson or other people
16 in the accounts payable department. And I'm -- can
17 I ask for clarification? What time period you're
18 asking, or is this any time period at all, does it
19 matter?
20   Q.    I was asking about any time period at all
21 with Inacom employees.
22   A.    Yes. Yes. It would not be unusual for us
23 to exchange e-mails.
24   Q.    Do you recall any e-mail exchanges with
25 Inacom employees after February 1 of 2000?

Inacom vs. Tech Data                3/4/2005                MIKE WARD

121

```
 1      A.    With Inacom employees?
 2      Q.    Yes.
 3      A.    After February 1 of 2000?
 4      Q.    Yes.
 5      A.    There may have been some e-mails, but I
 6  may not have known exactly nor sure if they were
 7  with Inacom or with Custom Edge.
 8      Q.    Do you recall any e-mails after February 1
 9  of 2000, specific e-mails, with Mr. Oshlo?
10      A.    I don't recall any specifically from
11  Mr. Oshlo.
12      Q.    Do you recall any e-mail communications
13  after February 1 of 2000 with Mr. Frasca?
14      A.    Yes, I believe there was two or three
15  maybe that we had exchanged each other.
16      Q.    Do you recall the subject matter of those
17  e-mails?
18      A.    I believe the subject matter was that,
19  again, concerning Compaq was assuming the
20  liabilities of Inacom as a result of this
21  acquisition.
22      Q.    Do you know if copies of those e-mails are
23  maintained by Tech Data?
24      A.    Yes, I believe there may be some.
25      Q.    Do you know where they physically are at
```

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 4 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

122

1  this moment?
2      A.   I believe I have some in my records that I
3  have provided to our attorneys.
4          Mr. Tatelbaum:  We can give you some
5      today.
6          Mr. Caine:  Okay.
7  By Mr. Caine:
8      Q.   Do you recall any e-mails after February 1
9  of 2000 with Nancy Pearson?
10     A.   I don't recall any, no.
11     Q.   If there were any e-mails between you and
12 anyone employed or formerly employed by Inacom as of
13 February 1, 2000 would you still maintain copies of
14 them?
15     A.   The copies that I had I provided to our
16 attorneys, Mr. Tatelbaum and Mr. Hunt.
17     Q.   At some point in time after February 1 of
18 2000, Tech Data received payments on the Inacom
19 pre-closing invoices, correct?
20     A.   That's as I understand it, yes.
21     Q.   Do you know whether Tech Data received
22 transmittal letters that went with those payments?
23     A.   The payments were directed from Compaq or
24 Custom Edge or Inacom, or whoever you choose, to our
25 bank lock boxes.  We don't necessarily see or

Case 1:04-cv-00583-GMS   Document 128-8   Filed 03/14/2006   Page 5 of 15

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

123

1  receive any correspondence -- let me restate that.
2  We wouldn't know if there was any correspondence
3  that came in with those checks unless the bank was
4  to go ahead and turn around and forward it on to
5  us.  I'm not aware of any such correspondence.
6      Q.   A little bit earlier in the deposition you
7  made the comment that it was your understanding in
8  February of 2000 that Inacom was financially sound;
9  do you remember making that comment?
10     A.   Yes, I remember making that comment.
11     Q.   On what basis did you have that
12 understanding?
13     A.   From the public information that was
14 available to us in the forms of the SCC 10Q filings
15 and 10K filings.
16     Q.   As of February 2000 do you remember the
17 last Inacom 10K or 10Q that you had seen, the date
18 of it?
19     A.   No, I don't.
20     Q.   Was there any other basis for your
21 understanding, as you stated, that Inacom was
22 financially sound?
23     A.   Only the information that was publicly
24 available and the fact that Inacom was continuing to
25 make payments to Tech Data as they were due.

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 6 of 15

Inacom vs. Tech Data                3/4/2005                        MIKE WARD

124

Q.  As of February 2000 had Inacom reached the upper end of its credit limit with Tech Data?

A.  It's a possibility that it could have, yes.

Mr. Caine: I have nothing further.

Ms. Dumas: I just have a -- Can I speak in --

Mr. Tatelbaum: Sure.

