## CERTIFICATE OF SERVICE

      Thomas G. Whalen, Jr., hereby certifies that on March 14, 2006, a true and correct copy of the foregoing *Notice of Lodging of Original Transcript* was served on the parties listed below via regular, United States, first class mail:

| | |
|---|---|
| Cecily Dumas, Esq.<br>Friedman Dumas & Springwater, LLP<br>One Maritime Plaza, Suite 2475<br>San Francisco, California 94111 | William H. Sudell, Jr. Esq.<br>Derek C. Abbott, Esq.<br>Morris, Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, Delaware 19899-1347 |

                                                  */s/ Thomas G. Whalen, Jr.*
                                                  Thomas G. Whalen, Jr.