CERTIFICATE OF OATH

STATE OF FLORIDA:
COUNTY OF ORANGE:

    I, CHRISTINE E. LERETTE, DO HEREBY CERTIFY THAT I PLACED UNDER OATH THE DEPONENT, WILLIAM FRANCIS, AT THE TIME AND PLACE HEREIN DESIGNATED.
    WITNESS MY HAND AND OFFICIAL SEAL THIS 15TH DAY OF MARCH 2005.

*[Notary seal: Christine E. LeRette, Commission # DD 006330, Expires March 19, 2005, Bonded Thru Atlantic Bonding Co., Inc.]*

*/s/ Christine E. LeRette*
CHRISTINE E. LERETTE
MY COMMISSION EXPIRES: 3/19/2005

CERTIFICATE OF REPORTER

    I, CHRISTINE E. LERETTE, REGISTERED PROFESSIONAL REPORTER, CERTIFY THAT I WAS AUTHORIZED TO AND DID STENOGRAPHICALLY REPORT THE FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREIN DESIGNATED; AND THAT THE FOREGOING PAGES NUMBERED 7 THROUGH 72, INCLUSIVE, ARE A TRUE, COMPLETE AND ACCURATE TRANSCRIPTION OF MY SAID STENOTYPE NOTES TAKEN THEREIN.
    I FURTHER CERTIFY THAT I AM NOT OF COUNSEL FOR, RELATED TO, OR EMPLOYED BY ANY PARTY HERETO OR ATTORNEY INVOLVED HEREIN, NOR AM I FINANCIALLY INTERESTED IN THE OUTCOME OF THIS ACTION.
    DATED THIS 15TH DAY OF MARCH 2005.

*/s/ Christine E. LeRette*
CHRISTINE E. LERETTE

Case 1:04-cv-00583-GMS   Document 129-5   Filed 03/14/2006   Page 2 of 16

Inacom vs. Tech Data                3/2/2005                WILLIAM FRANCIS

Page 74

```
 1                   SUBSCRIPTION OF DEPONENT

 2

 3            I, WILLIAM FRANCIS, DO HEREBY CERTIFY,
     HAVING READ THE FOREGOING DEPOSITION, TAKEN MARCH 2,
 4   2005, IN RE:  INACOM CORP., ET AL., THAT SAID
     TRANSCRIPT IS A TRUE AND ACCURATE RECORDING OF THE
 5   PROCEEDINGS HAD AT THE TIME AND PLACE DESIGNATED,
     WITH THE FOLLOWING EXCEPTIONS, IF ANY:
 6

 7                              _____
                                WILLIAM FRANCIS
     STATE OF FLORIDA
 8   COUNTY OF ORANGE

 9         THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED
     BEFORE ME THIS _____ DAY OF _____, 2005,
10   BY WILLIAM FRANCIS, WHO IS PERSONALLY KNOWN TO ME OR
     WHO HAS PRODUCED _____ AS
11   IDENTIFICATION.

12
                                _____
13                              NAME:
                                NOTARY PUBLIC, STATE OF FLORIDA
14                              COMMISSION EXPIRATION:
                                COMMISSION NUMBER:
15
                            ERRATA PAGE
16
     I, THE DEPONENT, WISH TO MAKE THE FOLLOWING
17   ALTERATIONS:

18   PAGE      LINE                        CORRECTION

19

20

21

22

23

24

25
```

WORD INDEX

Case 1:04-cv-00583-GMS    Document 129-5    Filed 03/14/2006    Page 4 of 16

Inacom vs. Tech Data                  3/2/2005                    WILLIAM FRANCIS

Page 75

**A**
ABILITY 37:15 56:9
ABSOLUTELY 21:15
ACCIDENT 37:9
ACCOMPLISHED 42:17
ACCOUNT 26:5 50:19 50:20 55:12,13 56:5 65:10,11
ACCOUNTING 57:19
ACCOUNTS 11:23 12:8 13:3 15:22 16:10 23:19 30:23 31:1,6 37:25 46:19 46:21,24 54:10 57:23 58:3 61:3,4
ACCURATE 73:15 74:4
ACKNOWLEDGED 74:9
ACQUIRE 11:17
ACQUIRING 15:15,18 15:22
ACQUISITION 44:24
ACTION 1:9,14,20 2:4 2:9 62:16 67:5 73:18
ADDRESS 40:21 48:1
ADDRESSED 29:8 52:15,20
ADMIN 41:5 52:12
ADMINISTRATIVE 42:20
ADORNO 3:15 36:10
ADVANCE 40:15
ADVICE 33:18,19
ADVISE 26:14
ADVISED 57:24
AEGON 3:10
AFFILIATE 60:20
AFFILIATES 62:21 63:4
AFFIRMATIVE 6:20
AGENT 62:15
AGO 18:24 31:16,21 34:9 37:5 45:14 54:3
AGREE 27:12
AGREED 6:7 54:9
AGREEMENT 14:7 14:11,15,23 15:2,6 15:21 16:6,15,17 18:3 22:3 29:12,24 30:1,2,3,21 31:5 43:16,19 44:6 47:15 51:9,12 56:9,16 57:4 59:8,16,20 61:5,10 62:25 63:13
AGREEMENTS 47:18

AHEAD 50:25 62:7
AIDS 10:16
AL 1:4,7,12,18 2:2,7 74:4
ALLOW 25:20
ALTERATIONS 74:17
ALTERED 41:25
AMERICA 12:10
AMERICAN 12:8,9 13:3,4 31:19 36:19 37:25
AMICABLE 47:13
AMOUNT 50:19 55:12 65:9
AMOUNTS 51:8 54:24 56:4 65:13 69:16
ANDREW 3:3
ANDY 7:6
ANGELES 3:5
ANSWER 6:17 25:12 50:25 54:1,19 56:10 61:7 67:12 68:8 69:24 71:1
ANSWERED 25:24 68:13 71:8
ANSWERS 12:15
ANSWER'S 57:1
ANYBODY 52:7 61:25 62:1 71:10
ANYMORE 27:11 34:3 42:18
APOLOGIZE 40:15 51:18 57:9
APPEAR 40:10,15
APPEARANCES 3:1 4:1 5:5
APPEARS 27:13,22 40:1 45:6,8
APPROPRIATE 9:16 23:17
APPROVAL 21:3,6 41:8,18,20,22 43:1,4 70:4
APPROVED 69:22,24
APPROXIMATE 11:10
APPROXIMATELY 10:25 11:6 37:22
APRIL 10:5,6 34:15
AREA 11:17 42:10 43:25 46:25
AREAS 39:13 42:16
ARRANGED 52:6
ARRANGEMENTS 13:22
ASCII 71:24 72:2

ASIDE 43:18
ASKED 24:16 25:16 28:3 32:22 34:5 51:20 57:11 64:18 68:11,17,20 70:1 71:8
ASKING 17:21 28:1,5 31:17 32:17 51:18 53:24 57:10
ASSET 14:6 16:14 18:3 29:11,23 30:21 31:4 43:15,18 44:6 51:11 56:9 57:4 59:8,16,20 61:5,10
ASSETS 16:3,4 51:10 56:12,14,20
ASSIGNED 50:12
ASSISTANT 42:20
ASSISTING 14:24
ASSOCIATED 56:13
ASSOCIATION 36:20 36:24
ASSUME 54:9 65:12 69:15 71:1
ASSUMED 31:6 50:18 51:7 54:23 55:6,11 56:3,3,14,20 65:5,8
ASSUMES 66:18
ASSUMING 58:3
ASSURANCE 17:22 17:23 25:18,18
ASSURE 27:20
ASSURED 17:24
ASTERISK 30:6
ATCHINSON 19:1 23:5 24:5 25:9
ATTEND 9:1
ATTORNEY 7:18 21:23,24 22:7,13 33:13 48:22 60:16 73:17
ATTORNEYS 21:11 21:17 39:24
ATTORNEY'S 48:2
AUCTION 9:15
AUCTIONS 9:9,11,25 11:12
AUSTIN 4:9
AUTHORITY 46:25 69:9,14 70:3,22,24 70:25 71:2
AUTHORIZE 52:7
AUTHORIZED 73:13
AUTO 9:9,11,21,25 11:12
AUTOMOBILE 37:8
AVAILABLE 57:20

AVENUE 2:21 4:9
AWARE 14:6 35:16 39:7 46:17 59:14,19 61:25 62:20,25 64:20 64:22 66:7
A.M 2:15 35:25 36:1 48:18,19
A.P 38:13

**B**
B 5:16 22:21
BACK 23:14 28:17 30:16 34:22 35:11 36:2 49:14 67:6 71:4
BADGERING 70:14
BAKER 14:18 22:17 22:20,21
BANKRUPTCY 1:5 47:3 67:4 68:21
BASICALLY 15:24 16:2 55:7
BASIS 16:5 19:12 38:17,20 39:4 56:16
BEAR 47:9
BEGINS 26:4 30:7
BEHALF 2:18 47:2 62:17
BEHAVIOR 37:16
BELIEF 22:24
BELIEVE 10:3,5,5 24:19 26:20 38:3 42:24,25 49:19 52:3 53:3,13 64:17 69:20
BELLS 47:11
BEN 14:19 22:17
BENEFIT 28:16 39:24
BEST 21:13
BET 12:17
BETTER 8:3 61:3
BEYOND 14:19 54:5
BICKER 22:20
BILL 52:21,22 57:18
BILLS 62:22 63:4
BIND 69:10,14
BIT 33:1 53:12
BLACK 62:13
BLANK 4:13 41:3
BOARD 62:14
BOGUS 55:16
BOSS 14:17
BOULEVARD 3:4,15
BREAK 7:23 35:23 48:21
BRIEFLY 48:24
BROUGHT 13:10
BULLET 57:17 58:1 58:19

