## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al.<br><br>　　　Plaintiffs<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>　　　Defendant and Third-Party Plaintiff<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>　　　Third-Party Defendant | Civil Action No. 04-CV-583 (GMS) |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), has submitted to the court the following original deposition transcript:

**John T. Frasca, dated March 30, 2005**

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STEVENS & LEE, P.C.

Dated: Wilmington, Delaware　　By:　　*/s/ Thomas G. Whalen, Jr.*
March 14, 2006　　　　　　　　　　　　　　Joseph Grey (No. 2358)
　　　　　　　　　　　　　　　　　　　　　　Thomas G. Whalen, Jr. (No. 4034)
　　　　　　　　　　　　　　　　　　　　　　1105 North Market Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 654-5180
　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 654-5181

　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　Culver V. Halliday
　　　　　　　　　　　　　　　　　　　　　　Emily L. Pagorski
　　　　　　　　　　　　　　　　　　　　　　Stoll Keenon Ogden PLLC
　　　　　　　　　　　　　　　　　　　　　　2650 AEGON Center
　　　　　　　　　　　　　　　　　　　　　　400 West Market Street
　　　　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202-3377
　　　　　　　　　　　　　　　　　　　　　　Tel: (502) 568-9100
　　　　　　　　　　　　　　　　　　　　　　Fax: (502) 568-5700

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Lexmark International, Inc.