# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al. | : |
|     Plaintiffs | : |
| v. | : |
| LEXMARK INTERNATIONAL, INC. | : |
|     Defendant and Third-Party Plaintiff | : |
| v. | : |
| COMPAQ COMPUTER CORPORATION | : |
|     Third-Party Defendant | : |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), has submitted to the court the following original deposition transcript:

**Nondas L. Vitols, dated March 23, 2005**

Respectfully submitted,

STEVENS & LEE, P.C.

Dated: Wilmington, Delaware
March 14, 2006

By: */s/ Thomas G. Whalen, Jr.*
Joseph Grey (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel:  (302) 654-5180
Fax:  (302) 654-5181

-and-

Culver V. Halliday
Emily L. Pagorski
Stoll Keenon Ogden PLLC
2650 AEGON Center
400 West Market Street
Louisville, Kentucky 40202-3377
Tel: (502) 568-9100
Fax: (502) 568-5700

Attorneys for Lexmark International, Inc.