## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| LEXMARK INTERNATIONAL, INC. : | |
| : | |
| Defendant and Third-Party Plaintiff : | |
| : | |
| v. : | |
| : | |
| COMPAQ COMPUTER CORPORATION : | |
| : | |
| Third-Party Defendant : | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), has submitted to the court the following original deposition transcript:

**Leon Kerkman, dated March 25, 2005**

                                                                         Respectfully submitted,

                                                                          STEVENS & LEE, P.C.

Dated: Wilmington, Delaware       By:    */s/ Thomas G. Whalen, Jr.*
March 14, 2006                                     Joseph Grey (No. 2358)
                                                                Thomas G. Whalen, Jr. (No. 4034)
                                                                1105 North Market Street, 7th Floor
                                                               Wilmington, Delaware 19801
                                                               Tel:   (302) 654-5180
                                                               Fax:   (302) 654-5181

                                            -and-

                                                                Culver V. Halliday
                                                              Emily L. Pagorski
                                                              Stoll Keenon Ogden PLLC
                                                              2650 AEGON Center
                                                              400 West Market Street
                                                              Louisville, Kentucky 40202-3377
                                                              Tel: (502) 568-9100
                                                              Fax: (502) 568-5700

                                                              Attorneys for Lexmark International, Inc.