UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re Inacom CORP., et al., ) | Chapter 11 |
| ) | |
| Debtors, ) | Bankruptcy Case No. |
| —————————————————————) | 00-2426 (PJW) |
| ) | |
| Inacom CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | 04-CV-148 (GMS) |
| TECH DATA CORPORATION, ) | |
| ) | |
| Defendant, ) | |
| —————————————————————) | |
| Inacom CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | 04-CV-582 (GMS) |
| DELL COMPUTER CORP., ) | |
| ) | |
| Defendant, ) | Caption Continued |
| —————————————————————) | |

\* \* \* \* \*

DEPOSITION OF LEON KERKMAN,

taken before me, Denise J. Lukasiewicz, Court

Reporter and General Notary Public within and

for the State of Nebraska, commencing at the

hour of 9:10 a.m., on the 25th day of March,

2005, at the HILTON HOTEL OMAHA, Prague Room,

1001 Cass Street, Omaha, Nebraska.

\* \* \* \* \*

**BARNES REPORTING SERVICE, INC.**
**COURT REPORTERS**

POST OFFICE BOX 144                    402-330-7796
BOYSTOWN, NEBRASKA 68010               FAX 402-330-3227

Caption Continued:

Inacom CORP., et al.,                )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            ) Civil Action No.
                                     ) 04-CV-583 (GMS)
LEXMARK INTERNATIONAL, INC.,         )
                                     )
            Defendant,               )
                                     )

Inacom CORP., et al.,                )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            ) Civil Action No.
                                     ) 04-CV-584 (GMS)
RESILIEN, INC.,                      )
                                     )
            Defendant,               )
                                     )

Inacom CORP., et al.,                )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            ) Civil Action No.
                                     ) 04-CV-593 (GMS)
INGRAM ENTERTAINMENT, INC.,          )
                                     )
            Defendant.               )

APPEARANCES:

Mr. Jeffrey P. Nolan
Attorney at Law
PACHULSKI, STANG, ZIEHL,
YOUNG, JONES & WEINTRAUB, P.C.
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA  90067                    for Plaintiff
                                          Inacom Corp.


Mr. Earl M. Forte
Attorney at Law
BLANK, ROME, L.L.P.
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6998    Counsel to
                                Executive Sounding
                                Board Associates,
                                Inc., Liquidating
                                Agent of Inacom
                                Corp. Committee of
                                Unsecured Creditors


Mr. Culver V. Halliday
Attorney at Law
STOLL, KEENON & PARK, L.L.P.
2650 Aegon Center
400 West Market Street
Louisville, KY 40202-3377        for Defendant
                                 Lexmark
                                 International


Mr. G. James Landon
Attorney at Law
HUGHES, LUCE, L.L.P.
111 Congress Avenue
Suite 900
Austin, TX  78701                for Defendant
                                 Dell, Inc.

<u>APPEARANCES, Cont'd.:</u>

Ms. Cecily A. Dumas
  and
Mr. Brandon C. Chaves
Attorneys at Law
FRIEDMAN, DUMAS & SPRINGWATER, L.L.P.
One Maritime Plaza
Suite 2475
San Francisco, CA   94111        for Defendant
                                 Hewlett-Packard
                                 a/k/a Compaq
                                 Computer


Mr. Jonathan P. Hersey
Attorney at Law
BINGHAM, McCUTCHEN, L.L.P.
Plaza Tower
600 Anton Boulevard
18th Floor
Costa Mesa, CA   92626-1924      for Defendant
                                 Ingram Entertainment,
                                 Inc.


Mr. Stephen C. Hunt
Attorney at Law
Adorno & Yoss, P.A.
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL   33301      for Defendant
                                 Tech Data
                                 Corporation



1

2    <u>I N D E X</u>

3    <u>WITNESS:</u>                          <u>EXAMINATION</u>

4                                      <u>TYPE</u>        <u>PAGE</u>
     LEON KERKMAN
5                                      Direct        6
                                       (Halliday)
6
                                       Cross         26
7                                      (Landon)

8                                      Cross         52
                                       (Hunt)
9
     <u>EXHIBITS:</u>                       <u>MARK</u>    <u>IDENTIFY</u>
10
        1   Services, Supply and       45        46
11          Sales Agreement

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BARNES REPORTING SERVICE, INC.**
**COURT REPORTERS**

POST OFFICE BOX 144                                   402-330-7796
BOYSTOWN, NEBRASKA 68010                         FAX 402-330-3227

<u>LEON KERKMAN,</u>

Of lawful age, being first duly cautioned and solemnly sworn as hereinafter certified, was examined and testified as follows:

THE WITNESS:  I do.

