SS&S.AGT

Services as per the Fee Schedule (defined below), Inacom agrees to pay the difference to Compaq Sub.

1. Inacom agrees to make Compaq Sub its preferred provider of the procurement services listed in Exhibit 1 ("**Procurement Services**"), meaning only that Inacom shall direct at least 75% of its requirements for such services to Compaq Sub. The obligations set forth in this Section 1.2(1) shall be subject to Compaq Sub's ability to competitively price its services (which for these purposes shall not require Compaq Sub to be the lowest-priced service provider) and to satisfy Service Level Agreements for service capabilities and performance, as mutually agreed to by the parties.

2. Inacom will pay a fee to Compaq Sub for the Procurement Services based on the fee schedule, attached hereto as Exhibit 2 (the "**Fee Schedule**"). Compaq Sub agrees to provide Inacom with a fixed rate structure for the Procurement Services, which does not depend on rebates for volume attainment. In any event, Compaq Sub will offer Inacom the most favored procurement service customer fees of Compaq Sub or any of its affiliates, i.e. the lowest fees which it charges any of its customers for the Procurement Services except in the instance where lower pricing is offered to "meet competition" in response to a documented lower bid, as such term is commonly used in the relevant industry. Upon reasonable notice, Compaq Sub will give Inacom's independent third party auditor access, on a quarterly basis, to Compaq and multi-vendor sales price information at the SKU level, including but not limited to product cost and freight information, for the sole purpose of verifying Compaq Sub's pricing of the Procurement Services. All such information shall be subject to the terms of the Confidentiality and Non-disclosure Agreement executed by the parties.

3. In the event that Compaq Sub must go outside of the normal distribution agreements with third party vendors in order to obtain third party products, it will absorb commercially reasonable increases in product costs associated with such procurement. If Compaq Sub determines that such costs are not commercially reasonable, Compaq Sub will offer Inacom the right to procure such products from its own channels. Inacom shall be responsible for product sourcing cost increases resulting from instances where Compaq has a distribution agreement with a particular vendor, but product is unavailable, provided Inacom has agreed to incur such additional costs.

4. Compaq and Compaq Sub agree that any marketing funds or other vendor funding (including rebates) provided to Compaq by third party vendors for sales of product to customers where Inacom acted as agent, shall be paid to Inacom within a reasonable time following receipt by Compaq, provided that Inacom agrees to independently satisfy any vendor requirements for such funding.

5. Inacom has provided Compaq Sub with a list of current and potential accounts, attached hereto as an appendix to Exhibit 3, and Compaq Sub will determine a credit limit and any other appropriate limitations or requirements for each such account. To the extent that Inacom sells products within each customer's credit limit, Compaq Sub will assume the credit risk. However, to the extent that Inacom sells products in excess of any customer's credit limit,

(NY) 05862.066/AGT/SS&S.AGT.doc

SS&S.AGT

Inacom must bear the credit risk. Inacom agrees that all payment terms for its customer invoices shall be net 30 days from receipt of invoice by customer.

6.  As part of its Procurement Services, Compaq Sub will provide invoice and collection services for accounts receivable on product procured by customers through Inacom from Compaq Sub under the name of Compaq Sub or Inacom (as agent for Compaq Sub), whichever Inacom prefers. These invoice and collection services will only be available for hardware and/or Procurement Services. Inacom agrees to pay agreed upon fees for customer invoices that are not paid when due in accordance with the Fee Schedule, to the extent the payment period is in excess of the payment period calculated into the assumptions for the Fee Schedule. Compaq's obligation for collections of accounts receivables in this provision is only effective for hardware and Procurement Services delivered by Compaq and sold by Inacom after the close of the Asset Purchase Agreement.

7.  Inacom will not bear any inventory price protection risk. If Inacom or a customer requires Compaq Sub to hold inventory beyond the normal stocking period, then Inacom agrees to pay to Compaq Sub a price protection risk fee in accordance with the Fee Schedule to the extent the inventory holding period is in excess of the inventory price protection element calculated into the assumptions for the Fee Schedule.

