# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| LEXMARK INTERNATIONAL, INC. : | |
| : | |
| Defendant and Third-Party Plaintiff : | |
| : | |
| v. : | |
| : | |
| COMPAQ COMPUTER CORPORATION : | |
| : | |
| Third-Party Defendant : | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), has submitted to the court the following original deposition transcript:

**William Schuette, dated February 8, 2005**

Respectfully submitted,

STEVENS & LEE, P.C.

Dated: Wilmington, Delaware    By:    */s/ Thomas G. Whalen, Jr.*
March 14, 2006            Joseph Grey (No. 2358)
                  Thomas G. Whalen, Jr. (No. 4034)
                  1105 North Market Street, 7th Floor
                  Wilmington, Delaware 19801
                  Tel:    (302) 654-5180
                  Fax:    (302) 654-5181

        -and-

                  Culver V. Halliday
                  Emily L. Pagorski
                  Stoll Keenon Ogden PLLC
                  2650 AEGON Center
                  400 West Market Street
                  Louisville, Kentucky 40202-3377
                  Tel: (502) 568-9100
                  Fax: (502) 568-5700

                  Attorneys for Lexmark International, Inc.