## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| LEXMARK INTERNATIONAL, INC. : | |
| : | |
| Defendant and Third-Party Plaintiff : | |
| : | |
| v. : | |
| : | |
| COMPAQ COMPUTER CORPORATION : | |
| : | |
| Third-Party Defendant : | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that Defendant and Third-Party Plaintiff Lexmark International, Inc. ("Lexmark"), has submitted to the court the following original deposition transcript:

**Ben K. Wells, dated March 30, 2005**

    Respectfully submitted,

    STEVENS & LEE, P.C.

Dated: Wilmington, Delaware  
March 14, 2006

By: */s/ Thomas G. Whalen, Jr.*  
Joseph Grey (No. 2358)  
Thomas G. Whalen, Jr. (No. 4034)  
1105 North Market Street, 7th Floor  
Wilmington, Delaware 19801  
Tel:   (302) 654-5180  
Fax:   (302) 654-5181

-and-

Culver V. Halliday  
Emily L. Pagorski  
Stoll Keenon Ogden PLLC  
2650 AEGON Center  
400 West Market Street  
Louisville, Kentucky 40202-3377  
Tel: (502) 568-9100  
Fax: (502) 568-5700

Attorneys for Lexmark International, Inc.