and TMS franchise agreements and (2) in Latin America

 o  Tangible assets and liabilities of Government services unit, but not including Sysorex goodwill.1

 o  Information technology systems and applications, but only to the extent allocated to Buyer under Section 7.07.

 o  International Operations as follows:

   o  Project management activities located in Omaha, Nebraska and, if any, in Luxembourg

   o  Canadian operations (solely through Buyer's purchase of Seller's 19% interest in InaCom Information Systems, Ltd., a Canadian entity).2

 o  Boston Computer Exchange

The Business does not include the following (the "Excluded Business"):

 o  Services organization, excluding procurement.

- --------

1 Buyer has an option within three weeks of the date hereof to delete this item from the definition of "Business" if Buyer reasonably concludes after review and upon notice to Seller on or prior to the end of such three-week period that contracts representing a substantial portion of the Government business are not assignable without consent and not likely to be consented to within a customary period of time needed for obtaining such consents, including novations if necessary.

2 Buyer has an option within two weeks of the date hereof to delete this item from the definition of the "Business".

<PAGE>

 o  Product and service field sales force.
 o  Communications group.

 o  Franchisees (including TMS) business, including sales offices and equity investments in or loans or advances to franchisees.

 o  Latin American reseller business.
 o  Rentals business.

 o  Europe business.

<PAGE>

       Schedule 2.01
       Purchased Assets

<TABLE>

| Item | Purchased Assets |
|---|---|
| <S> | <C> |
| Cash and Cash | o None |

2414

| | |
|---|---|
| Equivalents | |
| Accounts Receivable | |
| o Trade | o All non-direct product accounts receivable, other than those arising out of (1) Communications group, (2) Latin America and (3) Europe |
| | o Government receivables |
| | o Boston Computer Exchange receivables. |
| o Vendor | o All accounts receivable due from Compaq. |
| o Securitization | o None. |
| Inventory | |
| | o All product inventory, other than non-committed inventory related to the following vendors and businesses: IBM, HP, Dell, Toshiba and the Excluded Business (as defined on Schedule 1.01) |
| | o All HP printer inventory. |
| | o All committed product inventory. |
| | o Boston Computer Exchange inventory. |
| Other Current Assets | |
| o Prepaids | o None. |
| o Deferred Taxes | o None. |
| o Other | o None. |

</TABLE>

<PAGE>

<TABLE>

| Item | Purchased Assets |
|---|---|
| <S> | <C> |
| Fixed Assets | o All assets primarily used by the Business or the Transferred Employees. |
| | o Leasehold interests and all fixed assets and equipment associated with the following: |
| |    o Distribution and configuration centers and central sales call centers in (1) Omaha, Nebraska, (2) Indianapolis, Indiana, (3) Swedesboro, New Jersey and (4) Ontario, California. |
| |    o Tech center in Omaha, Nebraska, excluding personnel and assets not associated with information technology or distribution. See Section 7.07 for allocation of use of this facility.3 |
| |    o Gateway building in Omaha, Nebraska. See Section 7.07 for allocation of use of this facility. |

2415

<TABLE>

|  |  |
|---|---|
|  | o Corporate headquarters in Omaha, Nebraska. See Section 7.07 for allocation of use of this facility. |
|  | o Livermore, California facility. |
|  | o Memphis, Tennessee facility. |
|  | o Boston Computer Exchange. |
|  | o Distribution center in Singapore. |
| Intangibles | o None. |
| Other Assets |  |
| o Other | o 19% interest in InaCom Information Systems, Ltd., a Canadian entity, and option to purchase remainder.4 |
| o Deferred Taxes | o None. |

</TABLE>

3 If landlord consent to transfer of the Tech Center has not been received by Closing, the Tech Center shall become an Excluded Asset and Seller shall sublease it to Buyer.

4 Buyer has option within two weeks of the date hereof to delete this item from the definition of "Purchased Assets" and to add it to the definition of "Excluded Assets". If this item is to be included, Buyer will purchase Seller's 19% equity interest in InaCom Information Systems, Ltd., and not the underlying assets.

