UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., et al.<br><br>**Plaintiffs**<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.<br><br>**Defendant and Third-Party Plaintiff**<br><br>v.<br><br>COMPAQ COMPUTER CORPORATION<br><br>**Third-Party Defendant** | Civil Action No. 04-CV-583 (GMS) |

**LEXMARK INTERNATIONAL INC.'S
<u>DESIGNATED DEPOSITION EXCERPTS</u>**

Pursuant to the Agreed Scheduling Order submitted to the Court on March 9, 2006, Lexmark International, Inc. submits the excerpts of the deposition transcripts of those persons whose testimony may be referenced in its proposed findings of fact and conclusions of law, including excerpts of the deposition transcripts of those persons whose testimony may be used in rebuttal:

1. William Francis

2. John T. Frasca

3. Leon Kerkman

4. Richard C. Oshlo

5. William Shuette

6. Nondas Vitols

7. Michael Ward

8. Ben K. Wells

9. Michael Zava

Dated: Wilmington, Delaware  
March 15, 2006

By: */s/ Thomas G. Whalen, Jr.*  
Joseph Grey (No. 2358)  
Thomas G. Whalen, Jr. (No. 4034)  
1105 North Market Street, 7th Floor  
Wilmington, Delaware 19801  
Tel: (302) 654-5180  
Fax: (302) 654-5181

-and-

Culver V. Halliday  
Emily L. Pagorski  
Stoll Keenon Ogden PLLC  
2650 AEGON Center  
400 West Market Street  
Louisville, Kentucky 40202-3377  
Tel: (502) 568-9100  
Fax: (502) 568-5700

Attorneys for Lexmark International, Inc.

**Error! Unknown document property name.**