## 9. MICHAEL ZAVA

| PAGE:LINE | PAGE:LINE |
|---|---|
| 4:8-4:10 | 135:17-136:2 |
| 6:22-7:3 | 137:8-137:24 |
| 30:8-30:14 | 138:3-138:7 |
| 30:16-30:17 | 138:20-138:23 |
| 68:13-69:7 | 139:5-140:2 |
| 70:9-70:25 | 141:24-142:3 |
| 73:7-73:10 | 144:4-144:8 |
| 74:2-74:6 | 144:16-144:18 |
| 88:3 -89:1 | 144:21 |
| 98:20-99:6 | 145:22-145:24 |
| 99:10-99:16 | 146:7-146:14 |
| 99:21-100:17 | 146:17-146:22 |
| 102:2-102:17 | 156:17-156:20 |
| 111:7-112:8 | 156:24-157:2 |
| 114:11-114:17 | 160:23-161:7 |
| 117:4-117:23 | 168:2-168:6 |
| 123:7-124:5 | 168:13-169:16 |
| 125:16-126:17 | 169:18-170:1 |
| 128:11-129:3 | 170:13-170:19 |
| 133:5-134:20 | 170:25-171:7 |
| 135:7-135:11 | 171:25-172:6 |

Case 1:04-cv-00583-GMS    Document 136-10    Filed 03/15/2006    Page 2 of 24

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 1

```
 1            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE
 2
               CHAPTER 11 CASE NO. 00-2425 (PJW)
 3        Jointly Administered Adv. No. 00-3495 (PJW)
                 Dist. Adv. No. 01-579 (BMS)
 4
     In Re:
 5
     INACOM CORP., et al.,
 6
                           Debtors,
 7   ------------------------------------
 8   INACOM CORP., on behalf of all
     affiliated Debtors,
 9                         Plaintiff,
     v.
10
     TECH DATA CORPORATION,
11                         Defendant.
12   ------------------------------------
     TECH DATA CORPORATION,
13
               Third-Party Plaintiff,
14   v.
15   COMPAQ COMPUTER CORPORATION, et al.,
16             Third-Party Defendant.
17   ------------
18
19                    DEPOSITION
20                        OF
21                   MICHAEL ZAVA
22
          350 East Las Olas Boulevard
23                 Suite 1700
            Fort Lauderdale, Florida
24
          Wednesday, January 26, 2005
25           9:14 a.m. - 4:14 p.m.
```

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 2

```
 1                          A P P E A R A N C E S
 2
 3
      For the Plaintiff:
 4
              JEFFREY P. NOLAN, ESQ.
 5            Pachulski, Stang, Ziehl,
              Young & Jones, P.C.
 6            10100 Santa Monica Boulevard
              11th Floor
 7            Los Angeles, California 90067-6910
              (310) 277-6910
 8
 9    For the Defendant:
10            CHARLES M. TATELBAUM, ESQ.
              STEPHEN C. HUNT, ESQ.
11            Adorno & Yoss, P.A.
              350 East Las Olas Boulevard
12            Suite 1700
              Fort Lauderdale, Florida 33301
13            (954) 763-1200
14
15    For the Third-Party Defendant Hewlett-Packard:
16            CECILY A. DUMAS, ESQ.
              Friedman, Dumas & Springwater, LLP
              One Maritime Plaza
17            Suite 2475
              San Francisco, California 94111
18            (415) 834-3800
19                        - - - - - -
20
                            I N D E X
21
      Witness              Direct    Cross    Redirect
22
      MICHAEL ZAVA            4         72        171
23
24
25
```

Inacom vs. Tech Data                   1/26/2005                    MICHAEL ZAVA

Page 3

1              E X H I B I T     I N D E X

2      Deposition          Description          Page No.

3         1       Defendant's answer and
                  affirmative defenses              41
4
          2       Proof of claim re Inacom          59
5
          3       Person most knowledgeable
6                 notice served by Inacom           64

7         4       Customer profile                 107

8         5       Letter Bates 390-391             109

9         6       Letter from Guenther to Ward
                  2-11-00                           131
10
          7       Letter from Francis to Zava
11                2-16-00                           131

