## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr., hereby certifies that on March 15, 2006, a true and correct copy of the foregoing document was served on the parties listed below via regular, United States, first class mail:

| | |
|---|---|
| Cecily Dumas, Esq.<br>Friedman Dumas & Springwater, LLP<br>One Maritime Plaza, Suite 2475<br>San Francisco, California 94111 | William H. Sudell, Jr. Esq.<br>Derek C. Abbott, Esq.<br>Morris, Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, Delaware 19899-1347 |

/s/ *Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr.

Error! Unknown document property name.