## SERVICE LIST

**VIA HAND DELIVERY**

Laura Davis Jones, Esquire
Sandra G. McLamb, Esquire
Kathleen Marshall DePhillips
Pachulski, Stang, Ziehl, Young
  & Jones, P.C.
919 N. Market Street, Suite 1600
Wilmington, DE  19801

Thomas Whalen, Esquire
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Culver V. Halliday, Esquire
Emily L. Pagorski, Esquire
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY  40202

Ellen A. Friedman, Esquire
Cecily A. Dumas, Esquire
Gail S. Greenwood, Esquire
Brandon C. Chaves, Esquire
Friedman Dumas & Springwater LLP
One Maritime Plaza, Suite 2475
San Francisco, CA  94111

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

480685 v2 (for 04-CV-583)