## CERTIFICATE OF SERVICE

I, the undersigned attorney for Third-Party Plaintiff Lexmark International, Inc., certify that *Lexmark's Proposed Findings Of Fact And Conclusions Of Law, and Appendix To Lexmark's Proposed Findings Of Fact And Conclusions Of Law*, were served, on March 31, 2006, by dispatching copies of the same for delivery electronically before 5:00 p.m. EST, and by express mail for next business day delivery, to the below listed attorneys for Third-Party Defendant Hewlett-Packard Company:

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

William H. Sudell, Jr., Esq.
Derek C. Abbott, Esq.
Morris, Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347


_____

Thomas G. Whalen Jr., Esq.

SL1 624012v1/004907.00003