**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **INACOM CORP., et al.**<br><br>    **Plaintiffs**<br><br>**v.**<br><br>**LEXMARK INTERNATIONAL, INC.**<br><br>    **Defendant and Third-Party Plaintiff**<br><br>**v.**<br><br>**COMPAQ COMPUTER CORP., et al.**<br><br>    **Third-Party Defendants** | Civil Action No. 04-CV-583 (GMS) |

**APPENDIX TO LEXMARK'S PROPOSED FINDINGS OF FACT**
**AND CONCLUSIONS OF LAW**

| | |
|---|---|
| STEVENS & LEE, P.C. | STOLL KEENON OGDEN PLLC |
| Thomas G. Whalen Jr. (No. 4034)<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware 19801<br>Tel:  (302) 425-3304<br>Fax:  (302) 654-5181<br>e:mail: tgw@stevenslee.com | Culver V. Halliday<br>Emily L. Pagorski<br>2650 AEGON Center<br>400 West Market Street<br>Louisville, Kentucky 40202-3377<br>Tel:  (502) 568-9100<br>Fax: (502) 568-5700<br>e:mail:  culver.halliday@skofirm.com<br>e:mail:  emily.pagorski@slofirm.com |
| Dated: March 31, 2006 | Attorneys for Third-Party Plaintiff<br>Lexmark International, Inc. |

# INDEX

**PAGE**

**RECORD**

Lexmark's Third Party Complaint (without exhibits) ........................................1

Hewlett-Packard Company's Opening Brief in Support of
its Motion for a Separate Trial of the Third-Party Claims..............................13

Designated Material from the Transcript of the
Bench Trial held on February 16, 2006 .........................................................29

**DEPOSITION EXCERPTS**

William Francis.................................................................................................61

John T. Frasca ..................................................................................................73

Leon Kerkman ..................................................................................................81

Richard Charles Oshlo, Jr. ...............................................................................91

William A. Schuette..........................................................................................98

Nondas L. Vitols .............................................................................................107

Mike Ward ......................................................................................................115

Ben K. Wells...................................................................................................122

Michael Zava ..................................................................................................571

**TRIAL AND DEPOSITION EXHIBITS**

Asset Purchase Agreement ...........................................................................136

InaCom Form 8-k dated January 4, 2000......................................................201

February 3, 2000 e-mail from John Frasca to Mike Ward.............................263

February 15, 2000 letter from William Schuette to Dick Oslo (sic)..............264

February 16, 2000 letter from Bill Francis to Misty Atchinson ....................265

February 16, 2000 letter from Bill Francis to Tech Data .............................266

February 17, 2000 letter from Bill Francis to Logicare, Inc. ........................267

February 17, 2000 letter from Noni Vitols to Logicare, Inc. ........................268

February 5, 2001 letter from Ben K. Wells to Bill Schuette.........................269

**CASES CITED**

*Ajax Rubber Company, Inc. v. Gam*, 151 A. 831,
(Del. Super. Ct. 1924)................................................................................270

*APL, Inc. v. Ohio Valley Aluminum, Inc.*, 839 S.W.2d 571
(Ky. Ct. App. 1992) ..................................................................................276

*Autochanel, Inc. v. Speedvision Network, LLC*,
144 F.Supp.2d 784 (W.D. Ky. 2001).............................................................282

*Baxter State Bank v. Bernhardt*, 985 F. Supp. 1259 (D. Kan. 1997).............294

*Bryant v. Food Machinery and Chemical Corporation Niagara Division*,
130 So. 2d 132 (Fla. Dist. Ct. App. 1961) ....................................................308

*Degener v. Hall Contracting Corp.*, 27 S.W.3d 775 (Ky. 2000)...................311

*Falco v. Alpha Affiliates, Inc.*, 1997 U.S. Dist. LEXIS 20122
(Dist. Del. 1997) .......................................................................................329

*Fanin v. Commercial Credit Corp.*, 249 S.W.2d 826 (Ky. 1952) .................339

*Gabriel Ride Control Products, Inc. v Wolverine Auto Supply, Inc.*,
35 Fed. Appx. 397 (6th Cir. 2002)...............................................................341

*In re Art Shirt Ltd., Inc.*, 34 B.R. 918 (E.D. Pa. 1983) ................................343

*In re Herman Cantor Corp.*, 15 B.R. 747 (E.D. Va. 1981) ..........................348

*Intercargo Insurance Co. v. B.W. Farrell*, 89 S.W.3d 422
(Ky. Ct. App. 2002) ..................................................................................351

*Interim Healthcare, Inc. v. Spherion Corp.*, 884 A.2d 513

(Del. Super. Ct. 2005) ..................................................................................356

*International Harvester Credit Corp. v. Bowman*,
316 S.E.2d 619 (N.C. Ct. App. 1984) ........................................................440

*Johnson's Diary, Inc. v. Western Reserve Life Assurance
Company of Ohio*, 107 F.3d 400 (6th Cir. 1997) ..........................................444

*Liberty Bank v. Shimokawa*, 632 P.2d 289 (Haw. Ct. App. 1981) ...............448

*Martin-Senour Paints v. Delmarva Venture Corporation*,
1988 Del. Super. LEXIS 93 (Del. Super. 1988) ...........................................452

*Material Partnerships, Inc. v. Lopez*, 102 S.W.3d 252
(Tex. Ct. App. 2003) ..................................................................................456

*McCarthy v. Louisville Cartage Company, Inc.*, 796 S.W.2d 10
(Ky. App. 1990) .........................................................................................468

*McGowan v. Wells' Trustee*, 213 S.W.2d 573 (Ky. 1919) ...........................472

*Pascagoula-Moss Point Bank v. Citizens Fidelity Bank & Trust Co.*,
563 S.W.2d 727 (Ky. 1977) ........................................................................480

*The Excello Press, Inc., et al. v. Maxwell Holdings, Inc., et al.*,
1991 U.S. Dist. LEXIS 7406 (N.D. Ill. 1991) ..............................................483

*Trader v. Wilson*, 2002 Del. Super. LEXIS 92 (Del. Super. 2002) ...............516

*Warner v. First National Bank of Waco, Texas*, 369 S.W.2d 651
(Tex. Civ. App. 1963) .................................................................................524

*Weil v. Morgan Stanley DW Inc.*, 877 A.2d 1024 (Del. Ch. 2005) ...............526

*Wheeler & Clevenger Oil Company, Inc. v. Washburn*,
127 S.W.3d 609 (Ky. 2004) ........................................................................543

*Wilmington & Northern Railroad Co. v. Delaware Valley Railway Co.*, 1999
Del. Super. LEXIS 220 (Del. Super. Ct. 1999)............................................550

*Wilmington Trust Co. v. Keith*, 2002 Del. Super. LEXIS 445
(Del. Super. Ct. 2002). ................................................................................559

iv

03/31/06/SL1 623939v1/004907.00003

**STATUTES CITED**

    Del. Code Ann. Tit. 6, § 2714 ................................................................................565

    KRS 371.065(1) ......................................................................................................567

**OTHER**

    E-mail exchange between Culver V. Halliday and Cecily Dumas
    on October 10, 2005................................................................................................568

    March 28, 2006 letter from Culver V. Halliday to Cecily Dumas..................570