# EXHIBIT C



```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
 2                  CASE NO. 04-CV-583

 3  ─────────────────────────────────────────────

 4            DEPOSITION OF WILLIAM A. SCHUETTE

 5  ─────────────────────────────────────────────

 6  INACOM CORP. on behalf of all              PLAINTIFF
    affiliated debtors
 7
    v.
 8
    LEXMARK INTERNATIONAL, INC.                DEFENDANT
 9
    LEXMARK INTERNATIONAL, INC.              THIRD-PARTY
10  v.                                         PLAINTIFF

11  COMPAQ COMPUTER CORP., ITY CORP.,        THIRD-PARTY
    and CUSTOM EDGE, INC.                    DEFENDANTS
12
    ─────────────────────────────────────────────
13
          The deposition of WILLIAM A. SCHUETTE was
14  taken on behalf of the plaintiff, Inacom Corporation,
15  before Ann Hutchison, Registered Professional Reporter
16  and Notary Public in and for the State of Kentucky at
17  Large, at the law office of Stoll, Keenon & Park, 300
18  West Vine Street, Suite 2100, Lexington, Kentucky, on
19  Tuesday, February 8, 2005, beginning at the hour of 1:55
20  p.m.  Said deposition was taken pursuant to Rule 30 of
21  the Federal Rules of Procedure and Rule 7030 of the
22  Federal Bankruptcy Procedure.
23  ─────────────────────────────────────────────
24                  ACTION COURT REPORTERS
                     184 North Mill Street
25                 Lexington, Kentucky 40507
                        (859) 252-4004
```

```
 1                          APPEARANCES
 2
 3    COUNSEL FOR PLAINTIFF INACOM CORPORATION:
 4        Jeffrey P. Nolan
          Pachulski, Stang, Ziehl, Young & Jones
 5        10100 Santa Monica Boulevard, 11th Floor
          Los Angeles, California 90067-4100
 6
 7    COUNSEL FOR THIRD-PARTY DEFENDANT COMPAQ:
 8        Cecily A. Dumas
          Friedman, Dumas & Springwater, LLP
 9        One Maritime Plaza, Suite 2475
          San Francisco, California 94111
10
11    COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF
      LEXMARK INTERNATIONAL, INC.:
12
13        Culver V. Halliday
          Stoll, Keenon & Park, LLP
14        2650 Aegon Center
          400 West Market Street
15        Louisville, Kentucky 40202-3377

16    ALSO PRESENT:
17        Kevin Sarkisian
18
19
20
21
22
23
24
25
```

```
 1  with and what the specific conversations were, I don't
 2  recall.
 3       Q.    Okay.  But you recall -- you do recall the
 4  fact that you continued to try to collect the account
 5  that was owed by Inacom to Lexmark?
 6       A.    Well, yeah.  Yeah.
 7       Q.    That still was a duty?
 8       A.    That still was a duty until the check came
 9  in.  I was on the hook to keep after it to try to get us
10  paid.
11       Q.    Okay.  And what about Mr. Funk?  Was he
12  doing the same thing?
13       A.    I don't -- no.  Huh-uh.  No, I was
14  basically told to get that.  I mean, I would ask him
15  when you're out there, you know, see if you can find out
16  anything.  But in terms of him -- he really didn't have,
17  in my opinion, any good contacts on the finance side of
18  the business, and that seemed to be where all the
19  control was being held at.
20       Q.    Okay.  You mentioned previously that a
21  slow payment was anything over 45 to 60 days?
22       A.    Uh-huh.
23       Q.    Was there any terminology you would use to
24  refer to invoices that were in excess of 60 days in age?
25       A.    I'd say they were aged or old or way past
```