IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al.,<br><br>                Debtors. | Chapter 11<br><br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated debtors,<br><br>                Plaintiff,<br><br>vs.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>                Defendant.<br><br><br>LEXMARK INTERNATIONAL, INC.,<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC.,<br><br>                Third-Party Defendants. | Civil Action No. 04-CV-583 (GMS) |

**ORDER GRANTING HEWLETT-PACKARD COMPANY'S MOTION TO STRIKE TESTIMONY OF KEVIN SARKISIAN**

      IT IS HEREBY ORDERED that Hewlett-Packard Company's motion to strike the testimony of Kevin Sarkisian is GRANTED.

Dated: _____, 2006

                                                    _____
                                                    Gregory M. Sleet, Judge
                                                    United States District Court
                                                    District of Delaware