# CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Proposed Findings Of Fact And Conclusions Of Law** was caused to be made on March 31, 2006, in the manner indicated upon the parties identified on the attached service list.

Date: March 31, 2006

_____
Daniel B. Butz (No. 4227)

514136