# EXHIBIT A



```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
 2                  CASE NO. 04-CV-583

 3  ─────────────────────────────────────────────────

                DEPOSITION OF WILLIAM A. SCHUETTE
 4

 5  ─────────────────────────────────────────────────

    INACOM CORP. on behalf of all                PLAINTIFF
 6  affiliated debtors

 7  v.

 8  LEXMARK INTERNATIONAL, INC.                  DEFENDANT

 9  LEXMARK INTERNATIONAL, INC.                  THIRD-PARTY
                                                 PLAINTIFF
10  v.

11  COMPAQ COMPUTER CORP., ITY CORP.,            THIRD-PARTY
    and CUSTOM EDGE, INC.                        DEFENDANTS
12
    ─────────────────────────────────────────────────
13          The deposition of WILLIAM A. SCHUETTE was

14  taken on behalf of the plaintiff, Inacom Corporation,

15  before Ann Hutchison, Registered Professional Reporter

16  and Notary Public in and for the State of Kentucky at

17  Large, at the law office of Stoll, Keenon & Park, 300

18  West Vine Street, Suite 2100, Lexington, Kentucky, on

19  Tuesday, February 8, 2005, beginning at the hour of 1:55

20  p.m.  Said deposition was taken pursuant to Rule 30 of

21  the Federal Rules of Procedure and Rule 7030 of the

22  Federal Bankruptcy Procedure.

23  ─────────────────────────────────────────────────

24              ACTION COURT REPORTERS
                  184 North Mill Street
25             Lexington, Kentucky 40507
                    (859) 252-4004
```



EXHIBIT A

```
 1                        APPEARANCES

 2


 3   COUNSEL FOR PLAINTIFF INACOM CORPORATION:

 4       Jeffrey P. Nolan
         Pachulski, Stang, Ziehl, Young & Jones
 5       10100 Santa Monica Boulevard, 11th Floor
         Los Angeles, California 90067-4100
 6

 7   COUNSEL FOR THIRD-PARTY DEFENDANT COMPAQ:

 8       Cecily A. Dumas
         Friedman, Dumas & Springwater, LLP
 9       One Maritime Plaza, Suite 2475
         San Francisco, California 94111
10

11   COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF
     LEXMARK INTERNATIONAL, INC.:
12
         Culver V. Halliday
13       Stoll, Keenon & Park, LLP
         2650 Aegon Center
14       400 West Market Street
         Louisville, Kentucky 40202-3377
15

16   ALSO PRESENT:

17       Kevin Sarkisian

18

19

20

21

22

23

24

25
```

```
 1                              INDEX
 2
     DEPONENT:    WILLIAM A. SCHUETTE                            PAGE
 3
     EXAMINATION BY:
 4        Mr. Nolan  ..................................    4
          Ms. Dumas  ..................................   65
 5        Mr. Nolan  ..................................   97

 6   REPORTER'S CERTIFICATE  ...........................   99
     SIGNATURE PAGE  ...................................  100
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            Did you have any communication with
 2   anybody at Compaq who was not part of the Inacom team
 3   that had moved over to Compaq, or did your -- after the
 4   closing did your communication continue to be the people
 5   that you had previously known from when they were
 6   employed by Inacom?
 7       A.    I didn't have any contact with anybody
 8   from Compaq.  It remained just the people that were
 9   there in Omaha.
10       Q.    Thank you.  I thought that was going to be
11   harder to communicate than it was apparently.
12            Have you ever had any communication at all
13   with Mr. Bill Francis --
14       A.    I don't recall any.
15       Q.    -- other than this letter?
16       A.    Yeah.  I don't recall ever talking to him.
17       Q.    When did Lexmark stop doing business with
18   Custom Edge?
19       A.    I don't know.  I wasn't on the account at
20   that time.
21       Q.    When did your responsibility as a district
22   sales manager overseeing the Inacom account end?
23       A.    End of 2000.  I think it was the end of
24   2000.  Yeah, it was the end of 2000.
25       Q.    I think the earlier testimony was that you
```