## CERTIFICATE OF SERVICE

I, the undersigned attorney for that Lexmark's Response To HP's Motion To Strike Testimony Of Kevin Sarkisian was served, on April 10, 2006, by dispatching copies of the same for delivery electronically, and by United States mail, first class postage prepaid, to the below listed attorneys for Third-Party Defendant Hewlett-Packard Company:

Cecily Dumas
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111

William H. Sudell Jr.
Derek C. Abbott, Esq.
Morris, Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347

Thomas G. Whalen Jr.