## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Reply Brief in Support of Motion to Strike Testimony of Kevin Sarkisian** was caused to be made on April 17, 2006, in the manner indicated upon the parties identified on the attached service list.

Date: April 17, 2006

_____
Daniel B. Butz (No. 4227)

514137