## SERVICE LIST

**VIA HAND DELIVERY**

Thomas Whalen, Esquire
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Culver V. Halliday, Esquire
Emily L. Pagorski, Esquire
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY  40202

Ellen A. Friedman, Esquire
Cecily A. Dumas, Esquire
Gail S. Greenwood, Esquire
Brandon C. Chaves, Esquire
Friedman Dumas & Springwater LLP
One Maritime Plaza, Suite 2475
San Francisco, CA  94111

480685 v2 (for 04-CV-583)