# ATTACHMENT 5

Received at: 1:16PM, 2/8/2002

Feb-08-02 15:05   Resilien                631 420 1980              P.02

February 17, 2000

Logicare, Inc
85A Marcus Drive
Melville NY 11747

RE: Account Payable # 018647 of Inacom Corporation

Dear Chris and Bill,

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc. also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to Noni Vitols at 402.758.3676.

Thank you for your consideration in this matter.

Sincerely,

Bill Francis
Director, Corporate Finance
Telephone: 281.514.1223
Email: bill.francis@compaq.com



EXHIBIT
Wells-6
DL  3/30/05



EXHIBIT
Frasca-6
DL  3/30/05