# ATTACHMENT 6

Received at: 5:16PM, 2/8/2002

Feb-08-02 15:06  Resilien                    631 420 1980           P.03

**CUSTOM EDGE**
*THERE ARE NO LIMITS TO WHAT WE CAN DO TOGETHER*

February 17, 2000

Logicare, Inc
85A Marcus Blvd
Melville NY 11747

Dear Chris and Bill,

On February 16, 2000, Compaq Computer Corporation completed the purchase of key assets of Inacom Corporation. With this purchase, we are proud to announce the formation of a new, wholly owned, and separately managed Compaq subsidiary named Custom Edge Incorporated.

In preparation for the go-forward business model, please note the following:
- Compaq Corp will be sending a letter notifying you that Compaq will be behind and fund the purchases by Custom Edge Inc.
- The account payable process will continue to operate in Omaha, Nebraska. Please continue to use your established Account Payable contacts. For any immediate issues please free to contact me at 402-758-3169. Kindly do not contact Mr. Bill Francis, Accounting Manager at Compaq, as he will have no information available.
- Compaq is assuming the open accounts payable but NOT the "Held Checks".
- All "Held Checks" are the responsibility of Inacom Corp not Compaq or Custom Edge. Any and all inquiries on the "Held Checks" should be presented to Mr. Richard Oshlo at 402-758-4380.

On behalf of Custom Edge Inc, we look forward to our partnership in the year 2000 and beyond.

Sincerely,

Noni Ylitolo
Product Manager



EXHIBIT
LX 17

HP/LEX 0010

Apx. 268