# ATTACHMENT 7

1

1    UNITED STATES DISTRICT COURT
2           DISTRICT OF DELAWARE
3   In re INACOM CORP., et al., )  Chapter 11
                                )  Bankruptcy Case No.
4             Debtors,          )  00-2426  (PJW)
                                )
5   INACOM CORP., et al.,       )
                                )
6             Plaintiffs,       )
                                )
7       vs.                     )  Civil Action No.
                                )  04-CV-148  (GMS)
8   TECH DATA CORPORATION,      )
                                )
9             Defendant,        )
                                )
10  INACOM CORP., et al.,       )
                                )
11            Plaintiffs,       )
                                )
12      vs.                     )
                                )  Civil Action No.
13  DELL COMPUTER CORP.,        )  04-CV-582  (GMS)
                                )
14                              )
                                )
15            Defendant,        )
                        Cont'd

16      DEPOSITION TAKEN IN BEHALF OF

17  DEFENDANTS AND THIRD-PARTY PLAINTIFF

18          *   *   *   *   *

19      DEPOSITION OF NONDAS L. VITOLS, taken before

20  me, Gary A. Barnes, Court Reporter and General

21  Notary Public within and for the State of

22  Nebraska, commencing at the hour of 2:30 p.m., on

23  the 23rd day of March, 2005, at the HILTON HOTEL

24  OMAHA, Prague Room, 1001 Cass Street, Omaha,

25  Nebraska.

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

2

```
1    Cont'd

2    _____ )
3    INACOM CORP., et al.,     )
                               )
4              Plaintiffs,     )
                               )
5       vs.                    ) Civil Action No.
                               ) 04-CV-583  (GMS)
6    LEXMARK INTERNATIONAL, INC.,)
                               )
7              Defendant,      )
                               )
8    _____ )
     INACOM CORP., et al.,     )
9                              )
               Plaintiffs,     )
10                             )
        vs.                    ) Civil Action No.
11                             ) 04-CV-584  (GMS)
     RESILIEN, INC.,           )
12                             )
               Defendant,      )
13   _____ )
                               )
14   INACOM CORP., et al.,     )
                               )
15             Plaintiffs,     )
                               )
16      vs.                    ) Civil Action No.
                               ) 04-CV-593  (GMS)
17   INGRAM ENTERTAINMENT, INC.,)
                               )
18             Defendant.      )
                               )
19   _____ )

20

21

22

23

24

25
```

**Apx. 108**

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144                                402-330-7796
BOYSTOWN, NEBRASKA 68010                           FAX 402-330-3227

3

<u>APPEARANCES:</u>

1

2

3   Mr. Jeffrey P. Nolan
    Attorney at Law
    PACHULSKI, STANG, ZIEHL,
4   YOUNG, JONES & WEINTRAUB, P.C.
    10100 Santa Monica Boulevard
5   11th Floor
    Los Angeles, CA   90067         for Plaintiff,
6                                    InaCom Corp.

7

8   Mr. Earl M. Forte
    Attorney at Law
9   BLANK, ROME, L.L.P.
    One Logan Square
10  18th & Cherry Streets
    Philadelphia, PA   19103-6998   Counsel to
11                                  Executive Sounding
                                    Board Associates,
12                                  Inc., Liquidating
                                    Agent of InaCom
13                                  Corp. Committee of
                                    Unsecured Creditors
14

15

16  Mr. Culver V. Halliday
    Attorney at Law
17  STOLL, KEENON & PARK, L.L.P.
    2650 Aegon Center
    400 West Market Street
18  Louisville, KY   40202-3377     for Defendant,
                                    Lexmark
19                                  International

20

21  Mr. G. James Landon
    Attorney at Law
22  HUGHES, LUCE, L.L.P.
    111 Congress Avenue
23  Suite 900
    Austin, TX   78701              for Defendant,
24                                  Dell, Inc.

25

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144                      402-330-7796
BOYSTOWN, NEBRASKA 68010                 FAX 402-330-3227

**Apx. 109**

4

```
 1    Cont'd

 2    APPEARANCES:

 3
      Mr. Brandon C. Chaves
 4    Attorney at Law
      FRIEDMAN, DUMAS & SPRINGWATER, L.L.P.
 5    One Maritime Plaza
      Suite 3475
 6    San Francisco, CA  94111      for Defendant,
                                    Hewlett-Packard
 7                                  a/k/a Compaq
                                    Computer
 8

 9

10

11

12    VIA TELEPHONE:

13
      Mr. Stephen C. Hunt
14    Attorney at Law
      ADORNO & YOSS, P.A.
15    350 East Las Olas Boulevard
      Suite 1700
16    Fort Lauderdale, FL  33301    for Defendant,
                                    Tech Data
17                                  Corporation

18

19

20

21

22

23

24

25
```

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

Apx. 110

5

DIRECT - Vitols

```
 1              I N D E X

 2   WITNESS:                          EXAMINATION

 3

 4                                   TYPE      PAGE
     NONDAS L. VITOLS
 5                               Direct        6
                                (Halliway)
 6
 7                               Direct       19
                                (Landon)
 8

 9

10

11

12   EXHIBITS:                     MARK    IDENTIFY

13     1   Letter, February 17, 2000    7      8

14
15     2   Letter, February 17, 2000   17     17

16

17

18

19

20

21

22

23

24

25
```

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

Apx. 111

8

VITOLS - DIRECT (Halliday)

1       A.   Yes.

2       Q.   Is that a -- well, would you please

3   identify it, ma'am?  Could you describe that for

4   us, please.

