## CERTIFICATE OF SERVICE

I certify that *Lexmark's Response To HP's Objection To Three Letters* was served, on April 26, 2006, by dispatching copies of the same for delivery electronically, and by United States mail, first class postage prepaid, to the below listed attorneys for Third-Party Defendant Hewlett-Packard Company:

| | |
|---|---|
| Cecily Dumas | William H. Sudell Jr. |
| Friedman Dumas & Springwater, LLP | Derek C. Abbott, Esq. |
| One Maritime Plaza, Suite 2475 | Morris, Nichols Arsht & Tunnell |
| San Francisco, California 94111 | 1201 North Market Street |
| | Wilmington, Delaware 19899-1347 |

_____
Thomas G. Whalen Jr. (No. 4034)