## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Reply Brief In Support Of Its Objection To Evidence Of Letters Directed To Third Parties** was caused to be made on May 3, 2006, in the manner indicated upon the parties identified below:

**VIA HAND DELIVERY**

Thomas Whalen, Esquire
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**

Culver V. Halliday, Esquire
Emily L. Pagorski, Esquire
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202

Ellen A. Friedman, Esquire
Cecily A. Dumas, Esquire
Gail S. Greenwood, Esquire
Brandon C. Chaves, Esquire
Friedman Dumas & Springwater LLP
One Maritime Plaza, Suite 2475
San Francisco, CA 94111

Date: May 3, 2006

_____
Daniel B. Butz (No. 4227)

518712