* * * *

Redirect Examination

By Ms. Dumas:

Q.  Mr. Ward, earlier when I was asking you questions this morning I asked you how you defined the term account payable; do you remember that?

A.  Yes, I do.

Q.  You have a -- you hold a CPA, right, you're a Certified Public Accountant?

A.  That's correct.

Q.  And were you in 2000?

A.  Yes, I was.

Q.  Using your definition as you understand account payable used in connection with the accounts of a company, when a check is written against that payable, isn't it true that it no longer becomes an open payable on the books of the paying company?

Inacom vs. Tech Data                3/4/2005                MIKE WARD

125

1    A.   In my experience as an auditor before my
2  association with Tech Data, I can say that different
3  companies have different processes for making
4  payments or relieving payables from their books.
5    Q.   What might some of those be that you were
6  familiar with?
7    A.   Some of those would be that when the, when
8  the check is cut it could relieve the payables from
9  the accounts payable ledger, others may maintain
10 them on the accounts payable ledger until the check
11 clears the bank.  I mean, there's everything in
12 between.  So there is no one standard format for how
13 there is an accounts payable cycle, if you will, per
14 se.
15   Q.   Do you know how Inacom's accounts payable
16 ledger was maintained?
17   A.   I definitely do not.
18        Ms. Dumas:  Thank you.  No further
19 questions.
20        Mr. Tatelbaum:  Okay.  He will read and
21 sign.
22        The Reporter:  And you will handle the
23 reading and signing?
24        Mr. Tatelbaum:  Yes.
25        Mr. Hunt:  I'll just mention that I

Case 1:04-cv-00583-GMS   Document 128-8   Filed 03/14/2006   Page 8 of 15

Inacom vs. Tech Data                 3/4/2005                    MIKE WARD

126

```
1    received some e-mails from Mr. Ward late
2    yesterday afternoon and one of those is what
3    you got today and I haven't reviewed the rest
4    of them.
5         Ms. Dumas:   Off the record.
6    (The deposition was concluded at 2:15 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 9 of 15

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

127

```
Mike Ward
C/O Stephen C. Hunt, Esquire
Charles M. Tatelbaum, Esquire
Adorno & Yoss
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Fl  33301

In re:  Inacom Corp., et al.

Dear Mr. Ward:
        As you will recall, at the conclusion of
your deposition taken on March 4, 2005 in the
above-mentioned action, you requested that you be
given the opportunity to review your transcript
before it is filed with the Court.
        Please read your enclosed courtesy copy of
the transcript, make any corrections on the
subscription page necessary, and sign it.
        Please forward the original errata to the
offices of Cecily Dumas, Esquire within two weeks of
receipt of the transcript so that it may be filed
with the Court.

        If you have any questions, please feel
free to call me.
              Thank you,


              Lois H. Simonds
              Registered Professional Reporter
```

Inacom vs. Tech Data                    3/4/2005                        MIKE WARD

128

```
 1              Subscription of Deponent
        I, Mike Ward, hereby certify that I have read
 2  the foregoing deposition given by me on March 4,
    2005, and that the transcription is in conformity
 3  with my testimony, with the exception of the
    following corrections, if any:
 4

 5


 6  Page        Line        Correction

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                          Mike Ward      Date

24

25
```

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 11 of 15

Inacom vs. Tech Data                3/4/2005                      MIKE WARD
129

CERTIFICATE OF OATH

STATE OF FLORIDA:
COUNTY OF ORANGE:

    I, Lois H. Simonds, do hereby certify that I placed under oath the deponent, Mike Ward, at the time and place herein designated.

    Witness my hand and official seal this 18th day of March, 2005.

_____
RPR, Notary Public,
State of Florida at Large.

Inacom vs. Tech Data   3/4/2005   MIKE WARD

130