BUSINESS 15:13 39:1 61:15,20
BUY 9:15
BUYERS 9:14

**C**
C 3:14 7:1
CAINE 3:3 5:12 7:6 8:21 30:24 55:3 56:6 61:12 63:24 64:1 69:2,4,18,24 70:8,10 70:13,18
CAINE'S 71:4
CALIFORNIA 3:5,20
CALL 16:19 17:12 19:25 31:15 32:19,21 32:22 33:2,3,4,12,15 34:2,9,12,17 35:6,10 45:14
CALLED 33:20 36:10 37:3
CAPABILITY 10:18
CARS 9:23
CASE 1:5 17:11 20:11 46:16 47:4 53:18 67:4 68:21
CAUSED 25:23 57:2
CECILY 3:19 7:5
CENTER 3:10
CERTAIN 39:4 54:9 56:20
CERTAINLY 21:10
CERTIFICATE 5:14 73:1,12
CERTIFICATION 36:20
CERTIFY 73:4,13,16 74:3
CHANCE 17:7
CHANGE 11:24 13:9
CHANGED 12:5 41:25
CHAPTER 1:4
CHARACTERIZAT... 70:13
CHECK 68:16
CHECKS 30:8,18 58:4 58:6,8,12,15 64:20 64:23 65:14 68:5,9 68:13
CHERRY 4:14
CHRIS 52:21,22
CHRISTINE 2:22 73:4 73:9,13,20
CIRCUMSTANCE 67:2,15
CIRCUMSTANCES 67:8

Inacom vs. Tech Data                             3/2/2005                                WILLIAM FRANCIS

Page 76

CIVIL 1:9,14,20 2:4,9
CLARIFY 52:12
CLARITY 22:19
CLASSES 9:2
CLEAR 34:1 43:12
  67:14
CLEARWATER-BA...
  36:12
CLERMONT 8:10
  47:24,25
CLIENT 33:14 62:17
  64:11
CLOSE 9:17 31:25
CLOSED 30:8
CLOSER 12:16
CLOSING 29:11 30:20
  31:4 44:3,6 46:20
COLLEAGUE 48:16
COLLEGE 8:11 9:1,1
COLLINS 4:3 5:9,11
  12:13,13,19 15:25
  32:6,11,11 48:13
  49:1,4,6,8 54:17 60:6
  67:23,23 68:2 69:1
  71:17
COME 41:4
COMES 38:12
COMFORT 17:12,15
  18:2,7,11,14,15
  19:11,24 24:4,12
  26:18,21 27:18 41:1
  49:25 50:6 51:16,24
  52:4,8,11,15,24
  53:11 55:20 59:13,20
  60:20 62:19 64:19
  66:24 67:9 68:18,23
  69:5,12
COMING 36:4
COMMISSION 73:9
  74:14,14
COMMIT 70:25
COMMITTEE 4:15
COMMUNICATE
  16:11
COMMUNICATED
  19:23 59:1
COMMUNICATION
  16:15
COMPANY 22:9
  36:12 64:7,10
COMPAQ 3:22 10:1
  10:10 11:8,15,24
  12:23 14:2,7,15
  15:11,15,22 16:11
  17:23 18:8 21:4,24
  22:6 23:4,17 25:19
  29:12 31:7,11,20

32:24 33:19 34:3,18
  35:2,4,5,16 37:7,19
  38:5,12 40:2 42:13
  43:9,21 44:25 46:8
  46:11,13 47:3,13
  51:10 53:1,2,6,7,8
  55:5 56:14 57:19
  58:2 59:7 62:21,23
  63:1 64:9,11 65:24
  66:4,4,8,16 67:1 69:6
  69:10,15 71:1
COMPAQ'S 16:12
  31:10
COMPAQ-C.E.I 63:2
COMPENSATION
  46:5,5
COMPLETE 73:15
COMPLETED 9:17
  23:13
COMPLETELY 61:16
  70:11
COMPLIMENTARY
  47:20
COMPOUND 67:11
COMPREHEND 8:2
COMPUTER 1:15
  4:11 10:1 41:6 64:9
COMPUTER/HEW...
  3:22
CONCERN 35:12
CONCERNED 24:3
  55:15
CONCERNING 60:24
  61:21,23 62:2
CONCERNS 23:25
CONCLUDED 72:4
CONCLUSION 22:3
CONDITIONS 50:20
  65:10
CONFER 48:15,22
CONFERENCE 31:15
  33:4 45:14
CONGRESS 4:9
CONNECTICUT 8:16
  8:18
CONNECTION 18:3
  18:11 50:17 59:8,16
  59:19 65:4,7 68:5
CONSISTENT 37:16
  70:18
CONSTITUTE 65:23
CONSUMMATION
  61:4
CONTACT 38:13
  40:21 50:3,9 57:18
  57:24
CONTACTED 57:22

62:1
CONTEMPLATING
  68:23
CONTEMPLATION
  67:8
CONTENTS 5:1
CONTEXT 32:23
  33:18 35:8 68:21
CONTRADICTORY
  69:25
CONTROLLER 14:18
  22:17 31:20
CONT'D 4:1
CONVENE 39:5
CONVERSATION
  32:2,15 34:25 45:9
  45:19 47:21 53:20
  54:3 59:2
CONVERSATIONS
  24:7 32:18 35:13
  44:5,15 58:11,14
  59:10 60:23
CONVERTED 46:13
COPIED 23:3
COPIES 71:25
COPY 51:9 72:2
CORP 1:4,7,12,15,18
  2:2,7 3:7 4:16 74:4
CORPORATE 11:16
  12:2,4,7,24 23:22
  65:24 66:4,9,17
CORPORATION 1:10
  4:11 14:8 32:25
  36:12 40:2 44:8,11
  44:15 55:14 64:9
CORRECT 8:8 11:2,7
  13:5 17:16 19:16
  20:10,21,22 21:1
  24:17,18,21 26:8
  35:21 38:3,7 43:17
  47:25 49:22,23 51:13
  52:19 53:15,16 57:5
  58:21 64:20,21,24,25
  67:18,20
CORRECTION 74:18
CORRECTLY 13:1
  63:10
CORRESPONDED
  59:2
CORRESPONDEN...
  59:18
COUNSEL 4:15 6:8
  8:5 32:16 73:16
COUNSEL'S 70:13
COUNTERPART
  38:11
COUNTY 73:3 74:8

COUPLE 32:4 60:10
  60:18 62:6 67:24
  69:2
COURT 1:1 16:25 25:2
  27:2 28:10 32:9,12
  37:4 54:13 65:19
  71:23
COVER 45:3,6 68:19
COVERED 43:10
CREATE 69:6
CREATED 42:21
CREDIT 36:24
CREDITORS 4:16
  54:25
CREDITS 9:1
CROSS 5:9,9,10,10,11
  5:12 36:7 49:5 60:13
  62:10 64:4 69:3
CRUISING 48:11
CULVER 3:9 7:5,18
  28:15 33:22
CULVER'S 12:14
CUSTOM 17:23 19:21
  23:17 25:15,19,21
  26:5,15 29:2,13,15
  29:17,22 38:6,8,13
  41:2 46:18 50:10,13
  50:17 51:6,7 52:25
  53:15 54:8,22,23
  55:6,10 56:3,14
  57:22 60:4 61:17,23
  61:25 62:2 63:16,17
  65:4,8 66:5 68:12
CUSTOMERS 15:23
  16:3,12,16 19:10,10
  29:24
C.E.I 62:21,23 63:1
C.F.O 14:19 22:18

—————————
         D
—————————
D 7:1 31:24
DARRELL 31:16,18
  31:19 32:3 33:3,5
  45:14
DATA 1:10 3:17 5:20
  18:22 36:11,13 40:2
  41:19 44:7,11,15,18
  44:19 45:18 50:7
DATE 16:6 35:1 56:16
  63:13,16
DATED 28:22,24 40:2
  40:11 73:18
DAVID 47:10
DAY 9:17 73:6,18 74:9
DAYS 9:14
DAY-TO-DAY 23:24
DEAL 43:23