<u>DIRECT EXAMINATION</u>

BY MR. HALLIDAY:

Q.   Sir, could you state your name?

A.   Leon Kerkman.

Q.   K-E-R-K-M-A-N; correct?

A.   Correct.

Q.   Mr. Kerkman, good morning.  My name is Culver Halliday and I'm an attorney.  I am here today representing Lexmark International, Inc., which is a defendant to an action brought against it by Inacom Corporation.  And I think for your benefit, as well as the record's, I will ask that counsel, beginning to my right, introduce themselves to you.

MR. LANDON:  Good morning.  I'm James Landon, I represent Dell, Inc.

MR. HERSEY:  John Hersey with the law firm of Bingham, McCutchen, and I represent Ingram Entertainment, which is a successor to Nashville Computer Liquidators.

1          MR. HUNT:  Good morning,

2     Mr. Kerkman.  Steve Hunt from Adorno and Yoss

3     representing Tech Data Corporation.

4          MR. NOLAN:  Good morning.  Jeff

5     Nolan from Pachulski, Stang and Ziehl on behalf

6     of the Inacom estate.

7          MR. FORTE:  Earl Forte, Blank,

8     Rome, for Executive Sounding Board Associates,

9     Inc., the liquidating agent of the Inacom estate

10    and we are representing the interests of the

11    Inacom estate in the action against Dell.

12          MR. CHAVES:  Brandon Chaves

13    from Friedman, Dumas and Springwater for

14    Hewlett-Packard, and we've met.

15          MS. DUMAS:  And Cecily Dumas,

16    Friedman, Dumas and Springwater representing

17    Hewlett-Packard Company and the witness.

18    BY MR. HALLIDAY:

19          Q.  Where do you reside, sir?

20          A.  Omaha, Nebraska.

21          Q.  How long have you been a resident of

22    Omaha, Nebraska, sir?

23          A.  Twenty-five (25) years.

24          Q.  Are you a high school graduate, sir?

25          A.  Yes.

KERKMAN - DIRECT (Halliday)

1    Q.   What high school, sir?

2    A.   Elgin Pope John.

3    Q.   E-L-G-I-N?

4    A.   Yes.

5    Q.   In what town or city is that school

6    located?

7    A.   It's in Elgin, Nebraska.

8    Q.   What year did you graduate from high

9    school, sir?

10   A.   1977.

11   Q.   Did you attend college after high

12   school graduation, sir?

13   A.   Yes.

14   Q.   Where did you attend college?

15   A.   University of Nebraska at Omaha.

16   Q.   Did you graduate, sir?

17   A.   Yes.

18   Q.   What year, sir?

19   A.   1981.

20   Q.   What was your degree in, sir?

21   A.   Accounting; bachelor's degree.

22   Q.   Have you obtained any post-graduate

23   degrees, sir?

24   A.   Yes, I have a Master's of Business

25   Administration.

KERKMAN - DIRECT (Halliday)

1      Q.  From what school did you obtain that

2  degree, sir?

3      A.  University of Nebraska at Omaha.

4      Q.  And what year did you obtain that

5  degree, sir?

6      A.  1997.

7      Q.  Do you have any other post-graduate

8  degrees, sir?

9      A.  No.

10      Q.  Sir, after you graduated from the

11  University of Nebraska in 1981, did you obtain

12  employment?

13      A.  Yes.

14      Q.  Where were you employed first after

15  graduating from -- in 1981, sir?

16      A.  KPMG Peat Marwick.

17      Q.  And which office?

18      A.  Omaha.

19      Q.  What were you hired as by KPMG?

20      A.  Auditor.

21      Q.  How long were you with KPMG, sir?

22      A.  Through 1988.

23      Q.  Did your position with the firm change

24  during the course of your employment with KPMG?

25      A.  Just promotions along the way.

**BARNES REPORTING SERVICE, INC.**
**COURT REPORTERS**

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

KERKMAN - DIRECT (Halliday)

1      Q.   You were in the audit area?

2      A.   Correct.

3      Q.   And remained there throughout your

4  employment with KPMG?

5      A.   Correct.

6      Q.   Do you know if Inacom Corporation was

7  a client of the firm's?

8      A.   Yes, it was.

9      Q.   Was it an audit client of the firm's?

10     A.   Yes.

11     Q.   Did you ever work on any audits by

12 KPMG of Inacom Corporation?

13     A.   Yes.

14     Q.   Did you work on the annual audit of

15 Inacom Corporation each of the years of your

16 employment with KPMG?