SECTION 1.3. Sales Agreement.

1.  Compaq and Inacom will jointly develop Compaq-branded service offerings for end users ("Services"). These services will be performed by Inacom and will be sold through the Compaq sales force.

2.  Compaq and Inacom have jointly developed and agreed on Rules of Engagement, attached hereto as Exhibit 3, which include, among other things, Relationship Management and Joint Account Planning. Compaq and Compaq Sub agree (and agree to cause their affiliates) not to directly solicit, the Inacom customers with contracts that include the purchase of Compaq hardware or a demonstrated run-rate of the purchase of Compaq hardware, as set forth in Exhibit 3, where Compaq's direct product sales and services offerings are competitive with those offered by Inacom as of the date hereof, for a period of one year from the date hereof, provided the customer continues to purchase Compaq product from Inacom.

ARTICLE II.

MISCELLANEOUS

SECTION 2.1. Definitive Agreements; Binding Effect. The parties agree to use their reasonable best efforts to complete definitive agreements with respect to the matters described in Section 1.2 and Section 1.3 within 30 days of the date hereof. Until superseded by such definitive agreements, this Agreement shall be binding on the parties.

SECTION 2.2. Notices. All notices, requests and other communications to any party

SS&S_AGT

hereunder shall be in writing (including facsimile transmission) and shall be given,

If to Inacom, to:

> Inacom Corporation
> Attention: Dick Anderson
> 2001 Westside Parkway
> Suite 260
> Alpharetta, GA  30004
> Facsimile: (770) 619-6082

If to Compaq or Compaq Sub, to:

> Compaq Computer Corporation
> 20555 SH 249
> Houston, TX 77070
> Attention: Mike Pocock
> Facsimile: (281) 514-0851

All such notices, requests and other communications shall be deemed received on the date of receipt by the recipient thereof if received prior to 5 p.m. in the place of receipt and such day is a business day in the place of receipt. Otherwise, any such notice, request or communication shall be deemed not to have been received until the next succeeding business day in the place of receipt.

SECTION 2.3. Amendments and Waivers. (a) Any provision of this Agreement may be amended or waived if, but only if, such amendment or waiver is in writing and is signed, in the case of an amendment, by each party to this Agreement, or in the case of a waiver, by the party against whom the waiver is to be effective.

(b)     No failure or delay by any party in exercising any right, power or privilege hereunder shall operate as a waiver thereof nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power or privilege. The rights and remedies herein provided shall be cumulative and not exclusive of any rights or remedies provided by law.

SECTION 2.4. Successors and Assigns. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns; provided that no party may assign, delegate or otherwise transfer any of its rights or obligations under this Agreement without the consent of each other party hereto.

SECTION 2.5. Entire Agreement. This Agreement constitutes the entire agreement among the parties with respect to the subject matter hereof and supersedes all prior agreements and understandings, both oral and written, between the parties with respect to the subject matter of this Agreement.

4

SS&S.AGT

SECTION 2.6.  Governing Law.  This Agreement shall be governed by and construed in accordance with the law of the State of New York without regard to the conflicts of law rules of such state.

SECTION 2.7.  Counterparts; Third Party Beneficiaries.  This Agreement may be signed in any number of counterparts, each of which shall be an original, with the same effect as if the signatures thereto and hereto were upon the same instrument.  This Agreement shall become effective when each party hereto shall have received a counterpart hereof signed by the other party hereto.  No provision of this Agreement is intended to confer upon any person other than the parties hereto any rights or remedies hereunder.

SECTION 2.8.  Term.  This Agreement shall terminate upon termination of the Service Level Agreement in accordance with Section 5.7(a) or (b) thereof.  Following the first anniversary of the date of execution of the Asset Purchase Agreement, the parties agree to renegotiate pricing for Procurement Services for pricing periods to be mutually agreed to by the parties to the extent necessary to ensure that pricing for Procurement Services remains competitively priced in the marketplace for each of the parties.