<PAGE>

Schedule 2.02
Excluded Assets

<TABLE>

| Item | Excluded Assets |
|---|---|
| <S> | <C> |
| Cash and cash equivalents | o All. |
| Accounts Receivable |  |
| o Trade | o All direct product accounts receivable (other than Government receivables and Boston Computer Exchange receivables). |
|  | o All accounts receivable arising out of (1) Communications group, (2) Latin America and (3) Europe. |
| o Vendor | o All accounts receivable other than those due from |

2416

```
                                      Compaq.
  o Securitization                    o All.
- ----------------------------------------------------------------
Inventory
- ---------
                                      o All non-committed product inventory related to the
                                        following vendors and businesses: IBM, HP, Dell,
                                        Toshiba and the Excluded Business.
- ----------------------------------------------------------------
Other Current Assets
- --------------------
  o Prepaids                          o All.
  o Deferred Taxes                    o All.
  o Other                             o All.
- ----------------------------------------------------------------
Fixed Assets
- ------------
                                      o All assets primarily used by the Excluded Business.
                                      o Leasehold interests and all fixed assets and
                                        equipment associated with the following:
                                          o Services call centers in (1) Tempe, Arizona,
                                            (2) Atlanta, Georgia and (3) Omaha, Nebraska.
                                          o Branch offices.
                                          o Wharton repair facility.
                                          o South Building in Omaha, Nebraska.
                                          o Atlanta Facilities.
                                      o Corporate airplane.
- ----------------------------------------------------------------
Intangibles
- -----------
                                      o All intangibles (including goodwill and InaCom name
                                        and logo).
- ----------------------------------------------------------------

<PAGE>
Other Assets
- ------------
  o Other                             o All losses, loss carryforwards and rights to
                                        receive refunds, credits and loss carryforwards
                                        with respect to any and all Taxes of Seller that
                                        constitute Excluded Liabilities, including any
                                        interest receivable with respect thereto.
                                      o Stock in any subsidiary of Seller, other than
                                        pursuant to Buyer's option on the Canadian entity.
                                      o Desktops for all employees other than Transferred
                                        Employees.
                                      o Any receivables from Seller.
  o Deferred Taxes                    o All.
- ----------------------------------------------------------------
  o Other                             o Monies or other properties received by Seller as a
                                        result of affirmative claims made by Seller against
                                        third parties for the matters set forth in Schedule
                                        3.10.
                                      o Authorizations to do business.
                                      o If Buyer elects not to acquire the Canadian
                                        interest or the Government unit, those items will
                                        become Excluded Assets.
- ----------------------------------------------------------------
</TABLE>

<PAGE>
```

2417

Schedule 2.03
Assumed Liabilities

| Item | Assumed Liabilities |
|---|---|
| Accounts Payable | o All accounts payable related to the following vendors and businesses: Compaq, Microsoft, Ingram, Tech Data, 3Com, Lexmark, other 3rd party product vendors, reseller business, and Boston Computer Exchange business.<br>o Liabilities under the Agreement for Wholesale Financing with Deutsche Financial Services Corp. dated as of December 24, 1998, as amended on May 25, 1999 and December 23, 1999.<br>o Government payables. |
| Notes Payable | None. |
| Other Current Liabilities | |
| o Accrued liabilities | o See Article 9 relating to compensation and benefits. |
| o Taxes payable. | o None. |
| o Accrued other | o See Article 9 relating to compensation and benefits. |
| Long Term Debt | o None. |
| Preferred Stock | o None. |

<PAGE>

Schedule 2.04
Excluded Liabilities

| Item | Excluded Liabilities |
|---|---|
| Accounts Payable | o All accounts payable related to the following vendors and businesses: IBM, Hewlett-Packard, Dell, Toshiba, Lucent, rental business, international businesses, Inacom Latin America, Oracle A/P (administrative payables).<br>o Liabilities under Agreement for Inventory Financing with IBM Credit Corporation dated as of April 27, 1998.<br>o Accounts payable to Compaq or its affiliates for which checks have been written, but not yet |

2418

|   |   |
|---|---|
|   | released to Buyer by Seller (provided such checks will be delivered in the ordinary course). |
| Notes Payable | All. |
| Other Current Liabilities |   |
| o Accrued liabilities | o All, other than as provided in Article 9 relating to compensation and benefits.<br>o All intangibles or liabilities associated with Sysorex. |
| o Taxes payable. | o All. |
| o Accrued other | o All, other than as provided in Article 9 relating to compensation and benefits. |
| Long Term Debt | o All. |
| Preferred Stock | o All. |
| Other | o Any liabilities relating to any Vanstar litigation.<br>o Any liabilities relating to earn out or contingent payment obligations arising from pre-closing acquisitions.<br>o Any liabilities relating to litigation (whether pending, threatened or settled) disclosed in Schedule 3.10.<br>o Computer Associates software license obligations.<br>o Any payable to Seller. |

\</TABLE>

\<PAGE>

Schedule 5.01(d)

Conduct of the Business.