12        8       First amended complaint for
                  avoidance and recovery of
13                preferential transfers           173

14

15

16

17

18

19

20

21

22

23

24

25

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 4

```
 1   THEREUPON:

 2                   MICHAEL ZAVA,

 3   a witness named in the notice heretofore filed,

 4   having been first duly sworn, deposes and says as

 5   follows:

 6                   DIRECT EXAMINATION

 7   BY MR. NOLAN:

 8        Q.    Can you please state your full name for

 9   the record?

10        A.    Michael Edward Zava.

11        Q.    Can you please spell your last name for

12   the court reporter?

13        A.    Z A V A.

14        Q.    Mr. Zava, have you had your deposition

15   taken in the last two years?

16        A.    No.

17        Q.    What we are doing here today, I will just

18   explain you briefly.  What we are doing here today

19   is taking your deposition.  It is the same

20   deposition, meaning it is under an oath that you

21   would have if you were in a court of law as if you

22   were in front of a judge or a jury.  Do you

23   understand that?

24        A.    Yes.

25        Q.    My goal today is to take your best
```

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 6

1  deposition transcript.  That certainly is your

2  right, but I also would like to inform you if you

3  make substantive changes to your deposition

4  transcript, either myself or another lawyer involved

5  in the case can comment upon that at time of trial

6  to either reflect your poor recollection or your

7  credibility.

8          Do you understand that?

9      **A.    Yes.**

10     Q.    Is there any reason I can't get your best

11 testimony today?  Are you under any medication,

12 anything that might inhibit your ability to give

13 good testimony?

14     **A.    No, but I would like to break every hour,**

15 **I don't know how long this will go.  I do have a hip**

16 **replacement that sort of requires I move around**

17 **every 45 minutes or an hour.**

18     Q.    Okay.  That's fine.  Any time you want to

19 take a break, just ask me to take a break.  We are

20 not in a court so we have no pace that we have to

21 follow here.

22          Can you tell me who you are currently

23 employed with?

24     **A.    Tech Data Corporation.**

25     Q.    What's your position with Tech Data

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 7

```
 1   Corporation?
 2        A.   I am vice president of credit and customer
 3   services for the Americas.
 4        Q.   How long have you held that position?
 5        A.   Ten years.
 6        Q.   You said vice president of credit and
 7   customer relations?
 8        A.   Customer services.
 9        Q.   Customer services of the Americas.
10             What location is your office that you are
11   currently, you have your desk located in?
12        A.   5350 Tech Data Drive, Clearwater, Florida.
13        Q.   Is there a zip?
14        A.   I was trying to remember that.  It's on my
15   business card.   33760.
16        Q.   Which reminds me, one admonition I didn't
17   give you.  I interrupted you which I shouldn't have
18   done.  To the extent you can, let me finish my
19   questions even though I am sure you are going to
20   anticipate what the questions will be and I will
21   give you the same courtesy.
22        A.   Okay.
23        Q.   Can you give me kind of a brief synopsis
24   what your duties and responsibilities are as vice
25   president of customer services?
```

Inacom vs. Tech Data                        1/26/2005                        MICHAEL ZAVA

Page 30

1      Q.    Do you recall when you were at Tech Data,

2  that that fact, you became aware of it?

3      A.    I do recall becoming aware of it.  Beyond

4  that, I don't recall much with regard to it.

5      Q.    Nothing stands out in your mind concerning

6  that acquisition?

7      A.    No.

8      Q.    What's your first recollection of anything

9  that may have come to your attention with respect to

10  Inacom Corporation?

11      A.    When we were advised that Compaq was

12  purchasing them.

13      Q.    Prior to that event, any other

14  recollections of any kind?

15              MR. HUNT:   Object to form.

16      A.    I am familiar with Inacom for a number of

17  years.  It was a large, very good customer.

18      Q.    Poor question in my respect.

19              Prior to the event that you described of

20  Compaq purchasing Inacom, anything stand out in your

21  mind about Inacom other than normal business that

22  might have been transacted between Tech Data and

23  Inacom?

24      A.    No.

25      Q.    I am just looking for some type of events

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 68

1      Q.    And the director for the Inacom account

2   was Mr. Ward?