5       A.   It was a letter that was given to us in

6   a template by John Frasca to send out to our

7   vendors.

8       Q.   What is the date on that letter, ma'am?

9       A.   February 17th, 2000.

10      Q.   Ma'am, on that date were you an

11  employee of Custom Edge, Inc.?

12      A.   Yes.

13      Q.   Immediately prior to your being an

14  employee of Custom Edge, Inc., by whom were you

15  employed?

16      A.   InaCom.

17      Q.   You went directly from InaCom

18  Corporation to Custom Edge, Inc.?

19      A.   Yes.

20      Q.   And did you begin your employment with

21  Custom Edge, Inc. in February of 2000, ma'am?

22      A.   Yes.

23      Q.   Can you please identify for me, ma'am,

24  John Frasca?

25      A.   John Frasca was my direct supervisor.

9

VITOLS - DIRECT (Halliday)

1       Q.   What was the last position you had with

2  InaCom Corporation?

3       A.   As a buyer.

4       Q.   A buyer?

5       A.   A buyer.

6       Q.   In what area or department of the

7  company, ma'am?

8       A.   Purchasing.

9       Q.   Was Mr. Frasca in purchasing with

10  InaCom Corporation?

11       A.   Yes.

12       Q.   Did he go to Custom Edge, Inc., at or

13  about the same time that you did?

14       A.   Yes.

15       Q.   Do you know that Mr. Frasca is the

16  author or the draftsman of the template that has

17  been marked as Exhibit 1?

18       A.   No, I don't.

19       Q.   But he's the gentleman who sent this to

20  you, ma'am?

21       A.   Yes.

22       Q.   Who is that addressed to, ma'am?

23       A.   This one is to Logicare.

24       Q.   Do you recall, ma'am, if you sent such

25  a letter to Logicare?

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

Apx. 113

VITOLS - DIRECT (Halliday)

1      A.   Well, it looks like I did.

2      Q.   I ask, ma'am, simply 'cause it hadn't

3  been signed and I just wondered if you recalled.

4      A.   They were sent to me e-mail, so there

5  were no signatures on e-mail.

6      Q.   Would you have sent it to Logicare, if

7  it was sent?

8      A.   Yes.

9      Q.   Do you recall, ma'am, sending it to

10 others?

11     A.   Yes.

12     Q.   Was Logicare a vendor of Custom Edge,

13 Inc.?

14     A.   Yes.

15     Q.   Had it been a vendor to InaCom

16 Corporation?

17     A.   Yes.

18     Q.   Do you know if anyone else besides you

19 at Custom Edge, Inc. sent letters based on the

20 same template that was used for Exhibit 1?

21     A.   It was given to all of the buyers to

22 send out to their vendors.

23     Q.   And these were vendors that the buyers

24 had had when they were at InaCom Corporation?

25     A.   Yes.

**BARNES REPORTING SERVICE, INC.**
COURT REPORTERS

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

Apx. 114

VITOLS - DIRECT (Halliday)

1    Q.   And bought product from vendors of

2    InaCom Corporation?

3    A.   Yes.

4    Q.   Was this template used by the buyers to

5    send a letter produced from that template to each

6    of the vendors that each buyer dealt with?

7    A.   As far as I know.

8    Q.   Do you recall, ma'am, how many buyers

9    you would have dealt with?

10    A.   That I would have dealt with?

11    MR. HALLIDAY:  Yes, ma'am.

12    MR. NOLAN:  Object to the form of the

13    question.

14    THE WITNESS:  Probably 10 or 12.

15    BY MR. HALLIDAY:

16    Q.   Was that about the same number while

17    you were at InaCom Corp., just before you went to

18    Custom Edge, Inc.?

19    A.   Yes.

20    Q.   And when you got to Custom Edge, Inc.?

21    A.   Yes.

22    Q.   And was it the same vendors?

23    A.   Yes.

24    Q.   Ma'am, if you recall, did you send a

25    letter produced from the template, which is

**BARNES REPORTING SERVICE, INC.**
**COURT REPORTERS**

POST OFFICE BOX 144
BOYSTOWN, NEBRASKA 68010

402-330-7796
FAX 402-330-3227

VITOLS - DIRECT (Halliday)

1    Exhibit 1, to each of your vendors?

2          A.    The vendors that I had at that time,

3    yes.

4          Q.    How many -- you've already told me, I

5    think, 10 to 12 vendors?

6          A.    Yes.

7          Q.    Do you recall if Lexmark International

8    Inc. was one of your vendors?

9          A.    No, it was not.

10          Q.    Was Dell Computer Corporation?

11          A.    No.

12          Q.    Was Tech Data Corporation?

13          A.    No.

14          Q.    Was Nashville Computer?

15          A.    I don't believe I ever bought anything

16    from them.

17          Q.    What about Logicare?

18          A.    Yes.

19          Q.    Ma'am, do you know whether Mr. Frasca

20    himself sent any letters, based on the template,

21    to any vendors?

22          A.    I doubt it.

23          Q.    Ma'am, when you were sent the template

24    for the letter, did you receive any instructions

25    at the same time regarding the sending of letters