```
 1              CERTIFICATE OF REPORTER
 2  STATE OF FLORIDA
    COUNTY OF ORANGE
 3
 4       I, Lois H. Simonds, Registered Professional
    Reporter, certify that I was authorized to and did
 5  stenographically report the foregoing proceedings at
    the time and place herein designated; and that the
 6  foregoing pages 5 through 127, inclusive, constitute
    a true, complete and accurate transcription of my
 7  said stenotype notes.
 8       I further certify that I am not of counsel for,
    related to, or employed by any party hereto or
 9  attorney involved herein, nor am I financially
    interested in the outcome of this action.
10
```

[signature]

RPR, Notary Public,
State of Florida at Large.

**WORD INDEX**

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 14 of 15

Inacom vs. Tech Data                    3/4/2005                         MIKE WARD
                                                                              131

**A**
abbreviation 67:9
abie 10:4 17:17 27:5
  50:1,4,5,6
above-mentioned
  127:10
accept 55:14 116:19
acceptable 5:23 51:24
accepted 51:23 116:1
  117:1
access 45:21
accompanies 116:11
accompany 41:7
account 10:5 14:16,17
  14:21 15:11,16,19
  16:21 17:3,10 19:18
  19:24 25:6,7 26:14
  28:8,20 30:5,14,16
  30:21 31:9,12,12,13
  31:14,15,17,21 45:17
  48:23 51:13 52:4,8
  52:13,14 62:14,15
  63:3 65:19 67:23
  74:9 75:19,21,22
  77:12,16,17,25 79:15
  79:20 87:2,4,12,17
  88:14 90:17,19,20
  96:15 107:16,19
  110:10,20 111:1
  115:6 124:14,22
Accountant 124:17
accountants 29:3
accounting 8:22 11:10
  11:11,13 12:8 14:13
  87:15 88:18 89:21
accounts 8:7 14:24
  15:21,25 17:6,7 26:6
  26:13 27:6 30:8 31:9
  42:24 44:25,25 60:16
  61:9,16 76:20 77:4
  79:17 87:21 89:19
  91:1 98:18,21 102:11
  120:5,16 124:22
  125:9,10,13,15
accreditation 9:12
accurate 97:1 111:10
  130:6
accurately 39:16 41:17
acknowledging 53:9
acquire 33:4,12
acquired 89:9
acquiring 32:16
acquisition 15:4 33:21
  33:21 78:12 86:25
  88:19 121:21
act 60:15
acting 56:25

action 1:9,14,19 2:3,9
  56:24 127:10 130:9
actions 54:25 55:1
active 9:10
actively 58:22
activity 18:9 19:18,21
  77:21
actual 60:20
adding 12:25
address 5:12 103:7
adjustments 41:14
Adorno 3:9 127:4
ADR 119:10
Advance 119:11
advices 52:19
affirmation 65:11
affirmative 4:23
afternoon 4:6 84:1
  118:20,21 126:2
agencies 42:18
ages 8:9
agings 48:6
ago 14:6 24:2 26:2 58:6
  82:5,6 101:21
agree 49:7
agreed 4:17
agreement 10:10 29:14
ahead 18:20 89:17
  123:4
al 1:4,7,13,18 2:1,7
  127:6
allocated 74:14
allowed 7:1
allows 19:4
aloud 34:18
amount 9:18 10:6 26:8
  28:14 62:14 82:12,13
  88:4,7 99:25 101:2
  117:16
amounts 87:18 117:22
analyst 15:18 17:3,10
  79:15,19
analysts 15:19
Andrew 3:3
Andy 18:15,16
and/or 79:15,20
Angeles 3:5
ANM 18:23 19:3,12,18
  19:23 67:8,10 75:4
  86:11 95:16 96:25
  97:11 100:16 113:13