DEALINGS 29:13,15
DEAR 52:21
DEBTOR 62:17
DEBTORS 1:5
DECIDED 16:20
DECISION 23:18
  56:22 57:2
DECK 48:13
DEFENDANT 1:11,16
  1:22 2:6,12,18 3:12
  3:17,22 4:6,10 36:13
DEFENDANTS 49:11
DEFERRED 46:5
DEGREE 8:11
DELAWARE 1:1
DELIVER 64:19
DELIVERED 67:9
DELIVERING 67:16
DELL 1:15 4:10 60:10
  60:16,20,21,24 62:1
  62:16,20,21 63:4
DENOTES 6:17,18,20
  6:20
DEPARTURE 35:15
DEPONENT 5:15 6:9
  7:4 73:5 74:1,16
DEPOSED 7:20,21
DEPOSITION 2:17
  5:3 6:10 13:13,21,23
  13:25 27:3 28:11
  45:11 72:4 74:3
DESCRIBE 49:25
  63:19
DESIGNATED 73:5
  73:14 74:5
DESIGNATION 48:6
DETAIL 15:19
DETAILS 25:22 53:19
  54:6
DEVELOPED 17:22
  24:4
DEVELOPING 10:15
DIFFICULT 8:1
DILIGENCE 43:20
DIRECT 5:8 7:13
  14:17 22:16 23:24
  37:23
DIRECTED 26:6,10
DIRECTOR 11:16
  12:2,4,7,23 14:3
DISAGREE 70:11
DISCIPLINES 22:9
  38:14
DISCUSS 32:14
DISCUSSED 13:20
  35:19 53:10
DISCUSSING 64:9

Case 1:04-cv-00583-GMS    Document 129-5    Filed 03/14/2006    Page 6 of 16

Inacom vs. Tech Data                3/2/2005                WILLIAM FRANCIS

Page 77

**DISCUSSION** 8:23 12:12 17:4 32:2
**DISCUSSIONS** 24:8 44:10 59:11 61:21
**DISK** 71:25
**DISNEY** 10:12,23 11:4 11:21
**DISNEYLAND** 10:11
**DISPUTE** 24:6,6
**DISTRIBUTION** 15:13
**DISTRICT** 1:1,1 11:22
**DIVISION** 43:16 44:25
**DOCUMENT** 17:9 27:9 28:11 49:20 51:14,15 57:12
**DOING** 28:20 61:14,16
**DOUBT** 51:13
**DOWNTOWN** 2:20
**DRAFT** 20:13,14
**DRAFTED** 20:7,8 24:16 40:23
**DRIVE** 48:8,8
**DROVE** 9:23
**DUE** 43:20
**DULY** 7:11
**DUMAS** 3:19,19 5:11 7:6 8:7 12:11,17,20 13:16,20 16:22 24:25 25:11 30:12,15 32:16 33:22 34:8 46:1 47:16 50:23 54:12,16 55:1 56:7,24 61:6 62:8 63:24 64:2,5 65:22 66:11,13 67:21 67:24 68:11,17 70:7 70:9,12,14 71:10
**DUTIES** 50:12

**E**

**E** 2:22 5:16 7:1,1 22:21 42:24 48:4,4 73:4,9 73:13,20
**EAB** 4:4
**EARL** 4:12 25:4,13 54:15 55:2 62:5,8,12 71:13,22
**EARLIER** 24:1 40:25 42:25 43:12 48:21 49:19 52:3 57:11 69:21
**EARLY** 10:22 66:8,16
**EARTH** 10:14
**EAST** 3:15
**EDGE** 17:24 19:21 22:5 23:17 25:16,19 25:21 26:5,15 29:2

29:13,15,17,22 38:6 38:8,13 41:2 46:18 50:10,13,17 51:6,7 52:25 53:15 54:8,22 54:23 55:6,10 56:3 56:14 57:22 60:4 61:17,23 62:1,2 63:17,17 65:4,8 66:5 68:12
**EDUCATION** 9:4
**EITHER** 19:25 22:16 43:2 47:22 62:23 70:2,4
**ELABORATE** 53:12
**EMPLOYED** 9:6,8,24 10:19,25 11:3,8,25 12:23 37:18 73:17
**EMPLOYEE** 11:18 18:8 23:8 33:19,25 34:18 50:10 51:6
**EMPLOYMENT** 9:10 9:21 10:2,7,10 31:11 34:7 35:2 37:6
**ENDED** 35:2
**ENGLISH** 37:11
**ENTER** 9:15
**ENTERED** 14:7 15:1,7 15:21
**ENTERTAINMENT** 2:11
**ENTIRE** 40:20
**ENTITY** 64:12
**EPCOT** 10:14
**ERRATA** 74:15
**ESCAPES** 14:5
**ESQUIRE** 3:3,9,14,19 4:3,8,12
**ESSENCE** 61:14
**ESSENTIALLY** 56:18
**ESTABLISHED** 22:4 23:15 34:2
**ESTATE** 62:15 67:6
**ET** 1:4,7,12,18 2:2,7 74:4
**EVENT** 18:12 48:1
**EVERYBODY** 60:11
**EVIDENCE** 66:19
**EXACTLY** 18:23 19:22
**EXAMINATION** 5:8,9 5:9,10,10,11,11,12 5:12 7:13 36:7 49:5 60:13 62:10 64:4 68:1 69:3 70:19
**EXAMPLE** 38:20
**EXCEPTIONS** 74:5
**EXCLUSIVELY** 29:18

**EXCUSE** 10:12 13:8 48:8,8
**EXECUTED** 61:11
**EXECUTIVE** 62:14
**EXHIBIT** 17:2 27:2,4 27:7,14 28:11,13,21 28:23,25 29:1,25 30:5 31:12 35:3,20 39:17,18,21,25 40:11 41:7 42:21 43:2 44:18 45:4 49:15 50:5,6,16 52:20 54:23 55:9,13,23 56:5 57:6 58:2,19 59:14 65:2 68:4
**EXHIBITS** 5:17 28:17 53:5 70:22 71:25 72:3
**EXISTED** 24:11
**EXPERIENCE** 11:17
**EXPIRATION** 74:14
**EXPIRES** 73:9
**EXPLICITLY** 44:20
**EXPLORE** 32:25
**EXPRESS** 12:10 13:4 43:4
**EXPRESSLY** 6:10
**EXTENT** 22:5 23:16 29:21 39:14
**E-MAIL** 20:1,13,15 35:11

**F**

**F** 31:24
**FACTS** 66:18
**FAIR** 43:13 64:13
**FAR** 20:7 30:2 47:20 52:1 55:15 57:14
**FARRELL** 4:3 49:8
**FASHION** 28:3
**FAX** 45:3,6
**FEBRUARY** 14:8 15:7 16:8 24:23 25:8 28:22,24 29:1 30:17 30:22 31:5,10 34:6 35:1,2,19 40:2,5,12 44:7,11 69:13
**FEEL** 8:2
**FELT** 19:11
**FILED** 32:24 34:4 67:4 67:5
**FINANCE** 11:16 12:2 12:5,7,24 14:3
**FINANCIAL** 44:24 46:10
**FINANCIALLY** 73:17
**FIND** 33:14

**FINE-TUNING** 56:17
**FIRM** 36:10 47:16 62:13
**FIRST** 7:11 9:22 29:19 45:3,5 49:12 68:7
**FIVE** 10:11 11:5,6 18:24 37:23 54:3
**FIVE-MINUTE** 35:22
**FLOOR** 3:5,15
**FLORIDA** 2:21,24 3:16 8:10 47:24 73:3 74:7,13
**FLUENTLY** 37:12
**FOLKS** 10:16 25:16 31:16 32:4 60:1
**FOLLOW** 23:20 67:24 69:19
**FOLLOWING** 74:5,16
**FOLLOWS** 7:12
**FOLLOW-UP** 71:7
**FOREGOING** 73:14 73:15 74:3,9
**FORM** 20:13,15 25:1 40:17 41:3 43:2 49:24 54:11 55:20 65:1,3,17,21 66:25
**FORMAL** 9:4 39:3 45:6
**FORMALLY** 49:10
**FORMAT** 50:4
**FORMER** 56:19
**FORMS** 59:14
**FORT** 3:16 36:11
**FORTE** 4:12 5:10 25:1 25:4,4,13,13 54:11 54:15,15 55:2,2 60:12 62:5,5,9,11,12 63:20 71:12,13,18,22 71:22
**FOUNDATION** 33:23 50:24 55:4 56:6,24 61:12 66:10
**FOUR** 37:23
**FOURTH** 58:18
**FRAME** 66:8
**FRANCIS** 2:17 5:3,7 5:17,18,19,20 7:3,10 7:16,17 12:16,22 13:12 16:19 17:1,2 27:4 28:13,22,24 32:6 36:3,9,16 37:18 38:16 39:18,22 40:1 40:3,8 43:1,13 45:2 47:12,23 48:21 49:7 50:25 57:19 60:7,15 62:12 63:22 64:6,17 69:5,20 70:9,21

71:20 73:5 74:3,7,10
**FRANCISCO** 3:20
**FRASCA** 19:8,15 20:5 20:13,17,25 24:16 25:16 26:6,11,13 28:3 35:7 40:18 44:17 50:4 53:14,17 58:11 59:23 64:18 68:8
**FRASCA'S** 19:17
**FREE** 8:2
**FRIEDMAN** 3:19
**FRITZ** 4:3 49:8
**FRONT** 12:18 49:17 50:5 55:25
**FULLY** 70:17
**FUNCTIONAL** 38:12
**FUNDS** 63:2
**FURTHER** 48:25 60:6 62:4 63:20 67:21 69:18 71:9,15 73:16