17     A.   Yes.  All the years it was public.

18     Q.   Would that have been each of the years

19 of your employment at KPMG, sir?

20     A.   No.

21     Q.   Do you recall what years?

22     A.   No -- no.

23     Q.   Did you ever lead the audit team for

24 that account?

25     A.   Yes, I did.

KERKMAN - DIRECT (Halliday)

1      Q.   Did you lead the audit team for that

2  account in 1988?

3      A.   Yes.

4      Q.   Sir, in 1988, did you leave your

5  employment with KPMG for employment elsewhere?

6      A.   Repeat the question.

7      Q.   Yes, sir.  Did you leave your

8  employment with KPMG in order to take employment

9  elsewhere?

10     A.   Yes.

11     Q.   Where did you go?

12     A.   Inacom.

13     Q.   And would you have begun that

14  employment in 1988?

15     A.   Yes.

16     Q.   What position did you hold when you

17  began working with Inacom Corp. in 1988?

18     A.   Corporate controller.

19          MR. NOLAN:  Sorry, what was the

20  response?

21          (Whereupon, the requested portion of

22           the testimony was read back by the

23           Court Reporter.)

24  BY MR. HALLIDAY:

25     Q.   Had someone preceded you in that

KERKMAN - DIRECT (Halliday)

1    position at Inacom Corp.?

2    A.  No.

3    Q.  Is it your understanding you were the

4    first corporate controller for Inacom Corp.?

5    A.  Yes.

6    Q.  As corporate controller, was there an

7    area of the company, and I don't know the term

8    so I'll just say "department," that you headed?

9    A.  I was responsible for the day-to-day

10   operation -- or the day-to-day financial

11   operations of closing the books and accounts

12   payable.

13   Q.  How long were you employed by Inacom

14   Corp.?

15   A.  January 2000.

16   Q.  Did you hold any other positions at

17   Inacom Corp. besides corporate controller?

18   A.  Yes.

19   Q.  What was the next position that you

20   held, sir?

21   A.  Vice president of operations.

22   Q.  Was that a promotion, sir?

23   A.  Yes.

24   Q.  And when were you promoted to VP of

25   operations?

KERKMAN - DIRECT (Halliday)

1       A.   1995.

2       Q.   So from 1988 to 1995, approximately,

3   you were company controller?

4       A.   Correct.

5       Q.   Did you hold another position with

6   Inacom Corporation after VP of operations?

7       A.   No.

8       Q.   When you left the company, then, in

9   January 2000, you were VP of operations?

10      A.   Yes.

11      Q.   When you were promoted to VP of

12  operations, did your responsibilities change,

13  sir?

14      A.   Yes.

15      Q.   What were your responsibilities, sir,

16  in summary, as VP of operations, when you began

17  as VP of operations?

18      A.   Responsible for the supply chain

19  of the organization, which would include

20  the procurement organization as well as

21  manufacturing and distribution.

22      Q.   Sir, did your responsibilities as

23  vice president of operations change over time?

24      A.   No.

25      Q.   When you left Inacom Corp. in January

KERKMAN - DIRECT (Halliday)

1    2000, your responsibilities as VP of operations

2    were substantially the same then as they had

3    been when you began in that position in 1995?

4         A.   That's correct.

5         Q.   Sir, did you have -- retain any

6    responsibilities that you had had as corporate

7    controller when you became VP of operations?

8         A.   No.

9         Q.   And just to make sure I understand,

10   when you became vice president of operations,

11   did you have any continuing responsibilities for

12   financial operations --

13        A.   No.

14        Q.   -- for accounts payable?

15        A.   No.

16        Q.   Sir, did you resign from employment

17   with Inacom Corporation?

18        A.   I was part of the asset sale to

19   Compaq.

20        Q.   In January of 2000, did you begin

21   employment with a new employer?

22        A.   Yes.

23        Q.   And what was that employer?

24        A.   Compaq Computer Corporation.

25        Q.   Were you ever an employee, sir, of

KERKMAN - DIRECT (Halliday)

1    ITY, I-T-Y, Corporation, also referred to as

2    Custom Edge, Inc.?

3         A.   Yes.

4         Q.   When were you employed by that

5    company, sir?

6         A.   Starting in 2000 --

7         Q.   Okay.

8         A.   -- as a subsidiary of Compaq.

9         Q.   What was your position, sir, when you

10   first started with -- may I call it Custom

11   Edge, Inc. --

12        A.   That's fine.

13        Q.   -- in January 2000, sir?

14        A.   Director of operations.

15        Q.   Were your responsibilities the same as

16   you had had as vice president of operations at

17   Inacom Corp.?

18        A.   Yes.

19        Q.   For how long were you employed by

20   Custom Edge, Inc.?

21        A.   Until the -- the subsidiary, until it

22   was folded or something, to where it just became

23   Compaq Corporation.

24        Q.   Do you recall a month and a year of

25   that, sir?