SECTION 2.9.  Single Agreement. This Agreement and the agreements identified on Exhibit 4 hereto (this Agreement and such other agreements, collectively, the "Operating Agreements") were entered into pursuant to the Asset Purchase Agreement.  The undertakings of each party hereunder and thereunder constitute consideration for the undertakings of the other parties under all of the Operating Agreements, and all of the Operating Agreements shall constitute a single agreement.  The material performance of the obligations of each party under each Operating Agreement shall be a condition to the performance of the obligations of each other party under each Operating Agreement  The rightful rejection of any Operating Agreement (which shall not include an expiration or termination thereof) requires the rejection of all Operating Agreements.

5

SERVICES, SUPPLY & SALES AGREEMENT

    IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first above written.

Inacom Corporation

By: _____
    Gerald A. Gagliardi
    President and Chief Executive
    Officer

Compaq Computer Corporation

By: _____
    Michael J. Winkler
    Senior Vice President and Group
    Manager

ITY Corp.

By: _____
    Michael J. Winkler
    President

SERVICES, SUPPLY & SALES AGREEMENT

   IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first above written.

                              Inacom Corporation

                              By: _____
                                  Gerald A. Gagliardi
                                  President and Chief Executive
                                  Officer

                              Compaq Computer Corporation

                              By: _____
                                  Michael J. Winkler
                                  Senior Vice President and Group
                                  Manager


                              ITY Corp.

                              By: _____
                                  Michael J. Winkler
                                  President

SS&S.AGT

## Exhibit 1

## PROCUREMENT SERVICES

Compaq Sub agrees to offer the following Procurement Services pursuant to this Agreement:

Program Development & Management
Program Design
Scope of Work
Statement of Work
Process Alignment
Transition & Implementation
Technology Selection
Provide evaluation hardware
Establish hardware standards
Identification and cataloging of existing images
Create and implement design process
Design software images
Create software images
Create proof-of-concept system
Test and validate proof-of-concept system
Global Project Management
Single point of accountability
International standards
Order Fulfillment
Account Setup
Create account(s)
Implement financing methods & processes
Pricing and Availability
90-Day forecast
Client-specific purchasing
Client-owned inventory
Pre-customized inventory
Special bid pricing
Create and maintain client-specific pricing profiles
Assign and maintain client-specific SKUs
Create and maintain convenience bundles
Pre-sales Consulting

7

SS&S.AGT

Create & provide client-specific web-based catalog
Provide configuration manual
Provide live pre-sales support (standards only)
Provide live pre-sales support (any products)
Provide on-site pre-sales support
**Order Creation**
Create adhoc system order
Create adhoc order for upgrade/peripheral/supplies
Create refresh plan
Obtain Client internal approval
Generate purchase order
**Order Entry, Confirmation, ETAs**
Provide web-based order entry tool
Provide centralized order entry contact
Provide on-site order entry contact
Provide X.12 EDI connection to client system
Review order for completeness
Review order for technical correctness
Review order for credit availability
Release order on fulfillment system
Verbally confirm order and ETA to client contact
Electronically confirm order and ETA to client contact
Order Management
Ensure product acquisition and allocation
Answer order status inquires
Escalate issues
Advance ship notification (ASN)
Returns and DOAs
Track and review SLA compliance
Measure and report client satisfaction
**Manufacturing and Customization**
Manage image and instructions
Assemble system (JMAS)
Customize hardware
Third-party component setup
Partition/format fixed disk drives
Asset tagging and recording
Custom labeling or bar-coding