None.

Schedule 7.04

Trademarks; Trade Names.

(a)     None.

(b)     Any and all trademarks and trade names of the Seller and its affiliates, including, but not limited to, InaCom and derivatives thereof, INACOMP, VALCOM, and VANSTAR.

\<PAGE>

Schedule 7.07

Information Technology
Physical Separation and Sharing of Common Costs

2419

Both Inacom and Compaq (the "Parties") recognize that while the Information Technology infrastructure is being physically separated, both Parties will be required to share the cost of certain personnel and assets. All cost sharing will be based on actual direct costs, with no markup or loading of indirect costs of any sort.

During the period beginning on the signing date and ending on the Closing Date, the Parties undertake to initiate and complete a classification of all Information Technology personnel and assets as either (a) dedicated solely to the Business (the "Business Personnel and the Business Assets"), (b) dedicated solely to the Excluded Business (the "Excluded Business Personnel and the Excluded Business Assets"), or (c) jointly supporting both the Business and the Excluded Business (the "Joint Personnel and Joint Assets").

Excluded Business Personnel remain employees of Inacom and Excluded Business Assets become Excluded Assets at the Closing Date. Each Party will bear the cost of their respective personnel and assets.

With respect to Joint Personnel and Joint Assets (a) the Parties agree to jointly prepare a time schedule within which to achieve physical separation, and (b) share the costs of such personnel and assets, using a percentage to be determined monthly, during the period that such personnel and assets are jointly employed. As Joint Personnel or Joint Assets are no longer required, each Party will share equally in the termination cost of the Joint Personnel or the disposal cost of the Joint Asset. If either party elects to assume complete responsibility for a Joint Personnel or Joint Asset, such party will settle up with the other based on the original classification or accounting at the Closing Date.

In any event, both Parties agree that time is of the essence in achieving separation and that in any event, all separation activities will be completed no later than 12 months after the Closing Date.

<PAGE>

Administrative Services
Jointly Provided Services

The Parties recognize that subsequent to closing, the temporary services of administrative support personnel will be required until such time as complete physical separation can be achieved. The Parties agree to share the cost of such personnel based on periodic estimates of the amount of time devoted to each. All cost sharing will be based on actual direct salary, benefit and insurance costs, with no markup or loading of indirect costs of any sort.

During the period beginning on the signing date and ending on the Closing Date, Inacom and Compaq (the "Parties") undertake to initiate and complete a classification of all Administrative Support personnel as either (a) dedicated solely to the Business (the "Business Personnel"), (b) dedicated solely to the Excluded Business (the "Excluded Business Personnel"), or (c) jointly supporting both the Business and the Excluded Business (the "Joint Personnel").

Excluded Business Personnel and Joint Personnel remain employees of Inacom at the Closing Date. Each Party will bear the cost of their respective personnel and assets.

With respect to Joint Personnel (a) the Parties agree to jointly prepare a time schedule within which to achieve physical separation, and (b)

2420

share the costs of such personnel, using a percentage to be determined quarterly, during the period that such personnel are jointly employed. As Joint Personnel are no longer required, each Party will share equally in the termination cost of the Joint Personnel. If either party elects to assume complete responsibility for Joint Personnel, such party will settle up with the other based on the original classification or accounting at the Closing Date.

In any event, both Parties agree that time is of the essence in achieving separation and that in any event, all separation activities will be completed no later than 12 months after the Closing Date.

<div style="text-align:center">Shared Space Arrangements</div>

In all matters related to leased space in the Corporate Headquarters and Gateway Buildings, each Party shall take reasonable steps to help reduce the costs to be borne by the other Party.

<PAGE>

With respect to the Gateway building, each Party will bear the cost of leased space attributable to the space occupied by the Business or the Excluded Business, as applicable, at the date hereof. Subtenant rentals will directly offset the cost of the leased space for the Party to which the space was attributed at the date hereof.

With respect to the Corporate Headquarters, Seller will reimburse Buyer for its pro rata portion of the building occupied by Excluded Business Personnel and its share of Joint Personnel at the date hereof. The pro rata portion is to be based on a fraction, the numerator of which is the sum of Excluded Business Personnel plus Seller's share of Joint Personnel occupying the building at the date hereof and the denominator of which is the total number of Seller Employees occupying the building at the date hereof. The resulting fraction will be used to allocate the net cost of the building until the lease term expires. The net cost of the building is defined as the total lease cost less subtenant lease payments.