3      A.    Yes.

4      Q.    As far as category 4 and the facts and

5   documents with respect to the handling of payments

6   from Inacom, would the person most knowledgeable

7   also be Mr. Ward?

8      A.    Yes.

9      Q.    Category 6, would you be the person most

10  knowledgeable concerning accounts receivable and

11  collections?

12     A.    Yes.

13     Q.    At any time when you were at Tech Data,

14  did you ever become familiar with the phrase, held

15  checks with respect to Inacom?

16     A.    With respect to Inacom?

17     Q.    Correct.

18     A.    Held checks like what?  I mean, whether we

19  were asked to hold checks?

20     Q.    No.  Let me state the question a little

21  differently.  Did you ever become aware in 1999 or

22  2000 that Inacom was holding checks that were actual

23  checks that paid invoices issued by Tech Data?

24     A.    My knowledge on that would be extremely

25  limited.  I do recall seeing something in some

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 69

1    correspondence but I was not familiar or aware of

2    what that meant.

3         Q.    So you are not, as you sit here today, you

4    don't have any personal recollection of a practice

5    at Inacom of holding checks that were payable to

6    Tech Data?

7         A.    No.

8         Q.    Do you ever recall in 1999 or 2000, there

9    being an issue with Inacom being unable to pay

10   certain amounts owed to Tech Data?

11        A.    Being unable to pay?

12        Q.    Yes, unable to pay on amounts that were

13   invoiced for a product that was shipped by Tech Data

14   to Inacom.

15        A.    No.

16        Q.    In 1999 or early 2000, did you ever become

17   aware of an issue concerning Inacom having

18   difficulties or problems with their cash flow?

19        A.    Problems with their cash flow as far as

20   related to payments or just knowledgeable of cash

21   flow issues?

22        Q.    With respect to making payments to

23   customers of theirs such as Tech Data?

24        A.    With respect to making payments, no.  I

25   mean, I obviously reviewed the Qs and the Ks and the

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

Page 70

1  restructure which seemed to be typical of certain

2  companies at certain times.

3      Q.    You don't have any recollection of someone

4  at Inacom ever calling you or sending a letter or

5  communicating with anyone underneath you at Tech

6  Data during that time frame somehow relaying the

7  gist that Inacom was having a liquidity crisis?

8      A.    No.

9      Q.    Category Number 8, do you have any

10  knowledge or do you think you are the most

11  knowledgeable person concerning any attempts at

12  collecting the amounts outstanding at Inacom from

13  January 1, 1999 to June 16, 2000?

14      A.    I have knowledge but I don't have the most

15  knowledge.  I have major knowledge, I guess is the

16  way you refer to it.

17      Q.    Can you tell me what knowledge you have of

18  any attempts to collect amounts from Inacom in that

19  time frame?

20      A.    Obviously when the transaction occurred

21  and Compaq purchased the organization, then the

22  methodology, or we were looking to clear out the

23  account according to their stipulation or their

24  assumption, but really beyond that, the disputes

25  that you pointed out before were not resolved.

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 73

1       Q.    Let me just start by asking you some more

2   general questions to fill out the background that

3   Mr. Nolan asked you this morning.  What type of

4   business is Tech Data Corporation in?

5       **A.    Tech Data is a wholesale distributor of**

6   **computer products.**

7       Q.    You mentioned earlier this morning that

8   Inacom in 1999 was a customer of Tech Data, is that

9   right?

10      **A.    Yes, correct.**

11      Q.    What did Tech Data sell to Inacom?

12      **A.    I don't know the specific details of**

13  **products that were sold.  I believe it was a wide**

14  **selection of products, but I have no information**

15  **with regard to specifically what they were.**

16      Q.    What type of computer products did Tech

17  Data sell in the 1999 time frame?

18      **A.    PCs, printers, memory, networking, just**

19  **about every PC-related accessory available.**

20      Q.    Tech Data was not a manufacturer of

21  computer equipment, correct?

22      **A.    No.**

23      Q.    So Tech Data had suppliers that were

24  manufacturers of computers and PCs and peripherals

25  and PC-related equipment, correct?