  113:18 115:19 120:6
announced 29:14
answer 4:20 6:13,15
  29:23 66:12,14 71:9
  80:8,16 85:2 89:17
  92:16 93:3,4,8

  104:22,23 106:10,21
  108:4,7 109:16,25
answered 58:22 104:22
  109:25
answers 6:10 109:3
anybody 60:8 62:7,9
  64:10,15 92:12
  106:17 117:9
anymore 15:18 99:11
  106:5
anyplace 53:23
AP 21:16 60:16 61:8
  97:6
apologize 18:13 111:22
apparently 73:11 75:3
Appearances 3:1 4:3
appearing 66:14 92:20
  108:8
appears 20:6 21:7 34:4
  34:11 41:5 67:11
  71:21 72:2 86:9
applications 113:17
applied 116:7
apply 86:13 116:5,15
appreciate 65:15 75:9
  80:9
appropriate 37:19
  41:14 76:22,22
approved 68:17
approximately 42:20
  47:23
April 7:22 11:3 112:4
AR 50:23 67:8
argumentative 104:21
arithmetic 13:12
arrive 31:2 115:1
art 29:2
Arts 9:2
aside 22:9 57:11 85:16
asked 14:6 21:20 44:6
  46:7 58:18 72:4
  74:24 81:22 104:21
  108:5 109:24 124:13
asking 49:23,24 58:6
  71:23 78:17 92:2
  96:14 100:19,23
  101:22 104:14
  120:18,20 124:12
asset 12:9,11
assets 15:5 22:14 60:14
  79:4,11
assigned 15:21
association 9:11,18
  125:2
assume 31:7 39:19
  40:23 48:22 51:12
  65:19 66:4 101:3

  109:22
assumed 56:14,18
  62:13 66:8,10 84:22
  85:12 99:15 100:24
  101:16 103:11
  109:11 117:1
assuming 59:11 65:7
  109:15 121:19
assumption 85:3,6,8
asterisked 71:13 73:24
attempt 37:8
attempted 111:14,16
attention 17:11 34:10
attitude 29:25
attorney 130:9
attorneys 122:3,16
audibly 6:19
audit 11:24 12:1
auditor 11:17,18 125:1
auditor's 10:20
authority 17:21 73:5
  73:14
authorization 84:17,24
  119:6
authorizations 28:13
authorized 84:10,18
  119:13 130:4
available 10:22 26:7
  42:25 43:1 45:5 53:7
  123:14,24
Avenue 2:20
average 12:23
aware 22:11,13,18,21
  33:16 62:9 64:15
  91:12,18,19 92:6,25
  108:6 123:5
awareness 29:19
a-n-d 19:8
a.m 2:14 20:13,21 21:7
  21:13 28:17 46:2
  70:20 83:10 93:20,24
  94:5 100:10 105:14

**B**
Bachelor 8:21 9:2
back 18:12 19:6 27:8
  36:12 40:20,23 42:7
  43:14 50:9 58:5
  66:13 67:2 75:2
  81:25 84:7,11 85:24
  85:25 88:6 92:19
  93:23 94:11 95:1
  104:24 106:9 109:2
  109:13 113:20 114:2
  117:11 120:10
background 8:15,15
  46:16

backwards 11:6
back-and-forth 73:7
bad 13:12 25:8 30:1
  33:7
balance 10:18 14:25
  96:9,19 100:24
  110:10
balances 115:6
bank 26:21 42:20 43:2
  45:12 116:3 122:25
  123:3 125:11
bankrupt 119:13
bankruptcy 1:5 117:10
  119:2
Barenson 21:16,21
  102:8,9,10,13,14
based 12:14 30:13
  39:18 48:6 49:14
  54:25 74:4 101:16
basis 16:25 17:1 77:4
  79:25 80:12 123:11
  123:20
bates 34:9 68:5 70:19
  89:24 105:12
bear 34:9,12
becoming 45:5 81:15
began 38:1
beginning 18:2 78:10
  81:4
behalf 2:18 38:22 42:8
  59:24 71:20,20 72:5
  73:9,15 89:3 100:18
  103:12
behaves 10:10
belaboring 6:6
believe 13:2 16:9 32:4
  35:19 37:7 38:7 39:7
  39:16 40:22 44:14
  46:21 49:3 50:6
  51:19,22 54:21 62:25
  62:25 64:8,13 74:12
  74:21 86:19 88:21