**G**

**G** 7:1 48:4
**GATHER** 53:24
**GENERALLY** 42:15 50:4
**GENERATED** 45:7
**GETTING** 24:3 33:12 33:18
**GIVE** 9:15 17:22 25:17 27:1 39:1
**GIVEN** 40:23 58:7
**GIVES** 26:6
**GMS** 1:9,15,20 2:4,10
**GO** 8:21 50:25 52:25
**GOING** 23:12 24:8 27:1 30:14 33:9 59:19 62:19 64:11
**GOING-FORWARD** 16:5 55:8 56:15 63:9
**GOOD** 7:17 36:9 46:1 49:7,13,14 60:17 66:11
**GOODS** 17:20,25 24:2 25:15,20 53:15
**GRADUATE** 8:13,19
**GRADUATED** 8:25 10:24
**GREAT** 15:19
**GREG** 21:19 22:7
**GREYSTONE** 48:4,7 48:8
**GROUNDED** 71:5
**GROUP** 36:21
**GUARANTEE** 65:24 66:5,9,17,22

Case 1:04-cv-00583-GMS   Document 129-5   Filed 03/14/2006   Page 7 of 16

Inacom vs. Tech Data                                         3/2/2005                                         WILLIAM FRANCIS

Page 78

**GUENTHNER** 47:10
**GUESS** 11:10 14:5
  51:5 61:3
**GUESTS** 10:15

**H**
H 5:16
**HALLIDAY** 3:9 5:8
  7:5,14,18 8:24 12:21
  16:19,24 17:5 22:22
  25:7 28:19 29:1,4
  32:13 34:5,10,14,19
  34:21 35:22 36:2
  48:16 51:19 53:10
  57:11 71:19
**HAND** 63:1 73:6
**HANDLE** 9:18
**HANDWRITTEN**
  42:9
**HAPPEN** 60:23
**HAPPENED** 19:8
  33:24 42:12
**HARD** 71:25 72:2
**HARTFORD** 9:3
**HEAD** 45:16
**HEAR** 7:7 12:14,15
  49:12
**HELD** 8:23 12:12 17:4
  30:8,18 58:4,5,8,12
  58:15 64:20,23 65:14
  68:4,9,13,15
**HELP** 42:4
**HELPS** 29:17
**HERETO** 73:17
**HEWLETT** 13:24
  32:24 45:22 46:6,10
  47:3 64:7,10
**HI** 12:13
**HIGH** 8:13,15,25
  10:24
**HOPING** 27:16
**HOUSE** 19:20
**HOUSTON** 10:1
**HUGHES** 4:8
**HUH-UH** 6:20
**HUNT** 3:14 5:9,12 7:2
  7:5,9 22:19 28:15,21
  31:25 34:15 36:8,10
  39:15,20 46:2,3
  48:11,20,25 65:15,17
  65:21 66:10,18 67:11
  67:19 69:19 70:20
  71:4,15
**H.P** 32:19 46:13 64:11

**I**
**IDEA** 26:25 42:14

  51:21 52:21 59:9
**IDEAL** 63:14
**IDENTICAL** 27:13
  29:8 57:10
**IDENTIFICATION**
  5:17 74:11
**IDENTIFIED** 29:24
  59:23
**IDENTIFY** 17:9 19:3
  27:9 40:7 45:5 47:10
**IGNORANCE** 38:25
**IMAGINE** 48:14 49:1
**IMMEDIATELY** 10:9
  51:14
**IMPAIR** 37:15
**IMPLEMENTATION**
  12:10
**IMPLICATION** 70:15
**IMPORT** 24:24 25:10
**INACOM** 1:4,7,12,18
  2:2,7 3:7 4:16 14:7
  15:12,15 16:16 17:18
  17:20,21,24 19:21
  23:17 24:8 29:12
  30:23 31:6 38:5
  43:16 44:24 46:18
  54:10,25 55:14 57:23
  58:11 59:3,6,15,19
  61:2,9,20 62:15,22
  63:1,3,5 65:16
  67:3,4 74:4
**INACOM'S** 15:23
  30:25 47:3 61:4 67:4
**INACOM/CUSTOM**
  22:5
**INCLUDED** 13:2
  37:24
**INCLUSIVE** 73:15
**INDICATED** 47:23
**INDIVIDUAL** 13:11
**INDIVIDUALS** 39:12
**INFORMATION** 42:4
  57:20 58:8
**INFORMED** 53:13
**INGRAM** 2:11
**INITIALLY** 12:8 34:5
**INITIATED** 33:2
**INQUIRIES** 26:4
**INQUIRY** 26:9,14
**INSTRUCTION** 10:17
**INSTRUMENT** 74:9
**INTEGRATE** 22:4
  23:16
**INTEND** 65:12 69:6
**INTENDED** 65:23
  68:12,18 71:3
**INTENDING** 32:17

**INTENT** 23:16
**INTENTION** 67:15
**INTERACTING** 10:15
**INTERESTED** 73:18
**INTERFACE** 29:16
**INTERNATIONAL**
  1:21 7:19 17:11
  40:12
**INTERNET** 10:18
**INTERRUPTION**
  6:17,19
**INVADE** 33:13
**INVESTIGATIONS**
  47:7
**INVOLVED** 14:17,18
  14:19,22,23 21:11
  38:14 43:14 47:6
  59:5 61:19 64:12
  66:3,21 73:17
**INVOLVEMENT**
  14:10 23:24 29:22
  30:22,25 31:6 43:19
  47:2
**IN-HOUSE** 21:23,24
  22:13
**ISSUANCE** 66:4,9,16
  66:22
**ISSUE** 21:22 35:16
  46:17
**ISSUED** 45:11
**ISSUES** 17:20 23:23
  30:23 61:22

**J**
J 7:16
**JAMES** 4:8 60:9,15
  71:14
**JANET** 42:22
**JAY** 38:12
**JOB** 13:11
**JOBS** 36:18
**JOHN** 19:8,15 24:15
  25:16,23 26:6 28:6
  35:7 50:3 58:11
  59:23,24 68:7
**JOINED** 14:2
**JONES** 3:4
**JULY** 9:12 10:6

**K**
K 22:21
**KEENON** 3:9
**KEEP** 42:16
**KENTUCKY** 3:11
**KEPT** 17:21 42:14
**KEY** 6:14
**KIND** 46:5 71:23

**KINDLY** 57:18
**KNEW** 52:1
**KNOW** 7:24 14:16,17
  14:18,20 17:7 19:4,5
  20:7,19 21:7 23:3,6
  24:13 25:22 27:22
  28:17 30:3,10,11
  32:20 33:1,8,16 35:8
  38:15 42:12 47:20,22
  48:13 49:20 50:21
  51:6,20,23 54:4,4,5,8
  54:21 56:21 57:1,3
  57:14 58:5 59:17,24
  62:18 64:6 68:8,14
**KNOWING** 41:22
**KNOWLEDGE** 44:23
  52:10 59:6 68:15
  69:9
**KNOWN** 49:10 74:10

**L**
L 6:5 26:23 42:24
**LACK** 61:3
**LACKS** 50:23 56:24
**LANDON** 4:8 5:10
  60:9,9,14,15 62:4
  71:14,14 72:1
**LANDON'S** 62:16
**LANGUAGE** 37:11
**LARGE** 2:24
**LAS** 3:15
**LAUDERDALE** 3:16
  36:11
**LAW** 36:10 62:13
**LAWSUIT** 7:20 32:23
  34:4 36:14 37:1
  49:11
**LAWYER** 33:16,17
  49:8
**LAY** 33:23
**LE** 2:22
**LEAVING** 31:10
**LEFT** 30:7 31:20 34:11
  34:13,15
**LEGAL** 32:19 33:2,7
  33:11,18,19
**LERETTE** 73:4,9,13
  73:20
**LETTER** 5:18,19,19
  5:20 17:6,10,12,15
  17:22 18:2,10,11,14
  18:15 19:1,4,6,9,12
  19:14,24 20:6,7,12
  20:16,21,24 21:2,3
  22:12,25 23:3,9 24:4
  24:5,9,12,17,22 25:8
  26:1,4,18,21 27:18

  28:2,21,23 29:2,5,7,8
  29:19 31:17 32:23
  35:3,13,19 39:25
  40:1,8,10,11,17,20
  40:23 41:1,4,9,12,14
  41:19,19,21,22,24
  42:20,21 43:2,5
  44:18 45:2,10,18
  47:17 49:24,25 50:15
  51:2,3 52:4,15 55:16
  55:19 65:1,2,3 66:25
  68:6 71:3,6
**LETTERHEAD** 52:25
  53:1,2,6,7,8
**LETTERS** 18:7 19:13
  26:20 28:6 29:25
  35:9 44:22 50:6
  51:16,24 52:8,11,24
  53:11 55:21 59:13,15
  59:21 60:20 62:19
  64:19 66:24 67:2,9
  67:16 68:9,19,23
  69:5,8,13,16,21
  70:24
**LET'S** 35:5,22 55:23
**LEVEL** 71:2
**LEVELS** 43:19
**LEXMARK** 1:21 2:19
  3:13 5:18 7:19 17:11
  18:16 19:2,24 23:8
  24:8,12,17 25:9 26:1
  26:10,15 28:4,8,22
  40:12 41:19,21 50:7
  52:4 65:2
**LIABILITIES** 15:15
  15:16,18 55:6 56:13
  56:21 71:1
**LIABILITY** 15:22
**LICENSES** 36:17
**LIMIT** 71:7
**LINE** 55:13 74:18
**LIQUIDATING** 62:15
**LIST** 19:10 42:17 49:3
**LITIGATION** 67:7
**LITTLE** 30:6 32:7
  33:1,23 53:12 56:17
**LIVE** 47:23
**LLP** 3:9,19 4:8,13
**LOCATIONS** 10:15
**LOCKS** 8:16,18
**LOGAN** 4:13
**LOGICARE** 5:19,19
  28:2,24 29:3 49:10
  52:15 58:24
**LONG** 37:5
**LONGER** 46:11
**LOOK** 16:18 17:6 26:3