KERKMAN - DIRECT (Halliday)

1    A.  No.

2    Q.  Sir, did your position with

3    Custom Edge, Inc. change?

4    A.  No.

5    Q.  When you became an employee of

6    Compaq Computer Corporation, what was your

7    position?

8    A.  Director of operations.

9    Q.  Did you hold any other position with

10   Compaq Computer Corporation?

11   A.  No.

12   Q.  When did you leave Compaq Computer

13   Corporation's employment?

14   A.  With the merger of Compaq and

15   Hewlett-Packard.

16   Q.  Do you recall the month and year of

17   that, sir, approximately?

18   A.  No.

19   Q.  Year?

20   A.  Let's see, it was two years ago, so --

21   Q.  Approximately, 2003?

22   A.  Yes.

23   Q.  Did you then become an employee of

24   Hewlett-Packard, sir?

25   A.  Yes.

KERKMAN - DIRECT (Halliday)

1      Q.  Sir, when you became an employee of

2  Hewlett-Packard Corporation, what was your

3  position at that time?

4      A.  Director of operations.

5      Q.  And, sir, has your position changed?

6      A.  Yes.

7      Q.  When did your position change?

8      A.  September of 2004.

9      Q.  And in September 2004, sir, what did

10  your position change to?

11      A.  Vice president of supply chain for the

12  Americas commercial products.

13      Q.  Did your responsibilities change, sir,

14  at the -- in September of 2004 when you took

15  that title?

16      A.  Yes.

17      Q.  Was the work that you did as a

18  vice president of operations at Inacom Corp.

19  and as a director of operations for Custom

20  Edge, Inc., and then Computer -- Compaq Computer

21  Corporation, were they substantially the same?

22      A.  Correct.

23      Q.  And when you started at

24  Hewlett-Packard as a director of operations,

25  again, was the work you were performing the same

KERKMAN - DIRECT (Halliday)

1    that you have (sic) been performing?

2        A.  Yes.

3        Q.  As you had been performing, excuse

4    me.

5            How did it change in September of

6    2004, sir, when you became vice president of

7    supply chain?

8        A.  Broader scope position, responsible

9    for all of the Americas and a couple of number

10   (sic) other functions.

11       Q.  And is that the position you hold

12   today, sir?

13       A.  Yes, it is.

14       Q.  All right.  Sir, during your

15   entire time of employment at Inacom Corp.,

16   Custom Edge, Inc. and Compaq Computer

17   Corporation, did you reside in Omaha,

18   Nebraska?

19       A.  Yes.

20       Q.  And you are continuing to reside in

21   Omaha, Nebraska now?

22       A.  Yes.

23       Q.  Sir, since leaving the position

24   of corporate controller at Inacom Corporation,

25   have you had any responsibility for accounts

**BARNES REPORTING SERVICE, INC.**
**COURT REPORTERS**

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

KERKMAN - DIRECT (Halliday)

1    payable at Inacom Corp., Custom Edge, Inc.,

2    Compaq Computer Corporation or Hewlett-Packard

3    Corporation?

4         A.  No.

5         Q.  When you were employed by Inacom Corp.

6    originally in 1988 as corporate controller, who

7    did you report to, sir?

8         A.  David Guenthner.

9         Q.  Did your -- did the person you

10   reported to while you were corporate controller

11   change from Guenthner to anyone else?

12        A.  No.

13        Q.  When you became vice president of

14   operations, sir, in 1995 at Inacom Corp., who

15   did you report to?

16        A.  Mike Steffan.

17        Q.  Can you spell that for me, please?

18        A.  S-T-E-F-F-A-N, I believe.

19        Q.  What was Mr. Guenthner's title or

20   titles when you reported to him, sir?

21        A.  I think he was the CFO.

22        Q.  What was Mr. Steffan's title or titles

23   when you reported to him?

24        A.  General manager of operations.

25        Q.  Other than Mr. Guenthner -- Guenther

1    or Guenthner --

2         A.  Guenthner, I believe.

3         Q.  -- and Mr. Steffan, did you report to

4    anyone else, sir, at Inacom Corporation?

5         A.  No.

6         Q.  Who did you report to, sir, while you

7    were employed by Custom Edge, Inc.?

8         A.  I reported to two different people

9    during that time frame.