8



SS&S.AGT

Install software

Operating System

Shrink-wrapped applications

Proprietary applications

Image load

Personalized system settings

IP address

Workgroup name

Other

Perform dial-out and/or leased line connectivity testing

Apply client-specific data via dial-out or leased line

Burn-in

Troubleshoot and repair image issues

Perform client-specific quality check

Logistics

Pick and pack/repack products

Special overpack

Design packing per client specifications

Acquire packaging

Pack orders per client specifications

Ensure shipment integrity

Ship/Deliver products

Standard ground

Three-day

Two-day

Next-day

Crisis transport service

Carrier-specific delivery

Time/place specific delivery

**Invoicing and Reporting**

Customized packing list

Provide proof-of-delivery (POD) confirmation

Standard invoice

Summary invoice

EDI invoice

Invoice acceptance

Payment generation (standard)

Payment generation (EFT)

**Reports**

Product Purchase

9

SS&S.AGT

> Purchase history
> Standard vs. non-standard
> By manufacturer
> By business unit
> Standards price list
> Order Management
> Daily Status Report
> Backorder report - open orders
> Proof-of-delivery (POD) Notification
> SLA Performance
>
> order turnaround
>
> SLA attainment
>
> Invoices
>
> Invoices billed
>
> Invoices paid
>
> Asset Management feed
>
> Client Satisfaction

10

SS&S-AGT

# Exhibit 2

## FEE SCHEDULE

In addition to payment owed for hardware purchases as set forth in Section 1.2 of this Agreement, Compaq agrees that it will charge Inacom the following fees for Procurement Services performed under this Agreement:

| | |
|---|---|
| Procurement Services Base Fee | 2.6% of invoice price per customer invoice |
| Additional Fees | (Fees for special procurement and configuration services) |

---

| | |
|---|---|
| Total Compensation for Services | 3.5% of invoice price per customer invoice |

Compaq will retain 3.5% of the invoice price per customer order as total compensation for services performed. The total services fee of 3.5% will be used in calculating any agency fee payment owed to Inacom. The agency fee will be calculated and paid monthly by Compaq Sub and adjusted quarterly to 3.5%. The parties agree to negotiate appropriate SLA metric standards during 2000 to be used to further adjust the quarterly fee rate to recognize changes in Inacom's business and Compaq Sub's cost model.

### SLA METRICS
The parties agree that the above fee structure (3.5%) will be adjusted using the following SLA metrics to be agreed between the parties:

1. The percentage of Customization Fees charged to Inacom as compared to the total revenue Compaq Sub invoiced for Inacom customers is TBD, as based on Q399 numbers. The method to be used for this calculation will be the Commission Cost Basis (CCB).

2. The percentage of Restock Fees charged Inacom as compared to the total revenue Compaq Sub invoiced for Inacom customers customer is TBD, based on Q399 numbers.

3. The percentage of Expedite Fees charged Inacom as compared to the total revenue Compaq Sub invoiced for Inacom customers is TBD, based on Q399 numbers.

4. The percentage of Cancellation Fees charged Inacom as compared to the total revenue Compaq Sub invoiced for Inacom customers is TBD, based on Q399 numbers.

### QUARTERLY ADJUSTMENT CALCULATION
Following the end of each calendar quarter, if the aggregate of the above amounts are within plus or minus 10% of the baseline assumptions set forth above, there will be no adjustment. If any of the above

11

SS&S.AGT

aggregate amounts are greater than plus or minus 10% of the baseline assumptions, then an adjustment will be made by Compaq Sub for the difference. This adjustment will be made at the end of the Compaq Sub fiscal quarter and added or deducted from the agency fee payment to Inacom. For example (these figures used in this example are for illustrative purposes only):

| Fee Type | Q399 Baseline | Current Quarter |
|---|---|---|
| Customization Fees | TBD | .70% |
| Restock Fees | TBD | .08% |
| Expedite Fees | TBD | .05% |
| Cancellation Fees | TBD | .12% |
| Total | 1.10% | .95% |

1) The adjustment baseline is +/-.11%  (10% * 1.10%)
2) Current quarter deviation is -.15% (.95% - 1.10%)
3) Total fee adjustment -.04% (.11% - .15%)
4) This .04% is a rebate (added to agency fee payment) to Inacom since the current quarter is lower than the Q399 baseline

The quarterly adjustment will be made following the end of the third month of the applicable Compaq fiscal quarter. The adjustment will include any adjustment accrued during the first two months of the quarter.