With respect to the Tech Center in Chalco Hills:

o   With respect to the portion of the building not occupied by Information Technology personnel and assets at the date hereof, Seller will reimburse Buyer it pro rata portion of the building occupied by Excluded Business Personnel. The pro rata portion is be based on a fraction, the numerator of which is the square footage of such space occupied by Excluded Business Personnel at the date hereof and the denominator of which is the total square footage of the building (excluding the square footage occupied by Information Technology personnel and assets) at the date hereof. The resulting fraction will be used to allocate the net cost of the building until the lease term expires. Buyer agrees to use reasonable best efforts to take over space vacated by Seller and to the extent it does so utilize the vacated space, adjust the fraction downward.

o   With respect to the space occupied by Information Technology personnel and assets, Seller will reimburse Buyer its pro rata portion of the building occupied by Excluded Business Personnel and its share of Joint Personnel. The pro rata portion is to be based on a fraction, the numerator of which is the sum of Excluded Personnel plus Seller's share of Joint Personnel and the denominator of which is the sum of Excluded Business Personnel

2421

plus Business Personnel plus Joint Personnel.

<PAGE>

Schedule 9.01(a)

Employee Benefits.

InaCom Employees Retirement Savings Plan and Trust

InaCom Medical, Dental, Short-Term Disability and Employee Assistance Plan

InaCom Managed Care Plan

InaCom Life, A D & D & Long Term Disability Plan

InaCom Crop Dependent Care Reimbursement Plan

InaCom Health Care Reimbursement Plan

InaCom Before-Tax Premium Payment Plan

Office Products of Minnesota Inc. 401(k) Plan

InaCom Executive Deferred Compensation Plan

InaCom Corp. 1997 Stock Plan

InaCom Severance Pay Policy

InaCom 1994 Stock Plan

InaCom Corp 1990 Stock Plan

Valcom, Inc. 1987 Stock Option Plan

Group Insurance Plan for Employees of Vanstar Corporation

Vanstar Corporation Section 401(k) Plan

National Technology Group 401(k) Plan

Computerland 401(k) Plan

Mentor Technologies Ltd. 401(k) Plan

InaCom Paid Time Off Policy

See Section 3.07(3).

<PAGE>

Schedule 9.02
Business Employees

The term "Business Employees" means any person primarily employed in connection with the Business, including:

1. Order management/central sales (approximately 806 employees, including 160 employees resident in branch offices);

2422

2.  Procurement services (approximately 780 employees);

3.  Configuration centers (Indianapolis; Omaha; Ontario, CA; and Swedesboro, NJ (approximately 450 employees in total);

4.  Boston computer exchange (approximately 10 employees);

5.  Bid desk unit (approximately 10 employees);

6.  Reseller group (approximately 40 employees);

7.  IT systems and applications to the extent provided in Schedule 1.01 (approximately 150 employees);

8.  Memphis center exclusively devoted to Federal Express (approximately 30 employees);

9.  Government unit (approximately 130 employees); and

10. Human resource, finance and marketing communications functions, but only those employees directly and exclusively involved in support of the categories listed above (approximately 30 employees).

11. Configuration and Logistics Project Management resources in US, Europe, Singapore and Hong Kong.

&lt;PAGE&gt;

1

Schedule 9.06

Severance Benefits.
- -----------------

  See InaCom Severance Pay Policy applicable to all of Seller's employees attached hereto as Exhibit 9.06.

&lt;PAGE&gt;

&lt;/TEXT&gt;
&lt;/DOCUMENT&gt;
&lt;DOCUMENT&gt;
&lt;TYPE&gt;EX-99.1
&lt;SEQUENCE&gt;3
&lt;DESCRIPTION&gt;PRESS RELEASE
&lt;TEXT&gt;

Tuesday January 4, 4:05 pm Eastern Time

Inacom Sells Product Customization and Logistics Operations to Compaq Computer Corporation

Sale Accelerates InaCom's eBusiness Infrastructure Solutions Focus

Additional Long-Term Services Agreement Ensures Inacom Access To Multi-Vendor Product Customization and Logistics and Provides For Compaq Utilization of Inacom Services

2423

OMAHA, NEB--JAN. 4, 2000-- INACOM CORP. (NYSE:ICO - NEWS) announced today that it has entered into a definitive agreement with Compaq Computer Corporation (NYSE:CPQ - news) to sell certain operations and assets principally related to InaCom's product customization and logistics capabilities. Under the agreement, Compaq will pay $370 million in cash for these operations.