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 74

1    A.   Supplying us, yes.

2    Q.   I think you mentioned that Tech Data in

3 the 1999 time frame had an existing relationship

4 with Compaq Computer Corporation.  My question is,

5 was Compaq a supplier to Tech Data?

6    A.   Yes.

7    Q.   Do you know how much business Compaq,

8 before the acquisition that we have been talking

9 about, when Compaq was supplying product to Tech

10 Data?

11    A.   I do not specifically know.  I know that

12 Compaq was, and by virtue of the combined entity, is

13 a substantial supplier to Tech Data.

14    Q.   Here today?

15    A.   Today and before, then.

16    Q.   Before the merger between Compaq and

17 Hewlett-Packard Company, was Compaq at that time a

18 major supplier to Tech Data?

19    A.   Yes.

20    Q.   Was it in, say, the top five suppliers to

21 your company?

22    A.   Not being on my side of the business, I

23 really don't know, wouldn't know that.

24    Q.   Let me back up.  As Mr. Nolan cautioned

25 you, you shouldn't guess if you don't know the

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

Page 88

1  not a $20 million exposure?

2      A.    Yes.

3      Q.    What I want to switch now to is the area

4  of questions that you and Mr. Nolan touched on

5  briefly about the Compaq acquisition of some of the

6  Inacom business which he only stirred it around

7  because it relates more to my side of the case so I

8  want to get into that in a little bit more detail.

9          Just to do the transition and I know this

10  is a question that has been asked and answered, but

11  when did you first become aware that Compaq was

12  going to buy Inacom's distribution and configuration

13  business?

14      A.    Again, even though I can not specifically

15  name the date, there was an announcement, I believe,

16  a public announcement, but my real notification came

17  from my director who was made aware.

18      Q.    That was Mr. Ward?

19      A.    Right.

20      Q.    What did Mr. Ward tell you to the best of

21  your recollection?

22      A.    Essentially that Compaq had made a

23  decision to purchase a certain portion or a large

24  portion of our large customer, Inacom, and he

25  probably told me the estimated time of the

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 89

1  transaction.

2      Q.   Sir, I will try not to take up too much of

3  your time writing, more asking questions.  By the

4  fact that you mentioned that he told you about the

5  estimated time of the transaction, is it fair for me

6  to assume that you had this conversation with Mr.

7  Ward before the sale had actually closed?

8      A.   Yes.

9      Q.   So sometime between when it was announced

10 in the press and when the closing happened?

11     A.   Right.

12     Q.   As you sit here today, do you have any

13 independent recollection of when that sale closed?

14     A.   I believe it was in February.

15     Q.   Of 2000?

16     A.   February of 2000 and somewhere, I don't

17 know the exact date, I was made aware of that

18 transaction sometime prior to that.  I don't know

19 when the announcement date was, things like that.

20     Q.   Do you remember anything else Mr. Ward

21 told you other than the fact that Compaq was going

22 to buy a portion or a large portion of the business

23 and the estimated time of the transaction?

24     A.   Only basic conversation about the

25 structure of how we would orchestrate the accounts

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

Page 98

```
 1              MR. HUNT:  May we go off the record

 2      for a moment?

 3              MS. DUMAS:  Absolutely.

 4              (Recess.)

 5  BY MS. DUMAS:

 6      Q.   Do you remember whether or not you read in

 7  any press reports, industry magazines, et cetera in

 8  this time frame, '99-2000, that Compaq needed to or

 9  Compaq had a desire to get into the configuration

10  business as a result of Dell's business strategy of

11  building computers and selling them directly to

12  companies?

13      A.   I don't specifically remember reading that

14  Compaq had to do that because of Dell's competitive

15  issue.  I do remember reading about Dell's impact on

16  the industry which would include Compaq and impact

17  on us as well as a wholesale distributor.  But

18  specifically as related to Compaq, I don't remember

19  that.

20      Q.   Let me turn back to the acquisition.

21  Probably the fastest way for me to do this, if your

22  counsel will permit me, is to just recite some

23  information into the record about how that

24  acquisition was done through corporate entities and

25  maybe then we can get a name clarification.  I
```

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 99

1  believe it is not in dispute that to facilitate this

2  acquisition, Compaq formed a subsidiary called

3  Custom Edge Incorporated and Custom Edge was the

4  subsidiary which was actually going to acquire the

5  Inacom distribution business.

6         **A.    I am aware of that.**

7         Q.   Good.

8              MS. DUMAS:  Is that all right?

9              MR. TATELBAUM:  Fine.

10         Q.   So that the actual business partner or

11  customer of Tech Data who would be placing the

12  orders, et cetera would be Custom Edge Incorporated,

13  not Compaq directly.  Is that your recollection?