  91:1 98:24 99:2,6
  111:7,9 120:14
  121:14,18,24 122:2
believed 26:9 101:5,6
best 56:10 59:7,9 71:9
  75:8 79:1 80:21
  116:14,17
better 29:12 30:2 80:8
  87:15,24 88:18
beyond 9:9 18:2 25:15
big 29:24 84:6
Bill 56:2 57:18 58:3,21
  60:4 65:23 70:25
  71:2 72:22,24 73:11
  73:13 81:20 82:3

Case 1:04-cv-00583-GMS    Document 128-8    Filed 03/14/2006    Page 15 of 15

Inacom vs. Tech Data                        3/4/2005                              MIKE WARD
                                                                                       132

101:17 103:25 104:7
  104:12 108:13
  109:14
billing 31:23
bit 8:14 25:15 36:7
  39:11 123:6
bonds 12:24
booklet 6:23,24,25
books 11:20 14:22 30:8
  124:25 125:4
borrowing 43:2
bottom 39:8,24 40:21
  105:12,13 111:17
Boulevard 3:4,10 5:13
  127:4
box 26:10,14,21 27:1
  97:25 108:15 114:7
  115:1
boxes 26:21 116:4
  122:25
Bradstreet 10:22
break 7:9 18:18 35:9
  46:4 89:2 118:14
bring 17:10,21 76:3
brings 12:2
broad 29:1
brought 18:13
bumping 18:1
business 9:3 10:7 14:18
  14:19 18:8 22:19
  23:8,20,25 24:1,2,4,5
  24:6,13,25 25:25
  32:6,9,13,21 33:3,4
  33:11,14,18 37:20
  42:15 48:19 53:21
  60:21 65:3 78:13
  79:19 82:19,22 86:8
  87:5 107:22 117:19
  120:1
businesses 11:19 22:15
buy 22:12

           C
C 3:8 5:1 127:3
cabinet 75:17
Caine 3:3 4:7 18:20
  28:16 118:15,19
  122:6,7 124:5
California 3:5,15
call 18:3 25:14 26:5
  27:8 34:20 35:3,21
  36:2,4,12 37:4,17,22
  38:1,12,18,21 39:17
  41:13 42:12 43:4,20
  44:3 46:5 52:21 53:9
  53:16 54:13 55:3,5
  56:7,20,22 57:4

58:10,13,24 59:3,8
  75:20 94:11 97:7,12
  102:22 104:9 127:16
called 27:9 33:13,18
  58:23 88:7 95:4
calling 21:20 99:11
  100:17
calls 17:19 63:12
capacity 36:23 37:16
  98:20,22
care 63:21 64:20
case 1:5 40:12 103:16
cash 10:19 27:24 28:7
  28:11,15 42:19
  113:16
cashing 103:18
Cathy 105:17
caution 7:3 40:2
CCG 70:22,22 71:3
  72:22 74:4,7,17
Cecily 3:14 5:15
  127:13
center 67:22
certain 9:16,18 15:4
  22:14 44:18 60:14
  79:4,11 80:20
certainly 40:7
CERTIFICATE 4:10
  129:1 130:1
certification 9:15
certified 9:12 11:13
  124:17
certify 7:1 128:1 129:4
  130:4,8
cetera 16:17 24:3
CFO 21:20 68:22,23
  76:14
chance 6:3
change 25:23 31:20,21
  67:21
changed 67:18 68:2
  86:14
changes 7:1,3 39:18
  50:5,7,9 76:21
Chapter 1:4
charges 82:23
Charles 3:9 127:3
check 18:4 21:17 25:16
  26:3,8 27:9,9,18 37:9
  48:24 51:14 65:20
  66:5 94:12 96:15
  97:23 98:9 102:6,16
  104:4 106:25 107:17
  107:20 108:14 112:2
  112:3 114:2,7,15,15
  114:24,25 115:1,5,11
  115:22 124:23 125:8

125:10
checklist 94:11
checks 26:20 27:1,14
  28:5,8 46:25 47:7,9
  47:12,13,21 48:10,11
  48:14,17 49:9 52:16
  52:19,24 65:9 66:19
  91:6,13,21,23 92:8
  93:1,11,17 94:20
  95:4,10,11,14,19
  97:25 103:18 106:15
  106:18 107:4,9 112:1
  112:12,15 113:10,23
  114:19 115:14,17
  116:2 117:11 123:3