Case 1:04-cv-00583-GMS   Document 129-5   Filed 03/14/2006   Page 8 of 16

Inacom vs. Tech Data                          3/2/2005                              WILLIAM FRANCIS

Page 79

27:7 28:12 30:5
39:21 49:14 53:5
55:23 57:6
**LOOKING** 58:1
**LOOKS** 46:14
**LOS** 3:5
**LOUDER** 15:25 32:7
**LOUISVILLE** 3:11
**LUCA** 4:8

**M**

**M** 4:12
**MADAM** 39:15
**MAIL** 52:5
**MAILED** 52:6
**MAKING** 13:22
**MANAGEMENT**
  21:12 22:13
**MANAGER** 11:22
  22:17 57:19
**MANAGERS** 36:24
**MANAGING** 11:23
**MANHEIM** 9:9,11,21
  9:24 11:12
**MANNER** 37:15 61:16
**MANUAL** 43:9,10
**MARCH** 2:15 5:3 10:3
  14:3 73:6,18 74:3
**MARITIME** 3:20
**MARK** 17:1 27:2
  28:10
**MARKED** 17:2 27:4
  28:13 39:16,18 40:11
**MARKET** 3:10
**MARKETING** 19:20
**MATERIAL** 17:19
  60:2,4
**MATERIALS** 25:21
  63:14,15
**MATTER** 44:14
**MATTERS** 35:18
**MEAN** 17:17 19:4 35:9
  55:16 63:12
**MEDICATIONS**
  37:14
**MEET** 13:12,15 38:16
  39:3,8
**MEETING** 39:5
**MEETINGS** 38:19
  39:9 41:15 42:8,8
**MEMBER** 21:21 22:6
  36:23
**MEMORY** 33:1
**MENTIONED** 23:16
  40:25
**MERGED** 64:9
**MERGER** 38:6 64:7

**MET** 13:17 64:23
**MICROPHONE** 12:16
**MID** 69:13
**MIKE** 14:17 22:17,20
  22:21
**MIND** 27:6 38:13
**MINIMUM** 39:4,6
**MINISCRIPT** 71:24
  72:1
**MINUTE** 12:11 23:14
  35:18
**MINUTES** 39:8 64:3
**MISPRONOUNCING**
  26:24
**MISUNDERSTAND**
  34:20
**MODE** 42:15
**MOMENT** 21:20 27:7
  47:9 48:16 70:6
**MONEY** 9:19 67:3,6
  68:21
**MONICA** 3:4
**MONTHS** 9:22
**MORNING** 7:17 36:5
  36:9 49:7,13,14
**MOVE** 12:15

**N**

**N** 6:5 7:1 48:4
**NAME** 7:15,17 14:4,5
  19:9 21:16 26:19
  27:22,25 31:23 36:9
  42:19,23 47:10 49:7
  51:22 58:17,18 60:15
  62:12 74:13
**NAMES** 21:16 33:6,8
**NATIONAL** 36:23
**NATURE** 23:23
**NECESSARILY** 41:23
**NEED** 21:2 32:25
  33:23 42:17
**NEEDED** 19:11 21:6
  38:21,22 48:2
**NEEDING** 24:12
**NEGATIVE** 6:20
**NEGOTIATION**
  14:11,15 43:15
**NEGOTIATIONS**
  14:21,23
**NEVER** 27:20 47:21
  51:3,3 55:16,16
  57:14,24 66:21 67:15
**NEW** 4:4 49:9 69:6
**NODDING** 45:15
**NONI** 26:23 27:23 29:2
  50:3 51:20
**NORMAL** 37:16

**NORTH** 2:20 12:8,10
  13:2 31:19 37:25
**NOTARY** 2:23 74:13
**NOTED** 35:10
**NOTES** 39:12 42:3,7,9
  42:12,18 73:16
**NOTICE** 2:18
**NUMBER** 17:13 22:8
  26:7 39:4 74:14
**NUMBERED** 73:15

**O**

**O** 6:5 7:1 26:23 31:24
  48:4
**OATH** 73:1,5
**OBJECT** 25:1 54:11
  55:3 65:19
**OBJECTION** 24:25
  25:11,13 30:24 32:16
  33:22 50:23 54:12,16
  55:1,2 56:6,7,24 61:6
  61:12 65:15,21 66:10
  66:12,18 67:11,19
  70:14
**OBLIGATE** 67:1
  68:12
**OBLIGATION** 50:18
  54:24 55:11 56:3
  65:5,8,13 69:10,15
**OBLIGATIONS** 51:7
  54:9 66:5 69:6
**OBTAIN** 21:3,5 41:7
  43:4
**OBTAINED** 36:20
  41:18,20,22
**OBTAINING** 43:1
**OBVIOUS** 37:10
**OCCASION** 20:3
  35:10
**OCCUPATIONAL**
  36:17
**OCCURRED** 64:8
**OFFICE** 45:7
**OFFICES** 2:20
**OFFICIAL** 73:6
**OH** 23:2 34:12 37:8
**OKAY** 7:7,9,25 8:4
  28:1 29:20 32:8
  34:24 35:24 39:23
  49:12 55:24 57:8
  60:10,11 61:18 63:20
  64:2
**OLAS** 3:15
**ONCE** 35:9 42:17 57:9
**ONES** 21:17
**OPEN** 58:3
**OPERATION** 11:23

38:1 42:15 47:13
  61:17
**OPERATIONS** 12:9
  23:24
**OPPORTUNITY** 46:2
**OPTIONS** 46:13,14
**ORAL** 59:2
**ORANGE** 2:20 73:3
  74:8
**ORDER** 48:15
**ORGANIZATION**
  43:8
**ORIGINALLY** 13:2
**ORLANDO** 2:21 11:23
**OSHLO** 58:15,20
**OUTCOME** 73:18
**OUTSIDE** 46:25 48:16
**OUTSOURCE** 37:24
**OUTSTANDING**
  50:19 51:8 54:24
  55:6,11 56:4 61:2
  62:22 63:4 65:9
  69:16
**OVER-BROAD** 61:6

**P**

**P** 6:5 7:1 42:24
**PACHULSKI** 3:3
**PACKAGING** 15:12
**PACKARD** 3:22 13:25
  32:24 45:23 46:6,11
  47:3 64:7,10
**PAGE** 45:3,3,6 74:15
  74:18
**PAGES** 73:15
**PAID** 17:25 24:3 59:7
  61:2 62:23 63:15
  68:20
**PAPERWORK** 9:16
  9:18
**PARAGRAPH** 26:4
  27:23 30:7 50:15
  54:22 55:9,23 57:16
  57:17 58:2,19 65:3
  65:12,23 68:3,6,12
  68:18
**PARDON** 20:24 26:2
  37:10
**PARK** 3:9
**PART** 13:11 18:5 30:2
  37:25 59:10 67:15
**PARTICULAR** 21:22
  42:10
**PARTIES** 6:9
**PARTS** 60:2,4
**PARTY** 7:19 37:1
  73:17

**PASLEY** 42:22
**PAT** 12:13,18 32:11
  48:13 49:1,3,13
  54:20 67:23
**PATRICK** 4:3 49:8
**PATRICK'S** 63:8
**PAY** 50:18 51:8 54:9
  54:24 55:11 56:3,4
  61:9 63:3 65:5,8,13
  68:13 69:15
**PAYABLE** 11:23 12:9
  13:3 15:23 16:10
  23:19 30:23 31:1,6
  38:1 55:14 57:23
  58:3
**PAYABLES** 61:4
**PAYING** 61:15
**PAYROLL** 12:10 13:7
  13:8,11 36:19,21
**PENDING** 70:7,10
**PENNSYLVANIA**
  4:14
**PEOPLE** 14:17 22:8
  33:6 37:21,25 38:4
  39:5,8 41:25
**PERIOD** 12:22 58:4
  64:8
**PERIODIC** 38:19
**PERIODS** 38:20
**PERMISSION** 48:2
**PERSON** 14:14 38:12
  38:25 39:10,11 48:14
  49:2 50:3,9 52:10
**PERSONAL** 66:14
**PERSONALLY** 25:10
  66:21 74:10
**PERSONNEL** 37:19
  37:24 38:8 44:1
  45:15
**PERTAINING** 37:6
**PHILADELPHIA** 4:14
**PHILLIPS** 21:19 22:11
**PHONE** 19:25 28:16
  31:17 33:6 39:25
  53:4 71:10,16
**PJW** 1:5
**PLACE** 66:15 73:5,14
  74:5
**PLACED** 73:5
**PLAINTIFF** 2:19 3:7
  3:13
**PLAINTIFFS** 1:8,13
  1:19 2:3,8
**PLAZA** 3:20 4:4
**PLEASE** 7:15,24 8:2
  15:5 16:1 25:6 27:7
  32:7,10 39:17,21