10        Q.  Who were they sir?

11        A.  Michael Steffan and Mary Ellen Smith.

12        Q.  What was Mr. Steffan's title at

13   Custom Edge, Inc. when you reported to him, sir?

14        A.  I believe he was the general manager

15   of operations.

16        Q.  Okay.  And I'm sorry, sir, what was

17   her name again?

18        A.  Mary Ellen Smith.

19        Q.  And what was her title, sir, when you

20   reported to her at Custom Edge, Inc.?

21        A.  I believe she was a VP of operations.

22        Q.  Who did you report to, sir, while you

23   were employed by Compaq Computer Corporation?

24        A.  Mary Ellen Smith.

25        Q.  And was she a VP of operations at

KERKMAN - DIRECT (Halliday)

1    Compaq Computer Corporation during the period

2    you reported to her?

3         A.   Yes.

4         Q.   Who did you report to, sir, when you

5    first joined Hewlett-Packard?

6         A.   Carol Eder.

7         Q.   E-A- --

8         A.   E-D-E-R.

9         Q.   What was her title, sir?

10        A.   Vice president of supply chain for

11   the Americas, commercial products division.

12        Q.   Have you reported to anybody

13   else other than Ms. Eder since joining

14   Hewlett-Packard?

15        A.   Not since -- or at the time of my

16   promotion last September it's changed.

17        Q.   And who are you reporting to now

18   since September -- or, excuse me, who are you

19   reporting to since September of 2004?

20        A.   Mike Larson.

21        Q.   L-A-R- --

22        A.   -S-O-N.

23        Q.   And what is his title, sir?

24        A.   General manager of -- for the

25   Americas.

KERKMAN - DIRECT (Halliday)

1    Q.  Sir, as corporate controller of Inacom

2    Corporation, were you in the finance area of the

3    company?

4    A.  Yes.

5    Q.  As vice president of operations for

6    Inacom Corporation, were you in the finance area

7    of the company?

8    A.  No.

9    Q.  What area of the company would you

10   describe that as being in?

11   A.  Operations.

12   Q.  Okay.  Operations?  Okay.  And

13   was that also true at Custom Edge, Inc. and

14   Compaq Computer Operations -- Corporation?

15   A.  Yes, yes.

16   Q.  And at Hewlett-Packard?

17   A.  Yes, sir.

18   Q.  Sir, are you familiar with an

19   asset purchase agreement that was entered

20   into by Inacom Corporation with Compaq

21   Computer Corporation in February of 2000?

22   A.  I'm familiar with it, yes.

23        MS. DUMAS:  For the record, I think

24   the agreement was entered into in January 2000.

25        MR. HALLIDAY:  Yeah, I think the

KERKMAN - DIRECT (Halliday)

1    closing date was February, so -- thank you,

2    though.

3    BY MR. HALLIDAY:

4        Q.   Did you have any role on behalf of

5    Inacom Corporation in the negotiation of that

6    agreement?

7        A.   No.

8        Q.   Did you have any role on behalf of

9    Inacom Corporation in implementing that

10   agreement?

11       A.   No.

12       Q.   And just to be sure I've been clear,

13   did you have any role in the negotiation or

14   implementation of any collateral or appurtenant

15   agreement?

16       A.   I don't understand your question.

17       Q.   Okay.  I believe that the APA had

18   agreements attached to it that were part of and

19   incorporated therein.  Do you have any

20   recollection of being involved --

21       A.   No.

22       Q.   -- in the negotiation or

23   implementation of any such agreements?

24       A.   No.

25              MR. HALLIDAY:  I'm going to ask

KERKMAN - DIRECT (Halliday)

1    to take a break which will help move us along

2    more quickly, I do think.  Five-minute break.

3                    MS. DUMAS:  Absolutely.

4            (Whereupon, a short recess was had.)

5                    MR. HALLIDAY:  Let's go back on the

6    record.

7                    Mr. Kerkman, I just have a few more

8    questions.

9                    THE WITNESS:  Okay.

10   BY MR. HALLIDAY:

11        Q.  Did you assist Compaq Computer

12   Corporation or Custom Edge, Inc. in the

13   negotiations relating to, or the implementation

14   of the asset purchase agreement we had discussed

15   before the break?

16        A.  I would like you to define

17   "implementation of agreement" further.

18        Q.  Sure.  Let me try it this way if this

19   helps, I'll ask the question again and say, did

20   you assist Compaq Computer Corporation or Custom

21   Edge, Inc. in the negotiation of the asset

22   purchase agreement with Inacom Corporation?

23        A.  No.

24        Q.  I may need to repeat the -- ask the

25   question again, but let me just start by asking