Compaq Sub reserves the right to pay agency fees when invoices are collected from Inacom customers, as indicated in Section 1.2 of the Agreement.

(NY) 05862-066/AGT/SS&S.AGT.doc

SS&S.AGT

## Exhibit 3

### Rules of Engagement for Field Purpose

Working proactively with Inacom to create a consistent engagement process when a current Inacom/Compaq customer is at risk. Designed to facilitate communication needed to best serve customers and to facilitate customer choice, where each party will act unilaterally.

### Guiding Principles

Allow customer choice for manufacturer or reseller (Direct or Indirect) in an end customer's decision making process.

While remaining competitors, Compaq will operate in a consistent, predictable & fair manner with Inacom.

As required by Asset Purchase transaction, Compaq will not directly solicit listed accounts for one year. If customer requests Compaq to sell directly to the account, Compaq will follow agreed upon escalation path.

Through proactive planning and review activities, Compaq and Inacom will work together to grow market share for Compaq, and proactively put plans in place to effectively compete against Compaq product competitors in existing and identified partnership accounts.

All special product pricing from Compaq will be managed by Compaq Field Team exclusively (each party sets its own pricing independently).

It is very important we follow the rules of engagement. They are designed to ensure consistency of approach to Compaq/Inacom joint customers.

### Rules of Engagement (ROE)

The companies will continue to operate as separate entities until the acquisition is complete (expected during 1Q00) and continue to compete aggressively.

Post acquisition, Compaq and Inacom will work together to communicate the joint value proposition in the new partnership.

Compaq and Inacom will publish a list of existing and identified partnership accounts for their field sales organizations.

Upon completion of the acquisition, Compaq will proactively engage in account planning sessions with Inacom for existing and identified partnership accounts to determine the current account state, opportunities to partner, and agreed upon strategy to partner. Pricing, margins, and profitability shall not be discussed.

13

(NY) 05362.066/AGT/SS&S.AGT.doc

SS&S.AGT

An escalation path will be communicated between the companies to process customer requests to move to a direct model in existing and identified partnership accounts.

A post acquisition Program Office will be established to be the final point of escalation for any issues and to answer questions. The goal of the Program Office will be to ensure customer satisfaction, communicate changes to current incumbency, and to do due diligence around issue resolution for the Customer Engagement Process. Due diligence includes making sure that the ROE have been followed, and communication occurred between Inacom and Compaq, but each party shall act unilaterally.

Next Steps

Develop a Communication Plan with timeline for internal and joint communications.

Identify and communicate a framework for the Account Planning Process. Output to include a one page document designed to review current account state, opportunities to partner, and agreed upon strategy to partner.

Create and communicate a joint value proposition to be used by field teams for customer communication.

Post acquisition, communicate the defined Escalation Path. (see below)

- Compaq Area Director/Inacom District Director of Sales (48 hours Response)
- Compaq Regional Vice President/Inacom Area Vice President (48 hours Response)
- Program Office (Don Weatherson/Dick Andersen/Steve Ramsland)

Finalize dates to manage a quarterly review of account status by the Program Office for existing and identified partnership accounts.