Inacom and Compaq also agreed to enter into a three-year Services, Supply and Sales Agreement. This agreement will give Inacom full access to the product customization and logistics capabilities that are being sold to Compaq. The agreement will also provide for Compaq's use of InaCom's lifecycle and professional services offerings over the same three-year period. This arrangement is expected to provide substantial incremental services revenues to Inacom.

"The sale of these operations is perfectly aligned with InaCom's strategic position as the multi-vendor eBusiness infrastructure expert," said G.A. Gagliardi, Inacom President and Chief Executive Officer (CEO). "This transaction allows us to retain our entry-point to the client - our sales force, technical professionals and the multi-vendor procurement and customization capability while eliminating the significant working capital requirements of the product business. Both Inacom and Compaq stand to benefit from achieving critical mass as Compaq moves increased volumes through the facilities."

"Following this transaction, Inacom will have the optimal business model to design and manage reliable, secure eBusiness infrastructures for corporations," Gagliardi added. "Specifically, Inacom will continue to benefit from having relationships with more than 35% of Fortune 500 corporations; more than 800,000 seats under management; and more than 30 long-term, full outsource accounts as well as 6,000 technical professionals. All of these elements will be maximized within the framework of an attractive economic and operational structure."

"This purchase makes great strategic sense for Compaq because it gives us the right capabilities quickly and cost-effectively," said Michael Cappellas, President and Chief Executive Officer (CEO), Compaq Computer Corporation. "We'll be better equipped to meet the diverse and changing needs of our U.S. customers - - particularly our major accounts which clearly want to go direct - increasing our potential for profitable growth."

About Inacom

INACOM CORP. (NYSE:ICO - NEWS) is an eBusiness Infrastructure Management expert. The company architects, builds and manages solutions that optimize corporations' return on IT investments. InaCom's client portfolio includes more than 35% of Fortune 500 corporations.

Forward Looking Statement

This press release contains certain forward-looking statements based on certain assumptions and information currently available to management. Such statements are subject to various risks and uncertainties, including those described in the Company's 1998 10-K Report that could cause actual results to differ materially from the results discussed herein.

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----

EXHIBIT 4

Compaq Computer Corporation
P.O. Box 692000
Houston, TX 77269-2000

20555 SH 249
Houston, TX 77070-2698
Tel 713-370-0670

**Compaq**

# COMPAQ

# Fax

| | | | |
|---|---|---|---|
| **To:** | Mr. Mike Zafa | **From:** | Bill Francis 281-514-1223 |
| **Fax:** | 727.532.8018 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 02/16/00 |
| **Re:** | | **CC:** | |

**Urgent** ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

EXHIBIT
Wells-4
DL 3/30/05

EXHIBIT
Frasca-4
DL 3/30/05

Compaq Computer Corporation
P.O. Box 692000
Houston, TX 77269-2000

20555 SH 249
Houston, TX 77070-2698
Tel 713-370-0670

# COMPAQ

February 16, 2000

Tech Data Corporation
Mr. Mike Zafa
Fax 727.532.8018

RE:   Account Payable # 102598 of Inacom Corporation

Dear Mr. Zafa:

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc. also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to John Frasca at 402.758.3822.

Thank you for your consideration in this matter.

Sincerely,

*Bill Francis*

Bill Francis
Director, Corporate Finance
Telephone: 281.514.1223
Email: bill.francis@compaq.com

EXHIBIT 5

FEB-16-00 WED 06:49 PM              FAX:                    PAGE 2

Compaq Computer Corporation          20555 SH 249
P.O. Box 692000                      Houston, TX 77070-2698
Houston, TX 77269-2000               Tel 713-370-0670

# COMPAQ

February 16, 2000

Lexmark International, Inc.
Ms. Misty Atchinson
Fax 800.732.9539

RE:    Account Payable # 117403 of Inacom Corporation

Dear Ms. Atchinson:

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc, also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to John Frasca at 402.758.3822.

Thank you for your consideration in this matter.

Sincerely,

*[signature: Bm Francis]*

Bill Francis
Director, Corporate Finance
Telephone: 281.514.1223
Email: bill.francis@compaq.com

EXHIBIT
Wells-5
DL  3/30/05

EXHIBIT
Frasca-5
DL  3/30/05