14         **A.    We were aware of the creation of the**

15  **subsidiary of Custom Edge in that they would be**

16  **sustaining the business.**

17         Q.   And that they would be placing, Custom

18  Edge would be placing purchase orders with Tech Data

19  going forward?

20         **A.    Yes.**

21         Q.   And that it would not be Compaq Computer

22  Corporation directly placing the purchase orders?

23         **A.    Right.**

24         Q.   So Custom Edge would be a new customer of

25  Tech Data, correct?

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 100

1    **A.    Yes.**

2    Q.    In connection with Custom Edge becoming a

3    new customer of Tech Data, did you or people under

4    your supervision conduct any sort of

5    creditworthiness type analysis that we talked about

6    earlier this afternoon?

7    **A.    As Custom Edge was a wholly owned**

8    **subsidiary of Compaq and as Compaq was a large and**

9    **trusted supplier of ours, we may have done some due**

10   **diligence but not what one would define as looking**

11   **at them individually without the ownership of**

12   **Compaq.**

13   Q.    So is it fair to say that in establishing

14   credit for Custom Edge, you were looking to the

15   creditworthiness of its parent, Compaq Computer

16   Corporation?

17   **A.    Essentially, yes.**

18   Q.    Did you have any discussions about that

19   fact with Mr. Ward in this time frame after you

20   learned about the acquisition?

21   **A.    Probably.**

22   Q.    Let me fill this out a little bit.  You

23   said it was your best recollection that the

24   acquisition closed in February 2000 which is an

25   accurate recollection.  It in fact closed on

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 102

1  bad question.

2        Did Tech Data agree to supply product to

3  Custom Edge just based on Custom Edge's promise to

4  pay alone or were there additional requirements made

5  of its parent company, Compaq?

6     A.    I recall some conversation with regard to

7  that, but I believe the ultimate decision was with

8  the strength of Compaq behind them that we felt

9  comfortable with the sizable line for the new

10 entity.   That's more or less a relationship-based

11 decision.

12       Q.   Do you recall whether or not Tech Data

13 asked Compaq, the parent company, to provide a

14 corporate guarantee of Custom Edge's obligations to

15 Tech Data?

16    A.    That is a possibility but I don't remember

17 specifically whether that happened.

18       Q.   But it may have had happened?

19    A.    It may have.

20       Q.   You just don't remember.

21       If it did happen, who within your

22 organization would have been working on obtaining a

23 guarantee?

24    A.    Again, Mike Ward was the director in

25 charge of the account.

Inacom vs. Tech Data                1/26/2005                MICHAEL ZAVA

Page 111

1  three top distributors worldwide.

2          MS. DUMAS:  Off the record for a

3      minute.

4          (Discussion off the record.)

5          MS. DUMAS:  Back on the record.

6  BY MS. DUMAS:

7      Q.  If you look at the second page of what I

8  have marked as Exhibit 5, you can see more clearly

9  it is a letter on Tech Data letterhead dated

10  February 9, 2000.  It is addressed to Mr. David

11  Guenthner of Inacom from Michael J. Ward of Tech

12  Data with a cc to Mike Zava.  My first question for

13  you is, as you sit here today, do you recall having

14  received a copy of Mr. Ward's letter at or shortly

15  after February 9, 2000?

16      A.  As we get older, memories get so tacky.

17  Until this was shown to me recently, I did not

18  recall the letter specifically.  I vaguely recall

19  the conference call but very little of it.