Chicago 46:21
choose 122:24
Chris 90:9
Christmas 78:7
circumstance 54:1,2
circumstances 62:19
Civil 1:9,14,19 2:3,9
claim 119:1,4,9,16
claimed 100:14 101:9
  101:14,21 104:18
clarification 50:10,15
  50:18 53:19 78:17
  120:17
clarifies 22:1
clarify 32:15 43:12
clarifying 42:8
clarity 43:13 46:8
classic 25:8
cleaner 89:1
clear 52:25 93:5 100:16
  115:8
cleared 42:17 52:15
clears 125:11
Clearwater 46:20
clerical 97:6
clerk 17:7
client 5:18,20 7:5
close 25:14
closed 28:22 53:6 55:13
closer 36:7
closes 29:16
closing 29:2 42:18,25
  45:2 47:8,14,22
  48:23 49:12 50:24
  51:1,13 52:3,12,17
  52:17 53:10 55:19,22
  55:22,23 65:20 78:18
  87:8,16 88:9,10,19
  99:19 105:3 109:10
  110:21 115:9
collect 103:18 119:24
collected 120:2

collecting 30:16
college 8:17 9:3,16,16
come 11:20 27:13 32:9
  37:20
comes 82:13 118:7
comfort 56:13,17 58:17
  58:19 60:5,9 84:24
coming 116:24
comment 123:7,9,10
commented 7:4
comments 77:24
committee 76:9,10,11
  76:18,24 77:5,18
  78:5
common 23:5
communicate 63:6
  79:16,20
communicated 16:20
  36:15,17
communicating 33:2
  38:5
communication 19:23
  27:2 33:19,23 37:6
  38:14 39:15,17 54:12
  55:6,24 56:1,4 59:18
  59:21,22 60:3 63:11
  64:6,8,11,16
communications 17:2
  54:16 62:22 64:18
  81:23 120:8 121:12
companies 24:21 26:23
  37:21 79:25 82:20
  89:9,10 125:3
company 5:17,19,22
  11:13 12:5 14:18,22
  14:25 28:14 45:18
  124:23,25
Compaq 2:18 3:16 5:20
  5:20 15:5 22:12,19
  23:6,7,14,23 24:13
  24:24 25:2 28:22
  30:4,22 31:3,6,22
  32:3,4,16,22,24 33:3
  33:10,17 42:13,15,19
  43:5 48:22 51:12
  52:15,17 55:7,18,25
  56:2,12,14,16,18
  58:16,19 59:6,11,11
  59:24 60:5,13,15,17
  60:24 61:9,12,15,18
  61:23 62:2,19 63:20
  64:20 65:7,12,19
  66:3,7,10,25 67:17
  67:19 69:1,9,13,18
  69:18,23 70:2,13,17
  70:25 71:4,20 72:1,4
  72:5,17,23 73:9

74:13,19,25 75:6,12
  78:12,15 79:4,10
  84:9 87:1 88:21,23
  96:8,18 97:8,15 98:2
  99:8,15 100:13,18,24
  101:3,9,21 103:9,11
  103:13,20,22 104:3,7
  104:17,18 106:24
  108:1,20,24 109:5,10
  109:21 110:11,15
  111:13 115:15
  116:25 117:5,8,20,21
  118:8 120:5 121:19
  122:23
Compaq's 52:3,7 54:25
  73:15 102:25 104:16
  105:25 106:7 108:16
compilations 11:22
complete 130:6
completed 78:13,17
  81:8,13
completely 6:12
completing 88:15
complexity 119:21
complicated 13:2
compound 113:4
computations 12:20
computer 1:15 3:16
  15:5 22:19 60:13
concern 52:23 64:21
  116:23
concerned 23:24
concerning 97:8,14
  121:19
concerns 53:2 63:22
concluded 126:6
conclusion 31:2 67:12
  127:9
conditions 62:15
conference 34:20 35:21
  36:2 37:4 38:12
  41:12 42:12 52:21
  53:8,15 54:13
configuration 23:8
  24:1,5 32:21 33:4,11
  33:14 42:15 60:21
  78:13 79:19
confirm 33:10
confirmation 84:17
  102:24
confirmed 43:22
confirming 115:16
conformity 128:2
confused 106:11
confusing 71:7,8 72:3
  75:7,9 91:17
confusion 61:1 80:4,23