Case 1:04-cv-00583-GMS    Document 129-5    Filed 03/14/2006    Page 9 of 16

Inacom vs. Tech Data                3/2/2005                WILLIAM FRANCIS

Page 80

42:23 49:15 54:20 57:7
POINT 23:21 57:17 58:1,19
POLICY 21:6 23:22,22 43:4,7,8,9 69:23
PORTION 15:12,13 17:24
POSING 71:6
POSITION 9:13 11:14 11:20,24 12:3 19:17
POSSESSION 42:5
POSSIBLE 12:15
POSSIBLY 27:16 48:12
PRECEDING 10:9
PREFERENCE 36:13 49:11 67:5
PREPARE 13:13,18
PREPARED 9:15 20:25 24:16
PREPARING 20:16 45:11
PRESENT 6:8 7:4
PRESENTLY 9:6 11:14 45:22 46:4
PRETTY 12:14
PREVIOUSLY 38:4 45:13 64:18
PRICE 59:7
PRIMARILY 15:12
PRIOR 10:19 22:3 31:9 43:23 44:3,6,24 51:15
PRIVATE 37:8
PRIVILEGE 33:14
PROBABLY 19:25 33:10 38:1 42:10
PROBLEMS 44:24
PROCEDURE 66:7
PROCEDURES 23:20 43:10 66:15
PROCEED 61:9
PROCEEDINGS 73:14 74:5
PROCEEDS 59:7
PROCESSOR 41:6
PRODUCED 74:10
PROFESSIONAL 2:22 36:17 73:13
PROGRAM 13:4
PROMISE 62:20
PROSECUTING 62:16
PROVIDED 10:17 47:19
PUBLIC 2:23 74:13

PUNCTUATION 6:14
PURCHASE 14:6 16:14 18:3 29:11,23 30:21 31:4 43:16,18 44:6 50:17 51:11 57:4 59:7,8,16,20 61:5,10 65:4,7
PURCHASED 9:19 15:11 16:3 43:21 51:10 56:13
PURSUANT 2:18
PUT 8:3 30:16 52:5
P.A 3:15
P.C 4:3
P.M 72:4

Q
QUESTION 6:17 8:1 15:4 25:5 37:10 38:24 51:5 54:18 55:22 56:10 68:8 69:11 70:2,7,10,25 71:5,7,7
QUESTIONED 31:11
QUESTIONING 43:13
QUESTIONS 12:14 23:22 32:18 36:3,14 40:14 48:12,25 51:19 57:10 60:6,11,18 62:4,6 63:8,21,25 64:3 67:22,25 69:2 71:12,15
QUITE 14:16
QUORUM 39:6
QUOTE 30:8 58:4 65:7 65:11
QUOTES 30:8

R
R 7:1 22:21 31:24,24 48:4
RAIFORD 31:16,19 33:20 45:14
RAIFORD'S 33:4
RAISED 45:19 61:22
RATIONALE 57:2
REACH 48:3
READ 37:11 71:4 74:3
READING 6:9 26:7
READY 46:14
REALLY 14:16,20 27:10 31:8 38:25 43:14 53:19 54:2,2
REASON 7:24 24:11 44:21
REASONING 54:21 56:21

RECALL 14:13 18:10 18:18,22,23,25 19:3 19:6,18,19 20:2,11 21:13,16,21 22:7,10 22:23 23:7 26:12,16 26:17,19 28:1,5,7 29:6,23 31:15 32:1,4 33:20 34:25 36:22 38:9,10,23 39:11,14 40:19,19,22 41:16,20 41:24 42:2,4,19 43:6 43:11 44:1,4,5,10,14 44:17,20 45:9,18,21 51:17,23 52:14,17,18 52:25 53:1,19,24,25 54:6 57:12,21 58:10 58:16,21,25 59:4 60:19,22,23 61:21
RECEIVABLE 46:19 46:21,24
RECEIVABLES 25:19
RECEIVE 26:9 29:25 40:17
RECEIVED 18:18,22 19:13 26:14 27:18 36:16 46:19 63:16 67:2,3
RECEIVING 33:18 46:4
RECESS 35:25 48:18
RECOGNIZE 27:25 58:17
RECOLLECTION 18:20 24:15 27:17 51:21
RECORD 8:21,23 12:11,12 17:4 34:1 36:2
RECORDING 39:9,11 74:4
RECORDS 42:3
RECORD'S 22:19
RECOVER 67:6
RECROSS 5:11,12 68:1 70:19
REDUNDANT 40:15
REFER 17:14 55:12 56:9 64:11 65:2
REFERENCE 55:22 58:5
REFERENCED 50:19 55:12 56:5 65:9 69:16
REFERRED 30:18,21 51:14
REFERRING 21:25 30:11 43:7,9 50:16

51:11 54:22 55:9 58:18 68:3
REFRESH 27:17
REGARD 66:16
REGARDING 10:17 13:25 26:5 31:12 33:19 35:2 39:12 46:18 48:22 58:8
REGISTERED 2:22 73:13
REGULAR 38:17
RELATED 36:17 73:17
RELATING 26:15 30:23 35:18
RELINQUISH 48:17
RELUCTANCE 60:2
RELUCTANT 17:19 24:2 25:15
REMAINDER 14:20
REMEMBER 14:4 19:21 21:9 22:15 32:3,21 33:5,8,11 49:20 52:5 54:2 55:18 63:10
REPEAT 15:4 25:5 54:20 69:11
REPHRASE 61:8
REPLACE 14:2
REPORT 26:13 37:24 73:14
REPORTER 2:23 5:14 7:4,11 16:25 17:3 25:2 27:2,5 28:10,14 32:9,12 39:16,19 54:13 65:19 71:23 73:12,13
REPORTING 2:20
REPRESENT 36:11 49:9 62:13 64:6,10
REPRESENTATION 47:16
REPRESENTATIVE 58:24
REPRESENTED 8:5 65:14
REPRESENTING 3:7 3:12,17,22 4:6,10 7:18 22:8
REQUEST 19:15,24 25:23 40:18 44:20,22
REQUESTED 44:17
REQUESTING 57:22
REQUIRE 24:9
REQUIRED 22:5 39:6 66:8
RESERVED 6:10

RESIDE 8:9
RESILIEN 2:5 4:6 49:9 52:16 58:24 59:3
RESPECT 43:1 56:19 56:20 57:23
RESPECTIVE 6:8
RESPOND 33:16
RESPONSE 63:7
RESPONSIBILITIES 12:5,6 13:2,9 23:12
RESPONSIBILITY 14:14 16:10 39:13 42:16 43:24 44:3 63:17
RESPONSIBLE 11:22
RESPONSIVE 70:17
RESULT 64:7
RETENTION 47:15
RETIREMENT 10:22
RETTE 2:22
RETURN 68:20
REVIEW 24:23 51:15
REVIEWED 21:3,5,10 21:17 22:11,25 41:25
REVIEWING 22:16
RICHARD 58:20
RIGHT 11:13 12:17 27:8 28:19 34:8,16 34:23 36:15 40:6 47:25 62:9 63:18
RING 47:11
RISK 25:20
ROAD 48:6
ROLE 23:21
ROME 4:13 62:13
ROUTINELY 18:8
RUN 28:16
RUNNING 61:14

S
S 5:16 6:5,5 7:1 26:23 42:24 48:4
SALE 9:14 63:2
SAMUELSON 38:12
SAN 3:20
SANTA 3:4
SATISFACTION 25:18
SAW 55:16 57:14
SAYS 52:21 55:13 57:18
SCHOOL 8:13,15,25 10:25
SEAL 73:6
SEAT 48:17
SECOND 8:22 50:15

Case 1:04-cv-00583-GMS   Document 129-5   Filed 03/14/2006   Page 10 of 16

Inacom vs. Tech Data                           3/2/2005                           WILLIAM FRANCIS

Page 81

55:22 57:16,17,17
58:2 68:3
**SECOND-TO-LAST**
26:3 27:23
**SECRETARY** 33:4
39:9
**SEE** 26:7,8 33:1 49:16
53:5
**SEEING** 57:12
**SEEN** 29:5,7 49:21
**SEGREGATED** 63:3
**SELECTED** 17:13
59:22,24
**SEMESTER** 9:3
**SEND** 18:2,14 20:9,14
20:17 24:16 25:17
26:20 28:2,3 35:11
35:12 41:11 44:18
52:7 70:3
**SENDING** 18:10 19:1
26:18 51:16 52:25
**SENT** 17:13 18:8,15
19:5,7,15,24 20:12
20:23,23 21:2,7
22:12,25 23:4 24:5
24:12,20,22 25:8
27:21 30:4 35:9
40:20 41:8 44:21
45:2 51:3,24 52:10
53:11 55:19,21 59:15
60:20 66:24 68:6,10
68:23 69:13,22 70:21
**SENTENCE** 57:18
58:6
**SEPARATE** 43:18
61:17
**SEPARATED** 42:13
63:3
**SERVICES** 10:17
17:25 25:21 47:19
**SHARED** 30:12
**SHIP** 17:19 24:2 25:15
25:20 53:14,22 54:5
54:7 60:2
**SHIPMENTS** 61:23
62:2
**SHIPPED** 63:14,16
**SHORT** 45:11
**SIC** 63:8
**SIDE** 19:20
**SIGN** 20:17 27:10 70:3
70:23,24
**SIGNATURE** 19:4
20:8 40:8
**SIGNED** 17:10 18:24
19:5 20:21 27:20
29:19 47:17,18 51:3