SS&S.AGT

# Appendix – List of Accounts

| Compaq Sales Region | Inacom Group Name | Inacom Group Number | Location | Division / Department |
|---|---|---|---|---|
| Central | Ameritrade Holding Corp | 10041368 | VA | |
| Great Lakes | Andersen Consulting SC | 10114744 | Chicago, IL | |
| Central | Anheuser-Busch | 10036554 | St. Louis, MO | |
| Southeast | Bellsouth Telecomm | 10079708 | | |
| Southeast | Bellsouth Telecomm | 10078022 | | |
| Northeast | Bloomberg LP-Non Taxable | 10106544 | | |
| Northeast | Blue Cross/Blue Shield MA, Inc | 10112125 | | |
| Southeast | Capital One Services | 10042463 | Richardson, VA | |
| West | Charles Schwab & Co. | 10110820 | San Francisco, CA | |
| Northeast | Chase Manhattan | 10095177 | | |
| West | Clorox | 10111300 | Oakland & Pleasanton, California, + 35 plants in North America | |
| Northeast | Commercial Union Insurance Co | 42006340 | MA | |
| | Crowley | 10112186 | | Crowley Maritime, Crowley American Transport |
| Southeast | CSX Technology | 02JCSX001 | | |
| West/Southeast | Disney Vacation Club | 10079081 | Vacation Club is a business unit of Walt Disney, So Carolina & Florida | |
| West/Southeast | Walt Disney Company | 10093459 | | Walt Disney World (Orlando) |
| Northeast | E I Dupont/Dana Credit Corporation | 10104098 | Wilmington, DE | |
| Southeast | Edison Mission Energy | 10113235 | N. VA, DC | |
| Northeast | Ernst & Young | 10113114 | | |
| Southeast | First Union National Bank | 10008159 | Atlanta, GA | |
| West | Freightliner Corporation | 10114443 | Portland, OR | |
| Northeast | GE Power Systems | 10113859 | | |
| Northeast | Harvard Pilgrim Health Care | 10008902 | | |
| Great Lakes | ITT Technical Institute | 10102476 | | |
| Northeast | Johnson & Johnson Corporation | 20N00466 | | |
| West | Kaiser Permanente Nor-Cal | 10111303 | 80% in California, also Colorado Oregon & Hawaii | |
| Northeast | Massachusetts General Hospital | 10050399 | | |
| Central | MCI Worldcom | 10080003 | Atlanta, GA, Washington, DC, Colorado Springs, CO, Dallas / Richardson, TX, Tampa, FL, Chicago, IL | Business Markets, Consumer Markets, UUNET, International, Conferencing, SkyTel, Mobile Solutions |
| Northeast | McKinsey/Compaq Capital Corporation | 10116449 | | |
| Northeast | Merck & Co | 20N005101 | | |
| West | Microsoft | 10111335 | | |
| Great Lakes | Motorola | 10115518 | Florida, Chicago, Phoenix, Austin, Ft. Worth and Plantation, FL | Motorola Engineering Div... SPS, Automotive, Communications Enterprise (CE) - the IT and business divisions within these sectors – Compaq ProLiant product only |
| West | Norwest Corporation/Wells Fargo | 7000320 | | IT department responsible for the entire organization, and Investment Management Group |
| West | Peoplesoft | 10110769 | | |
| Northeast | Praxair | 10017589 | | |
| Great Lakes | Proctor & Gamble | 10113052 | Cincinnati, OH | Global Computing Team – Compaq ProLiant product only |
| SI | SAIC (Science Applications) | 10112161 | San Diego, CA, N. VA | |
| Northeast | SmithKline Beecham R&D | 10115739 | Collegeville, PA (Philadelphia) | R&D and Powerline (Sales Organization) |
| Central | St. Paul First & Marine Insurance | 10103700 | | |
| Southeast | Suntrust/STSC Leasing - Branch Deployment | 10097496 | Atlanta, GA | |

15

SS&S.AGT

| Great Lakes | The Scotts/Compaq Financial Services | 10117681 | |  |
|---|---|---|---|---|
| Central | Trammel Crow/Compaq Capital Corporation | 10116925 | Dallas, TX | |
| Southeast | US Internetworking, Inc. | 10104980 | | |
| West | Weverhaeuser Company | 42004488 | | |
| Northeast | Xerox Corp | 42005266 | | |
| Great Lakes | Zurich-American/MC Leasing | 10114950 | Schaumberg, IL | |

16

CA17

SS&S.AGT

<u>EXHIBIT 4</u>

<u>OPERATING AGREEMENTS</u>

Separation and Sharing Agreement

InaCom Services Service Level Agreement with Compaq Computer Corporation and the other agreements referred to therein

17