20      Q.  Let's explore what you do remember.  The

21  first paragraph of the letter as best as I can

22  decipher it with the interlineations, the original

23  letter, and I have indicated for the record that

24  there is some handwriting that obscures some of the

25  words but the original typewritten letter, first

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 112

1   paragraph, "This letter is to summarize our

2   conference call yesterday which included the

3   following Inacom senior managers, Leon Kirkman,

4   senior vice president purchasing, John Frasca, vice

5   president purchasing, and Dick Oshlo, VP treasury,

6   Mike Zava, Tech Data VP US credit services and Donna

7   Platt, Tech Data territory sales manager were also

8   present on this call."

9           Do you see where I'm reading?

10      A.    Yes.

11      Q.    Is that the conference call to which you

12  referred when you were answering Mr. Nolan's

13  questions this morning?

14      A.    Yes.

15      Q.    What do you recall about what was

16  discussed on that conference call?

17      A.    To the best of my recollection which is

18  very weak because of the time period here, I just

19  recall us discussing the terms of the purchase, the

20  time of the consummation, the establishment of the

21  account so that shipments would go uninterrupted to

22  the entity and things of that nature.  It seemed to

23  be as I recall a very general, informative,

24  administrative kind of call.

25      Q.    Do you remember who initiated the call,

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 114

1  remember him talking more than the others.

2      A.    I would say that's fair to say.

3      Q.    How about on the Tech Data side of the

4  call, did any one of you or Ms. Platt or Mr. Ward

5  take the lead?

6      A.    Well, Mr. Ward, that would be his job.

7      Q.    Trying to place this in time, had Mr. Ward

8  already told you about the proposed Compaq

9  acquisition of Inacom's distribution business?

10     A.    I would say yes.

11     Q.    Did you ask Mr. Ward to summarize the

12 discussion after it occurred through writing this

13 letter?

14     A.    It would be normal in any conference call

15 situation, we try to summarize the call thereafter.

16     Q.    So that would be your ordinary practice?

17     A.    Yes.

18     Q.    Did you review a draft of the letter that

19 Mr. Ward prepared before it went out to Tech Data?

20     A.    I have no recollection of that.

21         MR. TATELBAUM:  Excuse me.

22     Q.    To Inacom, I misspoke.

23     A.    I have no recollection of that.

24     Q.    Would you have had a practice of reviewing

25 Mr. Ward's letters before he sent them out or was he

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 117

1    we were.

2            Some of the wording of the letter, reading

3    it at this juncture is a little curious.

4        Q.    Is there anything that you can point to

5    specifically where, looking at it today, you can

6    say, that isn't what was said at this call?

7        A.    I wish I could have recorded that call so

8    I could speak accurately but what was mentioned

9    before with regard to holding checks, there were

10   some check scenarios in here which was not my

11   understanding as it's related in this letter, and I

12   don't really recall agreeing to that or confirming

13   that or actually even hearing that but somehow it

14   came up.

15           But again, going through the letter,

16   according to what we were told was going to happen,

17   this is a conversation here and then subsequently I

18   think we received, that's the other letter I

19   received from Francis, was the letter that was more

20   important to me as far as what was going on with

21   this transaction.

22       Q.    Because it came directly from Compaq?

23       A.    Right.

24       Q.    Other than the fact that you don't recall

25   a discussion about Inacom holding checks, is there

Inacom vs. Tech Data                    1/26/2005                    MICHAEL ZAVA

Page 123

1    minutes?

2         A.    Could have been.

3         Q.    Could it have been two hours?

4         A.    Could have been.  We have a lot of such

5    conference calls.

6         Q.    Fair enough.

7              Let me read the third paragraph as best I

8    can decipher it.  "In the meantime, all checks

9    payable to all Inacom's vendors at this time are

10   being held in Inacom's treasury Department.  This

11   includes five checks totalling 4.9 million today

12   payable to Tech Data.  No checks will be released by

13   Inacom until at least six weeks after the closing.

14   Inacom's total payables to Tech Data are

15   approximately 15 million as of this letter."

16             Do you remember the Inacom representatives

17   on this call telling you that?

18        A.    I do not specifically remember that

19   because essentially my understanding was that this

20   was a purchase by Compaq so we were discussing

21   details of administrative stuff that relates, I'm

22   sure it was mentioned and I'm sure that because of

23   my belief of the transaction operating the way it

24   did, I likely did not make serious note of this,

25   didn't really care where the money came from, Compaq