52:13,15,24 55:16
69:8
**SIGNIFICANTLY**
43:15
**SIGNING** 6:10 19:1
**SIMILAR** 27:13 29:7
40:10 57:10
**SIMILARLY** 41:7
**SIR** 7:15,21 8:5,9,11,13
8:15,19,25 9:6,8 10:2
10:7,20 13:1,17
14:10 15:10 17:6,9
18:25 19:18 20:21
21:13 22:10 24:22
26:3,7,17 27:1,6,9,23
28:11 29:5,12,16
30:5,16,22 31:2,14
31:23
**SITUATION** 37:9 39:7
55:8 58:8 63:9 68:16
68:22
**SITUATIONS** 68:19
**SIX** 9:22
**SLASH** 19:21 23:17
56:14
**SOMEBODY** 32:19
33:7,10
**SORRY** 8:17 21:23
25:2 54:13 56:25
65:20
**SOUGHT** 67:6
**SOUND** 6:20,20
**SOUNDING** 62:14
**SO-CALLED** 60:19
62:19 64:20
**SPACESHIP** 10:14
**SPEAK** 32:6 37:11,15
51:2
**SPEAKERS** 7:8
**SPEAKING** 25:3 32:9
53:9 54:14 57:21
**SPECIFIC** 16:4 19:6
39:13 43:8 54:6
56:12,12
**SPECIFICALLY**
19:19 21:10 22:15,23
28:8 35:6 41:21 52:5
**SPECIFICS** 38:10
**SPELL** 31:23 42:23
**SPOKE** 62:1
**SPOKEN** 13:24 25:25
58:23
**SPRINGWATER** 3:19
**SQUARE** 4:13 30:6
**STAFF** 13:22
**STAKE** 46:10
**STANDARD** 41:1,3

**STANG** 3:3
**START** 11:14 35:5
65:6
**STARTED** 10:21
**STARTING** 16:23
**STATE** 2:24 7:15 73:3
74:7,13
**STATED** 53:13
**STATEMENT** 43:13
50:22
**STATES** 1:1 50:16
55:10 58:2 65:3
**STATING** 38:3
**STATUTORY** 4:15
**STAYED** 12:4
**STENOGRAPHICA...**
73:14
**STENOTYPE** 73:16
**STEPHEN** 3:14 36:10
**STEVE** 7:5
**STIPULATED** 6:7
**STIPULATIONS** 5:6
**STOCK** 45:22 46:13
**STOLL** 3:9
**STREET** 3:10
**STREETS** 4:14
**STRICTLY** 63:9
**STRIKE** 26:1
**STRONG** 24:7
**SUBJECT** 50:19 65:10
**SUBSCRIPTION** 5:15
74:1
**SUBSTANCE** 32:18
33:15 48:22
**SUBSTANTIALLY**
27:13
**SUBSTITUTION** 50:2
**SUITE** 2:21 3:20 4:9
**SUPERVISE** 37:19
**SUPPLIED** 18:1
**SUPPLIER** 25:15,17
35:7,12 54:6 55:7
68:19
**SUPPLIERS** 17:13,19
19:11,12 24:1 35:10
41:2 53:14,21 54:4
56:12 59:15,19,23,25
61:2,15,20 63:5 67:1
67:3,7
**SUPPORTING** 23:21
**SUPPOSE** 38:24
**SURE** 17:10 20:14,20
34:22 46:16 48:4
67:14 69:12
**SURPRISED** 33:11
34:17
**SWORN** 7:11

**SYSTEMS** 23:20
**S.E.C** 47:6

—— T ——
**T** 5:16 6:5,5 10:11,13
10:17,19,21 11:1,4
11:18,20,21 26:23
36:18,19 48:4
**TABLE** 5:1
**TAKE** 7:23 9:1,19
13:11 17:6 28:12
35:22 42:7 49:14
57:6 64:2
**TAKEN** 2:17 35:25
39:9 42:9 48:18
73:16 74:3
**TALKED** 30:15 51:9
54:4
**TALKING** 17:11 23:7
34:12 58:16,22
**TEAM** 14:20 21:21
22:4,6 23:15 38:5,9
38:16 39:3 41:15
44:2
**TEAM'S** 42:8
**TECH** 1:10 3:17 5:20
18:22 36:11,13 40:2
41:19 44:7,11,15,18
44:19 45:18 50:7
**TELEPHONE** 4:3,8,12
7:8 26:7
**TELL** 8:2 20:5 21:19
27:11 30:6 47:12
53:6,17 71:23
**TELLING** 33:17,17
**TERM** 61:3 63:7 64:23
**TERMS** 47:13 50:20
65:10 71:5
**TESTIFIED** 7:12 38:4
42:25 43:14 45:13
49:19 52:3 64:18
69:21
**TESTIFY** 37:3
**TESTIMONY** 5:7 43:3
48:23 70:16
**TEXAS** 4:9 10:1
**TEXT** 20:24 27:12,14
29:7,8
**THANK** 12:19 28:20
32:1,12 34:14,19
36:4 48:10 53:9
57:16 60:7,17 63:21
64:17 67:21 68:17
69:1 71:9,19,21
**THINK** 9:12 16:22
24:19 25:24 29:10
30:1 34:4,5,8 48:11

63:8 69:24 70:1,5
71:10,19
**THINKING** 68:4
**THIRD** 58:1
**THIRD-PARTY** 2:19
3:13,22
**TILL** 31:10
**TIME** 7:23 9:20 10:24
11:25 13:9 15:1,6,14
15:17,21 16:8,13,14
16:17,21 17:6 18:15
19:18 22:18 23:8
26:19,21 31:9,9
34:18 35:15 37:5,5
41:23 42:20 45:10
52:2 64:8 66:8 68:9
69:8,12 73:5,14 74:5
**TODAY** 8:5 13:13,21
21:13 22:10 37:14
45:11 47:17 57:15
**TOLD** 25:25
**TOPIC** 41:14 59:11
**TOTAL** 38:1
**TO-DO** 42:16
**TRACK** 42:16
**TRAILOFF** 6:18
**TRAINING** 10:16
**TRANSACTION** 18:5
18:12 21:11 29:14
30:20 33:20
**TRANSACTIONS**
64:13
**TRANSCRIPT** 71:24
74:4
**TRANSCRIPTION**
73:15
**TRANSITION** 21:21
21:25 22:4 23:13,15
38:5,9,16 39:3 41:15
42:7 44:2
**TRAVEL** 12:9 13:3
**TREATMENT** 46:19
**TROUBLE** 17:18
**TRUE** 50:22 73:15
74:4
**TRUSTEE** 67:5
**TRUTHFUL** 70:17
**TRY** 8:3 15:6 33:14
39:1
**TRYING** 33:13
**TURN** 62:8
**TURNED** 23:18
**TWO** 11:10,11 31:21
45:14
**TYPE** 26:18 39:7
**TYPES** 59:15 66:15

Case 1:04-cv-00583-GMS   Document 129-5   Filed 03/14/2006   Page 11 of 16

Inacom vs. Tech Data                         3/2/2005                         WILLIAM FRANCIS

Page 82

| U | | | | |
|---|---|---|---|---|
| **U** 6:5 | 50:21 51:6,23 52:18 55:19 59:1 68:14 | **YESTERDAY** 58:7 64:23 | **2000** 14:8 15:7 16:8 24:23 25:9 28:22,24 29:2 30:17,22 31:5 31:10 34:6 35:1,3,19 40:5 44:7,12 66:8,16 69:13 | **70** 5:12 |
| **UH-HUH** 6:20 11:9 20:22 30:9 | **WEEKLY** 38:19 | **YORK** 4:4 49:9 | | **72** 73:15 |
| **UNAWARE** 62:19 | **WEINTRAUB** 3:4 | **YOSS** 3:15 36:11 | | **73** 5:14 |
| **UNDERSTAND** 8:2 13:1 15:17 18:25 20:20 26:17 54:18 55:18 67:12 | **WELCOME** 12:20 36:6 60:8 63:23 | **YOUNG** 3:3 | | **74** 5:15 |
| | **WELLS** 14:19 22:18 | **Y'ALL** 30:15 32:14 | | **78701** 4:9 |
| | **WENT** 10:23 11:21 17:11 50:6 | | **2001** 10:5,6 34:15 | |
| **UNDERSTANDING** 15:2,8,10,11,14,20 15:24 16:2,7 23:11 24:6,24 25:10,14 30:17 53:10 55:5,7 56:2,8,11,18 57:4 60:3 61:1,9,13 64:15 66:1,14,25 69:10,14 | **WEREN'T** 43:14 52:1 | **Z** | **2004** 9:12 10:6 | **9** |
| | **WEST** 3:10 | **ZIEHL** 3:3 | **2005** 2:15 5:3 73:6,18 74:4,9 | **900** 4:9 |
| | **WE'RE** 7:3 16:22 28:18 71:11,19 | **ZIP** 48:5 | **2475** 3:20 | **90067-4100** 3:5 |
| | **WE'VE** 12:17 64:8 | | **2650** 3:10 | **94** 10:22 |
| | **WHATNOT** 23:20 | **0** | **27** 5:19 | **94111** 3:20 |
| | **WILLIAM** 2:17 5:3,7 7:10,16 73:5 74:3,7 74:10 | **00-2426** 1:5 | **28** 5:19 | **954-766-7834** 3:16 |
| **UNDERSTOOD** 52:14 | | **018647** 55:14 | | **99** 14:3 |
| **UNDERTAKEN** 41:11 | | **04-CV-148** 1:9 | | |
| **UNDERTAKING** 43:20 | **WILLING** 53:22 | **04-CV-582** 1:15 | **3** | |
| | **WINDSOR** 8:16,18 | **04-CV-583** 1:20 | **3** 5:19 16:23 28:11,13 28:25 29:1 30:5 57:6 58:2,19 | |
| **UNIDENTIFIED** 7:8 | **WISH** 74:16 | **04-CV-584** 2:4 | | |
| **UNIONDALE** 4:4 49:9 | **WITNESS** 6:18 15:25 16:23 22:21 25:5 32:8 34:16 35:24 36:6 37:4 60:8 63:21 63:23,25 70:15,16 71:21 73:6 | **04-CV-593** 2:10 | **3,4** 5:5 | |
| **UNITED** 1:1 | | | **3/19/2005** 73:9 | |
| **UNIVERSITY** 9:3 | | **1** | **3/27/00** 5:19 | |
| **UNQUOTE** 58:4 | | **1** 5:18 16:20,23 17:1,2 27:14 28:21 29:25 31:12 35:3,20 40:11 43:2 50:5 53:5,7 55:23 56:5 59:14 65:2 68:4 70:22 | **300** 38:1 | |
| **UNSECURED** 4:16 | | | **310-277-6910** 3:6 | |
| **UNSIGNED** 28:23 51:25 | **WORD** 24:7 41:5 | | **33301** 3:16 | |
| | **WORK** 9:14,17 10:9 10:23 36:18 62:13 | | **34711-5368** 48:5 | |
| **UNWILLING** 53:14 54:5 | **WORKED** 10:11,14 21:22 | **10:00** 2:15 | **350** 3:15 | |
| **USE** 23:19 40:21 | **WORKING** 10:16 28:18 34:3 37:21 38:25 | **10:49** 35:25 | **36** 5:9 | |
| | | **10100** 3:4 | **37** 2:20 | |
| **V** | | **11** 1:4 | **39** 5:20 | |
| **V** 3:9 26:23 | | **11TH** 3:5 | | |
| **VAGUE** 24:25 30:24 50:23 61:6 | **WORLD** 10:12,23 11:4 11:21 39:1 63:14 | **11:07** 35:25 | **4** | |
| | | **11:28** 48:18 | **4** 5:20 39:17,18,21,25 41:7 42:21 44:18 45:4 50:6 53:5,7 59:14 70:22 | |
| **VEHICLES** 9:18 | **WORLDWIDE** 12:9 13:3 | **11:29** 48:18 | | |
| **VENDOR** 26:19 | | **111** 4:9 | | |
| **VENDORS** 16:12 26:21 29:24 61:10,22 | **WOULDN'T** 27:6 42:14 54:7 | **11556-0120** 4:4 | **400** 3:10 | |
| | | **12:06** 72:4 | **40202-3377** 3:11 | |
| **VITOLS** 5:19 26:23 27:23,24 29:2 50:3 51:20 | **WRAP** 35:23 | **15TH** 73:6,18 | **4049** 48:4 | |
| | **WRITE** 37:11 68:7 | **16** 28:22 31:10 34:6 35:1,3,19 40:4,5,12 | **415-834-3800** 3:21 | |
| | **WRITTEN** 43:8 | **17** 5:18 28:24 29:1 40:3 | **49** 5:9 | |
| **VS** 1:9,14,20 2:4,9 | **WROTE** 68:6 | **17TH** 3:15 | | |
| | | **18TH** 4:14 | **5** | |
| **W** | | **19103-6998** 4:14 | **500** 2:21 | |
| **W** 3:3 | **X** | **1956** 8:20 10:22 | **502-568-9100** 3:11 | |
| **WALLPAPER** 46:15 | **X** 5:16 | **1994** 10:25 | **516-227-0700** 4:5 | |
| **WANT** 7:23 19:19 33:14,16 67:24 71:24 | | **1999** 10:3 | | |
| | **Y** | | **6** | |
| | **Y** 42:24 48:4 | **2** | **6** 5:6 | |
| **WANTED** 17:21 35:7 | **YEAH** 7:8 17:8 34:12 58:21 | **2** 2:15 5:3,19 16:23 27:2,4 28:23 49:15 50:16 52:20 54:22,23 55:9,10,13 58:19 65:3 68:18 74:3 | **60** 5:10 | |
| **WANTS** 62:7 | | | **62** 5:10 | |
| **WASN'T** 18:5 30:2 31:25 34:3,17 38:14 40:23 55:5 | **YEAR** 31:21 34:9 | | **64** 5:11 | |
| | **YEARS** 10:12 11:5,6 11:10,11 18:24 31:22 45:14 54:3 | | **68** 5:11 | |
| | | **2/16/00** 5:18,20 | **69** 5:12 | |
| **WAY** 30:16 39:2 49:21 | | **2/17/00** 5:19 | | |
| | | | **7** | |
| | | | **7** 5:8 73:15 | |

FEB-16-00 WED 06:49 PM                    FAX:                    PAGE  2

Compaq Computer Corporation          20555 SH 249
P.O. Box 692000                      Houston, TX 77070-2698
Houston, TX 77269-2000               Tel 713-370-0670

# COMPAQ

February 16, 2000

Lexmark International, Inc.
Ms. Misty Atchinson
Fax  800.732.9539

RE:     Account Payable # 117403 of Inacom Corporation

Dear Ms. Atchinson:

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc, also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to John Frasca at 402.758.3822.

Thank you for your consideration in this matter.

Sincerely,

*[signature: Bill Francis]*

Bill Francis
Director, Corporate Finance
Telephone:  281.514.1223
Email:  bill.francis@compaq.com

EXHIBIT
Francis  1
CEL 3/2/05

Received at: 3:16PM, 2/8/2002

Feb-08-02  15:05     Resilien                      631 420 1980              P.02

February 17, 2000

Logicare, Inc
85A Marcus Drive
Melville NY 11747

RE:   Account Payable # 018647 of Inacom Corporation

Dear Chris and Bill,

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc. also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to Noni Vitols at 402.756.3678.

Thank you for your consideration in this matter.

Sincerely,


Bill Francis
Director, Corporate Finance
Telephone: 281.514.1223
Email: bill.francis@compaq.com

EXHIBIT
Francis 2
3/2/05 CBL

Received at: 3:16PM, 2/8/2002

Feb-08-02 15:06   Resilien                              631 420 1980              P.03

# CUSTOM EDGE

*THERE ARE NO LIMITS TO WHAT WE CAN DO TOGETHER*

February 17, 2000

Logicare, Inc
85A Marcus Blvd
Melville NY 11747

Dear Chris and Bill,

On February 16, 2000, Compaq Computer Corporation completed the purchase of key assets of Inacom Corporation. With this purchase, we are proud to announce the formation of a new, wholly owned, and separately managed Compaq subsidiary named Custom Edge Incorporated.

In preparation for the go-forward business model, please note the following:
- Compaq Corp will be sending a letter notifying you that Compaq will be behind and fund the purchases by Custom Edge Inc.
- The account payable process will continue to operate in Omaha, Nebraska. Please continue to use your established Account Payable contacts. For any immediate issues please free to contact me at 402-758-3169. Kindly do not contact Mr. Bill Francis, Accounting Manager at Compaq, as he will have no information available.
- Compaq is assuming the open accounts payable but NOT the "Held Checks".
- All "Held Checks" are the responsibility of Inacom Corp not Compaq or Custom Edge. Any and all inquiries on the "Held Checks" should be presented to Mr. Richard Oshlo at 402-758-4380.

On behalf of Custom Edge Inc, we look forward to our partnership in the year 2000 and beyond.

Sincerely,

Noni Vitols
Product Manager



EXHIBIT
Francis  3
CEL 3/2/05

Compaq Computer Corporation
P.O. Box 692000
Houston, TX 77269-2000

20555 SH 249
Houston, TX 77070-2698
Tel 713-370-0670

**Compaq**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Mr. Mike Zafa | **From:** | Bill Francis 281-514-1223 |
| **Fax:** | 727.532.8018 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 02/16/00 |
| **Re:** | | **CC:** | |

**Urgent** ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

EXHIBIT
Francis' 4
3/2/05

Compaq Computer Corporation
P.O. Box 692000
Houston, TX 77269-2000

20555 SH 249
Houston, TX 77070-2698
Tel 713-370 0670

# COMPAQ

February 16, 2000

Tech Data Corporation
Mr. Mike Zafa
Fax 727.532.8018

RE:   Account Payable # 102598 of Inacom Corporation

Dear Mr. Zafa:

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc. also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to John Frasca at 402.758.3822.

Thank you for your consideration in this matter.

Sincerely,

Bill Francis
Director, Corporate Finance
Telephone: 281.514.1223
Email: bill.francis@compaq.com